Of Counsel:
MYHRE & STORM

JAMES V. MYHRE        #5092-0
jmyhre@mtmhawaiilaw.com
BRENT K. WILSON #10518-0
bwilson@mtmhawaiilaw.com
1003 Bishop Street, Suite 1290
Honolulu, Hawaii  96813
Telephone (808) 524-2466

Attorneys for Defendant
RAIED J. ALFOUADI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>            Plaintiffs,<br><br>        vs.<br><br>RAIED J. ALFOUADI; UNNAMED SAILING VESSEL in rem, Huyll No. HA 6874 H; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE GOVERNMENT AGENCIES 1-20; DOE PARTNERSHIPS 1-20,<br><br>            Defendants. | CASE NO. 22-CV-00064-JAO-KJM<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE<br>[Re: Defendant Raied J. Alfouadi's First Request for Admissions and Second Request for Answers to Interrogatories to Plaintiff David Demarest] |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant Raied J. Alfouadi's First Request for Admissions and Second Request for Answers to Interrogatories to Plaintiff David Demarest was duly served upon the following party via Email and U.S. Mail, postage pre-paid on February 21, 2024.

>JARED A. WASHKOWITZ, ESQ.
>1050 Bishop Street #450
>Honolulu, Hawaii 96813
>jwash@jawlegal.com
>
>Attorney for Plaintiffs
>DAVID DEMAREST and
>GREEN MOUNTAIN MYCOSYSTEMS LLC

DATED: Honolulu, Hawaii, February 21, 2024.

>/s/ Brent K. Wilson
>JAMES V. MYHRE
>BRENT K. WILSON
>Attorneys for Defendant
>RAIED J. ALFOUADI