**JAW LEGAL**
Jared A. Washkowitz (7653)
1050 Bishop Street #450
Honolulu, HI 96813
Telephone: (808) 840-7410
Facsimile: (415) 520-9729
Email: jwash@jawlegal.com

Attorney for Plaintiffs
DAVID DEMAREST and
GREEN MOUNTAIN MYCOSYSTEMS LLC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>RAIED J. ALFOUADI; UNNAMED SAILING VESSEL in rem, Hull No. HA 6874 H; DOE DEFENDANTS 1-20, DOE CORPORATIONS, 1-20, DOE GOVERNMENT AGENCIES 1-20, DOE PARTNERSHIPS 1-20,<br><br>Defendants. | Case No.: 22-CV-00064 JAO KJM<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Jill A. Otake<br><br>Trial Date: August 19, 2024 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of Plaintiffs' Memoranda in Opposition to Defendant's Motions in Limine Nos. 1-6, was delivered

via ECF on the following on the date indicated below:

James V. Myhre, Esq.
Brent K. Wilson, Esq.
Myhre & Storm, AAL, ALC
1003 Bishop Street, Suite 1290
 Honolulu, HI 96813
Attorneys for Defendant
RAIED J. ALFOUADI

DATED:    Honolulu, Hawaii   July 29, 2024

       __/s/Jared A. Washkowitz_____
       JARED A. WASHKOWITZ
       Attorneys for Plaintiffs DAVID DEMAREST and
       GREEN MOUNTAIN MYCOSYSTEMS LLC