Of Counsel:
MYHRE & STORM

JAMES V. MYHRE        #5092-0
jmyhre@mtmhawaiilaw.com
BRENT K. WILSON #10518-0
bwilson@mtmhawaiilaw.com
1003 Bishop Street, Suite 1290
Honolulu, Hawaii 96813
Telephone (808) 524-2466

Attorneys for Defendant
RAIED J. ALFOUADI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC, | CASE NO. 22-CV-00064-JAO-KJM (In Admiralty) |
|---|---|
| Plaintiffs, | DEFENDANT RAIED J. ALFOUADI'S OBJECTIONS TO PLAINTIFFS DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC'S EXHIBITS; CERTIFICATE OF SERVICE |
| vs. | |
| RAIED J. ALFOUADI; DOE DEFENDANTS 1-20, DOE CORPORATIONS, 1-20, DOE GOVERNMENT AGENCIES 1-20, DOE PARTNERSHIPS 1-20, | |
| Defendants. | Trial:   August 19, 2024<br>Judge:  Honorable Jill A. Otake |

DEFENDANT RAIED J. ALFOUADI'S OBJECTIONS
TO PLAINTIFFS DAVID DEMAREST and GREEN
MOUNTAIN MYCOSYSTEMS LLC'S EXHIBITS

Defendant RAIED J. ALFOUADI ("Alfouadi"), by and through his attorneys, MYHRE & STORM, hereby submits his ObjectionS to Plaintiffs David Demarest and Green Mountain Mycosystems LLC's Exhibits as follows:

| Plaintiffs' Exhibit | Position |
|---|---|
| 1 - Timeline of Salvage | Objection. *FRE* 802 (hearsay), *FRE* 403 (cumulative). |
| 2 - Expense Spreadsheet | Objection. Foundation (necessary and reasonable), *FRE* 802 (hearsay). |
| 3 - Scopic Expense Spreadsheet | Objection. Foundation (necessary and reasonable), *FRE* 402 (irrelevant), *FRE* 403 (confusion of issues). |
| 4 - DOBOR Memo Re Insurance Requirements | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 802 (hearsay). |
| 5 - USCG Boating Accident Report | Admit |
| 6 - US Open Form Salvage Agreement | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues). |
| 7 - Affidavit of Facts | Objection. *FRE* 403 (unfair prejudice, cumulative), *FRE* 802 (hearsay). |
| 8 - Photo- Mala Wharf with Wreckage | Admit |
| 9 - Photo- Raid with saved boat parts | Admit |
| 10 - Photo- view of welding shop | Admit |

2

| **Plaintiffs' Exhibit** | **Position** |
|---|---|
| 11 - Photo- items for sale on CL | Objection. *FRE* 402 (irrelevant), *FRE* 802 (hearsay). |
| 12 - Photo - Box of Supplies to Lahaina Welding | Objection. Foundation, *FRE* 402 (irrelevant), *FRE* 403 (confusion of issues). |
| 13 - Photo- Mast touching Mala Wharf | Admit |
| 14 - Photo- Motor salvaged from Alfouadi boat | Objection. Not produced before discovery cutoff, foundation, the 7/14/24 photo date, *FRE* 402 (irrelevant). |
| 15 - Photo- satellite view Mala Wharf | Admit |
| 16 - Photo- working on vessel | Admit |
| 17 - Photos- additional photos of wreckage | Admit, except transmittal letter. |
| 18 - Draft Written Agreement to Alfouadi | Objection. Foundation, *FRE* 402 (irrelevant), *FRE* 802 (hearsay). |
| 19 - E Court Kokua Citation- Alfouadi | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 404 (inadmissible character). |
| 20 - E Court Kokua Citation- Alfouadi | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 404 (inadmissible character). |
| 21 - E Court Kokua Citation- Alfouadi | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 404 (inadmissible character). |
| 22 - Email from Russell Sparks re Reef Area | Admit. |

| **Plaintiffs' Exhibit** | **Position** |
|---|---|
| 23 - Emails between Plaintiff and Jeff of State Farm | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 411 (liability insurance), *FRE* 802 (hearsay). |
| 24 - Emails between DLNR and Plaintiff Jan 2022 | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 802 (hearsay). |
| 25 - Text from Alfouadi to McCarthy re State Farm Claim | Objection. Foundation, *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues). |
| 26 - Texts between Plaintiff and Jeff Pratt | Objection. Foundation, *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 802 (hearsay). |
| 27 - Video of wreckage- night footage of debris | Admit |
| 28 - Video of wreckage- more night footage of debris | Admit |
| 29 - Video of wreckage- items in Plaintiff's truck and piles of debris | Admit |
| 30 - Video of wreckage- more debris from Plaintiff's truck | Admit |
| 31 - Video of wreckage- more debris from Plaintiff's truck, metal screws, etc. | Admit |

