# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-cv-00064 JAO-KJM |
| CASE NAME: | David Demarest, et al. v. Raied J. Alfouadi, et al. |
| ATTYS FOR PLA: | *Jared Washkowitz |
| ATTYS FOR DEFT: | *James Myhre |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Gloria Bediamol |
| DATE: | 09/04/2024 | TIME: | 11:00am-11:09am |

COURT ACTION:   EP:   Status Conference was conducted by video teleconference.

Plaintiff David Demarest was present and also participated by video teleconference.

Discussion held regarding a stipulated facts trial.

Parties to meet and confer to discuss whether they are agreeable to a stipulated facts trial. Parties to file stipulated facts and proposed findings of facts and conclusions of law no later than 9/27/2024. Parties to inform the Court if they cannot agree to a stipulated facts trial no later than 9/27/2024. If they cannot agree, the Court will set a status conference to discuss how to proceed going forward.

Submitted by:  Shelli Mizukami, Courtroom Manager