CC: filer

David Demarest
Name

P.O. Box 144
Address

Underhill, VT 05489
City, State, Zip

(802)355-6637
Phone

david@vermontmushrooms.com
Email

ORIGINAL / LEGAL TRUE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 29 2024

at 11 o'clock and 00 min. A M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| Demarest et. al. | APPLICATION FOR PERMISSION TO PARTICIPATE IN ELECTRONIC FILING (E-FILE) (PRO SE NON-PRISONER) |
|---|---|
| Plaintiff/Petitioner | |
| v. | 1:22-cv-00064-JAO-KJM |
| Alfouadi et. al. | Case Number |
| Defendant/Respondent | |

I am the [X] Plaintiff/Petitioner [ ] Defendant/Respondent in the above-captioned matter, I respectfully ask the court for permission to participate in electronic filing (e-filing) in this case. I hereby affirm that:

1. I have reviewed the Notice Regarding Electronic Filing of Court Documents using CM/ECF (E-FILE).
2. I understand that once I register for e-filing, I will only receive notices and documents in this case by e-mail, not by U.S. Mail, unless I cancel e-mail receipt of documents and notices, in writing.
3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked. I will be required to file documents in paper but, I will continue to receive notices and documents by e-mail.
4. I understand that I may not e-file on behalf of any other person or, in any other case, without court approval.
5. I have registered for an individual PACER- Case Search Only account.
6. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   o Access to a computer with internet access.
   o A personal e-mail account, to receive notices of electronic filing (NEF's).
   o A word-processing program to create documents.
   o A scanner or PDF reader to convert word documents into PDF format and.
   o Access to a printer or copier to provide (2) required mandatory chambers copies in paper.

| David Demarest | [signature] | 10/23/2024 |
|---|---|---|
| Print Name | Signature | Date |

HID Form 14 (3/21)Application For Permission To Participate In Electronic Filing (E-FILE)- Pro Se Non-Prisoner

(as of 1pm VT timezone 10/25/24 opposing counsel has been unresponsive to 10/23/24 email inquiry to if they agree to this application)