ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 12 2024

at 1 o'clock and 29 min. P M
Lucy H. Carrillo, Clerk

David Demarest, *Pro Se*
P.O. Box 144
Underhill, VT 05489
Telephone (802)355-6637
David@vermontmushrooms.com
Plaintiff, *pro se* solely in individual capacity

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS, LLC, PLAINTIFFS | CASE NO. 22-CV-00064-JAO-KJM (In Admiralty) |
| v. | No Hearing Or Trial Date Set At This Time |
| RAIED J. ALFOUADI; UNNAMED SAILING VESSEL, *in rem*, Hull No. HA 6874 H; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE GOVERNMENT AGENCIES 1-20; DOE PARTNERSHIPS 1-20. DEFENDANTS | HON. JUDGE JILL A. OTAKE PRESIDING |

### Plaintiff's Motion for Voluntary Dismissal Pursuant to *F.R.C.P. Rule 41(a)(2)*

The recent differentiation by this Court of the individual rights of Demarest from the rights of Green Mountain Mycosystems, LLC ("GMM") as a separate and distinct legal entity necessitates Plaintiff Demarest acknowledge his lack of standing to pursue claims involving the Environmental Salvage and Wreck Removal at issue because all the rights and responsibilities which were initially accepted individually by Plaintiff Demarest on January 2, 2022 were fully and completely transferred to GMM on January 12, 2022.

Received By Mail
Date 11/12/2024 RM

Mailed on
Date 11/12/2024

Notably, the rights permanently transferred from Plaintiff Demarest to Plaintiff GMM on January 12, 2022 included the alleged original meeting of the minds between Mr. Demarest, as an individual, and Mr. Alfouadi on January 2, 2022 which was summarized by Defendant Alfouadi as, "[Plaintiff] was under the understanding that once a claim was filed, he can bill for his hours, okay, and expenses or whatever he was going to bill for. (Doc 132-4 page 47, Alfouadi Deposition p. 183 lines 4-9).

In accordance with *Local Rule 7.8*, Plaintiff Demarest inquired on Tuesday October 24 if Defendant was "willing to stipulate to dismissal of myself as an individual plaintiff due solely to my personal lack of individual standing on the matters currently before the Court?" On Friday November 1 Defendant Counsel took the stance, "We have no authority to stipulate to your dismissal at this time."

## Conclusion

Plaintiff Demarest concedes he does not have standing to pursue any individual claims involving rights owned by GMM since January 12, 20222 and Motions for Voluntary Dismissal with Prejudice pursuant to *F.R.C.P. Rule 41(a)(2)*.

Respectfully submitted November 5, 2024.

By: _____
David Demarest, *Pro Se*
P.O. Box 144
Underhill, VT 05489
(802)355-6637
david@vermontmushrooms.com