# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-cv-00064 JAO-KJM |
| CASE NAME: | David Demarest, et al. v. Raied J. Alfouadi, et al. |
| ATTYS FOR PLA: | *Jared Washkowitz<br>*David Demarest, Pro Se |
| ATTYS FOR DEFT: | *James Myhre<br>Brent Wilson |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Cynthia Fazio |
| DATE: | 11/14/2024 | TIME: | 11:00am-11:27am |

COURT ACTION:   EP:   Status Conference was conducted by video teleconference.

Plaintiff David Demarest was present and also participated by video teleconference.

Plaintiff David Demarest, Individually, concedes that he has no standing on the claims in this action, per his Plaintiff's Motion for Voluntary Dismissal ("Motion"), ECF No. 154. The Court GRANTS the Motion with prejudice and with reservation of Defendant's rights. The Court will issue an Order reflecting the same.

Discussion held.

Defendant's Motion to Reopen the Rule 16 dispositive motions deadline is due on 11/22/2024. Plaintiff's response is due on 12/2/2024. No reply response will be allowed.

Defendant to resubmit properly redacted versions of Plaintiff David Demarest's driver's license number and related information. The Court will then strike ECF Nos. 140 and 141.

Submitted by: Shelli Mizukami, Courtroom Manager