IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> RAIED J. ALFOUADI; UNNAMED SAILING VESSEL in rem, Hull No. HA 6874 H; DOE DEFENDANTS 1 - 20, DOE CORPORATIONS, 1 - 20, DOE GOVERNMENT AGENCIES 1 - 20, DOE PARTNERSHIPS 1 - 20, <br><br> Defendants. | CIVIL NO. 22-00064 JAO-KJM <br><br><br> ORDER GRANTING PLAINTIFF DAVID DEMAREST'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(2) (ECF NO. 154) |

**ORDER GRANTING PLAINTIFF DAVID DEMAREST'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(2) (ECF NO. 154)**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff David Demarest ("Plaintiff Demarest") moves to voluntarily dismiss all of his claims in this action with prejudice due to lack of standing.  *See* ECF No. 154.  The Court GRANTS Plaintiff Demarest's motion to voluntarily dismiss his claims with prejudice and DECIDES that this dismissal does not affect any rights of Defendant Raied J. Alfouadi.

IT IS SO ORDERED.

Dated: Honolulu, Hawai'i, November 14, 2024.

/s/ Jill A. Otake
Jill A. Otake
United States District Judge

---

CIV. NO. 22-00064 JAO-KJM, *Demarest et al. v. Alfouadi, et al.*; ORDER GRANTING PLAINTIFF DAVID DEMAREST'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(2) (ECF NO. 154)