Of Counsel:
MYHRE & STORM

JAMES V. MYHRE        #5092-0
jmyhre@mtmhawaiilaw.com
BRENT K. WILSON       #10518-0
bwilson@mtmhawaiilaw.com
1003 Bishop Street, Suite 1290
Honolulu, Hawaii 96813
Telephone (808) 524-2466

Attorneys for Defendant
RAIED J. ALFOUADI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>  Plaintiffs,<br><br>  vs.<br><br>RAIED J. ALFOUADI; UNNAMED SAILING VESSEL in rem, Hull No. HA 6874 H; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE GOVERNMENT AGENCIES 1-20; DOE PARTNERSHIPS 1-20,<br><br>  Defendants. | CASE NO. 22-CV-00064-JAO-KJM<br>(In Admiralty)<br><br>JOINT STATEMENT OF THE PARTIES [RE: TRIAL DATE]<br><br><br><br><br><br><br><br><br><br>Trial Judge:  Honorable Jill A. Otake<br>Trial Date:  None |

# JOINT STATEMENT OF THE PARTIES

In accordance with the Court's Order dated April 1, 2025 [ECF No. 180], counsel for the parties hereto have met and conferred regarding a proposed trial date for the instant matter. The parties are available for trial the week of September 15, 2025, subject to the Court's availability.

Respectfully submitted,

DATED:  Honolulu, April 15, 2025.

/s/ Brent K. Wilson
JAMES V. MYHRE
BRENT K. WILSON
Attorneys for Defendant
RAIED J. ALFOUADI

/s/ Jared A. Washkowitz
JARED A. WASHKOWITZ
Attorney for Plaintiff
GREEN MOUNTAIN
MYCOSYSTEMS LLC.