Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

KEVIN W. HERRING          6722-0
kherring@awlaw.com
RYAN M. TOYOMURA     11300-0
rtoyomura@awlaw.com
First Hawaiian Center
999 Bishop Street, Suite 1400
Honolulu, Hawaii  96813
Telephone:  (808) 539-0400

Attorneys for Plaintiff
  GREEN MOUNTAIN MYCOSYSTEMS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF HAWAII

| | |
|---|---|
| DAVID DEMAREST AND GREEN MOUNTAIN MYCOSYSTEMS LLC<br><br>Plaintiffs,<br><br>vs.<br><br>RAIED J. ALFOUADI, ET. AL.,<br><br>Defendants. | CIVIL 1:22-cv-00064-JAO-KJM<br>(In Admiralty)<br><br>NOTICE OF APPEARANCE OF ATTORNEYS KEVIN W. HERRING AND RYAN M. TOYOMURA OF THE LAW FIRM OF ASHFORD & WRISTON LLLP AS COUNSEL FOR PLAINTIFF GREEN MOUNTAIN MYCOSYSTEMS LLC; CERTIFICATE OF SERVICE |

3516049

NOTICE OF APPEARANCE OF ATTORNEYS
KEVIN W. HERRING AND RYAN M. TOYOMURA OF
THE LAW FIRM OF ASHFORD & WRISTON LLLP AS
<u>COUNSEL FOR PLAINTIFF GREEN MOUNTAIN MYCOSYSTEMS LLC</u>

NOTICE IS HEREBY GIVEN that KEVIN W. HERRING and RYAN M. TOYOMURA, of the law firm of Ashford & Wriston, A Limited Liability Law Partnership LLP, enter their appearance as counsel of record for Plaintiff GREEN MOUNTAIN MYCOSYSTEMS LLC, and request that all future communications and pleadings involving this matter be served upon them at the above-address.

Contemporaneously with this notice, Plaintiff will be filing a motion to permit attorney GLENN KATON to appear pro hac vice.

DATED:  Honolulu, Hawaii; June 18, 2025.

/s/ *Kevin W. Herring*
KEVIN W. HERRING
RYAN M. TOYOMURA
Attorneys for Plaintiffs
GREEN MOUNTAIN
MYCOSYSTEMS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF HAWAII

| | |
|---|---|
| DAVID DEMAREST AND GREEN MOUNTAIN MYCOSYSTEMS LLC ) | CIVIL 1:22-cv-00064-JAO-KJM (In Admiralty |
| Plaintiffs, ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| RAIED J. ALFOUADI, ET. AL., ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing document was made upon the parties below by the United States District Court for the District of Hawaii's Case Management/Electronic Case Files ("CM/ECF") system:

    JAMES V. MHYRE, ESQ.   jmyhre@mtmhawaiilaw.com
    BRENT WILSON, ESQ.    bwilson@mtmhawaiilaw.com
    Myhre & Storm
    1003 Bishop Street, Suite 1290
    Honolulu, Hawaii 96813

    Attorneys for Defendant
    RAIED J. ALFOUADI

    DATED: Honolulu, Hawaii; June 18, 2025.

                                        /s/ Kevin W. Herring
                                        KEVIN W. HERRING
                                        RYAN M. TOYOMURA
                                        Attorneys for Plaintiff
                                        GREEN MOUNTAIN
                                        MYCOSYSTEMS, LLC

3516049