IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> RAIED J. ALFOUADI, et al. <br><br> Defendant. | Case. No. 1:22-cv-00064-JAO-KJM <br><br> ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Glenn Katon |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Glenn Katon to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Glenn Katon |
| Firm Name: | Katon.Law |
| Firm Address: | 385 Grand Ave, Ste 200, Oakland CA 94610 |
| Attorney CM/ECF Primary email address: | gkaton@katon.law |
| Firm Telephone: | 510-463-3350 |
| Party Represented | GREEN MOUNTAIN MYCOSYSTEMS, LLC |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 18, 2025.



Kenneth J. Mansfield
United States Magistrate Judge