**JAW LEGAL**
Jared A. Washkowitz (7653)
1050 Bishop Street #450
Honolulu, HI 96813
Telephone: (808) 840-7410
Facsimile: (415) 520-9729
Email: jwash@jawlegal.com

Attorney for Plaintiff
GREEN MOUNTAIN MYCOSYSTEMS LLC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>RAIED J. ALFOUADI; UNNAMED SAILING VESSEL in rem, Hull No. HA 6874 H; DOE DEFENDANTS 1-20, DOE CORPORATIONS, 1-20, DOE GOVERNMENT AGENCIES 1-20, DOE PARTNERSHIPS 1-20,<br><br>Defendants. | Case No.: 22-CV-00064 JAO KJM<br><br>**DECLARATION OF COUNSEL**<br><br>Judge: Hon. Jill A. Otake<br><br>Trial Date: September 15, 2025 |

**DECLARATION OF COUNSEL**

I, Jared A. Washkowitz, state as follows:

1.  I am over the age of eighteen and am counsel of record for Plaintiff

-1-

GREEN MOUNTAIN MYCOSYSTEMS LLC.  I have personal knowledge of the facts stated herein and will testify competently thereto if called as a witness.

2. I am requesing to withdraw as counsel for Plaintiff pursuant to L.R. 83.5(b) and the other applicable Federal Rules of Civil Procedure and Local Rules.

3. L.R. 83.5 states that an attorney who has appeared in a case may seek to withdraw on motion showing good cause.  A motion to withdraw must specify the reasons for withdrawal, unless that would violate the rules of professional conduct, and the name, address, and telephone number of the client.

Notice to the attorney's client must include the warning that the client personally is responsible for complying with all court orders and time limitations established by any applicable rules.

When the withdrawing attorney's client is a corporation, partnership, or other business entity, the notice shall state that such entity cannot appear without counsel admitted to practice before this court, and, absent prompt appearance of substitute counsel, pleadings, motions, and other documents may be stricken and default judgment or other sanctions may be imposed against the entity.

It is within the court's discretion to hold a hearing on a motion to withdraw as counsel.  Withdrawal shall be effective only on court order entered after service by the withdrawing attorney of a notice of withdrawal on all counsel of record and on

the withdrawing attorney's client.

4.    Here, the Motion is made on grounds that good cause exists for the withdrawal of the undersigned based on Plaintiff's rentetion of new local and pro hac vice counsel, and the undersigned has been asked to withdraw as counsel in this matter.

5.    The name, address and phone numbers of the client:

Green Mountan Mycosystems LLC, 111 Fuller Road, Underhill, VT 05489-0144; mailing address P.O. Box 144, Underhill VT, 05489-0144, Tel: (802) 355.6637.

6.    The undersigned certifies that Plaintiff has been advised of the notices required by L.R. 83.5.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED:    Honolulu, Hawaii   June 19, 2025

　　　　　　　　　　　　　　　__/s/Jared A. Washkowitz_____
　　　　　　　　　　　　　　　JARED A. WASHKOWITZ
　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　GREEN MOUNTAIN MYCOSYSTEMS LLC

-3-