Of Counsel:
MYHRE & STORM

JAMES V. MYHRE        #5092-0
jmyhre@mtmhawaiilaw.com
BRENT K. WILSON       #10518-0
bwilson@mtmhawaiilaw.com
1003 Bishop Street, Suite 1290
Honolulu, Hawaii  96813
Telephone (808) 524-2466

Attorneys for Defendant
RAIED J. ALFOUADI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>RAIED J. ALFOUADI; DOE DEFENDANTS 1-20, DOE CORPORATIONS, 1-20, DOE GOVERNMENT AGENCIES 1-20, DOE PARTNERSHIPS 1-20,<br><br>　　　　Defendants. | CASE NO. 22-CV-00064-JAO-KJM<br>(In Admiralty)<br><br>**DEFENDANT RAIED J. ALFOUADI'S MOTION IN LIMINE NO. 7 [RE: TO PRECLUDE PLAINTIFF FROM OFFERING EVIDENCE OR ARGUMENT RELATING TO UNPLED THEORIES OF CONTRACTUAL OR EQUITABLE STANDING];** MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF BRENT K. WILSON; EXHIBITS A-B; CERTIFICATE OF SERVICE<br><br>Trial Date:  September 15, 2025<br>Trial Judge:   Honorable Jill A. Otake<br>Magistrate Judge: Honorable Kenneth. J. Mansfield |

**DEFENDANT RAIED J. ALFOUADI'S MOTION IN LIMINE
NO. 7 [RE: TO PRECLUDE PLAINTIFF FROM OFFERING
EVIDENCE OR ARGUMENT RELATING TO UNPLED THEORIES
OF CONTRACTUAL OR EQUITABLE STANDING**

Defendant RAIED J. ALFOUADI ("Defendant"), through his undersigned counsel, Myhre & Storm, hereby moves this honorable Court for an order in limine to preclude Plaintiff GREEN MOUNTAIN MYCOSYSTEMS LLC ("Plaintiff") from offering testimony and/or evidence of any unpled theories of contractual or equitable standing.

This motion in limine is brought pursuant to Rule 403 of the *Federal Rules of Evidence*, Rule 8 of the *Federal Rules of Civil Procedure*, and is based on the Memorandum in Support, Declaration, and Exhibits attached hereto.

DATED:  Honolulu, Hawaii, August 18, 2025.

/s/ Brent K. Wilson
JAMES V. MYHRE
BRENT K. WILSON
Attorneys for Defendant
RAIED J. ALFOUADI