Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

KEVIN W. HERRING          6722-0
kherring@awlaw.com
RYAN M. TOYOMURA     11300-0
rtoyomura@awlaw.com
First Hawaiian Center
999 Bishop Street, Suite 1400
Honolulu, Hawaii  96813
Telephone:  (808) 539-0400

GLENN KATON  *Admitted Pro Hac Vice*
Katon Law
385 Grand Avenue, Suite 200
Oakland, California  94610
Telephone:  (510) 463-3350
Facsimile:  (510) 463-3349

Attorneys for Plaintiff
  GREEN MOUNTAIN MYCOSYSTEMS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DAVID DEMAREST AND GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>    Plaintiffs,<br><br> vs.<br><br>RAIED J. ALFOUADI, ET. AL.,<br><br>    Defendants. | CIVIL 1:22-cv-00064-JAO-KJM<br>(In Admiralty)<br><br>PLAINTIFF GREEN MOUNTAIN MYCOSYSTEMS, LLC'S NOTICE OF ISSUANCE OF TRIAL SUBPOENA; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>[Jeff Pratt] |
|---|---|

PLAINTIFF GREEN MOUNTAIN MYCOSYSTEMS, LLC'S
NOTICE OF ISSUANCE OF TRIAL SUBPOENA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the applicable local Rules and Federal Rules of Civil Procedure Plaintiff GREEN MOUNTAIN MYCOSYSTEMS LLC has caused to be issued a subpoena of the following trial witness to appear and testify of this matter on October 20, 2025 and said subpoena is attached hereto as Exhibit "A":

Mr. Jeff Pratt, 1360 Front Street, Lahaina, Hawai`i or 1426 Front Street, Lahaina, Hawai`i 96761.

DATED: Honolulu, Hawaii; September 17, 2025.

*/s/ Ryan M. Toyomura*
KEVIN W. HERRING
RYAN M. TOYOMURA
Ashford & Wriston, LLLP

GLENN KATON
Katon Law

Attorneys for Plaintiffs
GREEN MOUNTAIN MYCOSYSTEMS, LLC