IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST AND GREEN MOUNTAIN MYCOSYSTEMS LLC ) ) ) | CIVIL 1:22-cv-00064-JAO-KJM (In Admiralty |
| Plaintiffs, ) ) | CERTIFICATE OF SERVICE |
| vs. ) ) | |
| RAIED J. ALFOUADI, ET. AL., ) ) | |
| Defendants. ) | |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that service of the foregoing document was made upon the parties below by the United States District Court for the District of Hawaii's Case Management/Electronic Case Files ("CM/ECF") system:

JAMES V. MYHRE, ESQ.  jmyhre@mtmhawaiilaw.com
BRENT K. WILSON, ESQ.  bwilson@mtmhawaiilaw.com
Myhre & Storm
1003 Bishop Street, Suite 1290
Honolulu, Hawaii 96813
    Attorneys for Defendant
RAIED J. ALFOUADI

DATED: Honolulu, Hawaii; September 17, 2025.

                                                                               /s/ *Ryan M. Toyomura*
                                                                               KEVIN W. HERRING
                                                                               RYAN M. TOYOMURA
                                                                               Ashford & Wriston, LLLP
                                                                               GLENN KATON
                                                                               Katon Law
                                                                               Attorneys for Plaintiffs
                                                                               GREEN MOUNTAIN MYCOSYSTEMS, LLC

5002904