GLENN KATON          *Admitted Pro Hac Vice*
Katon Law
385 Grand Avenue, Suite 200
Oakland, California 94610
Telephone: (510) 463-3350
Facsimile: (510) 463-3349

Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

KEVIN W. HERRING          6722-0
kherring@awlaw.com
RYAN M. TOYOMURA          11300-0
rtoyomura@awlaw.com
First Hawaiian Center
999 Bishop Street, Suite 1400
Honolulu, Hawaii 96813
Telephone: (808) 539-0400

Attorneys for Plaintiff
  GREEN MOUNTAIN MYCOSYSTEMS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DAVID DEMAREST AND GREEN MOUNTAIN MYCOSYSTEMS LLC, Plaintiffs, vs. RAIED J. ALFOUADI, ET. AL., Defendants. | CIVIL 1:22-cv-00064-JAO-KJM (In Admiralty) PLAINTIFF GREEN MOUNTAIN MYCOSYSTEMS, LLC'S PROOF OF SERVICE OF SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; EXHIBIT"A"; CERTIFICATE OF SERVICE |
|---|---|

3543404

PLAINTIFF GREEN MOUNTAIN MYCOSYSTEMS, LLC'S
PROOF OF SERVICE OF SUBPOENA TO APPEAR AND
TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

The undersigned hereby attaches the executed Proof of Service regarding the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION issued in this matter and served upon the trial witness as follows:

**Jeff Pratt** served on September 30, 2025.

DATED: Honolulu, Hawaii; October 6, 2025.

/s/ Ryan M. Toyomura
KEVIN W. HERRING
RYAN M. TOYOMURA
Ashford & Wriston, LLLP

GLENN KATON
Katon Law

Attorneys for Plaintiffs
GREEN MOUNTAIN MYCOSYSTEMS, LLC