EXHIBIT "A"

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| DAVID DEMAREST ET. AL., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:22-CV-00064-JAO-KJM |
| RAIED J. ALFOUADI, ET. AL., | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: JEFF PRATT

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII - 300 ALA MOANA BLVD, HONOLULU, HI 96850 | Courtroom No.: C-435 |
|---|---|
| | Date and Time: 10/20/2025 8:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/15/2025

*CLERK OF COURT*

_____   OR   _____
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **PLAINTIFF** DAVID DEMAREST ET. AL., who issues or requests this subpoena, are:

RYAN M. TOYOMURA, ESQ., 999 BISHOP ST. #1400, HONOLULU, HI 96813; 808-539-0400; RTOYOMURA@AWLAW.COM

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT "A"

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 1:22-CV-00064-JAO-KJM

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Jeff Pratt
on *(date)* 9/15/25 .

☑ I served the subpoena by delivering a copy to the named person as follows: Jeff Pratt
1360 Front St. Lahaina HI 96761
on *(date)* 9/30/25 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/30/25

*Server's signature*
Sean-Patrick K. Samson

*Printed name and title*

ALL CIVIL PROCESS
1050 BISHOP ST., STE 543
HONOLULU, HI 96813

*Server's address*

Additional information regarding attempted service, etc.: