AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 22-CV-00064-JAO-KJM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Edward Underwood
on *(date)* 8 Oct 2025.

☑ I served the subpoena by delivering a copy to the named person as follows:
1470 Uluniu Pl. Kailua HI 96734
on *(date)* 8 Oct 2025 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ 0. for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8 Oct 2025

_____
Server's signature

Mark Stack, Process Server
Printed name and title

Box 25
Honolulu
HI 96810
Server's address

Additional information regarding attempted service, etc.:

_____