Of Counsel:
MYHRE & STORM

JAMES V. MYHRE        #5092-0
jmyhre@mtmhawaiilaw.com
BRENT K. WILSON       #10518-0
bwilson@mtmhawaiilaw.com
1003 Bishop Street, Suite 1290
Honolulu, Hawaii  96813
Telephone (808) 524-2466

Attorneys for Defendant
RAIED J. ALFOUADI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>RAIED J. ALFOUADI; UNNAMED SAILING VESSEL in rem, Hull No. HA 6874 H; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE GOVERNMENT AGENCIES 1-20; DOE PARTNERSHIPS 1-20,<br><br>　　　　　Defendants. | CASE NO. 22-CV-00064-JAO-KJM<br>(In Admiralty)<br><br>DEFENDANT RAIED J. ALFOUADI'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER REGARDING DEPOSITION DESIGNATIONS [ECF NO. 258]; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JAMES V. MYHRE; EXHIBIT A; CERTIFICATE OF SERVICE<br><br>Trial:　October 20, 2025<br>Judge:　Honorable Jill A. Otake |

DEFENDANT RAIED J. ALFOUADI'S MOTION FOR
PARTIAL RECONSIDERATION OF ORDER REGARDING
<u>DEPOSITION DESIGNATIONS [ECF NO. 258]</u>

Defendant RAIED J. ALFOUADI ("Defendant"), by and through his undersigned counsel, Myhre & Storm, respectfully moves this honorable Court to reconsider its Order Regarding Deposition Designations [ECF No. 258], with respect to Defendant's counter-designations to Plaintiff GREEN MOUNTAIN MYCOSYSTEMS LLC's ("Plaintiff") designations of Mr. Corey Fernandez's ("Fernandez") deposition testimony, and enter an Order having reviewed Defendant's counter-designations from page 52 of Fernandez's deposition onward, previously filed in Defendant's Notice of Submission of His Counterdesignated Transcripts of Cory Fernandez [ECF No. 251].

This Motion is unopposed by counsel for Plaintiff and brought pursuant to Rules 60(a), of the *Federal Rules of Civil Procedure*, *Local Rule* 60.1(a), and supported by the Memorandum, Declaration, and Exhibits attached hereto.

DATED: Honolulu, Hawaii, October 15, 2025.

    /s/James V. Myhre<u>                </u>
JAMES V. MYHRE
BRENT K. WILSON
Attorneys for Defendant
RAIED J. ALFOUADI