IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>RAIED J. ALFOUADI; UNNAMED SAILING VESSEL in rem, Hull No. HA 6874 H; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE GOVERNMENT AGENCIES 1-20; DOE PARTNERSHIPS 1-20,<br><br>　　　　　　Defendants. | CASE NO. 22-CV-00064-JAO-KJM<br>(In Admiralty)<br><br>DECLARATION OF JAMES V. MYHRE |

## **DECLARATION OF JAMES V. MYHRE**

I, JAMES V. MYHRE, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney with the law firm MYHRE & STORM and an attorney of record for Defendant RAIED J. ALFOUADI ("Defendant") in the above-captioned matter.

2. I am licensed to practice law before all courts in the State of Hawai'i.

3. I am familiar with the documents and/or events described below, make this declaration based upon my personal knowledge, and would be competent to testify on the matters stated herein.

4. Attached hereto as "Exhibit A" to the instant Motion is a true and correct copy of ECF Nos. 251, Defendant's Notice of Submission of His Counterdesignated Transcripts of Cory Fernandez, and 251-1, "Exhibit A," which are true and correct excerpts of Mr. Fernandez's deposition transcript, taken on March 20, 2024, with Defendant's counter-designations highlighted therein.

5. On October 14, 2025, counsel for Plaintiff GREEN MOUNTAIN MYCOSYSTEMS LLC, Mr. Glenn Katon, myself, and co-counsel for Defendant, Mr. Brent K. Wilson, met and conferred, pursuant to the Order, ECF No. 258. During the meeting, I advised Mr. Katon of the instant Motion and factual basis for it. Mr. Katon advised that GMM did not oppose the Motion.

6. I, JAMES V. MYHRE, declare under the penalty of perjury that the foregoing is true and correct to the best of my personal knowledge and belief.

DATED: Honolulu, Hawaii, October 15, 2025.

/s/ James V. Myhre
JAMES V. MYHRE