IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GREEN MOUNTAIN MYCOSYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>RAIED J. ALFOUADI; UNNAMED SAILING VESSEL in rem, Hull No. HA 6874 H; DOE DEFENDANTS 1 - 20, DOE CORPORATIONS, 1 - 20, DOE GOVERNMENT AGENCIES 1 - 20, DOE PARTNERSHIPS 1 - 20,<br><br>    Defendants. | CIVIL NO. 22-00064 JAO-KJM<br><br><br>ORDER GRANTING MOTION TO RECONSIDER AND REGARDING WITNESS COREY FERNANDEZ'S DEPOSITION DESIGNATIONS, ECF NO. 259 |

**ORDER GRANTING MOTION TO RECONSIDER AND REGARDING WITNESS COREY FERNANDEZ'S DEPOSITION DESIGNATIONS, ECF NO. 259**

The Court GRANTS Defendant Green Mountain Mycosystems, LLC's ("Defendant") Motion to Reconsider, ECF No. 259, and apologizes to the parties for missing the filing found at ECF No. 251-1. The Court is satisfied that the counter-designations from page 52 onward will be admitted in the event the objections related to page 25 are overruled. *See* ECF No. 258 at 6.

///

///

IT IS SO ORDERED.

Dated: Honolulu, Hawaiʻi, October 15, 2025.



Jill A. Otake
United States District Judge

---

CIV. NO. 22-00064 JAO-KJM, *Demarest et al. v. Alfouadi, et al.*; Order Granting Motion to Reconsider and Regarding Witness Corey Fernandez's Deposition Designations.