A Limited Liability Law Partnership LLP
KEVIN W. HERRING          6722-0
kherring@awlaw.com
RYAN M. TOYOMURA      11300-0
rtoyomura@awlaw.com
First Hawaiian Center
999 Bishop Street, Suite 1400
Honolulu, Hawaii  96813
Telephone:  (808) 539-0400

KATON.LAW
GLENN KATON          *Admitted Pro Hac Vice*
gkaton@katon.law
385 Grand Avenue, Suite 200
Oakland, California  94610
Telephone:  (510) 463-3350
Facsimile:  (510) 463-3349

ATTORNEYS FOR PLAINTIFF
   GREEN MOUNTAIN MYCOSYSTEMS, LLC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC, | Case No.: 22-CV-00064 JAO KJM |
|---|---|
| Plaintiffs, | **DESIGNATED DEPOSITIONS; EXHIBITS "A" – "C"** |
| vs. | Judge: Hon. Jill A. Otake<br>Trial Date: October 20, 2025 |
| RAIED J. ALFOUADI, et al., | |
| Defendants. | |

5010583.2

## **DESIGNATED DEPOSITIONS**

Plaintiff GREEN MOUNTAIN MYCOSYSTEMS LLC ("GMM"), in consultation with Defendant RAIED J. ALFOUADI, files the attached Deposition Designations pursuant to the Order Regarding Deposition Designations filed on October 9, 2025 ("Order") [ECF No. 258].

The highlighted portions of the attached exhibits are as follows:

- **Yellow** – lines that have been ruled on or not-objected to by the parties pursuant to the Order.

- **Underlined** – lines that the Court has reserved ruling on pursuant to the Order. [See Order at 6.]

- **Blue** – lines that will be admitted in the event the objections related to page 25 of Corey Fernandez's deposition are overruled. [See Order at 7;] [See ECF 260, "*Order Granting Motion to Reconsider and Regarding Witness Corey Fernandez's Deposition Designations, ECF No. 259*," filed on October 15, 2025.]

DATED: Honolulu, Hawaii; October 15, 2025.

*/s/ Ryan M. Toyomura*
KEVIN W. HERRING
RYAN M. TOYOMURA
Ashford & Wriston, LLLP

GLENN KATON
Katon.LawAttorneys for Plaintiffs
GREEN MOUNTAIN MYCOSYSTEMS, LLC

2