# EXHIBIT  "B"

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF HAWAII

 3    DAVID DEMAREST and GREEN      )  Civil No.
      MOUNTAIN MYCOSYSTEMS LLC,     )  22-CV-00064 JAO KJM
 4                                  )
            Plaintiffs,             )
 5                                  )
        v.                          )
 6                                  )
      RAIED J. ALFOUADI; UNNAMED    )
 7    SAILING VESSEL in rem, Hull   )
      No. HA 6874 H; DOE            )
 8    DEFENDANTS 1-20, DOE          )
      CORPORATIONS 1-20, DOE        )
 9    GOVERNMENT AGENCIES 1-20,     )
      DOE PARTNERSHIPS 1-20,        )
10                                  )
            Defendants.             )
11                                  )
      _____ )
12

13

14                  ZOOM DEPOSITION OF

15                     CORY FERNANDEZ

16      Taken on behalf of the Plaintiffs via Zoom,

17    commencing at 1:00 p.m. on Wednesday, March 20, 2024,

18    pursuant to Notice.

19

20

21

22

23    Reported by:

24    KATE McALPINE, RPR, CSR NO. 537
      Certified Shorthand Reporter
25
```

```
1                      CORY FERNANDEZ,

2     the witness hereinbefore named, being first duly

3     cautioned and sworn to testify the truth, the whole

4     truth, and nothing but the truth, testified under oath

5     as follows:

6                      DIRECT EXAMINATION

7     BY MR. WASHKOWITZ:

8        Q.   Good afternoon, Mr. Fernandez.  My name is

9     Jared Washkowitz.  I'm the attorney for a plaintiff in

10    a lawsuit that's pending in federal court.

11            Let's start by having you state your full name

12    for the record.

13       A.   My name is Corey Alan Fernandez.

14       Q.   And are you currently an officer with DOCARE

15    branch of DLNR?

16       A.   Yes, I am, with the Maui branch.

17       Q.   Okay.  And you reside in Maui as well?

18       A.   Yes, I do.

19       Q.   And were you with the DOCARE Maui branch back

20    in 2022 as well?

21       A.   Yes.

22       Q.   And -- and how long have you worked in that

23    position?

24       A.   I've been with DOCARE for about four years and

25    some change.
```

```
1            If I'm asking you to tell me how long is the

2      desk in my office, that would be a pure guess because

3      you've never been to my office or you -- you don't

4      know.

5            So, basically, estimating is -- is, you know,

6      based on past information that you have, or as a

7      guess, you don't have any basis, really.  Do you

8      understand that?

9      A.   I do.

10     Q.   Okay.  You will have the chance, if you want

11     to review your deposition transcript when the

12     deposition is completed and transcribed.  Normally

13     we'll -- if -- if you make substantive changes to the

14     deposition transcript we can comment on that at trial.

15     For example, if it's like a traffic case and you

16     testified at the deposition that the traffic light was

17     red, and then when you reviewed your deposition you

18     changed it and said it was green, that's a substantive

19     change and we can comment at trial and ask why you

20     changed your answer in a substantive way.

21           So the point is, try to give your best and

22     most accurate testimony today at the deposition.  Do

23     you understand that?

