AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 22-CV-00064-JAO-KJM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Jeffery Pratt.
on *(date)* 10/14/25 .

☑ I served the subpoena by delivering a copy to the named person as follows: personal service

on *(date)* 10/14/25 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/15/25

_____
Server's signature

M. SMYTHE
Printed name and title

P.O Box 688, Maiku HI - 96708
Server's address

Additional information regarding attempted service, etc.: