# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | 1:22-cv-00064-JAO-KJM |
| CASE NAME: | Green Mountain Mycosystems LLC v. Raied J. Alfouadi et al. |
| ATTY'S FOR PLA: | *Glenn Katon<br>Ryan Mitsuo Toyomura |
| ATTY'S FOR DEFTS: | Brent Kahanaumaikai Wilson<br>*James V. Myhre |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Cynthia Fazio |
| DATE: | 10/20/2025 | TIME: | 08:40am-10:05am<br>10:20am-11:45am<br>01:15pm-02:45pm<br>02:55pm-04:30pm |

COURT ACTION:  EP:   Non-Jury Trial, Day 1 was held.

David Demarest, Manager for Green Mountain Mycosystems LLC, present.

Defendant Raied J. Alfouadi, also present.

Opening Statements by the parties.

**Plaintiff's Witnesses (sworn & testified):**
1) Andre Espiritu (Direct, Cross, Re-Direct and Re-Cross Examination)
2) David Demarest (Direct and Cross Examination)

Further cross-examination of David Demarest to continue on 10/21/2025.

**Plaintiff's Admitted Exhibits:** 2, 5, 7, 8, 9, 13, 15, 16, 23, 24, 27, 28, 29, 31, 33, 35, 37, 38, 68, 101, 103, 105, 106, 107, 108, 110 and 111

**Defendant's Admitted Exhibits:** 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 225, 226, 257 and 259

The Court takes under advisement the admissibility of Exhibits 49 and 50.

Further Non-Jury Trial Day 2 SET for 10/21/2025 at 9:30 AM in Aha Kanawai before the Honorable Jill A. Otake.

Submitted by: Carla Cortez, Courtroom Manager