# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | 1:22-cv-00064-JAO-KJM |
| CASE NAME: | Green Mountain Mycosystems LLC v. Raied J. Alfouadi et al. |
| ATTY'S FOR PLA: | Glenn Katon<br>Ryan Mitsuo Toyomura |
| ATTY'S FOR DEFTS: | Brent Kahanaumaikai Wilson<br>James V. Myhre |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Cynthia Fazio |
| DATE: | 10/21/2025 | TIME: | 09:30am-11:05am<br>11:15am-12:30pm<br>01:30pm-03:00pm<br>03:15pm-04:30pm |

COURT ACTION:  EP:   Non-Jury Trial, Day 2 was held.

David Demarest, Manager for Green Mountain Mycosystems LLC, present.

Defendant Raied J. Alfouadi, also present.

**Plaintiff's Witnesses (sworn & testified):**
2) David Demarest (Further Cross, Re-Direct and Re-Cross Examination)
3) Sebastian Coppes, *appeared remotely* (Direct, Cross, Re-direct, Re-Cross, and Re-direct Examination)

Plaintiff rests.

**Defendant's Witnesses (sworn & testified):**
1) Jeffrey Pratt, *appeared remotely* (Direct and Cross Examination)
2) Raied J. Alfouadi (Direct Examination)

Further direct examination of Raied J. Alfouadi to continue on 10/22/2025.

**Plaintiff's Admitted Exhibits:** 48 and 112

**Defendant's Admitted Exhibits:** 204, 208, 238, 245, 246, 247, 264, 293, 294, 295, 296 and 297

For the reasons stated on the record, the Court rules as follows: Exhibit 49 is inadmissible; Exhibit 50 is admissible in part.

Defense's oral motion under Rule 52(c) for judgment on partial findings is taken under advisement.

Further Non-Jury Trial Day 3 SET for 10/22/2025 at 8:30 AM in Aha Kanawai before the Honorable Jill A. Otake.

Submitted by: Carla Cortez, Courtroom Manager