# MINUTE ORDER

CASE NUMBER:     1:22-cv-00064-JAO-KJM

CASE NAME:       Green Mountain Mycosystems LLC v. Raied J. Alfouadi et al.

ATTY'S FOR PLA:  *Glenn Katon
                 Ryan Mitsuo Toyomura

ATTY'S FOR DEFTS: Brent Kahanaumaikai Wilson
                  *James V. Myhre

JUDGE:    Jill A. Otake          REPORTER:   Cynthia Fazio

DATE:     10/22/2025             TIME:       08:30am-10:00am
                                             10:15am-12:00pm
                                             01:30pm-03:00pm
                                             03:15pm-04:30pm

COURT ACTION: EP:  Non-Jury Trial, Day 3 was held.

David Demarest, Manager for Green Mountain Mycosystems LLC, present.

Defendant Raied J. Alfouadi, also present.

**Defendant's Witnesses (sworn & testified):**
*3) William Leschaeve, *appeared remotely* and *taken out of order. (Direct and Cross Examination)
2) Raied J. Alfouadi (Further Direct Examination)

Cross examination of Raied J. Alfouadi to begin on 10/23/2025.

**Defendant's Admitted Exhibits:** 222, 223, 228, 229, 230, 237, 248, 252, 263 and 283

Further Non-Jury Trial Day 4 SET for 10/23/2025 at 8:30 AM in Aha Kanawai before the Honorable Jill A. Otake.

Submitted by: Carla Cortez, Courtroom Manager