# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | 1:22-cv-00064-JAO-KJM |
| CASE NAME: | Green Mountain Mycosystems LLC v. Raied J. Alfouadi et al. |
| ATTY'S FOR PLA: | *Glenn Katon<br>Ryan Mitsuo Toyomura |
| ATTY'S FOR DEFTS: | Brent Kahanaumaikai Wilson<br>*James V. Myhre |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Cynthia Fazio |
| DATE: | 10/23/2025 | TIME: | 08:30am-10:00am<br>10:20am-11:45am<br>01:00pm-01:45pm |

COURT ACTION:   EP:   Non-Jury Trial, Day 4 was held.

David Demarest, Manager for Green Mountain Mycosystems LLC, present.

Defendant Raied J. Alfouadi, also present.

**Defendant's Witnesses (sworn & testified):**
2) Raied J. Alfouadi (Cross Examination)

Defense rests.

**Plaintiff's Rebuttal Witnesses (previously sworn):**
*1) Sebastian Coppes, *appeared remotely* *taken out of order (Direct and Cross examination)
2) David Demarest (Direct Examination)

**Defendant's Admitted Exhibits:** 288

Closing arguments shall be filed by October 30, 2025, and shall not exceed 25 pages. The arguments shall focus on the elements of the claims and include any relevant timelines the parties intend to present. Citations are not required but will be beneficial to the party submitting the closing argument.

Findings of Fact and Conclusions of Law (FOF and COL) are due by December 1, 2025, and shall not exceed 40 pages, double-spaced. Parties needing additional pages shall notify the Court. The FOF and COL shall focus on the elements of the claims and relevant timelines and include citations.


Submitted by: Carla Cortez, Courtroom Manager