# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| DAVID DEMAREST et al. | PLAINTIFF EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| RAIED ALFOUADI | Case Number: 22-CV-00064 JAO KJM |

| PRESIDING JUDGE<br>Hon. Jill A. Otake | PLAINTIFF'S ATTORNEY<br>Kevin W. Herring, Esq. | DEFENDANT'S ATTORNEY<br>James V. Myhre, Esq. |
|---|---|---|
| TRIAL DATE (S) ~~9/15/2025~~ October 20, 2025 | COURT REPORTER<br>Cynthia Fazio | COURTROOM DEPUTY<br>Carla Cortez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Timeline of Salvage |
| 2 | | 10/20/25 | | 10/20/25 | Expense Spreadsheet |
| 3 | | | | | Scopic Expense Spreadsheet |
| 4 | | | | | DOBOR Memo Re Insurance Requirements |
| 5 | | 10/20/25 | | 10/20/25 | USCG Boating Accident Report |
| 6 | | | | | US IOpen Form Salvage Agreement |
| 7 | | 10/20/25 | | 10/20/25 | Affidavit of Facts |
| 8 | | 10/20/25 | | 10/20/25 | Photo- Mala Wharf with Wreckage |
| 9 | | 10/20/25 | | 10/20/25 | Photo- Raid with saved boat parts |
| 10 | | | | | Photo- view of welding shop |
| 11 | | | | | Photo- items for sale on CL |
| 12 | | | | | Photo - Box of Supplies to Lahaina Welding |
| 13 | | 10/20/25 | | 10/20/25 | Photo- Mast touching Mala Wharf |
| 14 | | | | | Photo- Motor salvaged from Alfouadi boat |
| 15 | | 10/20/25 | | 10/20/25 | Photo- sattelite view Mala Wharf |
| 16 | | 10/20/25 | | 10/20/25 | Photo- working on vessel |
| 17 | | | | | Photos- additional photos of wreckage |
| 18 | | | | | Draft Written Agreement to Alfouadi |
| 19 | | | | | E Court Kokua Citation- Alfouadi |
| 20 | | | | | E Court Kokua Citation- Alfouadi |
| 21 | | | | | E Court Kokua Citation- Alfouadi |
| 22 | | | | | Email from Russell Sparks re Reef Area |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

HID 187A (Rev. 3/11)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | DEMAREST | | vs. | ALFOUADI | CASE NO. 22-CV-00064 JAO KJM |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | 10/20/25 | | 10/20/25 | Emails between Plaintiff and Jeff of State Farm |
| 24 | | 10/20/25 | | 10/20/25 | Emails between DLNR and Plaintiff Jan 2022 |
| 25 | | | | | Text from Alfouadi to McCarthy re State Farm Claim |
| 26 | | | | | Texts between Plaintiff and Jeff Pratt |
| 27 | | 10/20/25 | | 10/20/25 | Video of wreckage- night footage of debris |
| 28 | | 10/20/25 | | 10/20/25 | Video of wreckage- more night footage of debris |
| 29 | | 10/20/25 | | 10/20/25 | Video of wreckage- items in Plaintiff's truck and piles of debris |
| 30 | | | | | Video of wreckage- more debris from Plaintiff's truck |
| 31 | | 10/20/25 | | 10/20/25 | Video of wreckage- more debris from Plaintiff's truck, metal screws, etc. |
| 32 | | | | | Video of wreckage- possible foot infection |
| 33 | | 10/20/25 | | 10/20/25 | Video of wreckage- video of ropes, cords, debris |
| 34 | | | | | Video of wreckage- more video of ropes, cords, debris |
| 35 | | 10/20/25 | | 10/20/25 | Vidoe of wreckage- video of working |
| 36 | | | | | Alfouadi Boat claim |
| 37 | | 10/20/25 | | 10/20/25 | Alfouadi Boat claim |
| 38 | | 10/20/25 | | 10/20/25 | Alfouadi Boat claim |
| 39 | | | | | Various receipts from Salvage |
| 40 | | | | | Plaintiff's Answers to First Request for Answers to Interrogatories |
| 41 | | | | | File Stamped Plaintiff Expert Disclosures and Reports |
| 42 | | | | | Sebastian Coppes CV |
| 43 | | | | | Sebastian Coppes Fee Schedule |
| 44 | | | | | Preliminary Scopic Sheet |
| 45 | | | | | File Stamped Defense Expert Disclosure |
| 46 | | | | | Defense expert CV |
| 47 | | | | | Lloyds Standard Form Salvage Agreement |
| 48 | | 10/21/25 | | 10/21/25 | USCG BOA rates |
| 49 | | | | | Handwritten DLNR Notes (Cory Fernandez) |

