# EXHIBIT B

Ralph Rosenberg Court Reporters Invoice No. 5452

Deposition of Jeffrey Pratt

23-25 OF

$ / 45 >

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

*1001 Bishop Street, Suite 2460*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

03/20/2024

BILLED
TO:  JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

INVOICE NO: 5452

RE:  DEMAREST VS ALFOUADI

CASE NO. 22-CV-00064 JAO KJM

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| DEPOSITION OF JEFFREY PRATT TAKEN ON 03/14/2024 VIA ZOOM  HI | | |
| EXPEDITED TRANSCRIPT EMAILED 03/19/24 | | |
| ORIGINAL & ONE COPY | | $758.30 |
| 1A 76EX31 30EH 30EH2 1SF 1MISCR 20CC 1CT1 30Z 8ZCC 1AD WILLIAM BARTON* | **Hawaii State Excise Tax** | $35.73 |
| | **TOTAL DUE** | $794.03 |

Invoices payable within 30 days. A finance charge of one and one-half percent (1 1/2%) per month
together with reasonable fees and costs of collection will apply on all past-due accounts.

---

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:  JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

INVOICE DATE:  03/20/2024
INVOICE NO:      5452
TOTAL DUE:      $ 794.03
DATE TAKEN:    03/14/2024
RE:                    DEMAREST VS ALFOUADI
WITNESS(ES):     DEPOSITION OF JEFFREY PRATT TAKEN ON 03/14/2024 VIA ZOOM HI
1A 76EX31 30EH 30EH2 1SF 1MISCR 20CC 1CT1 30Z 8ZCC 1AD

WILLIAM BARTON*

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, Suite 2460, Honolulu, HI 96813

# EXHIBIT B

# Ralph Rosenberg Court Reporters, Inc.

1001 Bishop Street, Suite 2460
American Savings Bank Tower
Honolulu, HI 96813
Fed. I.D. #99-0193243

## ITEMIZED DETAIL FOR
Invoice No: 5452
(Not An Invoice)
03/20/2024

JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

Re: DEMAREST VS ALFOUADI

CASE NO. 22-CV-00064 JAO KJM

DEPOSITION OF JEFFREY PRATT TAKEN ON 03/14/2024 VIA ZOOM HI

Notes:
EXPEDITED TRANSCRIPT EMAILED 03/19/24

| Services | Unit | Rate | Amount |
|---|---|---|---|
| APPEARANCE | 1 | $95.00 | $95.00 |
| O+1 3-DAY EXPEDITED TRANSCRIPT | 76 | $6.75 | $513.00 |
| EXHIBIT(S) | 30 | $0.65 | $19.50 |
| ADDITIONAL COPY OF EXHIBIT(S) | 30 | $0.35 | $10.50 |
| STORAGE FEE | 1 | $45.00 | $45.00 |
| MISC. | 1 | $1.00 | $1.00 |
| COLOR COPIES | 20 | $1.00 | $20.00 |
| CONDENSED TRANSCRIPT | 1 | $40.00 | $40.00 |
| SCANNED DOCUMENTS | 30 | $0.15 | $4.50 |
| COLOR SCANNING | 8 | $0.35 | $2.80 |
| CD/DVD DISC | 1 | $7.00 | $7.00 |

1A 76EX31 30EH 30EH2 1SF 1MISCR 20CC 1CT1 30Z 8ZCC 1AD

Reporter Name: WILLIAM BARTON*

| | |
|---|---|
| ORIGINAL & ONE COPY | $758.30 |
| Tax | $35.73 |
| Total | $794.03 |