**EXHIBIT C**

Ralph Rosenberg Court Reporters Invoice No. 5793

Deposition of Cory Fernandez

# RALPH ROSENBERG
## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

*1001 Bishop Street, Suite 2460*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

04/04/2024

BILLED
TO:    JAMES MYHRE, ESQ.
       MYHRE & STORM
       1003 BISHOP STREET
       SUITE 1290
       HONOLULU, HI 96813

INVOICE NO: 5793

RE:  DEMAREST VS ALFOUADI

CIVIL NO. 22-CV-00064 JAO KJM

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPOSITION OF CORY FERNANDEZ TAKEN ON 03/20/2024 VIA ZOOM  HI | |
| COPY | $412.00 |
| 86ST2 26EH 33.75CC 1CT1 26Z 27ZCC 1AD<br>KATE MCALPINE-    **Hawaii State Excise Tax** | $19.41 |
| **TOTAL DUE** | $431.41 |

Invoices payable within 30 days. A finance charge of one and one-half percent (1 1/2%) per month
together with reasonable fees and costs of collection will apply on all past-due accounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:  JAMES MYHRE, ESQ.
     MYHRE & STORM
     1003 BISHOP STREET
     SUITE 1290
     HONOLULU, HI 96813

INVOICE DATE:  04/04/2024
INVOICE NO:     5793
TOTAL DUE:     $ 431.41
DATE TAKEN:    03/20/2024
RE:            DEMAREST VS ALFOUADI
WITNESS(ES):   DEPOSITION OF CORY FERNANDEZ TAKEN ON 03/20/2024 VIA ZOOM HI
86ST2 26EH 33.75CC 1CT1 26Z 27ZCC 1AD

KATE MCALPINE-

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, Suite 2460, Honolulu, HI 96813

# EXHIBIT C

# Ralph Rosenberg Court Reporters, Inc.

1001 Bishop Street, Suite 2460
American Savings Bank Tower
Honolulu, HI 96813
Fed. I.D. #99-0193243

## ITEMIZED DETAIL FOR
Invoice No: 5793
(Not An Invoice)
04/04/2024

JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

Re: DEMAREST VS ALFOUADI

CIVIL NO. 22-CV-00064 JAO KJM

DEPOSITION OF CORY FERNANDEZ TAKEN ON 03/20/2024 VIA ZOOM HI

Notes:

| Services | Unit | Rate | Amount |
|---|---|---|---|
| COPY STANDARD TRANSCRIPT | 86 | $3.50 | $301.00 |
| EXHIBIT(S) | 26 | $0.65 | $16.90 |
| COLOR COPIES | 33.75 | $1.00 | $33.75 |
| CONDENSED TRANSCRIPT | 1 | $40.00 | $40.00 |
| SCANNED DOCUMENTS | 26 | $0.15 | $3.90 |
| COLOR SCANNING | 27 | $0.35 | $9.45 |
| CD/DVD DISC | 1 | $7.00 | $7.00 |

86ST2 26EH 33.75CC 1CT1 26Z 27ZCC 1AD

| | |
|---|---|
| COPY | $412.00 |
| Tax | $19.41 |
| Total | $431.41 |

Reporter Name: KATE MCALPINE-