**EXHIBIT D**

Ralph Rosenberg Court Reporters Invoice No. 5730

Deposition of Sebastian Coppes

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

*1001 Bishop Street, Suite 2460*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

04/02/2024

BILLED
TO:  JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

INVOICE NO: 5730

RE:  DEMAREST VS ALFOUADI

CIVIL NO. 22-CV-00064 JAO KJM

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPOSITION OF SEBASTIAAN COPPES TAKEN ON 03/18/2024 VIA ZOOM  HI | |
| ORIGINAL & ONE COPY | $1,208.60 |

| | | |
|---|---|---|
| 2A 113MS1 69EH 66EH2 1S 1SF 2MISCR 24TB 82.50CC 1CT1 66Z 33ZCC 1AD LYNANN NICELY | **Hawaii State Excise Tax** | $56.95 |
| | **TOTAL DUE** | $1,265.55 |

Invoices payable within 30 days. A finance charge of one and one-half percent (1 1/2%) per month
together with reasonable fees and costs of collection will apply on all past-due accounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:  JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

INVOICE DATE:  04/02/2024
INVOICE NO:  5730
TOTAL DUE:  $ 1,265.55
DATE TAKEN:  03/18/2024
RE:  DEMAREST VS ALFOUADI
WITNESS(ES):  DEPOSITION OF SEBASTIAAN COPPES TAKEN ON 03/18/2024 VIA ZOOM HI
2A 113MS1 69EH 66EH2 1S 1SF 2MISCR 24TB 82.50CC 1CT1 66Z 33ZCC 1AD

LYNANN NICELY

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, Suite 2460, Honolulu, HI 96813

# EXHIBIT D

# Ralph Rosenberg Court Reporters, Inc.

1001 Bishop Street, Suite 2460
American Savings Bank Tower
Honolulu, HI 96813
Fed. I.D. #99-0193243

## ITEMIZED DETAIL FOR
Invoice No: 5730
(Not An Invoice)
04/02/2024

JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

Re: DEMAREST VS ALFOUADI

CIVIL NO. 22-CV-00064 JAO KJM

DEPOSITION OF SEBASTIAAN COPPES TAKEN ON 03/18/2024 VIA ZOOM HI

Notes:

| Services | Unit | Rate | Amount |
|---|---|---|---|
| APPEARANCE | 2 | $95.00 | $190.00 |
| O+1 MEDICAL/EXPERT OR ROUGH ASCII | 113 | $6.10 | $689.30 |
| EXHIBIT(S) | 69 | $0.65 | $44.85 |
| ADDITIONAL COPY OF EXHIBIT(S) | 66 | $0.35 | $23.10 |
| WITNESS SIGNATURE FEE | 1 | $55.00 | $55.00 |
| STORAGE FEE | 1 | $45.00 | $45.00 |
| MISC. | 2 | $1.00 | $2.00 |
| TABS FOR EXHIBITS | 24 | $0.35 | $8.40 |
| COLOR COPIES | 82.50 | $1.00 | $82.50 |
| CONDENSED TRANSCRIPT | 1 | $40.00 | $40.00 |
| SCANNED DOCUMENTS | 66 | $0.15 | $9.90 |
| COLOR SCANNING | 33 | $0.35 | $11.55 |
| CD/DVD DISC | 1 | $7.00 | $7.00 |

2A 113MS1 69EH 66EH2 1S 1SF 2MISCR 24TB 82.50CC 1CT1 66Z 33ZCC 1AD

Reporter Name: LYNANN NICELY

ORIGINAL & ONE COPY $1,208.60
Tax                              $56.95
Total                          $1,265.55