**EXHIBIT E**

Ralph Rosenberg Court Reporters Invoice No. 6136

Deposition of Raied Alfouadi

23-25 STATE
B1458

# RALPH ROSENBERG

## Court Reporters, Inc.

A Referral Service

Fed. I.D. #99-0193243

1001 Bishop Street, Suite 2460
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

04/22/2024

BILLED
TO:   JAMES MYHRE, ESQ.
      MYHRE & STORM
      1003 BISHOP STREET
      SUITE 1290
      HONOLULU, HI 96813

INVOICE NO: 6136

RE:   DEMAREST VS ALFOUADI

CASE NO. 22-CV-00064 JAO KJM

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| DEPOSITION OF RAIED ALFOUADI TAKEN ON 03/22/2024 VIA ZOOM  HI | | |
| COPY | | $883.95 |
| 214ST2 31EH 13TB 46.25CC 1CT1 27Z 37ZCC 1AD<br>SUE FLINT | **Hawaii State Excise Tax** | $41.65 |
| | **TOTAL DUE** | $925.60 |

Invoices payable within 30 days. A finance charge of one and one-half percent (1 1/2%) per month
together with reasonable fees and costs of collection will apply on all past-due accounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:  JAMES MYHRE, ESQ.
     MYHRE & STORM
     1003 BISHOP STREET
     SUITE 1290
     HONOLULU, HI 96813

INVOICE DATE:  04/22/2024
INVOICE NO:     6136
TOTAL DUE:     $ 925.60
DATE TAKEN:    03/22/2024
RE:            DEMAREST VS ALFOUADI
WITNESS(ES):   DEPOSITION OF RAIED ALFOUADI TAKEN ON 03/22/2024 VIA ZOOM HI
214ST2 31EH 13TB 46.25CC 1CT1 27Z 37ZCC 1AD

SUE FLINT

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, Suite 2460, Honolulu, HI 96813

# EXHIBIT E

# Ralph Rosenberg Court Reporters, Inc.

1001 Bishop Street, Suite 2460
American Savings Bank Tower
Honolulu, HI 96813
Fed. I.D. #99-0193243

## ITEMIZED DETAIL FOR

Invoice No: 6136
(Not An Invoice)
04/22/2024

JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

Re: DEMAREST VS ALFOUADI

CASE NO. 22-CV-00064 JAO KJM

DEPOSITION OF RAIED ALFOUADI TAKEN ON 03/22/2024 VIA ZOOM HI

Notes:

| Services | Unit | Rate | Amount |
|---|---|---|---|
| COPY STANDARD TRANSCRIPT | 214 | $3.50 | $749.00 |
| EXHIBIT(S) | 31 | $0.65 | $20.15 |
| TABS FOR EXHIBITS | 13 | $0.35 | $4.55 |
| COLOR COPIES | 46.25 | $1.00 | $46.25 |
| CONDENSED TRANSCRIPT | 1 | $40.00 | $40.00 |
| SCANNED DOCUMENTS | 27 | $0.15 | $4.05 |
| COLOR SCANNING | 37 | $0.35 | $12.95 |
| CD/DVD DISC | 1 | $7.00 | $7.00 |

214ST2 31EH 13TB 46.25CC 1CT1 27Z 37ZCC 1AD

Reporter Name: SUE FLINT

| | |
|---|---|
| COPY | $883.95 |
| Tax | $41.65 |
| Total | $925.60 |