## EXHIBIT F

U.S. District Court District of Hawaii
Cynthia Fazio, Official Court Reporter

Invoice No. 20250062

9/2/25 Pre-trial Motions in Limine Hearing Transcript

AO44
(Rev. 11/07)

## UNITED STATES DISTRICT COURT
## FOR THE HAWAII

INVOICE NO:  20250062

MAKE CHECKS PAYABLE TO:

BRENT K. WILSON, ESQ.
Myhre & Storm, AAL, ALc
Pauahi Tower, Suite 1290
1003 Bishop Street
Honolulu, HI 96813
Phone:

*# 2691*
*7/4/25*

CYNTHIA FAZIO
Official Court Reporter
300 Ala Moana Blvd., C-270
Honolulu, HI 96850

Phone:    (808) 541-2063

Tax ID:    03-0574234
cf@hid.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 09-03-2025 | DATE DELIVERED: 09-03-2025 |
|---|---|---|---|

**Case Style:**  CV22-64JAO-KJM, GREEN MOUNTAIN MYCOSYSTEMS v RAIED J. ALFOUADI, et al.
9/2/25:  Motions in Limine [198], [199], [200], [201], [202], [203];
Final Pretrial Conference

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 42 | 4.38 | 183.96 | | | | | | | 183.96 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 183.96 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | 8.67 |
| **Deposit Date: 09-03-2025** | LESS AMOUNT OF DEPOSIT: | 178.67 |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $13.96 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:    */s/ Cynthia Fazio*

DATE    09-03-2025

*(All previous editions of this form are cancelled and should be destroyed)*

# EXHIBIT F