# EXHIBIT H

Mark Stack Service

Invoice Nos. 25082801; 25082901; 25100802

Service of Trial Subpoenas

# MARK STACK SERVICE  *23-25 SF*
**Box 25**
**Honolulu HI 96810**
**808-550-4950**

## INVOICE

SOLD TO:

*Assy T. V. Myhre*

| | PRICE | AMOUNT |
|---|---|---|
| 1  *ASSMP SV  UNDERWOOD - DLNR  28 AUG* | 60 | |
| *RE: 22-cv-64* | | 60. |
| *Tot:* | | |
| *Thank You. MS* | | |

*# 2687*

*8/28/25*

*P CX##2687 Thank You. N*

INVOICE #  *2582801*

INVOICE DATE  *28 AUG 2025*  | **TOTAL** | *$0.* |

ALL SALES FINAL.

RECEIVED BY: _____

SIGNATURE: _____

# EXHIBIT H

Lance Takahashi

# MARK STACK SERVICE  23-25 SF
### Box 25
### Honolulu HI 96810
### 808-550-4950

## INVOICE

SOLD TO:

*ksTY MAS*

#2688
8/29/25

| | PRICE | AMOUNT |
|---|---|---|
| 1 SY UNDERWOOD 28 AUG | | 60. |
| RE: 22-CV-64 | | |
| TOT: | | 60. |

Thank You. M

Pr CK # 2686

essage, including any
ontain confidential and privileged
s prohibited. If you are not the
ase contact the sender by reply e-

INVOICE # 25082907

INVOICE DATE 29 AUG 2025    **TOTAL** 60.

ALL SALES FINAL.

RECEIVED BY: _____

SIGNATURE: _____

1

# MARK STACK SERVICE

**Box 25**
**Honolulu HI 96810**
**808-550-4950**

## INVOICE

SOLD TO:

*Atty J.V. Byan*

| | PRICE | AMOUNT |
|---|---|---|
| 1 SV STMT    UNDERWOOD | | 60. |
| Re: 22-CV-64 | | |
| Tot. | | 60. |
| Thank You. M  $2714 | | |

*P. Ced 2714*
*8 Oct*
*Thank You M*

INVOICE # _25/00802_

INVOICE DATE _8 Oct 2025_    **TOTAL** | 60

ALL SALES FINAL.

RECEIVED BY: _____

SIGNATURE: _____