# EXHIBIT I

Michael K. Smythe LLC

Invoice Nos. K25-276; K25-310

Service of Trial Subpoenas

Michael K. Smythe LLC
Process - Server
Post Box 1688
Haiku, HI. 96708
Phone: (808) 264-5795

23-25 SF

## Statement of Completed Service

Date: 9/10/25

Depositor: MYHRE + STORM - Kanoi D.

Case Title: DEMAREST VS. ALFOUADI

Invoice Number: K25-276

Document Number: 22-CV-00064-JAO-KJM

| Person Served | Date | Time | Place | Fee | Mileage | Other |
|---|---|---|---|---|---|---|
| Jeffrey PRATT Personal Service 8 | 9/9/15 | 1pm | ▮▮▮▮ Lahaina, HI | 543 | 582575 | (time to coordinate/ execute services) |
| Attempts ~1) | 9/1/25 | 5:30p | Hyatt Regency Kaanapali - not there? | | | |
| 2) served 8 | | | | | | |

#= 2694

9/19/25

$200.00

$200

Total: _____

Prepaid: _____

Balance Due: _____

I certify that this statement is true and correct and payment, therefore, has not yet been received.

_____
Michael K. Smythe

9/10/25
Date

# EXHIBIT I

Michael K. Smythe LLC
Process - Server
Post Office Box 688
Haiku, HI. 96708
Phone: (808) 264-5795

## Statement of Completed Service

Date: 10/15/25

Depositor: James V. Myhre – Kanoi. D

Case Title: Demarest vs Alfouadi

Invoice Number: K25 – 310

Document Number: 22 – CV – 00064 – JAO – KJM

| Person Served | Date | Time | Place | Fee | Mileage | Other |
|---|---|---|---|---|---|---|
| Jeffery Pratt personal service | 10/14/25 | 3:25 PM | ▓▓▓▓ Lahaina HI | $43 | $47 | $75 (time to execute services) |
|  |  |  |  |  |  |  |

#5780 10/21/2025

Total: $165.00

Prepaid: _____

Balance Due: _____

I certify that this statement is true and correct and payment, therefore, has not yet been received.

Michael K. Smythe

10/15/25

Date