IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC, | ) CASE NO. 22-CV-00064-JAO-KJM<br>) (In Admiralty)<br>)<br>) AFFIDAVIT OF BRENT K. WILSON |
| Plaintiffs, | ) |
| vs. | ) |
| RAIED J. ALFOUADI; UNNAMED SAILING VESSEL in rem, Hull No. HA 6874 H; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE GOVERNMENT AGENCIES 1-20; DOE PARTNERSHIPS 1-20, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## AFFIDAVIT OF BRENT K. WILSON

| | | |
|---|---|---|
| STATE OF HAWAII | ) | |
| | ) | SS: |
| CITY & COUNTY OF HONOLULU | ) | |

BRENT K. WILSON, being duly sworn on oath, hereby deposes and says:

1.    I am an attorney licensed to practice law before all Courts in the State of Hawaii and am one of the attorneys representing Defendant RAIED J. ALFOUADI ("Defendant") in the above-entitled matter.

2.    I make this Affidavit based on my own personal knowledge, unless otherwise, indicated, and am competent to testify as to the facts set forth herein.

3.  On March 20, 2026, I emailed Plaintiff's counsel a list of Defendant's

proposed taxable costs and supporting invoices for the following (collectively "Bill

of Costs"):

| TRIAL / DEPOSITION TRANSCRIPTS | | |
|---|---|---|
| (D) Deponent (C) Court Reporter | Invoice(s) | Amount |
| (D) David Demarest | 5500 | $2,581.05 |
| (D) Jeffrey Pratt | 5452 | $794.03 |
| (D) Cory Fernandez | 5793 | $431.41 |
| (D) Sebastian Coppes | 5730 | $1,265.55 |
| (D) Raied Alfouadi (copy of depo transcript) | 6136 | $925.60 |
| (C) Cynthia Fazio (pre-trial transcript) | 20250062 | $192.63 |
| (C) Cynthia Fazio (trial transcripts) | 20250070 | $10,393.27 |
| | | |
| | **Subtotal** | **$16,583.54** |
| | | |
| **SERVICE OF TRIAL SUBPOENA** | | |
| Mark Stack Service | 25082801;  25082901; 25100802 | $180.00 |
| Michael K. Smythe LLC | K25-276; K25-310 | $365.00 |
| | | |
| | **Subtotal** | **$545.00** |
| | | |
| | **TOTAL TAXABLE COSTS** | **$17,128.54** |

4.  Pursuant to LR 7.8, 54.1, and Rule 54(d)(1) of the *Federal Rules of*

*Civil Procedure*, counsel for Plaintiff Mr. Glenn Katon and Mr. Ryan Toyomura met

and conferred via video conference with counsel for Defendant, Mr. James V. Myhre

and myself, regarding Defendant's Bill of Costs.

2

5. The parties were unable to reach a resolution that eliminated the necessity of filing the instant motion for Defendant's Bill of Costs.

6. At the time the depositions were taken, each was expected to be used for trial preparation and not mere discovery. The deponents were parties, experts, and/or percipient witnesses to the allegations, claims, and/or defenses in this case:

| **Deponent** | **Litigation Role** |
| --- | --- |
| David Demarest | Sole member of Plaintiff Green Mountain Mycosystems LLC |
| Jeffrey Pratt | Percipient witness of facts relating to the subject grounding of Defendant's boat, damage to same, salvage of same; Plaintiff's alleged salvage contract with Defendant; communications between the parties; Demarest's involvement in wreck removal |
| Cory Fernandez | An investigating Hawaii Department of Land and Natural Resources officer with knowledge of his investigation of the subject grounding; associated reports relating thereto; communications with Plaintiff; communications with Defendant; administrative authority and procedural basis for assessing fines for environmental damage associated with accidental boat groundings; authenticity of photographs and documents and things; and other relevant matters. |
| Sebastian Coppes | Plaintiff's retained expert witness |
| Raied Alfouadi | Defendant |

3

7.     The above described depositions/costs are correctly stated, were necessarily incurred, and are allowable by law pursuant to 28 U.S.C. § 1920; Rule 54(d)(1) of the *Federal Rules of Civil Procedure*, and Rule 54.1 of the *Local Rules of Practice for the U.S. District Court for the District of Hawaii*.

8.     True and correct copies of the invoices supporting the above-described deposition costs are itemized  and attached to the Bill of Costs being filed/submitted concurrently herewith.

9.     Invoice No. 20250062, above, corresponds to a pre-trial transcript of the motions in limine hearing held on September 2, 2025.

10.     At the September 2, 2025 hearing, Judge Otake ordered supplemental briefing addressing the interplay between BOA rates and certain "SCOPIC" rates alleged by Plaintiff in its FAC.

11.     In light of the facts known at the time the expense was incurred, the pretrial transcript corresponding to invoice No. 20250062 was necessarily obtained for use in this case as it was reasonably necessary for the purpose of preparing the supplemental briefing.

12.     Invoice No. 20250070 relates to costs necessarily incurred for the trial transcripts.

4

13.    The parties agreed, and the Court ordered, that closing arguments would be submitted in writing, and that citations to the trial record, while not required, would be beneficial to the party submitting the closing argument.

14.    The Court also required that parties' findings of fact and conclusions of law include citations.

15.    Thus, the above described pretrial and trial transcript costs are correctly stated, were necessarily incurred, and were reasonably necessary for use in this case.

16.    Defendant's trial subpoena service fees, for witnesses Edward R. Underwood and Jeffrey Pratt, were served twice due to the fact that trial was originally scheduled for September 15, 2025, but was subsequently continued to October 20, 2025.  Plaintiff's counsel advised that he was under a doctor's treatment for COVID.

17.    The above costs for trial subpoena service are correctly stated, were necessarily incurred, and are allowable pursuant to LR 54.1(f)(1).

FURTHER AFFIANT SAYETH NAUGHT.

DATED:  Honolulu, Hawaii, March 24, 2026.

BRENT K. WILSON

5

Subscribed and sworn before me this
24th day of March, 2026.

_Ma. Sombatphibane_
Notary Public, State of Hawaii

Print Name: _Ma. Theresa Sombatphibane_

My Commission Expires: _02/15/2030_



---

### NOTARY CERTIFICATION

Date: __MAR 2 4 2026__        No. of Pages: _6_        State: Hawaii

Document Description: Affidavit of Brent K. Wilson

Printed Name of Notary: _Ma. Theresa Sombatphibane_

_M. Sombatphibane_                    MAR 2 4 2026
Notary Signature

---

6