AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

| | | |
|---|---|---|
| GREEN MOUNTAIN MYCOSYSTEMS LLC | ) | |
| | ) | |
| v. | ) | Case No.: 22-CV-00064-JAO-KJM |
| | ) | |
| RAIED J. ALFOUADI | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___03/11/2026___ against ___Plaintiff___ ,
*Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 545.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 16,583.54 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL   $ | 17,128.54 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✔] Electronic service      [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: ___/s/ Brent K. Wilson___

Name of Attorney: ___BRENT K. WILSON 10518-0  Myhre & Storm___

For: ___Defendant Raied J. Alfouadi___      Date: ___03/24/2026___
*Name of Claiming Party*

| Taxation of Costs |
|---|

Costs are taxed in the amount of ___$17,128.54___ and included in the judgment.

___Lucy H. Carrillo___    By: ___/s/ CB, Deputy Clerk___    ___4/1/2026___
*Clerk of Court*            *Deputy Clerk*            *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**DEFENDANT RAIED J. ALFOUADI'S**

**BILL OF COSTS**

Itemization and Documentation for Requested Costs
for Fees for Printed or Electronically Recorded Transcripts
and Fees for Service of Trial Subpoena

*Green Mountain Mycosystems LLC. v. Raied J. Alfouadi*
*Civil No. 22-00064 JAO-KJM*

| TRIAL / DEPOSITION TRANSCRIPTS | | |
|---|---|---|
| **(D) Deponent**<br>**(C) Court Reporter** | **Invoice(s)** | **Amount** |
| (D) David Demarest | 5500 | $2,581.05 |
| (D) Jeffrey Pratt | 5452 | $794.03 |
| (D) Cory Fernandez | 5793 | $431.41 |
| (D) Sebastian Coppes | 5730 | $1,265.55 |
| (D) Raied Alfouadi | 6136 | $925.60 |
| (C) Cynthia Fazio (pre-trial transcript) | 20250062 | $192.63 |
| (C) Cynthia Fazio (trial transcripts) | 20250070 | $10,393.27 |
| | | |
| | **Subtotal** | **$16,583.54** |
| | | |
| **SERVICE OF TRIAL SUBPOENA** | | |
| Mark Stack Service | 25082801;   25082901; 25100802 | $180.00 |
| Michael K. Smythe LLC | K25-276; K25-310 | $365.00 |
| | | |
| | **Subtotal** | **$545.00** |
| | | |
| | **TOTAL TAXABLE COSTS** | **$17,128.54** |

**EXHIBIT A**

Ralph Rosenberg Court Reporters Invoice No. 5500

Deposition of David Demarest

# RALPH ROSENBERG

## Court Reporters, Inc.

### A Referral Service
Fed. I.D. #99-0193243

*1001 Bishop Street, Suite 2460*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

03/21/2024

BILLED
TO:  JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

INVOICE NO: 5500

RE:  DEMAREST VS ALFOUADI

CIVIL NO. 22-CV-00064 JAO KJM

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| DEPOSITION OF DAVID DEMAREST TAKEN ON 03/18/2024 VIA ZOOM  HI | | |
| EXPEDITED TRANSCRIPT EMAILED 03/20/24 | | |
| ORIGINAL & ONE COPY | | $2,464.90 |
| 2A 242EX21 65EH 62EH2 1S 1SF 2MISCR 36TB 112.50CC 1CT1 62Z 45ZCC 1AD LYNANN NICELY | **Hawaii State Excise Tax** | $116.15 |
| | **TOTAL DUE** | $2,581.05 |

Invoices payable within 30 days. A finance charge of one and one-half percent (1 1/2%) per month
together with reasonable fees and costs of collection will apply on all past-due accounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:  JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

INVOICE DATE:  03/21/2024
INVOICE NO:    5500
TOTAL DUE:     $ 2,581.05
DATE TAKEN:    03/18/2024
RE:            DEMAREST VS ALFOUADI
WITNESS(ES):   DEPOSITION OF DAVID DEMAREST TAKEN ON 03/18/2024 VIA ZOOM HI
2A 242EX21 65EH 62EH2 1S 1SF 2MISCR 36TB 112.50CC 1CT1 62Z 45ZCC 1AD

