ASHFORD & WRISTON
A Limited Liability Law Partnership LLP
KEVIN W. HERRING        6722-0
kherring@awlaw.com
RYAN M. TOYOMURA      11300-0
rtoyomura@awlaw.com
First Hawaiian Center
999 Bishop Street, Suite 1400
Honolulu, Hawaii  96813
Telephone:  (808) 539-0400

KATON.LAW
GLENN KATON          *Admitted Pro Hac Vice*
gkaton@katon.law
385 Grand Avenue, Suite 200
Oakland, California  94610
Telephone:  (510) 463-3350
Facsimile:  (510) 463-3349

ATTORNEYS FOR PLAINTIFF
   GREEN MOUNTAIN MYCOSYSTEMS, LLC

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>RAIED J. ALFOUADI, et al.,<br><br>Defendants. | Case No.:  22-CV-00064 JAO KJM<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF RYAN M. TOYOMURA; CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. Jill A. Otake<br>Trial Date:  September 15, 2025 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE <u>NOTICE OF APPEAL</u>

Plaintiff GREEN MOUNTAIN MYCOSYSTEMS LLC ("GMM"), by and through its counsel, respectfully moves this Court for a thirty (30) day extension of time to file a Notice of Appeal regarding the Findings of Fact and Conclusions of Law [ECF 283] and Judgment [ECF 284] that were entered on March 11, 2026. Absent an extension of time, the deadline to file a notice of appeal would be Friday, April 10, 2026.

Based upon the pending deadline to file the Notice of Appeal on April 10, 2026, and ongoing settlement negotiations, GMM respectfully requests the Court to expedite review of and decision on this Motion.

Good cause exists to grant the Motion because the parties are currently engaged in settlement negotiations and a 30-day extension would give the parties additional time to try to resolve this matter in good faith without invoking the jurisdiction of the Ninth Circuit by filing a Notice of Appeal.

On April 2, 2026, counsel for Defendant RAIED J. ALFOUADI initiated discussions to settle and resolve pending and future matters related to this case, including any potential appeal. The settlement negotiations are ongoing and GMM believes that those discussions would benefit from the additional dialogue, thought and reflection that would be possible with an extension.

5091755.5

2

This motion is made following the conference of counsel pursuant to LR7.8 which took place on April 6, 2026.[1]

This Motion is also made pursuant to Fed. R. App. P. Rule 4(a)(5), Fed. R. Civ. P. Rules 7 and 11, LR7.1 and LR7.4, and paragraphs II and IV of the General Civil Case Procedures Before Judge Otake. The Motion is supported by the attached memorandum in support of motion, declaration of Ryan M. Toyomura, the records and files herein, and any arguments made at the hearing on the Motion.

DATED:  Honolulu, Hawaii; April 8, 2026.

/s/ Ryan M. Toyomura
KEVIN W. HERRING
RYAN M. TOYOMURA
Ashford & Wriston, LLLP

GLENN KATON
Katon.Law

Attorneys for Plaintiffs
GREEN MOUNTAIN MYCOSYSTEMS, LLC

---

[1] GMM recognizes that LR7.8 requires counsel to confer at least seven days prior to filing of the motion. However, given the limited time available before the April 10, 2026, deadline to file a Notice of Appeal, GMM respectfully submits this Motion now to give the Court as much time as possible to review the Motion.