IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>RAIED J. ALFOUADI, et al.,<br><br>Defendants. | Case No.:  22-CV-00064 JAO KJM<br><br>**DECLARATION OF RYAN M. TOYOMURA** |

## DECLARATION OF RYAN M. TOYOMURA

I, RYAN M. TOYOMURA, declare as follows:

1.     I am an attorney with the law firm Ashford & Wriston, LLLP, duly licensed to practice law in the United States District Court, District of Hawaii, and am one of the attorneys for Plaintiff GREEN MOUNTAIN MYCOSYSTEMS, LLC ("GMM") in the above-entitled action.

2.     I make this Declaration based on personal knowledge, and I am competent to testify to the matters set forth herein.

3.     On April 2, 2026, counsel for Defendant RAIED J. ALFOUADI ("Alfouadi") contacted me via telephone to discuss a settlement proposal to potentially resolve all pending and future matters related to the above-entitled action, including any potential appeal.

4.     At the above meeting, I scheduled a follow-up conference on April 6, 2026, to discuss further discuss the settlement proposal.

5.     On April 6, 2026, counsel for GMM and Alfouadi attended a follow-up conference via video conference in which substantial settlement discussions were conducted.

6.     At the April 6, 2026 conference, GMM's counsel, Mr. Glenn Katon, suggested that GMM quickly request an extension for the time to file its Notice of Appeal pending the outcome of the settlement discussions that would likely go beyond the April 10, 2026, filing deadline for a Notice of Appeal. Counsel engaged in substantive discussion about the purpose and timing of a motion to request an extension of time including and whether all parties would stipulate to an extension of time in accordance with LR7.8.

7.     As of the time of filing of the Motion for an extension of time, Alfouadi's counsel has not stipulated to or otherwise agreed to an extension of time.

I declare under penalty of law that the foregoing is true to the best of my knowledge.

DATED:  Honolulu, Hawai'i; April 8, 2026

/s/ Ryan M. Toyomura
RYAN M. TOYOMURA

2