IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAVID DEMAREST AND GREEN MOUNTAIN MYCOSYSTEMS LLC | ) ) ) | CIVIL 1:22-cv-00064-JAO-KJM (In Admiralty |
| Plaintiffs, | ) ) | CERTIFICATE OF SERVICE |
| vs. | ) ) ) | |
| RAIED J. ALFOUADI, ET. AL., | ) ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing document was

made upon the parties below by the United States District Court for the District of

Hawaii's Case Management/Electronic Case Files ("CM/ECF") system:

JAMES V. MYHRE, ESQ.            jmyhre@mtmhawaiilaw.com
BRENT K. WILSON, ESQ.          bwilson@mtmhawaiilaw.com
Myhre & Storm
1003 Bishop Street, Suite 1290
Honolulu, Hawaii 96813
    Attorneys for Defendant
    RAIED J. ALFOUADI

DATED:  Honolulu, Hawaii; April 8, 2026.

/s/ Ryan M. Toyomura
KEVIN W. HERRING
RYAN M. TOYOMURA
Ashford & Wriston, LLLP
GLENN KATON
Katon Law
Attorneys for Plaintiffs
GREEN MOUNTAIN MYCOSYSTEMS,
LLC