Of Counsel:
MYHRE & STORM

JAMES V. MYHRE          #5092-0
jmyhre@mtmhawaiilaw.com
BRENT K. WILSON          #10518-0
bwilson@mtmhawaiilaw.com
1003 Bishop Street, Suite 1290
Honolulu, Hawaii  96813
Telephone (808) 524-2466

Attorneys for Defendant
RAIED J. ALFOUADI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GREEN MOUNTAIN MYCOSYSTEMS LLC, | ) CASE NO. 22-CV-00064-JAO-KJM |
| | ) (In Admiralty) |
| | ) |
| Plaintiffs, | ) DEFENDANT RAIED J. |
| | ) ALFOUADI'S OBJECTION TO |
| vs. | ) PLAINTIFF'S MOTION FOR |
| | ) EXTENSION OF TIME TO FILE |
| RAIED J. ALFOUADI, | ) NOTICE OF APPEAL [ECF No. 288] |
| | ) FILED APRIL 8, 2026; |
| Defendant. | ) DECLARATION OF BRENT K. |
| | ) WILSON; CERTIFICATE OF |
| | ) SERVICE |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) Trial:    October 20, 2025 |
| | ) Judge:  Honorable Jill A. Otake |
| | ) |
| | ) |

DEFENDANT RAIED J. ALFOUADI'S OBJECTION TO
PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
FILE NOTICE OF APPEAL [ECF No. 288] FILED APRIL 8, 2026

Defendant RAIED J. ALFOUADI ("Defendant"), respectfully objects to Plaintiff Green Mountain Mycosystems' ("GMM") Motion For Extension Of Time To File Notice Of Appeal [ECF No. 288], filed on April 8, 2026 ("Motion"). While Defendant agrees that from April 2, 2026 through April 6, 2026 the parties engaged in good faith efforts to resolve all matters related to this case, including GMM's potential appeal, it is Defendant's position that the parties have likely reached an impasse and that an additional thirty [30] days will probably not change that outcome.

On April 2, 2026, counsel for Defendant contacted counsel for GMM and proposed terms for a final post-trial resolution of this matter, including any potential appeal by GMM. Declaration of Brent K. Wilson ("Wilson Decl.") at ¶ 4. On April 6, 2026, GMM countered Defendant's original proposal with an additional term ("additional term"). *Id.* at ¶¶ 5-6. Defendant ultimately rejected the additional term. *Id.* at ¶¶ 7-8.

On April 8, 2026, counsel for Defendant advised GMM's counsel as to Defendant's position with respect to the additional term. *Id.* at ¶ 9. As of April 8, 2026, it is counsels' understanding that the parties remain diametrically opposed with respect to the additional term. *Id.* at ¶ 10. Thus, given the history of the parties

in this matter, Defendant contends that an additional thirty [30] days will not likely result in an agreeable settlement of this matter, and on that basis, objects to the instant Motion.

DATED:  Honolulu, Hawaii, April 9, 2026.

/s/ Brent K. Wilson
JAMES V. MYHRE
BRENT K. WILSON
Attorneys for Defendant
RAIED J. ALFOUADI

2