IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GREEN MOUNTAIN MYCOSYSTEMS LLC, | ) CASE NO. 22-CV-00064-JAO-KJM<br>) (In Admiralty)<br>) |
| Plaintiffs, | ) DECLARATION OF BRENT K.<br>) WILSON |
| vs. | )<br>) |
| RAIED J. ALFOUADI, | )<br>) |
| Defendant. | )<br>)<br>) |
| | ) |

**<u>DECLARATION OF BRENT K. WILSON</u>**

I, BRENT K. WILSON, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am an attorney with the law firm Myhre & Storm, am duly licensed to practice law before all Courts in the State of Hawaii, and am one of the attorneys representing Defendant RAIED J. ALFOUADI ("Defendant") in the above-entitled matter.

2.    I make this Declaration based on my personal knowledge, unless otherwise indicated, and am competent to testify as to the facts set forth herein.

3.    From April 2, 2026 through April 6, 2026, the parties engaged in good faith efforts to resolve all matters related to this case, including GMM's potential appeal.

4.    On April 2, 2026, our office contacted counsel for GMM, Mr. Toyomura, and proposed terms for a final post-trial resolution of this matter, including any potential appeal by GMM.

5.    On April 6, 2026, the parties met and conferred via video conference, in accordance with LR 7.8 and 54.2, for the purpose of discussing the proposed terms, in addition to, Defendant's pending fee motion.

6.    At the April 6, 2026 conference of the parties, GMM countered Defendant's original proposal with an additional term.

7.    Following the April 6, 2026 conference of the parties, counsel for Defendant presented the additional term to Defendant.

8.    Defendant ultimately rejected the additional term.

9.    On April 8, 2026, counsel for Defendant advised GMM's counsel as to Defendant's position with respect to the additional term.

10.    As of April 8, 2026, it is counsels' understanding that the parties remain diametrically opposed with respect to the additional term.

11.    Given the history of the parties in this matter, it is Defendant's position that an additional thirty [30] days will not likely result in an agreeable settlement of this matter and Defendant objects to the instant Motion on that basis.

12.    Counsel for Defendant has no authority to stipulate or agree to GMM's proposed extension of the notice of appeal deadline.

13.    I, Brent K. Wilson, do declare that the foregoing is true and correct to the best of my personal knowledge and belief.

DATED:  Honolulu, Hawaii, April 9, 2026.

/s/ Brent K. Wilson
BRENT K. WILSON