IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC, | ) ) ) ) | CASE NO. 22-CV-00064-JAO-KJM (In Admiralty) |
| Plaintiffs, | ) ) ) | CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| RAIED J. ALFOUADI; UNNAMED SAILING VESSEL in rem, Hull No. HA 6874 H; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE GOVERNMENT AGENCIES 1-20; DOE PARTNERSHIPS 1-20, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

document was duly served upon the following parties via CM/ECF on April 9, 2026.

KEVIN W. HERRING, ESQ.
kherring@awlaw.com
RYAN M. TOYOMURA, ESQ.
rtoyomura@awlaw.com
First Hawaiian Center
999 Bishop Street, Suite 1400
Honolulu, Hawaii 96813

GLENN KATON, ESQ. (*Pro Hac Vice*)
385 Grand Ave. Suite 200
Oakland, CA 94610

Attorneys for Plaintiff
GREEN MOUNTAIN MYCOSYSTEMS

DATED:  Honolulu, Hawaii, April 9, 2026.

/s/ Brent K. Wilson
JAMES V. MYHRE
BRENT K. WILSON
Attorneys for Defendant
RAIED J. ALFOUADI

2