# MINUTES

CASE NUMBER:        1:22-cv-00064-JAO-KJM

CASE NAME:        David Demarest, et al. v. Raied J. Alfouadi, et al.

ATTY FOR PLA:        Ryan Mitsuo Toyomura
Glenn Katon

ATTY FOR DEFT:        James V. Myhre
Brent Kahanaumaikai Wilson

JUDGE:    Kenneth J. Mansfield        REPORTER:    ZOOM - No Record

DATE:    04/20/2026        TIME:    11:00 am - 11:11 am

COURT ACTION:  EP:    CONFIDENTIAL SETTLEMENT CONFERENCE held on
04/20/2026.

David Demarest, client representative for Plaintiff Green Mountain Mycosystems, LLC, present.

Defendant Raied J. Alfouadi, present.

Jay Stahnke for State Farm, also present.

Settlement Discussion held with the parties.

No settlement reached. The parties remain at an impasse.

*Submitted by: Jodie Duarte, Courtroom Manager*