Of Counsel:
MYHRE & STORM

JAMES V. MYHRE          #5092-0
jmyhre@mtmhawaiilaw.com
BRENT K. WILSON          #10518-0
bwilson@mtmhawaiilaw.com
1003 Bishop Street, Suite 1290
Honolulu, Hawaii  96813
Telephone (808) 524-2466

Attorneys for Defendant
RAIED J. ALFOUADI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GREEN MOUNTAIN MYCOSYSTEMS LLC, | ) CASE NO. 22-CV-00064-JAO-KJM |
| | ) (In Admiralty) |
| | ) |
| Plaintiffs, | ) DEFENDANT RAIED J. |
| | ) ALFOUADI'S MOTION FOR |
| vs. | ) ATTORNEYS' FEES; |
| | ) MEMORANDUM IN SUPPORT OF |
| RAIED J. ALFOUADI, | ) MOTION; DECLARATION OF |
| | ) JAMES V. MYHRE; DECLARATION |
| Defendant. | ) OF BRENT K. WILSON; EXHIBITS |
| | ) A-E;  CERTIFICATE OF SERVICE |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) Trial:    October 20, 2025 |
| | ) Judge:   Honorable Jill A. Otake |
| | ) |
| | ) |

## DEFENDANT RAIED J. ALFOUADI'S
## <u>MOTION FOR ATTORNEYS' FEES</u>

Defendant RAIED J. ALFOUADI, by and through his attorneys, Myhre & Storm, as the prevailing party receiving the Clerk's Judgment in his favor in the above-entitled action, respectfully moves this Court for his reasonable attorneys' fees.

This Motion is made pursuant to Rule 54, *Federal Rules of Civil Procedure*, *Local Rule* 54.2, Hawaii Revised Statutes § 607-14; the attached Memorandum In Support of Motion, the Declarations and Exhibits attached hereto, and the records and filings herein.

DATED:  Honolulu, Hawaii, April 24, 2026.

/s/ Brent K. Wilson
JAMES V. MYHRE
BRENT K. WILSON
Attorneys for Defendant
RAIED J. ALFOUADI

2