IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC, | ) CASE NO. 22-CV-00064-JAO-KJM<br>) (In Admiralty)<br>)<br>) AFFIDAVIT OF BRENT K. WILSON |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| RAIED J. ALFOUADI; UNNAMED SAILING VESSEL in rem, Hull No. HA 6874 H; DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE GOVERNMENT AGENCIES 1-20; DOE PARTNERSHIPS 1-20, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## AFFIDAVIT OF BRENT K. WILSON

| | | |
|---|---|---|
| STATE OF HAWAII | ) | |
| | ) | SS: |
| CITY & COUNTY OF HONOLULU | ) | |

BRENT K. WILSON, being duly sworn on oath, hereby deposes and says:

1.    I am an attorney at the law firm Myhre & Storm, am licensed to practice law before all Courts in the State of Hawaii, and am one of the attorneys representing Defendant RAIED J. ALFOUADI ("Defendant") in the above-entitled matter.

8

2.      I make this Declaration based on my own personal knowledge, unless otherwise, indicated, and am competent to testify as to the facts set forth herein.

3.      This Declaration is made in support of Alfouadi's Motion For Attorneys' Fees.

4.      Attached hereto as "Exhibit A" is a true and correct copy of email correspondence between myself and counsel for Plaintiff Green Mountain Mycosystems LLC., Mr. Glenn Katon, Esq., dated March 25, 2026, April 8, 2026, and April 9, 2026.

5.      Attached hereto as "Exhibit B" is a true and correct copy of the table summary of hours billed in this matter by myself and my partner, Mr. James V. Myhre, previously forwarded to Mr. Katon on May 25, 2026.

6.      Attached hereto as "Exhibit C" is a true and correct copy of the final, redacted, billing invoices/time and work records in this matter, for myself and Mr. Myhre, from August 4, 2023 through January 2, 2026, previously forwarded to Mr. Katon on May 25, 2026.

7.      Attached hereto as "Exhibit D" is a true and correct copy of the table of U.S.D.C. District of Hawaii cases providing the approved hourly rates for local attorneys of various levels of experience, previously forwarded to Mr. Katon on May 25, 2026.

9

8.    Attached hereto as "Exhibit E" is a true and correct redacted copy of an email dated April 6, 2026, from Mr. Katon to myself and Mr. Myhre, received after the April 6, 2026 meet-and-confer of the parties.  The redacted correspondence, in accordance with FRE Rule 408, pertains to the parties' settlement negotiations at that time.

9.    I received my J.D. from the William S. Richardson School of Law at the University of Hawaii at Manoa and was admitted to the Hawaii Bar in 2016. Prior to joining M&S, I worked as in-house counsel for Government Employees Insurance Company ("GEICO"), and prior to GEICO, was a litigation associate at Lung Rose Voss & Wagnild. As of the filing of the instant Motion, I have nearly ten [10] years of experience practicing complex commercial and insurance defense litigation, amongst other areas of law, in both state and federal trial courts, CAAP arbitrations, and administrative hearings, and have represented hundreds of clients in insurance defense matters.  On this case, I oversaw all aspects of M&S's efforts, including but not limited to, drafting the pleadings and other filings and briefs, motions practice, conducting legal research and discovery, supervising client communications, and developing and implementing litigation strategy.

10.    My standard billing rate for most insurance carriers is in the range of $225.00 - $275.00 per hour.  Non-insurance rates are higher

10

11.    In accordance with 28 U.S.C. § 1746, I, Brent K. Wilson, do declare under the penalty of law that the foregoing is true and correct to the best of my personal knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

DATED:  Honolulu, Hawaii, April 24, 2026.

/s/ Brent K. Wilson
BRENT K. WILSON