# EXHIBIT "B"

| MYHRE & STORM | | | | |
| --- | --- | --- | --- | --- |
| James V. Myhre, Esq. (JVM)   Brent K. Wilson, Esq. (BKW) | | | | |
| BILLING PERIOD | | | HOURS | |
| Pgs. | DATE | INVOICE NO. | JVM | BKW |
| 2-9 | 8/4/2023 | 47715 | 29 | 17.7 |
| 10 - 14 | 9/6/2023 | 47772 | 10.8 | 0.0 |
| 15 - 17 | 10/2/2023 | 47855 | 1.0 | 9.2 |
| 18 - 19 | 11/4/2023 | 47920 | 0.0 | 9.4 |
| 20 - 21 | 12/5/2023 | 48006 | 0.0 | 1.0 |
| 22 - 26 | 1/3/2024 | 48045 | 6.9 | 7.8 |
| 27 - 30 | 2/5/2024 | 48117 | 5.6 | 7.1 |
| 31 - 38 | 3/4/2024 | 48197 | 5.2 | 31.0 |
| 39 – 51 | 4/4/2024 | 48249 | 74.4 | 84.8 |
| 62 – 65 | 5/6/2024 | 48349 | 2.0 | 25.4 |
| 72 - 76 | 6/6/2024 | 48437 | 4.9 | 9.8 |
| 77 - 80 | 7/3/2024 | 48515 | 1.7 | 15.2 |
| 81 - 90 | 8/3/2024 | 48574 | 60.0 | 82.5 |
| 91 - 99 | 9/5/2024 | 48623 | 13.2 | 67.9 |
| 100 - 102 | 10/4/2024 | 48719 | 2.0 | 14.8 |
| 103 - 108 | 12/4/2024 | 48860 | 5.1 | 48.2 |
| 109 - 110 | 1/6/2025 | 48942 | .6 | .6 |
| 111 - 114 | 2/5/2025 | 49013 | .3 | 54.6 |
| 115 - 117 | 3/6/2025 | 49100 | 0.0 | 52.1 |
| 138 - 140 | 4/1/2025 | 49189 | 0.0 | 13.7 |
| 118 - 119 | 5/12/2025 | 49306 | 0.0 | 4.0 |
| 120 - 122 | 6/5/2025 | 49407 | 1.5 | 5.6 |
| 123 - 124 | 7/4/2025 | 49539 | 0.0 | 4.1 |
| 125 - 128 | 8/7/2025 | 49618 | 1.0 | 38.3 |
| 131 - 137 | 9/15/2025 | 49771 | 35.7 | 74.2 |
| 141 - 147 | 10/2/2025 | 49852 | 42.1 | 29.4 |
| 156 - 165 | 11/5/2025 | 50016 | 105.5 | 185.4 |
| 168 - 170 | 12/8/2025 | 50127 | 0.0 | 57.5 |
| 171 - 173 | 1/2/2026 | 50174 | 4.4 | 5.1 |
| | | Subtotals | 412.9 | 956.4 |
| | | **Total Hours** | | **1369.3** |

# EXHIBIT B