| **Plaintiffs' Exhibit** | **Position** |
|---|---|
| 32 - Video of wreckage- possible foot infection | Admit. |
| 33 - Video of wreckage- video of ropes, cords, debris | Admit. |
| 34 - Video of wreckage- more video of ropes, cords, debris | Admit. |
| 35 - Video of wreckage- video of working | Admit. |
| 36 - Alfouadi Boat claim | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 811 (liability insurance, *FRE* 802 (hearsay). |
| 37 - Alfouadi Boat claim | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 811 (liability insurance, *FRE* 802 (hearsay). |
| 38 - Alfouadi Boat claim | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 811 (liability insurance), *FRE* 802 (hearsay). |
| 39 - Various receipts from Salvage | Objection. Foundation (necessary and reasonable). |
| 40 - Plaintiff's Answers to First Request for Answers to Interrogatories | Objection. *FRE* 403 (unfair prejudice, confusion of issues, cumulative), *FRE* 802 (hearsay). |

| **Plaintiffs' Exhibit** | **Position** |
|---|---|
| 41 - File Stamped Plaintiff Expert Disclosures and Reports | Objection. *FRE* 403 (cumulative), *FRE* 802 (hearsay). |
| 42 - Sebastian Coppes CV | Objection. *FRE* 403 (cumulative), *FRE* 802 (hearsay). |
| 43 - Sebastian Coppes Fee Schedule | Objection. *FRE* 403 (cumulative), *FRE* 802 (hearsay). |
| 44 - Preliminary Scopic Sheet | Objection. Foundation (necessary and reasonable), *FRE* 802 (hearsay). |
| 45 - File Stamped Defense Expert Disclosure | Objection. *FRE* 403 (cumulative), *FRE* 802 (hearsay). |
| 46 - Defense expert CV | Objection. *FRE* 403 (cumulative), *FRE* 802 (hearsay). |
| 47 - Lloyds Standard Form Salvage Agreement | Objection. Foundation. |
| 48 - USCG BOA rates | Objection. *FRE* 402 (irrelevant), *FRE* 802 (hearsay). |
| 49 - Handwritten DLNR Notes (Cory Fernandez) | Objection. *FRE* 802 (hearsay). |
| 50 - Report of DLNR Officer Cory Fernandez | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 802 (hearsay). |
| 51 - Brooks Bell Defense Expert Report- Sep 12, 2023 | Objection. *FRE* 403 (cumulative), *FRE* 802 (hearsay). |
| 52 - Appendix A - Scopic Rules | Admit. |

| **Plaintiffs' Exhibit** | **Position** |
|---|---|
| 53 - Article- Nakoa Running Aground | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 802 (hearsay). |
| 54 - Nakoa Vessel Fine | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 802 (hearsay). |
| 55 - DLNR Enforcement Action vs. Blaze | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 802 (hearsay). |
| 56 - Jeff Pratt - Timesheet | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 802 (hearsay). |
| 57 - Emails- re State Farm claim | Admit. |
| 58 - Emails- re State Farm claim | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 802 (hearsay). |
| 59 - Emails- re State Farm claim | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 802 (hearsay). |
| 60 - Emails -re State Farm claim | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 802 (hearsay). |
| 61 - Emails- re State Farm claim | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 802 (hearsay). |
| 62 - Emails- re State Farm claim | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 802 (hearsay). |
| 63 - Emails- re State Farm claim | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 802 (hearsay). |
| 64 - Jeff Pratt- text to Plaintiff re work on salvage | Objection. *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 802 (hearsay). |
| 65 Ace Hardware- receipt 1 | Objection. Foundation (necessary and reasonable). |

| **Plaintiffs' Exhibit** | **Position** |
| --- | --- |
| 66 - Ace Hardware - receipt 2 | Objection. Foundation (necessary and reasonable). |
| 67 - B&H receipt | Objection. Foundation (necessary and reasonable). |
| 68 - Plaintiff truck photos | Objection. Foundation (necessary and reasonable). |
| 69 - Foodland receipts | Objection. Foundation (necessary and reasonable). |
| 70 - Fuel receipts | Objection. Foundation (necessary and reasonable). |
| 71 - Home Depot - receipt 1 | Objection. Foundation (necessary and reasonable). |
| 72 - Home Depot- receipt 2 | Objection. Foundation (necessary and reasonable). |
| 73 - Home Depot- refund | Objection. Foundation (necessary and reasonable). |
| 74 - Kahului - receipt | Objection. Foundation (necessary and reasonable). |
| 75 - Longs Drugs- receipt 1 | Objection. Foundation (necessary and reasonable). |
| 76 - Longs Drugs- receipt 2 | Objection. Foundation (necessary and reasonable). |
| 77 - Longs Drugs- receipt 3 | Objection. Foundation (necessary and reasonable). |
| 78 - Maui Sports- receipt | Objection. Foundation (necessary and reasonable). |
| 79 - Maui Sports- receipt | Objection. Foundation (necessary and reasonable). |
| 80 - Maui Sports- receipt | Objection. Foundation (necessary and reasonable). |