24     A.   Yes, sir.

25     Q.   Do you -- do you recall being on the scene of
```

1   a salvage or a boat removal operation back at Mala

2   Wharf in January 2022?

3       A.    I do.

4       Q.    Okay.  And that's what we're here to talk

5   about for the most part today.  Is there anything that

6   would prevent you from testifying about that today,

7   any reason why you can't give your best testimony as

8   to that incident?

9       A.    No.

10      Q.    Other than the fact --

11      A.    Other than the short notice.

12      Q.    Right.

13      A.    Yeah, other than the short notice and --

14  (audio distortion.)

15      Q.    Right.  And thank you for making the time to

16  accommodate us.  Appreciate that.  Have you -- I know

17  it's pretty short, but have you had a chance to review

18  any of your notes or documents related to that

19  incident back in January 2022 prior to today?

20      A.    I was just able to review my report and all

21  the attachments that were on the report.

22      Q.    Okay.  And do you-- do you have a copy of that

23  report that you're able to --

24      A.    I -- I -- I do.

25      Q.    Okay.  And when -- when was that report

1    Q.    Okay.   And what -- can you just describe what

2    your role is as the -- a DOCARE officer on Maui?

3    A.    Well, as a DOCARE officer we're conservation

4    law enforcement officers so we regulate the hunting

5    and finishing rules, we enforce the boating rules and

6    all of the divisions under DLNR.

7    Q.    And as part of your training to become a

8    DOCARE officer are you tasked with being up to speed

9    on the applicable regulations and laws related to

10   boating and -- and those areas?

11   A.    Yes.   There is a lot of rules, yes.

12   Q.    Are -- are -- as -- as a DOCARE officer, do

13   you have any responsibility for recommending or

14   determining whether fines should be issued in the case

15   of reef damage, where there's a vessel around?   Is

16   that your role?

17   A.    We document evidence it and then send it up

18   the chain, but as far as recommending, I don't know.

19   Q.    Do you know who or -- or what party of the

20   agency is responsible for -- for that, for assessing

21   whether there should be a fine imposed or not for reef

22   damage?

23   A.    I know the Division of Aquatic Resources does

24   the -- they see the area, they check the corals and

25   stuff.   But as far as who does the fines, I don't

1       know.

2           Q.   Do you recall how many -- well, I asked you

3       earlier if -- if you recall the general incident back

4       in January of 2022 involving a vessel that was washed

5       up by the Mala Wharf, right?  You remember that?

6           A.   Yes, it was a grounded vessel.

7           Q.   Do you -- do you remember how many -- on how

8       many separate occasions you attended the scene of

9       that, the vessel aground?

10          A.   That specific scene, how many times I went

11      there?

12          Q.   Yeah.  Like, was it just -- you just went one

13      day, or did you go back multiple days?  Do you

14      remember?

15          A.   I don't.

16          Q.   You don't recall?

17          A.   I don't -- I don't know.

18          Q.   But you -- you definitely were there at least

19      one day, correct?

20          A.   Correct.

21          Q.   Do you remember what caused you or how you

22      became notified of the situation in the first place?

23          A.   Yes.  I was assigned the case.

24          Q.   Who assigned you the case?

25          A.   My lieutenant.

```
1        Q.   And what's your lieutenant's name or was the

2   lieutenant's name at that time?

3        A.   Lieutenant Ron Keo {phonetic}.

4        Q.   And do you remember, did he just call you, or

5   was it like an email, how does that work?

6        A.   We get calls.  So if we're assigned a case we

7   get a call.

8        Q.   Do you remember what the gist of the call was?

9        A.   I don't remember, no.

10       Q.   Do you recall how long it was after you got

11  the call from your lieutenant that you actually

12  responded to the scene by Mala Wharf?

13       A.   I do not.

14       Q.   Was it a same day?

15       A.   It was the same day.

16       Q.   Do you remember if -- when you got to the

17  scene at Mala Wharf, if it was like daytime or

18  nighttime?

19       A.   Can I reference my report?

20       Q.   Yeah, you can.

21       A.   Okay.  Okay.

22       Q.   Yeah, if referencing your report helps you

23  remember any of this, feel free.

24       A.   Okay.  So, per my report, I was assigned the

25  case at 1900 hours and I arrived on scene at
```

1    1925 hours.

2        Q.    What was the date?   Does it have a date on

3    your report?

4        A.    The date is -- yes.   1/2/2022.

5        Q.    And do you recall or -- either recall

6    independently or from referencing your report, what

7    happened when you got on the scene on January 2nd,

8    that first day?

9        A.    So I arrived on scene, I made checks of the

10   area, observed the vessel grounded at the scene, I

11   displayed the vessel.   I observed the vessel

12   displaying the registration number and current

13   registration decals.   I observed a big hole in the

14   hull of the vessel and debris surrounding the vessel

15   and that's --

16             MS. SWENSON:  Sorry, Officer.

17             I'm going to object here.  I don't want

18   Officer Fernandez just reading from his report.  In

19   his -- you know, you will have his report soon and it

20   speaks for itself.  I'd like his deposition to be from

21   his personal memory.

22             MR. MYHRE:  But if his report refreshes

23   his memory, I mean he can talk about the --

24             MS. SWENSON:  Yeah, he can look at it but

25   he's reading from it right now.

1    doing when you first observed them?

2        A.    Looking at the vessel.

3        Q.    Can you describe, you know, you said -- you

4    said you came on the scene, you observed the vessel,

5    you observed -- you observed Raied and David at the

6    scene.  What happened next?  What else happened while

7    you were there?

8        A.    Then after that, I made contact with Raied and

9    Dave.  Raied told me he was the vehicle owner, or the

10   vessel owner.  Told me that his vessel was anchored

11   and that the anchor line broke, which caused it to run

12   aground.

13       Q.    Do you recall any of your conversations with

14   Mr. David Demarest on that first day?

15       A.    No.

16       Q.    Do you recall --

17       A.    Well, David did tell me that he was the -- the

18   salvager.

19       Q.    Okay.  Well, what was that conversation like?

20   Did you -- did you ask him what was happening or how

21   -- how did he come to tell you that he was the

22   salvager?

23       A.    I don't remember how that came about, but

24   David did tell me that he was taking care of the

25   salvage through his company.  And that he related at

**RALPH ROSENBERG COURT REPORTERS, INC.**
**Honolulu, HI   (808) 524-2090**