Page  2  of  5  Pages

HID 187A (Rev. 3/11)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| DEMAREST | vs. | ALFOUADI | CASE NO. 22-CV-00064 JAO KJM |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | | | | Report of DLNR Officer Cory Fernandez |
| 51 | | | | | Brooks Bell Defense Expert Report- Sep 12, 2023 |
| 52 | | | | | Appendix A - Scopic Rules |
| 53 | | | | | Article- Nakoa Runing Aground |
| 54 | | | | | Nakoa Vessel Fine |
| 55 | | | | | DLNR Enforcement Action vs. Blaze |
| 56 | | | | | Jeff Pratt - Timesheet |
| 57 | | | | | Emails- re State Farm claim |
| 58 | | | | | Emails- re State Farm claim |
| 59 | | | | | Emails- re State Farm claim |
| 60 | | | | | Emails -re State Farm claim |
| 61 | | | | | Emails- re State Farm claim |
| 62 | | | | | Emails- re State Farm claim |
| 63 | | | | | Emails- re State Farm claim |
| 64 | | | | | Jeff Pratt- text to Plaintiff re work on salvage |
| 65 | | | | | Ace Hardware- receipt 1 |
| 66 | | | | | Ace Hardware - receipt 2 |
| 67 | | | | | B&H receipt |
| 68 | | 10/20/25 | | 10/20/25 | Plaintiff truck photos |
| 69 | | | | | Foodland receipts |
| 70 | | | | | Fuel receipts |
| 71 | | | | | Honme Depot - receipt 1 |
| 72 | | | | | Honme Depot- receipt 2 |
| 73 | | | | | Home Depot- refund |
| 74 | | | | | Kahului - receipt |
| 75 | | | | | Longs Drugs- receipt 1 |
| 76 | | | | | Longs Drugs- receipt 2 |

Page 3 of 5 Pages

✎HID 187A (Rev. 3/11)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| DEMAREST | | vs. | | ALFOUADI | CASE NO. 22-CV-00064 JAO KJM |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 77 | | | | | Longs Drugs- receipt 3 |
| 78 | | | | | Maui Sports- receipt |
| 79 | | | | | Maui Sports- receipt |
| 80 | | | | | Maui Sports- receipt |
| 81 | | | | | Maui Sports- receipt |
| 82 | | | | | Maui Sports -receipt |
| 83 | | | | | Misc receipt |
| 84 | | | | | NAPA receipt |
| 85 | | | | | O'Reilly receipt |
| 86 | | | | | Payment for Lift bags |
| 87 | | | | | Payment for Salvage Truck |
| 88 | | | | | Target receipt |
| 89 | | | | | Tractor receipt |
| 90 | | | | | Walgreens receipt |
| 91 | | | | | Webpayment for Dumpsters |
| 92 | | | | | Webpayment for Dumpsters |
| 93 | | | | | West Side Tow invoice |
| 94 | | | | | State Farm Dec Page- Alfouadi policy |
| 95 | | | | | Deposition Transcript- David Demarest |
| 96 | | | | | Deposition Transcript- Raied Alouadi |
| 97 | | | | | Deposition Transcript- Sebastian Coppes |
| 98 | | | | | Deposition Transcript- Cory Fernandez |
| 99 | | | | | Deposition Transcript- Jeff Pratt |
| 100 | | | | | State Farm Negligence Exclusion |
| 101 | | 10/20/25 | | 10/20/25 | Video- night footage of debris |
| 102 | | | | | Video- Plaintiff working while Alfouadi slept |
| 103 | | 10/20/25 | | 10/20/25 | Video- Dust extraction |

Page  4  of  5  Pages

✎HID 187A (Rev. 3/11)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| DEMAREST | | vs. | AFLOUADI | | CASE NO. 22-CV-00064 JAO KJM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 104 | | | | | Credit report for Plaintiff after salvage- Debt too high |
| 105 | | 10/20/25 | | 10/20/25 | Photo- Keel removed |
| 106 | | 10/20/25 | | 10/20/25 | Photo- large debris |
| 107 | | 10/20/25 | | 10/20/25 | Video- progress on the 6th |
| 108 | | 10/20/25 | | 10/20/25 | Video- floating out large debris |
| 109 | | | | | Photo- removal of fuel tank |
| 110 | | 10/20/25 | | 10/20/25 | Video- underwarter debris by wharf |
| 111 | | 10/20/25 | | 10/20/25 | Photo- volunteers |
| 112 | | 10/21/25 | | 10/21/25 | Plaintiff reserves exhibits 112-200. |

Page 5 of 5 Pages