LYNANN NICELY

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, Suite 2460, Honolulu, HI 96813

# EXHIBIT A

# Ralph Rosenberg Court Reporters, Inc.

1001 Bishop Street, Suite 2460
American Savings Bank Tower
Honolulu, HI 96813
Fed. I.D. #99-0193243

## ITEMIZED DETAIL FOR
Invoice No: 5500
(Not An Invoice)
03/21/2024

JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

Re: DEMAREST VS ALFOUADI

CIVIL NO. 22-CV-00064 JAO KJM

DEPOSITION OF DAVID DEMAREST TAKEN ON 03/18/2024 VIA ZOOM HI

Notes:
EXPEDITED TRANSCRIPT EMAILED 03/20/24

| Services | Unit | Rate | Amount |
|---|---|---|---|
| APPEARANCE | 2 | $95.00 | $190.00 |
| O+1 2-DAY EXPEDITED TRANSCRIPT | 242 | $7.90 | $1,911.80 |
| EXHIBIT(S) | 65 | $0.65 | $42.25 |
| ADDITIONAL COPY OF EXHIBIT(S) | 62 | $0.35 | $21.70 |
| WITNESS SIGNATURE FEE | 1 | $55.00 | $55.00 |
| STORAGE FEE | 1 | $45.00 | $45.00 |
| MISC. | 2 | $1.00 | $2.00 |
| TABS FOR EXHIBITS | 36 | $0.35 | $12.60 |
| COLOR COPIES | 112.50 | $1.00 | $112.50 |
| CONDENSED TRANSCRIPT | 1 | $40.00 | $40.00 |
| SCANNED DOCUMENTS | 62 | $0.15 | $9.30 |
| COLOR SCANNING | 45 | $0.35 | $15.75 |
| CD/DVD DISC | 1 | $7.00 | $7.00 |

2A 242EX21 65EH 62EH2 1S 1SF 2MISCR 36TB 112.50CC 1CT1 62Z 45ZCC 1AD

Reporter Name: LYNANN NICELY

| | |
|---|---|
| ORIGINAL & ONE COPY | $2,464.90 |
| Tax | $116.15 |
| Total | $2,581.05 |

# EXHIBIT B

Ralph Rosenberg Court Reporters Invoice No. 5452

Deposition of Jeffrey Pratt

23-25 OF

# RALPH ROSENBERG

5/45>

### Court Reporters, Inc.
#### A Referral Service
#### Fed. I.D. #99-0193243

*1001 Bishop Street, Suite 2460*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

03/20/2024

BILLED
TO:   JAMES MYHRE, ESQ.
      MYHRE & STORM
      1003 BISHOP STREET
      SUITE 1290
      HONOLULU, HI 96813

INVOICE NO: 5452

RE:   DEMAREST VS ALFOUADI

CASE NO. 22-CV-00064 JAO KJM

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| DEPOSITION OF JEFFREY PRATT TAKEN ON 03/14/2024 VIA ZOOM  HI | | |
| EXPEDITED TRANSCRIPT EMAILED 03/19/24 | | |
| | ORIGINAL & ONE COPY | $758.30 |
| 1A 76EX31 30EH 30EH2 1SF 1MISCR 20CC 1CT1 30Z 8ZCC 1AD WILLIAM BARTON* | **Hawaii State Excise Tax** | $35.73 |
| | **TOTAL DUE** | $794.03 |

Invoices payable within 30 days. A finance charge of one and one-half percent (1 1/2%) per month
together with reasonable fees and costs of collection will apply on all past-due accounts.