| **Plaintiffs' Exhibit** | **Position** |
|---|---|
| 81 - Maui Sports- receipt | Objection. Foundation (necessary and reasonable). |
| 82 - Maui Sports - receipt | Objection. Foundation (necessary and reasonable). |
| 83 - Misc receipt | Objection. Foundation (necessary and reasonable). |
| 84 - NAPA receipt | Objection. Foundation (necessary and reasonable). |
| 85 - O'Reilly receipt | Objection. Foundation (necessary and reasonable). |
| 86 - Payment for Lift bags | Objection. Foundation (necessary and reasonable). |
| 87 - Payment for Salvage Truck | Objection. Foundation (necessary and reasonable). |
| 88 - Target receipt | Objection. Foundation (necessary and reasonable). |
| 89 - Tractor receipt | Objection. Foundation (necessary and reasonable). |
| 90 - Walgreens receipt | Objection. Foundation (necessary and reasonable). |
| 91 - Webpayment for Dumpsters | Objection. Foundation (necessary and reasonable). |
| 92 - Webpayment for Dumpsters | Objection. Foundation (necessary and reasonable). |
| 93 - West Side Tow invoice | Objection. Foundation (necessary and reasonable). |
| 94 - State Farm Dec Page- Alfouadi policy | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 411 (liability insurance), *FRE* 802 (hearsay). |
| 95 - Deposition Transcript- David Demarest | Objection. Witness unavailability has not been shown, *FRE* 402 (irrelevant), *FRE* 403 (undo prejudice, confusion of issues, cumulative), *FRE* 411 (liability insurance), *FRE* 802 (hearsay). |

| Plaintiffs' Exhibit | Position |
|---|---|
| 96 - Deposition Transcript- Raied Alfouadi | Objection. Witness unavailability has not been shown, *FRE* 402 (irrelevant), *FRE* 403 (undo prejudice, confusion of issues, cumulative), *FRE* 411 (liability insurance), *FRE* 802 (hearsay). |
| 97 - Deposition Transcript- Sebastian Coppes | Objection. Witness unavailability has not been shown, *FRE* 402 (irrelevant), *FRE* 403 (undo prejudice, confusion of issues, cumulative), *FRE* 411 (liability insurance), *FRE* 802 (hearsay). |
| 98 - Deposition Transcript- Cory Fernandez | Objection. Witness unavailability has not been shown, *FRE* 402 (irrelevant), *FRE* 403 (undo prejudice, confusion of issues, cumulative), *FRE* 411 (liability insurance), *FRE* 802 (hearsay). |
| 99 - Deposition Transcript- Jeff Pratt | Objection. Witness unavailability has not been shown, *FRE* 402 (irrelevant), *FRE* 403 (undo prejudice, confusion of issues, cumulative), *FRE* 411 (liability insurance), *FRE* 802 (hearsay). |
| 100 - State Farm Negligence Exclusion | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 411 (liability insurance), *FRE* 802 (hearsay). |
| 101 - Video- night footage of debris | Objection. Video was not produced before the discovery cutoff. *FRE* 403 (cumulative), |
| 102 - Video- Plaintiff working while Alfouadi slept | Objection. Video was not produced before the discovery cutoff. *FRE* 403 (cumulative). |
| 103 - Video- Dust extraction | Admit. |
| 104 - Credit report for Plaintiff after salvage- Debt too high | Objection. *FRE* 402 (irrelevant), *FRE* 403 (unfair prejudice, confusion of issues), *FRE* 802 (hearsay), incomplete document. |

| Plaintiffs' Exhibit | Position |
|---|---|
| 105 - Photo- Keel removed | Objection. Photo was not produced before the discovery cutoff. *FRE* 403 (cumulative). |
| 106 - Photo- large debris | Objection. Photo was not produced before the discovery cutoff. *FRE* 403 (cumulative). |
| 107 - Video- progress on the 6th | Admit. |
| 108 - Video- floating out large debris | Admit. |
| 109 - Photo- removal of fuel tank | Objection. Photo was not produced before the discovery cutoff. *FRE* 403 (cumulative). |
| 110 - Video- underwarter debris by wharf | Objection. Video was not produced before the discovery cutoff. *FRE* 403 (cumulative). |
| 111 - Photo- volunteers | Objection. Photo was not produced before the discovery cutoff. *FRE* 403 (cumulative). |
| 112 - Plaintiff's David Demarest's Answers to Raied Alfouadi's First Request for Admissions | Objection. Untimely, in violation of Rule 36 of Federal Rules of Civil Procedure. |

DATED: Honolulu, Hawaii, August 5, 2024.

/s/ James V. Myhre
JAMES V. MYHRE
BRENT K. WILSON
Attorneys for Defendant
RAIED J. ALFOUADI