```
1        A.   I don't -- go ahead.

2                   THE WITNESS:  Danica, am I good to

3    answer?

4                   MS. SWENSON:  Yes.

5        A.   Okay.  I don't remember.

6    BY MR. WASHKOWITZ:

7        Q.   How long did you stay on the scene on

8    January 2nd?

9        A.   I don't remember.

10       Q.   Do you have any recollection or does your

11   report reflect that at any time on January 2nd

12   Mr. Alfouadi objected or opposed Mr. Demarest's

13   statement that he was the salvager?

14                  MR. MYHRE:  I'm going to object the

15   question that it assumes facts not in evidence that

16   Mr. Alfouadi ever even heard him say that.

17   BY MR. WASHKOWITZ:

18       Q.   You can answer the question.

19       A.   Can you repeat the question?

20       Q.   Do you have any recollection of Mr. Alfouadi

21   on January 2nd opposing Mr. Demarest's statement that

22   he was the salvager?

23                  MR. MYHRE:  I'm going to again object to

24   the question assuming facts not in evidence that

25   Mr. Alfouadi had ever heard Mr. Demarest make such a
```

**RALPH ROSENBERG COURT REPORTERS, INC.**
**Honolulu, HI   (808) 524-2090**

1    the scene, did you take any notes on that day?

2        A.   Yes.

3        Q.   On January 2nd when you attended the scene,

4    did you take any photographs that day, if you

5    remember?

6        A.   Well, I'm looking at my photo report and I

7    have some pictures of the vessel at night.

8        Q.   Does that help you identify if you took those

9    pictures either on January 2nd, January 5th, or

10   January 7th?

11       A.   If I answer, I'll be guessing, so I don't

12   remember.

13       Q.   Okay.  And then, what -- what times -- do your

14   notes say what times you were at the vessel site on

15   January 5th and January 7th?

16       A.   I don't remember.  I don't have my -- that

17   notes in front of me.  I believe there was -- yeah, I

18   don't have that notes in front of me.

19       Q.   Does your report indicate what times you were

20   with the vessel on January 5th or January 7th?

21       A.   On January 5th and January 7th?

22       Q.   Yeah.

23       A.   Okay.  So on January 5th -- on January 5th at

24   0700 hours and January 7th at 0830 hours, and that's

25   approximate for both times.