---

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:  JAMES MYHRE, ESQ.
     MYHRE & STORM
     1003 BISHOP STREET
     SUITE 1290
     HONOLULU, HI 96813

INVOICE DATE:  03/20/2024
INVOICE NO:    5452
TOTAL DUE:     $ 794.03
DATE TAKEN:    03/14/2024
RE:            DEMAREST VS ALFOUADI
WITNESS(ES):   DEPOSITION OF JEFFREY PRATT TAKEN ON 03/14/2024 VIA ZOOM HI
1A 76EX31 30EH 30EH2 1SF 1MISCR 20CC 1CT1 30Z 8ZCC 1AD

WILLIAM BARTON*

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, Suite 2460, Honolulu, HI 96813

# EXHIBIT B

# Ralph Rosenberg Court Reporters, Inc.

1001 Bishop Street, Suite 2460
American Savings Bank Tower
Honolulu, HI 96813
Fed. I.D. #99-0193243

## ITEMIZED DETAIL FOR
### Invoice No: 5452
(Not An Invoice)
03/20/2024

JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

Re: DEMAREST VS ALFOUADI

CASE NO. 22-CV-00064 JAO KJM

DEPOSITION OF JEFFREY PRATT TAKEN ON 03/14/2024 VIA ZOOM HI

Notes:
EXPEDITED TRANSCRIPT EMAILED 03/19/24

| Services | Unit | Rate | Amount |
|---|---|---|---|
| APPEARANCE | 1 | $95.00 | $95.00 |
| O+1 3-DAY EXPEDITED TRANSCRIPT | 76 | $6.75 | $513.00 |
| EXHIBIT(S) | 30 | $0.65 | $19.50 |
| ADDITIONAL COPY OF EXHIBIT(S) | 30 | $0.35 | $10.50 |
| STORAGE FEE | 1 | $45.00 | $45.00 |
| MISC. | 1 | $1.00 | $1.00 |
| COLOR COPIES | 20 | $1.00 | $20.00 |
| CONDENSED TRANSCRIPT | 1 | $40.00 | $40.00 |
| SCANNED DOCUMENTS | 30 | $0.15 | $4.50 |
| COLOR SCANNING | 8 | $0.35 | $2.80 |
| CD/DVD DISC | 1 | $7.00 | $7.00 |

1A 76EX31 30EH 30EH2 1SF 1MISCR 20CC 1CT1 30Z 8ZCC 1AD

Reporter Name: WILLIAM BARTON*

| | |
|---|---|
| ORIGINAL & ONE COPY | $758.30 |
| Tax | $35.73 |
| Total | $794.03 |

# EXHIBIT C

Ralph Rosenberg Court Reporters Invoice No. 5793

Deposition of Cory Fernandez

# RALPH ROSENBERG
## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

*1001 Bishop Street, Suite 2460*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

04/04/2024

BILLED
TO:   JAMES MYHRE, ESQ.
      MYHRE & STORM
      1003 BISHOP STREET
      SUITE 1290
      HONOLULU, HI 96813

INVOICE NO: 5793

RE:   DEMAREST VS ALFOUADI

CIVIL NO. 22-CV-00064 JAO KJM

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPOSITION OF CORY FERNANDEZ TAKEN ON 03/20/2024 VIA ZOOM  HI | |
| COPY | $412.00 |
| 86ST2 26EH 33.75CC 1CT1 26Z 27ZCC 1AD<br>KATE MCALPINE-  **Hawaii State Excise Tax** | $19.41 |
| **TOTAL DUE** | $431.41 |

Invoices payable within 30 days. A finance charge of one and one-half percent (1 1/2%) per month
together with reasonable fees and costs of collection will apply on all past-due accounts.

---

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:  JAMES MYHRE, ESQ.
     MYHRE & STORM
     1003 BISHOP STREET
     SUITE 1290
     HONOLULU, HI 96813

INVOICE DATE:  04/04/2024
INVOICE NO:     5793
TOTAL DUE:     $ 431.41
DATE TAKEN:    03/20/2024
RE:            DEMAREST VS ALFOUADI
WITNESS(ES):   DEPOSITION OF CORY FERNANDEZ TAKEN ON 03/20/2024 VIA ZOOM HI
86ST2 26EH 33.75CC 1CT1 26Z 27ZCC 1AD