```
 1        Q.   Understood.   Do the notes or reports say when
 2   you left or just when you got there?
 3        A.   When I got there.
 4        Q.   Do you recall how long you were -- you stayed
 5   onsite each time?  Was it all day or just --
 6        A.   I don't remember.
 7        Q.   Do you have any estimate of how long you would
 8   have been onsite on January 5th or January 7th?  Was
 9   it like half a day or ten minutes or a couple hours?
10             MS. SWENSON:  Objection.  Asked and
11   answered.
12   BY MR. WASHKOWITZ:
13        Q.   Yeah, I -- I'm not clear on your answer yet.
14   You can estimate.  I know -- I'm not going to hold you
15   to the exact.  I'm just trying to figure out if, on
16   January 5th, were you there.  You arrived at
17   approximately 0700.  Were you there all day or were
18   you just there for like ten minutes or --
19        A.   I was not there all day.  I believe less than
20   an hour.  If I'm estimating I would say even less than
21   30 minutes.  I was just there to check on the vessel,
22   salvaging, see how it's going, and then I left.
23             THE STENOGRAPHER:  Part of that answer
24   cut out.  I'm sorry, can I have the -- the witness
25   repeat his answer, please.
```

**RALPH ROSENBERG COURT REPORTERS, INC.**
**Honolulu, HI   (808) 524-2090**

1    A.   So I said less than an hour.  And then I said

2    even less than 30 minutes.  My task was to go there,

3    check on the vessel, the salvaging, and leave.

4    MR. WASHKOWITZ:

5        Q.   And then same question for January 7th.  You

6    say approximately you got there 0830.  0830.  Do you

7    recall if you were there the same, like an hour, half

8    an hour, or was it longer?

9        A.   About the same.

10       Q.   Okay.  And then other than January 2nd,

11   January 5th, and January 7th, those were the only

12   three times that you were actually there on the scene

13   with the vessel, correct?

14       A.   Per my report, yes.

15       Q.   And then on -- on January 2nd -- that first

16   day you arrived and you -- you spoke with Mr. Alfouadi

17   and Mr. Demarest, did -- did you do anything else

18   other than observe the situation and -- and talk to

19   Mr. Demarest and Mr. Alfouadi that night?

20            MS. SWENSON:  Object.  Vagueness.

21            You can still answer if you can, Cory.

22       A.   Okay.  So it says that I contacted DOBOR.  No

23   one answered so I left a message.

24   BY MR. WASHKOWITZ:

25       Q.   And is that --

1      A.    That's was at -- yes, that's in my report at

2    about 2030 hours.

3      Q.    Okay.

4      A.    And DOBOR is -- go ahead.  Sorry.

5      Q.    No, you go ahead.  Finish.  DOBOR is?

6      A.    DOBOR is the boarding division of the DLNR.

7      Q.    I'm going to share the screen and show you

8    what's been marked as our Exhibit A to your

9    deposition.

10           (Exhibit A marked for identification.)

11   BY MR. WASHKOWITZ:

12     Q.    Can you see that?

13     A.    Yes, I can.  It -- it's small.  I'm on my

14   phone so it's a little small but I -- I can see it.

15     Q.    Okay.  Are these notes that you took?

16     A.    Yes, that's my handwriting.

17     Q.    Do you know which date you made these notes?

18   Was it January 2nd, January 5th, January 7th?  Do you

19   know?

20     A.    I don't -- I don't remember.  It looks like on

21   the day of the boarding.

22     Q.    So that first day?

23     A.    Yeah.

24     Q.    Okay.  And then you see at the top where it

25   says David Demarest?

1    A.   Yes.

2    Q.   And then it says manager director, do you know

3  what you meant by that?

4    A.   Well, speaking from my notes it looks like

5  David and his phone number, there's an arrow, and in my

6  report it also says that he's salvaging the company

7  through -- he's salvaging the vessel through his company

8  Green Mountain Mycosystems, so...

9    Q.   Okay.  And then down below it says

10  Raied Alfouadi and below that it says start salvage.  Is

11  that what that says, start salvage?

12    A.   Yes.

13    Q.   Okay.  And then can you -- can you just run

14  through what these other notes mean on the record?

15    A.   So below start salvage?  Sorry, Jared, your

16  talking about below start salvage?

17    Q.   Yeah, yeah.

18    A.   Okay.

19    Q.   Start it off where it says:  Took off all

20  hazmat.

21    A.   Okay.  So, took all hazmat, that's just pretty

22  much asking what kinds of hazmat's on there and they

23  took it all off.  That's there two gel batteries,

24  they're fully screwed or fully sealed.  No gas on

25  boat.  WD-40, five gallon, that's all the hazmat that

1    was on the container -- or that was on the vessel.

2          And:  Below happened at 3:30 p.m., anchored in

3    front of Mala Restaurant.  I believe that says, I'm

4    not too sure.

5          And then:  No one onboard, anchor line snapped

6    or out.  Waves/wind a factor.  Meaning that, yeah,

7    waves and wind was a factor in the vessel running

8    aground.

9      Q.   And what -- do -- do you remember when you

10   responded to the scene on January 2nd what the wind

11   and waves were like at that time?