KATE MCALPINE-

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, Suite 2460, Honolulu, HI 96813

# EXHIBIT C

# Ralph Rosenberg Court Reporters, Inc.

1001 Bishop Street, Suite 2460
American Savings Bank Tower
Honolulu, HI 96813
Fed. I.D. #99-0193243

## ITEMIZED DETAIL FOR

Invoice No: 5793
(Not An Invoice)
04/04/2024

JAMES MYHRE, ESQ.                                    Re: DEMAREST VS ALFOUADI
MYHRE & STORM
1003 BISHOP STREET                                   CIVIL NO. 22-CV-00064 JAO KJM
SUITE 1290
HONOLULU, HI 96813

DEPOSITION OF CORY FERNANDEZ TAKEN ON 03/20/2024 VIA ZOOM HI

Notes:

| Services | Unit | Rate | Amount |
|---|---|---|---|
| COPY STANDARD TRANSCRIPT | 86 | $3.50 | $301.00 |
| EXHIBIT(S) | 26 | $0.65 | $16.90 |
| COLOR COPIES | 33.75 | $1.00 | $33.75 |
| CONDENSED TRANSCRIPT | 1 | $40.00 | $40.00 |
| SCANNED DOCUMENTS | 26 | $0.15 | $3.90 |
| COLOR SCANNING | 27 | $0.35 | $9.45 |
| CD/DVD DISC | 1 | $7.00 | $7.00 |

86ST2 26EH 33.75CC 1CT1 26Z 27ZCC 1AD                 COPY        $412.00
                                                      Tax          $19.41
Reporter Name: KATE MCALPINE-                         Total       $431.41

# EXHIBIT D

Ralph Rosenberg Court Reporters Invoice No. 5730

Deposition of Sebastian Coppes

# RALPH ROSENBERG
## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

*1001 Bishop Street, Suite 2460*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

04/02/2024

BILLED
TO:   JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

INVOICE NO: 5730

RE:   DEMAREST VS ALFOUADI

CIVIL NO. 22-CV-00064 JAO KJM

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| DEPOSITION OF SEBASTIAAN COPPES TAKEN ON 03/18/2024 VIA ZOOM  HI | | |
| | ORIGINAL & ONE COPY | $1,208.60 |
| 2A 113MS1 69EH 66EH2 1S 1SF 2MISCR 24TB 82.50CC 1CT1 66Z 33ZCC 1AD LYNANN NICELY | **Hawaii State Excise Tax** | $56.95 |
| | **TOTAL DUE** | $1,265.55 |

Invoices payable within 30 days. A finance charge of one and one-half percent (1 1/2%) per month
together with reasonable fees and costs of collection will apply on all past-due accounts.

---

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:   JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

INVOICE DATE:   04/02/2024
INVOICE NO:     5730
TOTAL DUE:      $ 1,265.55
DATE TAKEN:     03/18/2024
RE:             DEMAREST VS ALFOUADI
WITNESS(ES):    DEPOSITION OF SEBASTIAAN COPPES TAKEN ON 03/18/2024 VIA ZOOM HI

2A 113MS1 69EH 66EH2 1S 1SF 2MISCR 24TB 82.50CC 1CT1 66Z 33ZCC 1AD

LYNANN NICELY

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, Suite 2460, Honolulu, HI 96813

# EXHIBIT D

# Ralph Rosenberg Court Reporters, Inc.

1001 Bishop Street, Suite 2460
American Savings Bank Tower
Honolulu, HI 96813
Fed. I.D. #99-0193243

## ITEMIZED DETAIL FOR

Invoice No: 5730
(Not An Invoice)
04/02/2024

JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

Re: DEMAREST VS ALFOUADI

CIVIL NO. 22-CV-00064 JAO KJM

DEPOSITION OF SEBASTIAAN COPPES TAKEN ON 03/18/2024 VIA ZOOM HI

Notes:

| Services | Unit | Rate | Amount |
|---|---|---|---|
| APPEARANCE | 2 | $95.00 | $190.00 |
| O+1 MEDICAL/EXPERT OR ROUGH ASCII | 113 | $6.10 | $689.30 |
| EXHIBIT(S) | 69 | $0.65 | $44.85 |
| ADDITIONAL COPY OF EXHIBIT(S) | 66 | $0.35 | $23.10 |
| WITNESS SIGNATURE FEE | 1 | $55.00 | $55.00 |
| STORAGE FEE | 1 | $45.00 | $45.00 |
| MISC. | 2 | $1.00 | $2.00 |
| TABS FOR EXHIBITS | 24 | $0.35 | $8.40 |
| COLOR COPIES | 82.50 | $1.00 | $82.50 |
| CONDENSED TRANSCRIPT | 1 | $40.00 | $40.00 |
| SCANNED DOCUMENTS | 66 | $0.15 | $9.90 |
| COLOR SCANNING | 33 | $0.35 | $11.55 |
| CD/DVD DISC | 1 | $7.00 | $7.00 |

2A 113MS1 69EH 66EH2 1S 1SF 2MISCR 24TB 82.50CC 1CT1 66Z 33ZCC 1AD

Reporter Name: LYNANN NICELY

| | |
|---|---|
| ORIGINAL & ONE COPY | $1,208.60 |
| Tax | $56.95 |
| Total | $1,265.55 |

**EXHIBIT E**

Ralph Rosenberg Court Reporters Invoice No. 6136

Deposition of Raied Alfouadi

23-25 STATE
B1458

# RALPH ROSENBERG
## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

*1001 Bishop Street, Suite 2460*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

04/22/2024

BILLED
TO:    JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

INVOICE NO: 6136

RE:  DEMAREST VS ALFOUADI

CASE NO. 22-CV-00064 JAO KJM

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| DEPOSITION OF RAIED ALFOUADI TAKEN ON 03/22/2024 VIA ZOOM  HI | | |
| | COPY | $883.95 |
| 214ST2 31EH 13TB 46.25CC 1CT1 27Z 37ZCC 1AD<br>SUE FLINT | **Hawaii State Excise Tax** | $41.65 |
| | **TOTAL DUE** | $925.60 |

Invoices payable within 30 days. A finance charge of one and one-half percent (1 1/2%) per month
together with reasonable fees and costs of collection will apply on all past-due accounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO: JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

INVOICE DATE:  04/22/2024
INVOICE NO:    6136
TOTAL DUE:     $ 925.60
DATE TAKEN:    03/22/2024
RE:            DEMAREST VS ALFOUADI
WITNESS(ES):   DEPOSITION OF RAIED ALFOUADI TAKEN ON 03/22/2024 VIA ZOOM HI
214ST2 31EH 13TB 46.25CC 1CT1 27Z 37ZCC 1AD

SUE FLINT

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, Suite 2460, Honolulu, HI 96813

# EXHIBIT E

# Ralph Rosenberg Court Reporters, Inc.

1001 Bishop Street, Suite 2460
American Savings Bank Tower
Honolulu, HI 96813
Fed. I.D. #99-0193243

## ITEMIZED DETAIL FOR

Invoice No: 6136
(Not An Invoice)
04/22/2024

JAMES MYHRE, ESQ.
MYHRE & STORM
1003 BISHOP STREET
SUITE 1290
HONOLULU, HI 96813

Re: DEMAREST VS ALFOUADI

CASE NO. 22-CV-00064 JAO KJM

DEPOSITION OF RAIED ALFOUADI TAKEN ON 03/22/2024 VIA ZOOM HI

Notes:

| Services | Unit | Rate | Amount |
|---|---|---|---|
| COPY STANDARD TRANSCRIPT | 214 | $3.50 | $749.00 |
| EXHIBIT(S) | 31 | $0.65 | $20.15 |
| TABS FOR EXHIBITS | 13 | $0.35 | $4.55 |
| COLOR COPIES | 46.25 | $1.00 | $46.25 |
| CONDENSED TRANSCRIPT | 1 | $40.00 | $40.00 |
| SCANNED DOCUMENTS | 27 | $0.15 | $4.05 |
| COLOR SCANNING | 37 | $0.35 | $12.95 |
| CD/DVD DISC | 1 | $7.00 | $7.00 |