12     A.   I don't but I couldn't see the waves, it was

13   dark.  The wind I don't remember.

14     Q.   Okay.  And these notes were -- did you make

15   these notes while you were on the scene there with the

16   boat or after the fact?

17     A.   I'd be guessing at this point, so I don't

18   remember.

19     Q.   Do you know who took this picture of your

20   notes?

21     A.   I don't remember.  I'm sorry, hold on.  My

22   phone battery looks like it's dying.

23     Q.   No problem.

24          MS. SWENSON:  Do you have a charger near

25   you, Cory?

1    knowledge as to the coral reef situation in that area,

2    correct?

3        A.   No.

4        Q.   And then, when you first responded to the

5    scene on January 2nd, was there any, like, debris all

6    over the place or on the beach or can you just

7    describe what the general scene looked like?

8        A.   I don't remember what the general scene looked

9    like, but, per my report, I put that there was debris

10   surrounding the vessel.

11       Q.   Okay.  Did -- did you describe what kind of

12   debris or is it just like a general statement?

13       A.   General statement.

14       Q.   And then when you went back to the vessel on

15   January 5th, was that based on somebody's request or

16   were you just checking up on everything on your own?

17       A.   I was making follow-up checks on my own.

18       Q.   Do you recall when you -- I think you

19   testified earlier that you got there about 0700 and

20   stayed maybe like 30 minutes or an hour.  Do you

21   recall or do your notes indicate who was there when

22   you arrived on scene?

23       A.   Yes, on my report it says that Demarest was on

24   scene.

25       Q.   Did it mention anybody else or just him?

1      A.    No, just Demarest.

2      Q.    Do you recall any conversations you had with

3  Mr. Demarest on that day?

4      A.    That day he related that they removed the two

5  gel batteries from the ocean.

6      Q.    Okay.  Do you recall whether it looked like

7  progress was being made between when you first came in

8  on January 2nd to that second visit on January 5th as

9  far as the salvage operation?

10     A.    I don't remember.

11     Q.    Did you -- do you recall expressing any

12 concerns to Mr. Demarest on January 5th regarding how

13 the operation was going or anything like that?

14     A.    I don't remember.

15     Q.    Do you recall any other conversations with

16 Mr. Demarest on that day?

17     A.    I don't remember.

18     Q.    What -- what was the weather like on that day,

19 do you remember?

20     A.    I don't remember.

21     Q.    Was the vessel on January 5th in the same

22 location it was in when you first came on the scene on

23 January 2nd?

24     A.    I don't remember.

25     Q.    And then the next time you came back to the

1   vessel was January 7th, correct?

2       A.    Correct.

3       Q.    And I think you said about 0830 and you were

4   there --

5       A.    Correct.

6       Q.    Yeah, okay.   And you were there, like,

7   30 minutes to an hour?

8       A.    It's -- it's an estimate.   Around there.

9   Maybe less than 30 minutes maybe.   Around there.

10      Q.    Okay.   Understood that that's an estimate.   Do

11  you -- do you recall or do your notes indicate who was

12  present during that time you came to the vessel?

13      A.    Yes, Demarest was present.

14      Q.    Was anybody else present?

15      A.    No.

16      Q.    Was -- do you recall any conversations or do

17  your notes indicate that you had any conversations

18  with Mr. Demarest on January 7th, and if so, what was

19  it regarding?

20      A.    So it was regarding the -- the vessel debris.

21  So Demarest related that the majority of the vessel

22  debris was out of the ocean and the only thing in the

23  ocean was a keel and a -- the outboard motor and that

24  there was no fuel in the motor.   So it was just, yeah,

25  the outboard motor and a keel that was left that was

1    thing printed out for me.

2                MR. WASHKOWITZ:  Okay.  We'll take like a

3    five-minute break, guys, and the we'll come back in

4    like five minutes.

5                MR. MYHRE:  That's fine.  Appreciate it.

6                    (Recess.)

7    BY MR. WASHKOWITZ:

8        Q.  All right.  I'm gonna share a screen now that

9    we have your report.

10                MR. MYHRE:  Are you going to mark it as

11    an exhibit?

12                MR. WASHKOWITZ:  Yeah, I'm just going to

13    mark it Exhibit H.  Well, why didn't we call this

14    Exhibit B since the first one was Exhibit A.  So we'll

15    just call this Exhibit B.  In the shared folder I have

16    it as Exhibit H but we'll mark this as Exhibit B.

17                (Exhibit B marked for identification.)

18    BY MR. WASHKOWITZ:

19        Q.  So Mr. Fernandez, this is the report you were

20    talking about earlier?

21        A.  Is that -- can you scroll up real quick?

22            That's the report.

23        Q.  Okay.  And then I just want to point you

24    to -- let's see, okay.  You said that -- do you see

25    where I'm scrolling down here?  Let me see if I can