214ST2 31EH 13TB 46.25CC 1CT1 27Z 37ZCC 1AD

Reporter Name: SUE FLINT

| | |
|---|---|
| COPY | $883.95 |
| Tax | $41.65 |
| Total | $925.60 |

# EXHIBIT F

U.S. District Court District of Hawaii
Cynthia Fazio, Official Court Reporter

Invoice No. 20250062

9/2/25 Pre-trial Motions in Limine Hearing Transcript

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE HAWAII

INVOICE NO:  20250062

**MAKE CHECKS PAYABLE TO:**

BRENT K. WILSON, ESQ.
Myhre & Storm, AAL, ALc
Pauahi Tower, Suite 1290
1003 Bishop Street
Honolulu, HI 96813

Phone:

# 2691
9/4/25

CYNTHIA FAZIO
Official Court Reporter
300 Ala Moana Blvd., C-270
Honolulu, HI 96850

Phone:     (808) 541-2063

Tax ID:    03-0574234
cf@hid.uscourts.gov

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 09-03-2025 | 09-03-2025 |

**Case Style:** CV22-64JAO-KJM, GREEN MOUNTAIN MYCOSYSTEMS v RAIED J. ALFOUADI, et al.
9/2/25:  Motions in Limine [198], [199], [200], [201], [202], [203];
Final Pretrial Conference

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 42 | 4.38 | 183.96 | | | | | | | 183.96 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 183.96 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | 8.67 |
| **Deposit Date: 09-03-2025** | LESS AMOUNT OF DEPOSIT: | 178.67 |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $13.96 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| /s/ Cynthia Fazio | 09-03-2025 |

*(All previous editions of this form are cancelled and should be destroyed)*

# EXHIBIT F

# EXHIBIT G

U.S. District Court District of Hawaii
Cynthia Fazio, Official Court Reporter

Invoice No. 20250070

10/20/2025 – 10/23/2025 Trial Transcripts

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE HAWAII

INVOICE NO:   20250070

**MAKE CHECKS PAYABLE TO:**

BRENT K. WILSON, ESQ.
Myhre & Storm, AAL, ALc
Pauahi Tower, Suite 1290
1003 Bishop Street
Honolulu, HI 96813

Phone:

CYNTHIA FAZIO
Official Court Reporter
300 Ala Moana Blvd., C-270
Honolulu, HI 96850

Phone:   (808) 541-2063

Tax ID:   03-0574234
cf@hid.uscourts.gov

| | CRIMINAL | X CIVIL | DATE ORDERED: 10-20-2025 | DATE DELIVERED: 10-23-2025 |
|---|---|---|---|---|

**Case Style:** CV22-64JAO, Green Mountain Mycosystems v Raied Alfouadi
10/20/25 - 10/23/25:  Non-jury trial

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 833 | 7.30 | 6,080.90 | | | | | | | 6,080.90 |
| Hourly | | | | | | | | | | |
| Realtime | 809 | 3.70 | 2,993.30 | 809 | 1.10 | 889.90 | | | | 3,883.20 |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 9,964.10 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | 429.17 |
| **Deposit Date: 10-14-2025** | LESS AMOUNT OF DEPOSIT: | 8,000.00 |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $2,393.27 |

## ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
   I certify that the transcript fees charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:   */s/ Cynthia Fazio*    DATE   10-17-2025

*(All previous editions of this form are
cancelled and should be destroyed)*

# EXHIBIT G

# EXHIBIT H

Mark Stack Service

Invoice Nos. 25082801; 25082901; 25100802

Service of Trial Subpoenas

# MARK STACK SERVICE  *23-25SF*

**Box 25**
**Honolulu HI 96810**
**808-550-4950**

---

## INVOICE

SOLD TO:

*ASSY J. V. MYHRE*

| | PRICE | AMOUNT |
|---|---|---|
| 1  ASSMP SV  UNDERWOOD - DLNR 28 AUG | 60 | |
| RE: 22-CV-64 | | 60. |
| TOT: | | |

Thank You. MS

*# 2687*

*8/28/25*

INVOICE # 25082801

INVOICE DATE 28 AUG 2025          **TOTAL**   $ 0.