```
 1        A.   I don't remember.

 2   BY MR. WASHKOWITZ:

 3        Q.   And your -- looks like you have some

 4   attachments to your report, including some emails from

 5   Mr. Demarest.   So I'm gonna -- we'll look at those,

 6   but first I'm scrolling down and there's a bunch of

 7   photos here that you can see labeled 1, 2, 3, 4.   Are

 8   -- are these photos you took?

 9        A.   Yes.   These are photos I took.

10        Q.   And this was taken on that first day when you

11   responded to the scene, right?

12        A.   I -- I believe so.   I don't remember.

13        Q.   Okay.   And then there's also photos 5, 6, 7,

14   8.   Do you have any recollection of when these photos

15   were taken?

16        A.   I don't remember when these were taken.

17        Q.   Okay.   What was the purpose of photos, just to

18   show the progress of the salvage?

19        A.   Yeah, just to show progress.

20        Q.   And then same with photos 9 and 10.   These are

21   items that were removed from the vessel or did --

22        A.   Yeah -- yes.

23        Q.   Okay.   Okay.   And I'm just scrolling down.

24   Okay.   So what I'm looking at now are just some emails

25   that are attached to your report.
```

1        Q.    Okay.  So this is January 2, 2022, so by the

2   time you arrived it was already dark; is that correct?

3        A.    Yes.

4        Q.    Okay.

5        A.    I believe so.

6        Q.    And in anywhere in your report did you

7   document on January 2, 2022, what the weather

8   conditions were at that time?

9              MR. WASHKOWITZ:  I'm gonna object to the

10  form.  The report speaks for itself.

11  BY MR. MYHRE:

12       Q.    When I say at that time, when you arrived at

13  the wharf.

14             MS. SWENSON:  Officer, I can't tell if

15  you're frozen or reading.

16             MR. WASHKOWITZ:  Oh, I think we lost him.

17             MS. SWENSON:  The record can reflect that

18  Cory Fernandez's Zoom disappeared for a second and now

19  it's back.

20       A.    Sorry.  Can you hear me?

21             MS. SWENSON:  Yes.

22       A.    Okay.  Sorry.  I got like a temperature alert

23  so I had to wait for a little bit, yeah.  Go ahead.

24  BY MR. MYHRE:

25       Q.    Okay.  That's quite all right.  Those things

1    you arrived about 7:00 p.m., is it -- was it dark or

2    was it not dark?

3        A.   According to my photos it looks dark, but my

4    memory -- I don't remember.

5        Q.   Okay.

6        A.   But I arrived at 7:25 or 7:25 p.m., I got the

7    call at 7:00.

8        Q.   Okay.  So you arrived at 7:25, my apologies.

9    So, on January 2, you arrived at 7:25 p.m., it's

10   likely dark out at that time, correct?

11       A.   Correct.  According to my phone.

12       Q.   And so you took photographs, these first four

13   photographs indicate that the -- that it's dark out.

14   You see the -- the sailboat there, and there appears

15   to be some chains or some ropes or something coming

16   from the boat onto the -- the rock jetty, correct?

17       A.   Correct.  I see it.

18       Q.   Okay.  And in looking at those photographs,

19   does it appear that the mast of the sailboat is no

20   longer there?

21            MS. SWENSON:  Objection.  Calls for

22   speculation.

23            But answer if you can, Cory.

24       A.   Okay.  So your question was if the mast

25   was -- the mast was no longer there?

1    BY MR. MYHRE:

2        Q.    Correct.

3            MR. WASHKOWITZ:    Join the objection.

4        A.    Well, according to my photos, I don't see a

5    mast.

6    BY MR. MYHRE:

7        Q.    Okay.    Fair enough, and it -- and there was

8    some chains or some ropes up onto the rock jetty and

9    it looks like the boat was secured in some fashion; is

10    that correct?

11        A.    Yes.

12        Q.    Now, if you could, and I don't want to

13    misstate a time, so when you went to the wharf the

14    second day, on January 5, can you just confirm for me

15    what time it was you arrived at the wharf on that

16    date?

17            MS. SWENSON:    Objection.    Asked and

18    answered.

19            MR. WASHKOWITZ:    Objection.    Asked and

20    answered.

21            MR. MYHRE:    Well, I never asked and

22    answered the question.    I just want to get

23    confirmation of it.

24            MS. SWENSON:    Well it counts regardless

25    of which counsel asked, I believe.