ALL SALES FINAL.

RECEIVED BY: _____

SIGNATURE: _____

# EXHIBIT H

Lance Takahashi

## MARK STACK SERVICE  23-25 SF
Box 25
Honolulu HI 96810
808-550-4950

### INVOICE

SOLD TO:

*Testy MAS*

$H2688
8/29/25

| | PRICE | AMOUNT |
|---|---|---|
| 1  SY UNDERWOOD  28 AUG | | 60. |
| RE: 22-CV-C4 | | |
| To: | | 60. |
| Thank You. M | | |

*prck # 2686*

...essage, including any
...ontain confidential and privileged
...s prohibited. If you are not the
...ase contact the sender by reply e-

INVOICE # 25082907

INVOICE DATE 29 AUG 2025

TOTAL  60.

ALL SALES FINAL.

RECEIVED BY: _____

SIGNATURE: _____

1

# MARK STACK SERVICE

**Box 25**
**Honolulu HI 96810**
**808-550-4950**

## INVOICE

SOLD TO:

*Atty J. V. Byar*

| | | PRICE | AMOUNT |
|---|---|---|---|
| 1 SV SPNT | UNDERWOOD | | 60. |
| R3 " 22-CV- 64 | | | |
| TOT. | | | 60. |
| Trauk Ya. M | $2714 | | |

*P. OCT 2714*
*8 OCT*
*Trauk Ya M*

INVOICE # _25/00802_

INVOICE DATE _8 OCT 2025_          **TOTAL**  60

ALL SALES FINAL.

RECEIVED BY: _____

SIGNATURE: _____

# EXHIBIT I

Michael K. Smythe LLC

Invoice Nos. K25-276; K25-310

Service of Trial Subpoenas

Michael K. Smythe LLC
Process - Server
Post~~Office~~ 5159 688
Haiku, HI. 96708
Phone: (808) 264-5795

## Statement of Completed Service

Date: 9/10/25

Depositor: MYHRE + STORM - Kanoi D.

Case Title: DEMAREST VS. ALFOUADI

Invoice Number: K25-276

Document Number: 22-CV-00064-JAO-KJM

| Person Served | Date | Time | Place | Fee | Mileage | Other |
|---|---|---|---|---|---|---|
| Jeffrey PRATT Personal service ✗ | 9/19/15 | 1pm | ▮▮▮▮▮ Lahaina, HI | $43 | $82 | $75 (time to coordinate/ execute services) |
| Attempts ~1) | 9/11/15 | 5:30p | Hyatt Regency Kaanapali - not there? | | | |
| 2) Served ✗ | | | | | | |

#= 26 9¢

9/19/25

Total: $200⁰⁰

$200

Prepaid:

Balance Due:

I certify that this statement is true and correct and payment, therefore, has not yet been received.

Michael K. Smythe

9/10/25

Date

## EXHIBIT I

23-25 UF

Michael K. Smythe LLC
Process – Server
Post Office Box 688
Haiku, HI. 96708
Phone: (808) 264-5795

## Statement of Completed Service

Date: 10/15/25

Depositor: James V. Myhre – Kanoi. D

Case Title: Demarest vs Alfouadi

Invoice Number: K25 – 310

Document Number: 22 - CV - 00064 - JAO - KJM

| Person Served | Date | Time | Place | Fee | Mileage | Other |
|---|---|---|---|---|---|---|
| Jeffery Pratt personal service | 10/14/25 | 3:25 PM | ▮▮▮▮ Lahaina HI | $43 | $47 | $75 (time to execute services) |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | #2 780  10/21/2025 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total: $165⁰⁰

Prepaid: _____

Balance Due: _____

I certify that this statement is true and correct and payment, therefore, has not yet been received.

Michael K. Smythe

Date  10/15/25