```
1              MR. MYHRE:  Well, I think you're wrong.

2    I can clarify to setup a question.

3    BY MR. MYHRE:

4       Q.  So what time was it that you arrived there?

5              THE WITNESS:  Danica, can I answer?

6              MS. SWENSON:  Yeah, if you know.

7       A.  Okay.  According to my report at approximately

8    0700 hours.

9    BY MR. MYHRE:

10      Q.  Okay.

11             MR. MYHRE:  And, Jared, if you could flip

12   down to the next page.

13   BY MR. MYHRE:

14      Q.  You see a series of photographs there, and

15   with regard to Photograph 5, what were you trying to

16   document with regard to Photograph 5?

17      A.  I don't remember.  Just debris from the

18   vessel.

19      Q.  In looking at Photograph 5 and comparing it to

20   the photographs you took on the evening of

21   January 2nd, it looks like sections of the vessel have

22   been removed; is that correct?

23      A.  It looks like it through the photos.

24      Q.  And also in Photograph Number 8, that appears

25   to be a photograph of a dumpster with debris in it?
```

1    A.    Correct, that's what it looks like.

2    Q.    And what was the purpose of taking that

3    photograph?  Was it just to document that the debris

4    had been deposited into a dumpster?

5    A.    I don't remember.  Probably to some -- to that

6    kind of effect possibly.  I don't remember.

7    Q.    Okay.

8              MR. MYHRE:  And, Jared, if you can go

9    back to the third page of the report.  The third page,

10   the third page.

11             MR. WASHKOWITZ:  Oh, let me see.  1, 2...

12   BY MR. MYHRE:

13   Q.    And if you look at the entry on the bottom of

14   the third page, January 7, 2022, says approximately

15   0830 hours, that's 8:30 a.m., correct?

16   A.    Correct.

17   Q.    You made a check at the vessel, correct?

18   A.    Correct.

19   Q.    And, at that point in time, Demarest told you

20   that the majority of the vessel debris was out of the

21   ocean and the only thing in the ocean was the keel and

22   an outboard motor, correct?

23   A.    Correct.

24   Q.    And just so I understand what you're saying

25   there, the entirety of the boat had been removed and

1   the only thing that was left was the keel and the

2   outboard motor, correct?

3       A.   Well, that's not what I'm saying.  I mean,

4   that's what Demarest told me.

5       Q.   Okay.  But that's what you documented

6   Mr. Demarest saying?

7       A.   Yes.

8       Q.   Okay.  Based upon your observations at the

9   scene that day on January 7, 2022, do you have any

10  information that you can recall that would indicate

11  what Mr. Demarest told you on that occasion was not

12  correct?

13            MR. WASHKOWITZ:  Object to the form.

14      A.   I don't remember.

15            MR. MYHRE:  Now, Jared, go down to the

16  third page of photographs.

17  BY MR. MYHRE:

18      Q.   If you look at the third page of the

19  photographs, you see photographs 9 and 10, correct?

20      A.   Correct.

21      Q.   Are you familiar with the place called Lahaina

22  Welding?

23      A.   Lahaina Welding?

24      Q.   Yes.  It's right behind the wharf?

25      A.   I'm not familiar.  I've heard about it but I'm

```
 1    point it's calm, but I don't know if there's sets

 2    coming in, or if it's just a break in sets, so I -- I

 3    don't know.

 4    BY MR. MYHRE:

 5        Q.   Okay.   All right.   On either of the three days

 6    that you went out to Mala Wharf, January 2nd,

 7    January 5th, or January 7th, did you ever document any

 8    damage to any reef, coral, due to the vessel?

 9              MR. WASHKOWITZ:   Object to the form.

10    Lacks foundation.

11              You can answer.

12              THE WITNESS:   I can answer?   Okay.

13        A.   According to my report, no.

14    BY MR. MYHRE:

15        Q.   Okay.   Did you ever document any damage caused

16    by the vessel to Mala Wharf?

17        A.   No.

18        Q.   Okay.

19        A.   In the report, no.

20        Q.   All right.   Those are all the questions that I

21    have for you.   Thank you.

22              MR. WASHKOWITZ:   I don't have any further

23    questions.

24              MS. SWENSON:   I have a few clarifying

25    questions I wanted to go through.
```