# EXHIBIT "C"

INSURED:     Raied J. Alfouadi
CLAIMANT:    D. Demarest & Green Mountain
CLAIM NO.    5136K881H

| Inv. Date | Inv. No. | Fees & GET | Court Reporter | Travel Expenses | FedEx | Process Server | Postage | TOTALS |
|---|---|---|---|---|---|---|---|---|
| 8/4/2023 | 47715 | 8,557.42 | | | | | | 8,557.42 |
| 9/6/2023 | 47772 | 1,979.02 | | | | | | 1,979.02 |
| 10/2/2023 | 47855 | 1,869.07 | | | | | | 1,869.07 |
| 11/4/2023 | 47920 | 1,722.48 | | | | | | 1,722.48 |
| 12/5/2023 | 48006 | 201.57 | | | | | | 201.57 |
| 1/3/2024 | 48045 | 2,693.66 | | | | | | 2,693.66 |
| 2/5/2024 | 48117 | 2,327.18 | | | | | | 2,327.18 |
| 3/4/2024 | 48197 | 6,633.38 | | | | | | 6,633.38 |
| 4/4/2024 | 48249 | 29,172.21 | | | | | | 29,172.21 |
| 4/9/2024 | 48300 | | 2,581.05 | | | | | 2,581.05 |
| 4/9/2024 | 48301 | | 1,225.44 | | | | | 1,225.44 |
| 4/9/2024 | 48299 | | 1,265.55 | 113.42 | | | | 1,378.97 |
| 4/10/2024 | 48302 | | | 479.20 | | | | 479.20 |
| 4/29/2024 | 48304 | | 925.60 | 225.42 | | | | 1,151.02 |
| 5/6/2024 | 48349 | 5,020.84 | | | | | | 5,020.84 |
| 5/8/2024 | 48369 | | | | 35.20 | | | 35.20 |
| 5/14/2024 | 48373 | | | 448.55 | | | | 448.55 |
| 5/30/2024 | 48377 | | | 133.59 | | | | 133.59 |
| 6/6/2024 | 48437 | 1,795.78 | | | | | | 1,795.78 |
| 7/3/2024 | 48515 | 3,096.80 | | | | | | 3,096.80 |
| 8/3/2024 | 48574 | 26,112.60 | | | | | | 26,112.60 |
| 9/5/2024 | 48623 | 14,860.97 | | | | | | 14,860.97 |
| 10/4/2024 | 48719 | 3,078.47 | | | | | | 3,078.47 |
| 12/4/2024 | 48860 | 9,766.83 | | | | | | 9,766.83 |
| 1/6/2025 | 48942 | 219.89 | | | | | | 219.89 |
| 2/5/2025 | 49013 | 10,060.01 | | | | | | 10,060.01 |
| 3/6/2025 | 49100 | 9,546.93 | | | | | | 9,546.93 |
| 4/1/2025 | 49189 | 2,510.42 | | | | | | 2,510.42 |
| 5/12/2025 | 49306 | 732.97 | | | | | | 732.97 |
| 6/5/2025 | 49407 | 1,026.16 | | | | | | 1,026.16 |
| 7/4/2025 | 49539 | 751.29 | | | | | | 751.29 |
| 8/7/2025 | 49618 | 7,201.43 | | | | | | 7,201.43 |
| 8/28/2025 | 49663 | | | 700.87 | | | | 700.87 |
| 9/15/2025 | 49771 | 20,138.35 | | | | | | 20,138.35 |
| 10/2/2025 | 49852 | 13,101.84 | | | | | | 13,101.84 |
| 10/3/2025 | 49924 | | 192.63 | | | 320.00 | | 512.63 |
| 10/9/2025 | 49927 | | 8,000.00 | | | | | 8,000.00 |
| 10/22/2025 | 49931 | | 78.53 | 133.60 | | 225.00 | | 437.13 |
| 10/28/2025 | 49933 | | 2,393.27 | 122.00 | | | | 2,515.27 |
| 11/5/2025 | 50016 | 53,305.24 | | | | | | 53,305.24 |
| 11/6/2025 | 50040 | | | 1,192.80 | | | 2.64 | 1,195.44 |
| 12/8/2025 | 50127 | 10,536.44 | | | | | | 10,536.44 |
| 1/2/2026 | 50174 | 1,740.80 | | | | | | 1,740.80 |
| | | 249,760.05 | 16,662.07 | 3,549.45 | 35.20 | 545.00 | 2.64 | 270,554.41 |

# EXHIBIT C

```
Client  : STATF
Matter  : 23.25
Date    : 08/04/23
Invoice : 47715


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

--------------------------------------------------------------------------

Date: 08/04/23
Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 47715

Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant       : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM

For Professional Services Rendered through 07/31/23

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 07/13/23 | REVIEWED US DISTRICT COURT DOCKET TO DETERMINE STATUS OF PROCEEDING | 0.30 |
| 07/13/23 | DRAFT WITHDRAWAL AND SUBSTITUTION OF COUNSEL | 0.30 |
| 07/13/23 | DRAFT EMAIL TO DEFENDANT ALFOUADI'S COUNSEL RE WITHDRAWAL AND SUBSTITUTION OF COUNSEL | 0.10 |
| 07/14/23 | REVIEWED DEFENDANT ALFOUADI'S COUNSEL J ORTIZ RE APPROVING THE WITHDRAWAL & SUBSTITUTION OF COUNSEL | 0.10 |
| 07/14/23 | REVIEWED J ORTIZ EMAIL TO DEFENDANT R ALFOUADI RE WITHDRAWAL AND SUBSTITUTION OF COUNSEL | 0.10 |
| 07/17/23 | REVIEWED CLIENT R ALFOUADI'S 7/17/23 EMAIL WITH ENCLOSURES | 0.20 |
| 07/17/23 | TELCON W/ DEFENDANT ALFOUADI'S CURRENT COUNSEL J ORTIZ RE CASE BACKGROUND AND STATUS OF HIS FILE MATERIAL | 0.10 |
| 07/17/23 | REVIEWED DEFENDANT ALFOUDI'S CURRENT COUNSEL PARALEGAL E BARTOLOME'S 7/17/23 EMAIL RE FILE MATERIALS | 0.10 |
| 07/17/23 | COMMENCED REVIEW OF STATE FARM FILE MATERIALS | 0.80 |
| 07/18/23 | COMPLETED REVIEW/ANALYSIS OF STATE FARM FILE MATERIALS IN | 1.00 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
08/04/23                                             Matter: 23.25
Page 2                                               Invoice: 47715
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | PREPARATION FOR MEETING WITH CLIENT R ALFOUADI | |
| 07/18/23 | TELCON W/ CLIENT R AFOUADI RE ███████████████████ ███████ | 1.20 |
| 07/19/23 | TELCON W/ CLAIM REPRESENTATIVE J STAHNKEY RE MY MEETING W/ R ALFOUADI, STATUS OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND FUTURE HANDLING | 0.40 |
| 07/19/23 | REVIEWED DEFENDANT R ALFOUADI'S COUNSEL J ORTIZ 7/18/23 EMAIL RE STATUS OF R ALFOUADI'S SIGNING OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL | 0.10 |
| 07/19/23 | DRAFT EMAIL TO DEFENDANT R ALFOUADI'S COUNSEL J ORTIZ RE STATUS OF R ALFOUADI'S SIGNING OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL | 0.10 |
| 07/20/23 | REVIEWED R ALFOUADI'S 7/20;23 EMAIL RE HIS DECISION TO P██████████████████████ | 0.10 |
| 07/20/23 | REVIEWED R ALFOUADI'S 7/20/23 EMAIL RE SIGNED WITHDRAWAL AND SUBSTITUTION OF COUNSEL | 0.10 |
| 07/21/23 | REVISE AND FINALIZE LETTER TO R ALFOUADI RE PROCEDURAL REQUIREMENT RELATED REPRESENTATION OF HIM | 0.30 |
| 07/21/23 | TELCON W/ CLAIM REPRESENTATIVE J STAHNKEY RE CONFIRMING R ALFOUADI'S AGREEEMENT TO OUR REPRESENTATION OF HIM AND RECOMMENDATIONS FOR FUTURE HANDLING | 0.20 |
| 07/21/23 | DRAFT EMAIL TO CLAIM REPRESENTATION J STAHNKEY RE STATUS OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND RECOMMENDATIONS FOR FUTURE HANDLING | 0.30 |
| 07/21/23 | DRAFT EMAIL TO DEFENDANT R AFOUADI COUNSEL J ORTIZ RE WITHDRAWAL AND SUBSTITUTION OF COUNSEL | 0.10 |
| 07/24/23 | REVIEWED CLAIM REPRESENTATIVE J STAHNKEY'S 7/24/23 EMAIL RE CONFIRMING AUTHORITY FOR RESEARCH AND TRAVEL TO MAUI TO MEET WITH CLIENT R ALFOUADI | 0.10 |
| 07/24/23 | TELCON W/ MARITIME ATTORNEY C LEZY RE RESOURCES ON SALVAGE CLAIMS | 0.30 |
| 07/24/23 | REVIEWED MARITIME ATTORNEY C LEZY'S 7/24/23 EMAIL RE MARITIME TREATISE ON SALVAGE LIABILITY AND DAMAGES ISSUES | 0.10 |
| 07/24/23 | TELCON W/ CLIENT R AFOUADI RE ████████████████ ██████ | 0.20 |
| 07/24/23 | DRAFT EMAIL TO CLIENT R ALFOUADI RE ████████████ | 0.10 |
| 07/24/23 | REVIEWED BACKGROUND INFORMATION AND CREDENTIALS FOR ON | 0.30 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
08/04/23                                             Matter: 23.25
Page 3                                               Invoice: 47715
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | DEFENDANT'S RETAINED EXPERT K MCAVOY | |
| 07/24/23 | REVIEWED TREATISES ON ADMIRALTY SALVAGE CLAIMS "EXPLAINING MARITIME SALVAGE CLAIMS" (67 PAGES) AND AND ADMIRALTY AND MARITIME LAW SALVAGE CLAIMS (55 PAGE) | 1.30 |
| 07/25/23 | DRAFT EMAIL TO MARITIME ATTORENY C LEZY RE SALVAGE COST EXPERTS | 0.10 |
| 07/25/23 | REVIEWED MARITIME ATTORNEY C LEZY'S 7/25/23 EMAIL RE PLAINTIFF'S MARITIME SALVAGE COST EXPERT | 0.10 |
| 07/25/23 | DRAFT EMAIL TO MARITIME ATTORNEY C LEZY RE PLAINTIFF'S SALVAGE COST EXPERT | 0.10 |
| 07/25/23 | REVIEWED CLIENT R ALFOUADI'S 7/25/23 EMAIL RE ███ ████ | 0.10 |
| 07/25/23 | REVIEWED CLIENT R AFOUADI'S 7/25/23 EMAIL RE █████████ ███ | 0.10 |
| 07/25/23 | REVIEWED CLIENT R AFOUADI'S ████████████ | 0.20 |
| 07/25/23 | DRAFT EMAIL TO CLIENT R ALFOUADI'S ████████████ | 0.10 |
| 07/25/23 | REVIEWED/ANALYZED FILE MATERIALS PROVIDED BY DEFENANT ALFOUDI'S PRIOR COUNSEL ORTIZ & ASSOCIATES | 3.50 |
| 07/26/23 | TELCON W/ PREVIOUSLY RETAINED MARITIME EXPERT CAPTAIN MCAVOY RE MY APPEARANCE AS COUNSEL, EXPERT REPORT DEADLINES, FACTUAL BACKGROUND AND ISSUES TO ADDRESS | 0.50 |
| 07/26/23 | TRAVEL FROM HONOLULU TO MAUI (2.4 HOURS BILLED AT HALF TIME) | 1.20 |
| 07/26/23 | MEETING W/ CLIENT R AFOUADI AT INCIDENT SITE ████████ ████████████████████████ ███████████ | 5.00 |
| 07/26/23 | TRAVEL FROM MAUI TO HONOLULU (2.0 HOURS BILLED AT HALF TIME) | 1.00 |
| 07/26/23 | REVIEWED MARITME ATTORNEY C LEZY'S 7/26/23 EMAIL RE POTENTIAL SALVAGE EXPERTS | 0.10 |
| 07/26/23 | DRAFT EMAIL TO MARITIME ATTORNEY C LEZY'S 7/26/23 EMAIL RE POTENTIAL SALVAGE EXPERTS | 0.10 |
| 07/27/23 | REVIEWED CV OF POTENTIAL MARITIME SALVAGE EXPERT KNUTSON TO DETERMINE CREDENTIALS FOR RETENTION | 0.10 |
| 07/27/23 | REVIEWED WEBSITE AND CV OF POTENTIAL MARITIME SALVAGE EXPERT D IRELAND TO DETERMINE CREDENTIALS FOR RETENTION | 0.20 |
| 07/27/23 | TELCON W/ POTENTIAL MARITIME SALVAGE EXPERT D IRELAND RE | 0.30 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
08/04/23                                               Matter: 23.25
Page 4                                                 Invoice: 47715
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | CASE BACKGROUND AND POSSIBLE RETENTION AS SALVAGE EXPERT | |
| 07/27/23 | TELCON W/ CLAIM REPRESENTATIVE D STONHKEY RE MY MEETING W/ CLIENT R AFOUADI, SITE INSPECTION AND EXPERT RETENTION | 0.70 |
| 07/27/23 | REVIEWED EXPERT CAPTAIN MCAVOY'S ASSISTANT A BRODIE'S 7/27/23 EMAIL RE TRANSFER OF COUNSEL | 0.10 |
| 07/27/23 | DRAFT EMAIL TO EXPERT CAPTAIN MCAVOY'S ASSISTANT A BRODIE RE TRANSFER OF COUNSEL | 0.10 |
| 07/27/23 | REVIEWED INCIDENT SCENE PHOTOS AND MOVIES | 0.30 |
| 07/27/23 | DRAFT EMAIL TO CLAIM REPRESENTATIVE J STAHNKEY RE SITE SPECTION, SCENE PHOTOGRAPHS AND DESCRIPTION AND MY MEETING W/ CLIENT R AFOUADI | 0.40 |
| 07/27/23 | REVIEWED COURT'S ORDER APPROVING WITHDRAWAL AND SUBSTITUTION OF COUNSEL | 0.10 |
| 07/27/23 | DRAFT EMAIL TO CLAIM REPRESENTATIVE J STAHNKEY RE COURT'S APPROVAL OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL | 0.10 |
| 07/27/23 | DRAFT EMAIL TO DEFENDANT DEMAREST COUNSEL J ORTIZ RE COURT'S APPROVAL OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL | 0.10 |
| 07/27/23 | DRAFT EMAIL TO CLIENT R ALFOUADI RE COURT'S APPROVAL OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL | 0.10 |
| 07/27/23 | REVIEWED CLIENT R ALFOUADI'S 7/26/23 EMAIL RE SITE INSPECTION ███████████████ | 0.10 |
| 07/27/23 | REVIEWED PHOTOS OF LIFT BAG PACKAGING AND MAILING FROM CARTER LIFT BAGS AND H2O LOGISTICS | 0.10 |
| 07/27/23 | DRAFT EMAIL TO CLIENT R ALFOUADI RE LIFT BAG INVOICES FROM CARTER LIFT BAG AND H20 LOGISTICS | 0.10 |
| 07/27/23 | REVIEWED CLIENT R ALFOUADI'S 7/26/23 EMAIL RE HIS MEMO ON LIFT BAG PURCHASES | 0.10 |
| 07/27/23 | REVIEWED CLIENT R ALFOUADI'S 7/26/23 EMAIL RE PUBLIC ADJUSTER AGREEMENT | 0.10 |
| 07/27/23 | REVIEWED CLIENT R ALFOUADI'S 7/26/23 EMAIL AND ATTACHMENT RE COMMENTS ON PLAINTIFF'S COMPLAINT | 0.20 |
| 07/27/23 | REVIEWED DEPOSITION OF DEPARTMENT OF LAND AND NATURAL RESOURCES REPRESENTATIVE E UNDERWOOD AND EXHIBITS (103 PAGES) | 1.30 |
| 07/28/23 | TELCON W/ SALVAGE EXPERT M KNUDSON RE CASE BACKGROUD, ISSUES AND RECOMMENDATIONS FOR OTHER POTENTIAL EXPERTS TO RETAIN | 0.50 |

STATE FARM MUTUAL AUTO INS CO                    Client: STATF
08/04/23                                          Matter: 23.25
Page 5                                           Invoice: 47715

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 07/28/23 | REVIEWED SALVAGE EXPERT M KNUDSON'S TEXT MESSAGE RE SALVAGE EXPERT R CATES CONTACT INFORMATION | 0.10 |
| 07/28/23 | DRAFT EMAIL TO SALVAGE EXPERT M KNUDSON RE SALVAGE EXPERT R CATES | 0.10 |
| 07/28/23 | TELCON W/ SALVAGE EXPERT R CATES RE CASE BACKGROUND, ISSUES TO ADDRESS, HIS BACKGROUD AND EXPERIENCE AS A SALVAGE EXPERT | 0.70 |
| 07/28/23 | REVIEWED FILE TO DETERMINE DOCUMENTS TO PROVIDE SALVAGE EXPERT R CATES | 0.30 |
| 07/28/23 | DRAFT EMAIL TO PLAINTIFF'S COUNSEL J WASHKOWITZ RE CONTINUANCE OF TRIAL AND RELATED DEADLINES AND BASIS FOR SUCH | 0.20 |
| 07/28/23 | DRAFT EMAIL TO SALVAGE EXPERT D IRELAND RE HIS POTENTIAL RETENTION AS EXPERT WITNESS, CASE BACKGROUND, TRIAL AND RELATED DEADLINE AND PRELIMINARY MATERIALS FOR REVIEW | 0.30 |
| 07/28/23 | REVIEWED CLIENT R ALFOUADI'S 7/28/23 EMAIL ███████████ ████████████████████████████ | 0.10 |
| 07/28/23 | DRAFT EMAIL TO CLIENT R ALFOUADI RE ███████████ | 0.10 |
| 07/28/23 | REVIEWED CLIENT R ALOUADI'S 7/28/23 EMAIL RE ██████████ ████████████ | 0.10 |
| 07/28/23 | DRAFT EMAIL TO R ALOUADI RE █████████████████ ████ | 0.10 |
| 07/28/23 | DRAFT EMAIL TO CLIENT R AFOUADI RE ████████████ ████████ | 0.10 |
| 07/28/23 | DRAFT EMAIL TO CLIENT R ALFOUADI RE ████████████ ████████ | 0.10 |
| 07/28/23 | REVIEWED CLIENT R ALFOUADI'S 7/28/23 EMAIL RE ██████████ ████████████. | 0.20 |
| 07/28/23 | DRAFT EMAIL TO CLIENT R ALFOUADI RE █████████████ | 0.10 |
| 07/28/23 | REVIEWED CLIENT R ALFOUADI'S 7/28/23 RE ██████████ ████████████████ | 0.10 |
| 07/28/23 | REVIEWED MARITIME SALVAGE EXPERT D IRELAND'S 7/28/23 EMAIL RE POTENTIAL RETENTION AS EXPERT WITNESS | 0.10 |
| 07/28/23 | DRAFT EMAIL TO CLAIM REPRESENTATIVE STAHNKEY RE BACKGROUND INFORMATION ON POTENTIAL MARITIME SALVAGE EXPERTS AND STATUS OF TRIAL CONTINUANCE | 0.30 |
| 07/31/23 | REVIEWED PROSPECTIVE MARINE SALVAGE EXPERT R CATES' 7/31/23 | 0.10 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
08/04/23                                             Matter: 23.25
Page 6                                               Invoice: 47715
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | EMAIL RE BILLING RATES FOR SALVAGE WORK AND EXPERT ANAL | |
| 07/31/23 | REVIEWED PROSPECTIVE MARINE SALVAGE EXPERT R CATES' 7/31/23 | 0.10 |
| | EMAIL RE FOLLOW UP WITH DLNR TO OBTAIN SALVAGE CHARGES IN THE LAHINA AREA | |

```
                            SUBTOTAL for JAMES V MYHRE        29.00
```

Services provided by BRENT WILSON

| Date | | Hours |
|------|---|-------|
| 07/17/23 | ANALYZE LEGAL ISSUES AND CASE HISTORY BASED ON RECORDS RECEIVED IN STATE FARM FILE (300 PGS) IN PREPARATION FOR INITIAL CONSULTATION WITH INSURED, R. ALFAOUDI, 7/18/23. | 2.40 |
| 07/17/23 | ANALYZE PROCEDURAL HISTORY, CLIENT HISTORY, AND ALLEGED FACTS OF LOSS BASED ON LETTER FROM INSURED R. ALFOUADI, | 0.50 |
| 07/18/23 | PHONE CONFERENCE / INITIAL CONSULT WITH CLIENT, R. ALFOUADI; RE: ██████████████████████ | 1.00 |
| 07/18/23 | EMAILS TO/FROM INSURED R. ALFOUADI RE: P████████ | 0.30 |
| 07/20/23 | EMAILS TO/FROM INSURED, R. ALFOUADI RE: ████████ | 0.30 |
| 07/21/23 | EMAILS TO FROM INSURED, R. ALFOUADI RE: ████████ | 0.30 |
| 07/24/23 | EMAILS TO/FROM MR. ALFOUADI RE: ████████ | 0.30 |
| 07/24/23 | REVISE WITHDRAWAL AND SUBSTITUTION TO ACCOMODATE INSURED'S HANDWRITTEN SIGNATURE | 0.20 |
| 07/26/23 | EMAILS TO/FROM R. ALFAOUDI RE: CLIENT DOCUMENTS RE: S████████ | 0.50 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
08/04/23                                               Matter: 23.25
Page 7                                                 Invoice: 47715
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | PLAINTIFF | |
| 07/26/23 | BEGIN ANALYSIS OF LEGAL ISSUES RE: LEGALITY OF SALVAGE; DAMAGES; BASIS FOR PLAINTIFF'S CLAIM; AFFIRMATIVE DEFENSES; CONTRACT FORMATION; BREACH OF CONTRACT; APPLICATION OF QUANTUM MERUIT TO FEDERAL SALVAGE CLAIM; EQUITABLE DEFENSES AND MISREPRESENTATION, BASED ON DOCUMENTS RECEIVED FROM STATE FARM REFERRAL FILE ( 308 PGS); REVIEW PLEADINGS TO DATE | 3.50 |
| 07/26/23 | ANALYZE LEGAL ISSUES RE: LEGALITY OF SALVAGE; DBOR INVOLVEMENT IN SALVAGE; STANDARD OPERATION RE: REPORT OF VESSEL; LIABILITY FOR PAYMENT; PLAINTIFF'S RELATIONSHIP WITH DBOR BASED ON DEPOSITION TRANSCRIPT OF 30B6 DEPONENT EDWARD R. UNDERWOOD OF STATE DBOR | 1.20 |
| 07/26/23 | ANALYZE LEGAL ISSUES RE: LEGALITY OF SALVAGE; DLNR INVOLVEMENT IN SALVAGE; STANDARD OPERATION RE: REPORT OF VESSEL; LIABILITY FOR PAYMENT; PLAINTIFF'S RELATIONSHIP WITH DLNR BASED ON DEPOSITION DOCUMENTS RECEIVED FROM DLNR | 1.40 |
| 07/27/23 | EMAILS TO/FROM R. ALFAOUDI RE: ADDITIONAL CLIENT DOCUMENTS RE: SALVAGE OPERATIONS ON DATE OF LOSS; NOTES/COMMENTS ON DOCUMENTS/INFO RECEIVED FROM PLAINTIFF | 0.30 |
| 07/27/23 | DRAFT ANALYSIS OF LEGAL ISSUES RE: LEGALITY OF SALVAGE; DAMAGES; BASIS FOR PLAINTIFF'S CLAIM; AFFIRMATIVE DEFENSES; CONTRACT FORMATION; BREACH OF CONTRACT; APPLICATION OF QUANTUM MERUIT TO FEDERAL SALVAGE CLAIM; EQUITABLE DEFENSES AND MISREPRESENTATION, BASED ON DOCUMENTS RECEIVED FROM STATE FARM REFERRAL FILE ( 308 PGS); PLEADINGS TO DATE | 2.90 |
| 07/27/23 | DRAFT ANALYSIS OF LEGAL ISSUES RE: LEGALITY OF SALVAGE; DBOR INVOLVEMENT IN SALVAGE; STANDARD OPERATION RE: REPORT OF VESSEL; LIABILITY FOR PAYMENT; PLAINTIFF'S RELATIONSHIP WITH DBOR BASED ON DEPOSITION TRANSCRIPT OF 30B6 DEPONENT EDWARD R. UNDERWOOD OF STATE DBOR | 1.20 |
| 07/27/23 | DRAFT ANALYSIS OF  LEGAL ISSUES RE: LEGALITY OF SALVAGE; DLNR  INVOLVEMENT IN SALVAGE; STANDARD OPERATION RE: REPORT OF VESSEL; LIABILITY FOR PAYMENT; PLAINTIFF'S RELATIONSHIP WITH DLNR BASED ON DEPOSITION DOCUMENTS RECEIVED FROM DLNR | 1.40 |

```
                                          SUBTOTAL for BRENT WILSON    17.70
```

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
08/04/23                                               Matter: 23.25
Page 8                                                 Invoice: 47715
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | | |

```
                                          TOTAL Hours     46.70
                                                        =========
```

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| JAMES V MYHRE, Partner | 29.00 | 175.00 | 5,075.00 |
| BRENT WILSON, Partner | 17.70 | 175.00 | 3,097.50 |

```
                               TOTAL Current Fees       $8,172.50

                               State Tax at 4.71%           384.92
                                                        -------------
                               TOTAL Fees and Tax       $8,557.42


                               Current Invoice Due      $8,557.42
                                                        =============
```

```
Client   : STATF
Matter   : 23.25
Date     : 09/06/23
Invoice  : 47772



STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

------------------------------------------------------------------------

Date: 09/06/23

Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 47772

```
Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM
```

For Professional Services Rendered through 08/31/23

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 08/01/23 | REVIEWED DLNR REPRESENTATIVE E UNDERWOOD 8/1/23 EMAIL RE ISSUES RELATED TO DLNR SALVOR CHARGES FOR VESSEL REMOVAL IN LAHAINA MAUI | 0.10 |
| 08/01/23 | DRAFT EMAIL TO DLNR REPRESENTATIVE E UNDERWOOD RE DLNR CHARGES FOR SALVAGE OF VESSEL IN LAHAINA, MAUI | 0.10 |
| 08/02/23 | DRAFT EMAIL TO PROSPECTIVE EXPERT R CATES RE DLNR PAYMENT FOR SALVAGE WORK | 0.10 |
| 08/02/23 | REVIEWED PROSPECTIVE SALVAGE EXPERT W LASCHAEVE'S 7/31/23 EMAIL RE INFORMATION REGARDING RETENTION AS EXPERT | 0.10 |
| 08/02/23 | DRAFT EMAIL TO PROSPECTIVE SALVAGE EXPERT W LESCHAEVE RE RETENTION ISSUES | 0.10 |
| 08/02/23 | TELCON W/ PROSPECTIVE SALVAGE EXPERT W LESCHAEVE RE HIS QUALIFICATIONS, HIS REVIEW OF PLAINTIFFS SUMMARY OF SALVAGE WORK AND PLAINTIFF'S EXPERT REPORT, RELATED ISSUES AND FUTURE HANDLING | 0.80 |
| 08/02/23 | REVIEWED PROSPECTIVE EXPERT W LASCHAEVE'S 8/2/23 EMAIL RE | 0.10 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
09/06/23                                               Matter: 23.25
Page 2                                                 Invoice: 47772
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | LINK TO LLOYDS' OPEN FORUM FOR MARINE SALVAGE | |
| 08/02/23 | REVIEWED LLOYDS OPEN FORUM WEBSITE REGARDING PUBLISHED RATES FOR MARINE SALVAGE, CONTRACT AND RELATED MATTERS | 0.30 |
| 08/02/23 | DRAFT EMAIL TO CLAIM REPRESENTATIVE J STAHNKEY RE MARINE SALVAGE EXPERT W LESCHAEVE BACKGROUND AND QUALIFICATIONS AND FEES AND RELATED ESTIMATE | 0.20 |
| 08/02/23 | DRAFT EMAIL TO EXPERT R CATES RE CV | 0.10 |
| 08/02/23 | REVIEWED PROSPECTIVE MARINE SALVAGE EXPERT RANDY CATES' 8/2/23 EMAIL RE CV | 0.10 |
| 08/02/23 | DRAFT EMAIL TO CLAIM REPRESENTATIVE J STAHNKEY RE MARINE SALVAGE EXPERT R CATES BACKGROUD AND EXPERIENCE AND RATES, STRENGTHS OF PROSPECTIVE SALVAGE EXPERTS AND RECOMMENDATIONS FOR FUTURE HANDLING | 0.30 |
| 08/03/23 | REVIEWED CLAIM REPRESENTATIVE J STAHNKE'S 8/3/23 EMAIL RE CONFIRMING AUTHORITY TO RETAIN MARITIME SALVAGE  EXPERTS R CATES AND W LESHCAEVE. | 0.10 |
| 08/04/23 | DRAFT EMAIL TO EXPERT W LESCHAEVE RE PLAINTIFF'S COST SPREAD SHEET | 0.10 |
| 08/08/23 | REVIEWED EXPERT W LESCHAEVE'S 8/8/23 EMAIL RE PLAINTIFF'S BILLS FOR SERVICE RENDERED | 0.10 |
| 08/08/23 | DRAFT EMAIL TO SALVAGE EXPERT W LESCHAEVE RE STATUS OF PLAINTIFF'S BILLINGS AND RECEIPTS AND FUTURE HANDLING | 0.10 |
| 08/08/23 | REVIEWED CLIENT R ALFOUADI'S 8/7/23 EMAIL RE EXPERT RETENTION | 0.10 |
| 08/08/23 | REVIEWED FILE TO DETERMINE ADDITIONAL FILE MATERIALS TO PROVIDE TO EXPERT W LESCHAEVE FOR REVIEW | 0.70 |
| 08/08/23 | DRAFF EMAIL TO DEFENDANT'S SALVAGE EXPERT W LESCHAEVE RE FOLLOWUP ON ANALYSIS AND ADDITIONAL FILE MATERIALS FOR REVIEW | 0.10 |
| 08/08/23 | DRAFT DEFENDANT'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF RELATIVE TO PLAINTIFF'S DAMAGES CLAIM | 1.50 |
| 08/08/23 | TELCON W/ CLIENT ALFOUADI'S PRIOR COUNSEL E MCDONALD RE DEFENDANT'S INITIAL DISCLOSURES, PLAINTIFF'S INITIAL DISCLOSURES AND DISCOVERY RESPONSES | 0.20 |
| 08/08/23 | REVIEWED FILE MATERIALS TO DETERMINE ADDITION RECORDS TO SUBPOENA | 0.50 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
09/06/23                                               Matter: 23.25
Page 3                                                 Invoice: 47772
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/09/23 | REVIEWED DEFENDANT ALFOUADI'S PRIOR COUNSEL LEGAL ASSISTANT L NAPOLEAN RE LINK FOR PLAINTIFF'S INITIAL DISCLOSURE | 0.10 |
| 08/09/23 | ANALYZED DOCUMENTS CONTAINED IN LINK FOR PLAINTIFF'S INITIAL DISCLOSURES INCLUDING BUT NOT LIMITED TO PLAINTIFFS RECEIPTS, EMAILS, PHOTOGRAPHS, VIDEOS AND SIERRA CLUB STUDY ON REEF'S ON MAUI | 1.00 |
| 08/09/23 | DRAFT EMAIL TO MARINE SALVAGE EXPERT W LESCHAEVE RE PLAINTIFF'S INITIAL DISCLOSURE | 0.10 |
| 08/09/23 | DRAFT EMAIL TO CLIENT R ALFOUADI RE REQUEST FOR FOLLOW UP | 0.10 |
| 08/09/23 | REVIEWED DEFENDANT ALFOUADI'S PRIOR COUNSEL J ORTIZ 8/9/23 EMAIL RE PLAINTIFF'S INTERROGATORY RESPONSE | 0.10 |
| 08/09/23 | REVIEWED DEFENDANT ALFOUADI'S PRIOR COUNSEL J ORTIZ 8/9/23 EMAIL RE PLAINTIFF'S DOCUMENT PRODUCTION RESPONSE | 0.10 |
| 08/09/23 | REVIEWED DEFENDANT ALFOUADI'S PRIOR COUNSEL J ORTIZ 8/9/23 EMAIL RE DLNR RECORDS | 0.10 |
| 08/09/23 | REVIEWED DEFENDANT ALFOUADI'S PRIOR COUNSEL J ORTIZ 8/9/23 EMAIL RE PLAINTIFF'S DEPOSITION OF DLNR REPRESENTATIVE E UNDERWOOD | 0.10 |
| 08/09/23 | REVIEWED DEFENDANT ALFOUADI'S PRIOR COUNSEL J ORTIZ 8/9/23 EMAIL RE EXHIBITS TO DLNR'S E UNDERWOOD'S DEOSITION | 0.10 |
| 08/14/23 | REVIEWED CLIENT R ALFOUADI'S 8/14/23 TEXT MESSAGES RE HIS SURVIVAL OF LAHAINA FIRE AND | 0.10 |
| 08/14/23 | TELCON W/ CLIENT R ALFOUADI RE HIS SURVIVAL OF LAHAINA FIRE | 0.10 |
| 08/15/23 | DRAFT EMAIL TO PLAINTIFF'S COUNSEL J WASKOWWITZ RE DISCOVERY ISSUES, TRIAL AND RELATED DEADLINES | 0.20 |
| 08/15/23 | DRAFT EMAIL TO EXPERT W LESCHAEVE RE STATUS OF HIS ANALYSIS | 0.10 |
| 08/15/23 | REVIEWED EXPERT W LESCHEVE'S 8/15/23 EMAIL RE STATUS OF HIS ANALYSIS | 0.10 |
| 08/15/23 | TELCON W/ CLAIM REPRESENTATIVE J STAHNKEY RE TRIAL AND RELATED DEADLINES, DISCOVERY ISSUES, CLIENT R ALFOUADI STATUS AND OTHER ISSUES | 0.30 |
| 08/15/23 | TELCON W/ EXPERT W LESCHAEVE STATUS OF HIS ANALYSIS | 0.20 |
| 08/16/23 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ 8/16/23 RE TRIAL AND DISCOVERY ISSUES | 0.10 |
| 08/16/23 | DRAFT EMAIL TO MAGISTRATE JUDGE KENNETH MANSFIELD RE TRIAL AND DISCOVERY ISSUES | 0.30 |
| 08/17/23 | REVIEWED MAGISTRATE KEN MANSFIELD'S COURT MANAGER B AURIO'S | 0.10 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
09/06/23                                               Matter: 23.25
Page 4                                                 Invoice: 47772
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | 8/17/23 EMAIL RE TRIAL CONTINUANCE | |
| 08/17/23 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ'S 8/17/23 EMAIL TO MAGSITRATE MANSFIELD'S COURT MANAGER B AURIO RE TRIAL AND REQUEST FOR ADDITIONAL INFORMATION | 0.10 |
| 08/17/23 | REVIEWED MAGSITRATE MANSFIELD'S COURT MANAGER B AURIO 8/17/23 EMAIL RE PROVIDING ADDITIONAL INFORMATION REQUESTED BY PLAINTIFF'S COUNSEL | 0.10 |
| 08/17/23 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ'S 8/17/23 EMAIL TO MAGSITRATE MANSFIELD'S COURT MANAGER B AURIO RE CONFIRMING NOT OBJECTION TO TRIAL CONTINUANCE | 0.10 |
| 08/17/23 | REVIEWED MAGSITRATE MANSFIELD'S COURT MANAGER B AURIO 8/17/23 EMAIL RE NEW TRIAL | 0.10 |
| 08/17/23 | DRAFT EMAIL TO MAGSITRATE MANSFIELD'S COURT MANAGER B AURIO RE NEW TRIAL | 0.10 |
| 08/17/23 | REVIEWED PLAINTIFFS COUNSEL J WASKOWITZ'S 8/17/23 EMAIL RE NEW TRIAL | 0.10 |
| 08/17/23 | REVIEWED MAGSITRATE MANSFIELD'S COURT MANAGER B AURIO 8/17/23 EMAIL RE STIPULATION FOR NEW TRIAL | 0.10 |
| 08/17/23 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ EMAIL TO MAGSITRATE MANSFIELD'S COURT MANAGER B AURIO RE STIPULATION FOR NEW TRIAL | 0.10 |
| 08/17/23 | DRAFT EMAIL TO MAGSITRATE MANSFIELD'S COURT MANAGER B AURIO RE STIPULATION FOR NEW TRIAL | 0.10 |
| 08/17/23 | DRAFT STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINE | 0.30 |
| 08/17/23 | DRAFT EMAIL TO PLAINTIFF'S COUNSEL J WASHKOWITZ RE REQUEST FOR APPROVAL AND SIGNATURE OF STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES | 0.10 |
| 08/21/23 | DRAFT EMAIL TO PLAINTIFF'S COUNSEL J WASHKOWITZ RE STATUS OF STIPULATION TO CONTINUE TRIAL | 0.10 |
| 08/21/23 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ 8/21/23 EMAIL RE STATUS OF STIPULATION TO CONTINUE TRIAL | 0.10 |

```
                                        ---------
                    SUBTOTAL for JAMES V MYHRE      10.80
                                        ---------
```

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
09/06/23                                             Matter: 23.25
Page 5                                               Invoice: 47772




              Attorney                  Hours       Rate        Amount
----------------------------------     ----------  ---------  -------------
JAMES V MYHRE, Partner                  10.80      175.00       1,890.00
                                                              -------------
                               TOTAL Current Fees              $1,890.00

                               State Tax at 4.71%                  89.02
                                                              -------------
                               TOTAL Fees and Tax             $1,979.02


                               Current Invoice Due            $1,979.02

                                        Previous Due            $376.42
                                                              -------------
                               TOTAL Balance Due              $2,355.44
                                                              =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 10/02/23
Invoice : 47855


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

-----------------------------------------------------------------------------

```
                                               Date: 10/02/23
   Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 47855

   Claims Manager: Jay Stahnke
   Insured Party : Raied J. Alfouadi
   Claimant      : D. Demarest & Green Moutain
   Claim Number  : 5136K881H
   Court Number  : CV 22-00064 JAO-KJM

   For Professional Services Rendered through 09/30/23
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 09/13/23 | REVIEWED COURT'S THIRD AMENDED SCHEDULING ORDER CONTINUING TRIAL AND RELATED DEADLINES AND SETTLEMENT  CONFERENCE | 0.30 |
| 09/13/23 | DRAFT EMAIL TO  CLAIM REPRESENTATIVE J STAHNKE RE THIRD AMENDED SCHEDULING ORDER, CONTINUANCE OF TRIAL AND RELATED DEADLINES AND SETTLEMENT CONFERNCE | 0.30 |
| 09/13/23 | REVIEWED EXPERT W LESCHAEVE'S 9/13/23 EMAIL RE REPORT | 0.10 |
| 09/13/23 | REVIEWED SALVAGE EXPERT W LESCHAEVE'S 9/13/23 REPORT | 0.30 |
| | SUBTOTAL for JAMES V MYHRE | 1.00 |
| | Services provided by BRENT WILSON | |
| 09/11/23 | EMAILS TO/FROM INSURED ALFOUADI RE: ████████████ | 0.30 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
10/02/23                                             Matter: 23.25
Page 2                                               Invoice: 47855
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | ██████████████████████████ | |
| 09/11/23 | ANALYZE HARASSING/SLANDEROUS STATEMENTS MADE BY PLAINTIFF OF INSURED ON CRAIGSLIST AND LATITUTE 38 (A BOATING ENTHUSIAST WEBSITE); CONFIRM GROSS MISREPRESENTATIONS OF FACT REGARDING ONGOING LITIGATION; INTENTIONAL LANGUAGE DIRECTED AT DISPARAGING INSURED AND HIS REPUTATION IN THE COMMUNITY | 0.80 |
| 09/11/23 | DRAFT CEASE AND DESIST LETTER TO PLAINTIFF'S COUNSEL RE: PLAINTIFF'S HARASSMENT OF INSURED | 0.70 |
| 09/11/23 | EMAILS TO/FROM INSURED ALFOUADI RE: CHRONOLOGY OF PLAINTIFF'S HARASSMENT; WITNESSES TO SAME; SCREEN SHOTS OF ONLINE POSTINGS; AND INSURED'S NARRATIVE OF HISTORIC RUN-INS WITH PLAINTIFF; ASSURED ALFOUADI THAT WE WOULD FOLLOW UP WITH PLAINTIFF'S COUNSEL AND TO ADVISE US IF ANY FURTHER CONFRONTATIONS. | 0.60 |
| 09/12/23 | EMAILS TO/FROM INSURED ALFOUADI RE: ███████████ ████████████████████████████████████ ███████████████████. | 0.30 |
| 09/12/23 | DRAFT EMAIL TO PLAINTIFF'S COUNSEL RE: IMPROPER CRAIGSLIST POSTINGS; ADVISE PLAINTIFF TO STOP IMMEDIATELY OR WILL BE FORCED TO SEEK COURT'S INTERVENTION | 0.30 |
| 09/14/23 | ANALYZE LEGAL ISSUES OF LIABILITY, CONTRACT FORMATION/BREACH, STANDARD FOR EVALUATING MARITIME SALVAGE CLAIMS BASED ON EXPERT REPORT BY WILLIAM LESCHAEVE | 1.20 |
| 09/20/23 | EMAIL TO INSURED RE: STATUS OF ██████████████████ ████████████████ | 0.10 |
| 09/22/23 | BEGIN DRAFT OF DEFENDANT'S USDC RULE 16 CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT: BACKGROUND AND STATEMENT OF THE CASE; STATEMENT OF CLAIMS AND DEFENSES | 2.60 |
| 09/25/23 | CONTINUE DRAFT OF DEFENDANT'S USDC RULE 16 CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT: BACKGROUND AND STATEMENT OF THE CASE; STATEMENT OF CLAIMS AND DEFENSES; STATUTORY AUTHORITIES | 1.70 |
| 09/26/23 | EMAIL TO ADJUSTER J. STAHNKE RE: NEED FOR PHONE CONFERENCE RE: UPCOMING MANDATORY SETTLEMENT CONFERENCE; EXPERT REPORT RESULTS; DISCUSS RANGE OF SETTLEMENT AUTHORITY AND STRATEGY PRIOR TO SETTLEMENT CONFERENCE. | 0.20 |

```
STATE FARM MUTUAL AUTO INS CO                    Client: STATF
10/02/23                                         Matter: 23.25
Page 3                                           Invoice: 47855
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 09/27/23 | EMAILS TO/FROM INSURED ALGOUADI RE: ███████ | 0.40 |

```
                              SUBTOTAL for BRENT WILSON        9.20

                                       TOTAL Hours           10.20
                                                          ========
```

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| JAMES V MYHRE, Partner | 1.00 | 175.00 | 175.00 |
| BRENT WILSON, Partner | 9.20 | 175.00 | 1,610.00 |

```
                            TOTAL Current Fees      $1,785.00

                            State Tax at 4.71%          84.07

                            TOTAL Fees and Tax      $1,869.07


                            Current Invoice Due     $1,869.07

                                  Previous Due        $358.10

                            TOTAL Balance Due       $2,227.17
                                                ============
```

```
Client   : STATF
Matter   : 23.25
Date     : 11/04/23
Invoice  : 47920


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

---------------------------------------------------------------------

Date: 11/04/23

Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 47920

```
Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM
```

For Professional Services Rendered through 10/31/23

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by BRENT WILSON | |
| 10/03/23 | EMAILS AND PHONE CALL TO ADJUSTER RE: NEED TO DISCUSS EXPERT REPORT, UPCOMING EARLY SETTLEMENT CONFERENCE; NEED FOR AUTHORITY | 0.20 |
| 10/05/23 | EMAILS TO/FROM AND PHONE CALL WITH ADJUSTER RE: STRATEGY FOR UPCOMING EARLY SETTLEMENT CONFERENCE; AUTHORITY TO EXTEND WRITTEN OFFER TO SETTLE | 0.30 |
| 10/06/23 | PHONE CALLS AND EMAILS TO/FROM PREVIOUS COUNSEL FOR INSURED, E. MACDONALD RE: SETTLEMENT CONFERENCE STRATEGY BASED ON PREVIOUS STATEMENTS MADE BY JUDGE TO COUNSEL | 0.40 |
| 10/06/23 | CONTINUE DRAFT OF CONFIDENTIAL SETTLEMENT CONFERENCE LETTER | 0.90 |
| 10/06/23 | DRAFT FRE RULE 408 OFFER OF SETTLEMENT TO PLAINTIFF | 0.40 |
| 10/07/23 | CONTINUE DRAFT OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT | 0.90 |
| 10/09/23 | CONTINUE DRAFT OF CONFIDENTIAL SETTLEMENT LETTER RE: CAUSES OF ACTION AND DEFENSES (2.4); PLAINTIFF'S INTENTIONAL MISREPRESENTATION BARS RECOVERY UNDER FEDERAL LAW (.1.3); | 5.70 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
11/04/23                                               Matter: 23.25
Page 2                                                 Invoice: 47920
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | REASONABLE RELIANCE OF INSURED TO HIS DETRIMENT; (.8) DAMAGES INCONSISTENT ANALYSIS WITH THOSE IN THE NORMAL COURSE OF SALVAGE OPERATIONS (.7); PROCEEDINGS TO DATE (.5) | |
| 10/16/23 | ANALYZE LEGAL ARGUMENTS AND FACTUAL BASIS AGAINST PLAINTIFF'S CLAIMS; REVIEW STRATEGY FOR SETTLEMENT CONFERENCE | 0.40 |
| 10/18/23 | EMAILS TO/FROM ADJUSTER J. STAHNKE RE: USDC SETTLEMENT CONFERENCE; STRATEGY | 0.20 |

```
                                SUBTOTAL for BRENT WILSON     9.40
```

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| BRENT WILSON, Partner | 9.40 | 175.00 | 1,645.00 |

```
                                TOTAL Current Fees     $1,645.00

                                State Tax at 4.71%         77.48

                                TOTAL Fees and Tax     $1,722.48


                                Current Invoice Due    $1,722.48

                                       Previous Due      $358.10

                                TOTAL Balance Due      $2,080.58
                                                    =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 12/05/23
Invoice : 48006


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

--------------------------------------------------------------------------

                                                   Date: 12/05/23
      Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 48006

      Claims Manager: Jay Stahnke
      Insured Party : Raied J. Alfouadi
      Claimant      : D. Demarest & Green Moutain
      Claim Number  : 5136K881H
      Court Number  : CV 22-00064 JAO-KJM

      For Professional Services Rendered through 11/30/23

| Date | Professional Services | Hours |
|------|-----------------------|-------|
| | Services provided by BRENT WILSON | |
| 11/08/23 | EMAILS TO/FROM INSURED R. ALFAOUADI RE: STATUS OF ▮▮▮▮▮ | 0.30 |
| 11/08/23 | EMAILS TO/FROM OPPOSING COUNSEL RE: STATUS OF SETTLEMENT CONFERENCE; COURT'S AVAILABILITY, PLAINTIFF'S CRAIGSLIST POSTINGS; CEASE & DESIST | 0.20 |
| 11/09/23 | EMAILS TO/FROM INSURED, R. ALFAOUDI RE: MORE ▮▮▮▮▮ | 0.30 |
| 11/16/23 | EMAILS TO/FROM COURT RE: COURT UNABLE TO CONVENE SETTLEMENT CONFERENCE ON 11/20; CONTINUE TO LATER NOVEMBER OR DECEMBER; CONTINUED TO 12/7/24 | 0.30 |

                                        SUBTOTAL for BRENT WILSON    1.10

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
12/05/23                                               Matter: 23.25
Page 2                                                Invoice: 48006
```

|                              | Hours | Rate   | Amount    |
|------------------------------|-------|--------|-----------|
| BRENT WILSON, Partner        | 1.10  | 175.00 | 192.50    |

|                        |           |
|------------------------|-----------|
| TOTAL Current Fees     | $192.50   |
| State Tax at 4.71%     | 9.07      |
| TOTAL Fees and Tax     | $201.57   |
| Current Invoice Due    | $201.57   |
| Previous Due           | $1,402.58 |
| TOTAL Balance Due      | $1,604.15 |

```
Client   : STATF
Matter   : 23.25
Date     : 01/03/24
Invoice  : 48045


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

---

```
                                                   Date: 01/03/24
   Re: David Demarest & Green Mountain vs. Raied Alfouadi   Invoice: 48045

   Claims Manager: Jay Stahnke
   Insured Party : Raied J. Alfouadi
   Claimant      : D. Demarest & Green Moutain
   Claim Number  : 5136K881H
   Court Number  : CV 22-00064 JAO-KJM

   For Professional Services Rendered through 12/31/23
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 12/07/23 | PREPARED FOR SETTLEMENT CONFERNCE BY REVIEWING PLAINTIFF AND DEFENDANT EXPERT REPORTS AND CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS | 1.00 |
| 12/07/23 | ATTEND SETTLEMENT CONFERENCE VIA VIDEO CONFERENCE | 2.50 |
| 12/08/23 | TELCON W/ CLAIM REPRESENTATIVE J STAHNKE RE ISSUES RELATED TO SETTLEMENT CONFERENCE | 0.30 |
| 12/11/23 | TELCON W/ CLAIM REPRESENTATIVE J STAHNKE RE ISSUED RELATED TO SETTLEMENT CONFERNCE | 0.20 |
| 12/11/23 | TELCON W/ CLIENT R ALFOUADI RE HIS POSITION ON SETTLEMENT, THE APPLICABLE STATE FARM POLICY AND LIABILITY AND DAMAGES ISSUES | 0.50 |
| 12/12/23 | TELCON W/ CLAIM REPRESENTATIVE J STAHNKE RE INSURED'S POSITION SETTLEMENT AND FUTURE HANDLING | 0.20 |
| 12/12/23 | DRAFT EMAIL TO CLIENT R ALFOUADI RE CONFIRMING HIS POSITION ON ██████████████████████████████████ ██████ | 0.30 |

```
STATE FARM MUTUAL AUTO INS CO                      Client: STATF
01/03/24                                           Matter: 23.25
Page 2                                             Invoice: 48045
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 12/12/23 | REVIEWED CLIENT R ALFOUADI'S 12/12/23 EMAIL RE CONFIRMING HE DOES ████████████████ | 0.10 |
| 12/12/23 | REVIEWED CLAIM REPRESENTATIVE J STAHNKE'S 12/12/23 EMAIL RE STATE FARM'S POSITION ON SETTLEMENT | 0.10 |
| 12/13/23 | REVIEWED JUDGE MANSFIELD'S 12/13/23 EMAIL RE RE STATUS OF SETTLEMENT NEGOTIATIONS | 0.10 |
| 12/13/23 | TELCON W/ CLAIM REPRESENTATIVE J STANKHE RE STATUS OF SETTLEMENT NEGOTIATIONS AND COMMUNICATION TO COURT THAT R ALFOUADI DOES NOT AUTHORIZED SETTLEMENT | 0.20 |
| 12/13/23 | REVIEWED JUDGE MANSFIELD'S ORDER REQUIRING R ALFOUADI TO APPEAR AT FURTHER SETTLEMENT CONFERENCE | 0.10 |
| 12/13/23 | TELCON W/ CLAIM REPRESENTATIVE J STAHNKE RE JUDGE MANSFIELD'S ORDER REQUIRING R ALFOUADI TO APPEAR AT FURTHER SETTLEMENT CONFERNCE AND RELATED IMPLICATIONS | 0.20 |
| 12/13/23 | TELCON W/ JUDGE MANSFIELD RE ISSUES RELATED TO SETTLEMENT CONFERENCE | 0.30 |
| 12/13/23 | DRAFT EMAIL TO CLIENT R ALFOUADI RE ISSUES RELATED TO SETTLEMENT ██████████████████ ███████████████ | 0.30 |
| 12/13/23 | TELCON W/ CLIENT R ALFOUADI RE ISSUES RELATED TO SETTLEMENT ████████████████████████ █████████████ | 0.20 |
| 12/13/23 | REVIEWED CLAIM REPRESENTATIVE J STAHNKE'S 12/13/23 EMAIL RE AUTHORITY FOR R ALFOUADI'S TRAVEL TO HONOLULU | 0.10 |
| 12/13/23 | REVIEWED EXPERT W LESCHAEVE'S SERVICE RENDERED | 0.10 |
| 12/13/23 | DRAFT EMAIL TO CLAIM REPRESENTATIVE J STANHKE RE EXPERT W LESCHAEVE'S SERVICES RENDERED | 0.10 |

```
                                      ---------
                    SUBTOTAL for JAMES V MYHRE      6.90
                                      ---------
```

```
        Services provided by BRENT WILSON
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 12/06/23 | EMAILS TO/FROM U.S, DISTRICT COURT RE: MANDATORY SETTLEMENT CONFERENCE; STATUS OF PREHEARING STATEMENTS; STATUTS OF PRE-CONFERENCE OFFER TO SETTLE | 0.20 |
| 12/06/23 | EMAILS TO/FROM ADJUSTER, J. STAHNKE, RE: CONFIDENTIAL | 0.30 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
01/03/24                                             Matter: 23.25
Page 3                                               Invoice: 48045
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | SETTLEMENT CONFERENCE; AUTHORITY GOING INTO CONFERENCE; STRATEGY | |
| 12/07/23 | APPEARED FOR AND ATTENDED COURT-MANDATED SETTLEMENT CONFERENCE | 2.50 |
| 12/07/23 | DRAFT REPORT OF STATUS OF SETTLEMENT CONFERENCE TO ADJUSTER, J. STAHNKE RE: OUTCOME OF CONFERENCE; POSITION OF INSURED REGARDING SETTLEMENT; REQUEST COPY OF POLICY CONTRACT TO REVIEW WITH INSURED AND DISCUSS HIS RIGHTS AND RESPONSIBILITIES UNDER THE CONTRACT, IN HOPES OF GETTING MATTER RESOLVED; PARTIES MUST ADVISE THE COURT OF ACCEPTANCE/REJECTION OF MEDIATOR'S PROPOSED SETTLEMENT AMOUNT OF $50K BY/BEFORE 12/13/23 AT 12PM | 0.40 |
| 12/08/23 | ANALYZE LEGAL OBLIGATIONS OF INSURED WITH RESPECT TO COOPERATION AND SETTLEMENT BASED ON TERMS AND CONDITIONS OF STATE FARM BOAT POLICY IN FORCE AT TIME OF LOSS | 1.00 |
| 12/08/23 | DRAFT LETTER TO INSURED, R. ALFAOUDI, RE: LEGAL OBLIGATIONS ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.70 |
| 12/11/23 | VIDEO CONFERENCE WITH ADJUSTER J. STAHNKE AND S. MCALISETER RE: STATUS OF MEDIATOR'S PROPOSED SETTLEMENT AMOUNT; STATUS OF INSURED'S POSITION RE: SETTLEMENT; STATUS OF STATE FARM'S POSITION AFTER 12/13/23. | 0.30 |
| 12/11/23 | PHONE CONFERENCE WITH INSURED R. ALFAOUDI, RE: STATUS OF SETTLEMENT; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.50 |
| 12/11/23 | PHONE CONFERENCE WITH ADJUSTER, J. STAHNKE, RE: STATUS OF SETTLEMENT | 0.20 |
| 12/11/23 | EMAILS TO/FROM INSURED, R. ALFAOUDI, RE: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
01/03/24                                               Matter: 23.25
Page 4                                                 Invoice: 48045
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 12/12/23 | EMAILS TO/FROM ADJUSTER, J. STAHNKE, RE: INSURED'S POSITION AND WHETHER HE INTENDS TO CONTINUE WITHHOLDING HIS APPROVAL OF THE MEDIATOR'S PROPOSED SETTLEMENT AMOUNT; ADVISED NO CHANGE IN ALFAOUDI'S POSITION; WILL BE REPORTING SAME TO COURT | 0.30 |
| 12/13/23 | EMAILS TO/FROM U.S. DISTRICT COURT, MAGISTRATE JUDGE, RE: TERMS AND CONDITIONS OF PROPOSED SETTLEMENT AGREEMENT; MUTUAL NON-DISPARAGEMENT CLAUSE; CONFIDENTIALITY CLAUSE; RESPONSE TO COURT THAT CLIENT HAS NOT AUTHORIZED SETTLEMENT | 0.20 |
| 12/13/23 | PHONE CONFERENCE WITH U.S. MAGISTRATE JUDGE RE: STATUS OF SETTLEMENT;  INSURED'S REFUSAL TO SETTLE; NO SETTLEMENT AUTHORITY; FURTHER ACTION TO BE TAKEN BY THE COURT; ISSUANCE OF ORDER FOR INSURED TO PERSONALLY APPEAR BEFORE THE COURT ON 1/3/24 | 0.50 |
| 12/13/23 | EMAILS TO/FROM ADJUSTER, J. STAHNKE, RE: STATUS OF PHONE CONFERENCE WITH COURT; COURT-ORDERED APPEARANCE OF INSURED ON 1/3/24; REQUEST THAT CARRIER COVER THE REASONABLE TRAVEL/LODGING COSTS ROUND-TRIP FROM MAUI SO INSURED CAN APPEAR; CONFIRMATION OF COVERAGE COUNSEL'S APPEARANCE | 0.30 |

```
                                     SUBTOTAL for BRENT WILSON      7.80
                                     ---------

                                          TOTAL Hours     14.70
                                                          =========
```

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| JAMES V MYHRE, Partner | 6.90 | 175.00 | 1,207.50 |
| BRENT WILSON, Partner | 7.80 | 175.00 | 1,365.00 |

```
                                     TOTAL Current Fees    $2,572.50

                                     State Tax at 4.71%       121.16
                                                           ------------
                                     TOTAL Fees and Tax    $2,693.66
```

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
01/03/24                                             Matter: 23.25
Page 5                                              Invoice: 48045



                              Current Invoice Due        $2,693.66

                                    Previous Due            $358.10
                                                     -------------
                              TOTAL Balance Due          $3,051.76
                                                     =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 02/05/24
Invoice : 48117


      STATE FARM MUTUAL AUTO INS CO
      VIA E-BILLING
      LEGAL EXCHANGE
```

---

                                              Date: 02/05/24
      Re: David Demarest & Green Mountain vs. Raied Alfouadi   Invoice: 48117

      Claims Manager: Jay Stahnke
      Insured Party : Raied J. Alfouadi
      Claimant      : D. Demarest & Green Moutain
      Claim Number  : 5136K881H
      Court Number  : CV 22-00064 JAO-KJM

      For Professional Services Rendered through 01/31/24

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 01/02/24 | REVIEWED CLIENT R ALFOUADI'S 12/30/23 EMAIL RE SETTLEMENT ███████ | 0.10 |
| 01/02/24 | DRAFT EMAIL TO CLIENT R ALFOUADI RE ██████████ ███ | 0.20 |
| 01/02/24 | TELCOW W/ CLAIM REPRESENTATIVE J STANKE RE SETTLEMENT CONFERENCE STRATEGY | 0.20 |
| 01/02/24 | REVIEW CLIENT R ALFOUADI'S 1/2/23 EMAIL RE SETTLEMENT ██████████ | 0.10 |
| 01/03/24 | REVIEWED FILE IN PREPARATION FOR MEETING WITH CLIENT R ALFOUADI AND SETTLEMENT CONFERENCE | 0.40 |
| 01/03/24 | ATTEND MEETING W/ CLIENT R ALFOUADI AT OUR OFFICE IN PREPARATION FOR SETTLEMENT CONVERNCE | 0.80 |
| 01/03/24 | ATTEND SETTLEMENT CONFERENCE (TRAVEL TIME EXCLUDED) | 2.30 |
| 01/03/24 | TELCON W/ CLIENT REPRESENTATIVE J STAHNKE RE SETTLEMENT CONFERENCE RECAP AND FUTURE HANDLING | 0.20 |
| 01/24/24 | REVIEWED CLIENT R ALFOUADI'S 1/24/24 EMAIL RE REVISED | 0.10 |

```
STATE FARM MUTUAL AUTO INS CO                    Client: STATF
02/05/24                                         Matter: 23.25
Page 2                                           Invoice: 48117
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | ███████████ | |
| 01/24/24 | TELCON W/ JUDGE MANSFIELD RE R ALFOUADI'S ██████ ███████ | 0.20 |
| 01/24/24 | REVIEWED/REVISED PROPOSED EMAIL TO JUDGE MANSFIELD REGARDING R ALFOUADI'S ████████████ | 0.10 |
| 01/24/24 | REVIEWED AND REVISED PROPOSED EMAIL TO PLAINTIFF'S COUNSEL J WASHKOWITZ RE R ALFOUADI'S REVISED SETTLEMENT OFFER. | 0.10 |
| 01/26/24 | DRAFT DEFENDANT'S NOTICE OF EXPERT DISCLOSURE | 0.50 |
| 01/26/24 | DRAFT EMAIL TO EXPERT W LESCHAEVE RE LIST OF CASES TESTIFIED IN AND SERVICES RENDERED | 0.10 |
| 01/26/24 | REVIEWED EXPERT W LESCAEVE'S 1/26/24 EMAIL RE REQUEST FOR CASE STATUS | 0.10 |
| 01/26/24 | DRAFT EMAIL TO EXPERT W LESCHAEVE RE TRIAL AND EXPERT DISCLOURE | 0.10 |

```
                                    SUBTOTAL for JAMES V MYHRE    5.60
```

Services provided by BRENT WILSON

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 01/02/24 | EMAILS TO/FROM CLIENT, R. ALFAOUDI, RE: SETTLEMENT CONFERENCE ████████ | 0.20 |
| 01/03/24 | CLIENT MEETING WITH R. ALFAOUDI RE: ████████████ ████████████████ ██████ | 0.80 |
| 01/03/24 | ATTENDED U.S. DISTRICT COURT MANDATORY SETTLEMENT CONFERENCE | 2.30 |
| 01/05/24 | DRAFT REPORT TO ADJUSTER, J. STAHNKE, RE: STATUS OF SETTLEMENT NEGOTIATIONS; NEXT STEPS GIVEN CERTAIN OUTCOMES | 0.20 |
| 01/05/24 | EMAILS TO/FROM CLIENT, R. ALFAOUDI, RE: ██████ ████████████████ ██████████████ ██████████████ ███████████████ ████ | 0.30 |
| 01/09/24 | PHONE CALL WITH COVERAGE COUNSEL FOR STATE FARM, B. PETRUS, RE: STATUS OF SETTLEMENT NEGOTIATIONS; STATUS OF DRAFT OF | 0.20 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
02/05/24                                             Matter: 23.25
Page 3                                               Invoice: 48117
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | RELEASE OF COVERAGE; TIMETABLE | |
| 01/15/24 | EMAILS TO/FROM ADJUSTER J. STAHNKE RE: STATUS OF SETTLEMENT NEGOTIATIONS; CHANGE IN TERMS AND CONDITIONS | 0.20 |
| 01/16/24 | EMAILS (4) TO/FROM CLIENT, R. ALFAOUDI RE: MAGISTRATE ADVISED NO SETTLEMENT ███████████████ | 0.40 |
| 01/18/24 | PHONE CONFERENCE WITH J. STAHNKE RE: SETTLEMENT STATUS; CLIENT'S POSITION HAS NOT CHANGED; STATUS OF COVERAGE COUNSEL'S DRAFT OF RELEASE OF COVERAGE; LIKELY WITHDRAWAL IF CLIENT SIGNS | 0.30 |
| 01/22/24 | DRAFT LETTER TO CLIENT, R. ALFAOUDI, RE:  STATUS OF C███████████ | 0.30 |
| 01/22/24 | DRAFT MOTION TO WITHDRAW (.6); DECLARATION OF COUNSEL (.3); CERTIFICATE OF SERVICE (.1) | 1.00 |
| 01/25/24 | EMAILS TO/FROM CLIENT, R. ALFAOUDI RE: R███████████ | 0.20 |
| 01/25/24 | PHONE CONFERENCE WITH ADJUSTER J. STAHNKE, RE: INSURED'S REVISED TERMS OF SETTLEMENT; STATUS OF COVERAGE RELEASE; NEXT STEPS AFTER EXECUTION OF RELEASE | 0.20 |
| 01/25/24 | DRAFT LETTER TO MAGISTRATE MANSFIELD RE: INSURED'S REVISED TERMS OF SETTLEMENT; DISCRETION LEFT TO COURT AS TO GENERAL DAMAGES TO ALFAOUDI; | 0.30 |
| 01/25/24 | DRAFT LETTER TO PLAINTIFF'S COUNSEL RE: INSURED'S REVISED TERMS OF SETTLEMENT | 0.20 |

```
                                   ---------
                  SUBTOTAL for BRENT WILSON      7.10
                                   ---------


                            TOTAL Hours    12.70
                                   =========
```

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
02/05/24                                               Matter: 23.25
Page 4                                                 Invoice: 48117


```
                    Attorney            Hours      Rate       Amount
         ------------------------------ ---------- --------- -------------
         JAMES V MYHRE, Partner           5.60     175.00        980.00
         BRENT WILSON, Partner            7.10     175.00      1,242.50
                                                             -------------
                                       TOTAL Current Fees     $2,222.50

                                       State Tax at 4.71%        104.68
                                                             -------------
                                       TOTAL Fees and Tax     $2,327.18


                                       Current Invoice Due    $2,327.18

                                                Previous Due    $852.85
                                                             -------------
                                       TOTAL Balance Due      $3,180.03
                                                             =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 03/04/24
Invoice : 48197


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

----------------------------------------------------------------------

```
                                        Date: 03/04/24
    Re: David Demarest & Green Mountain vs. Raied Alfouadi   Invoice: 48197

    Claims Manager: Jay Stahnke
    Insured Party : Raied J. Alfouadi
    Claimant      : D. Demarest & Green Moutain
    Claim Number  : 5136K881H
    Court Number  : CV 22-00064 JAO-KJM

    For Professional Services Rendered through 02/29/24
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 02/05/24 | REVIEWED EXPERT W LESCHAEVE'S 2/5/24  EMAIL RE RULE 26 DISCLOSURES | 0.10 |
| 02/12/24 | REVIEWED CLIENT REPRESENTATIVE R AFOUADI'S 2/12/24 EMAIL RE ████████ | 0.10 |
| 02/12/24 | REVIEWED CLIENT R ALFOUADI'S 2/12/24 EMAIL RE ████████ | 0.10 |
| 02/12/24 | TELCON W/ CLIENT R ALFOUADI RE CONFIRMING ████████ ████████ ████████ | 2.00 |
| 02/16/24 | REVIEWED CLIENT R ALFOUADI'S 2/26/24 EMAIL RE CASE STATUS | 0.10 |
| 02/16/24 | TELCON W/ CLAIM REPRESENTATIVE J STAHNAKE RE CASE STATUS | 0.20 |
| 02/16/24 | DRAFT EMAIL TO CLIENT R ALFOUADI RE C████████ | 0.10 |
| 02/19/24 | TELCON W/ CLIENT R ALFOUADI RE STRATEGY FOR ████████ | 0.30 |
| 02/19/24 | REVIEWED CLIENT R ALFOUADI'S 2/17/24 EMAIL RE TIME LINE OF EVENTS | 0.20 |
| 02/19/24 | REVIEWED CLIENT R ALFOUADI'S 2/19/24 EMAIL RE LAW FIRM THAT INCORPORATED PLAINTIFF'S SALVAGE BUSINESS | 0.10 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
03/04/24                                               Matter: 23.25
Page 2                                                Invoice: 48197
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 02/19/24 | REVIEWED CLIENT  R ALFOUADI'S 2/19/24 EMAIL RE SUMMARY JUDGMENT | 0.10 |
| 02/19/24 | DRAFT EMAIL TO CLIENT R ALFOUADI RE SUMMARY JUGEMENT | 0.10 |
| 02/23/24 | REVIEWED CLAIM REPRESENTATIVE J STAHNKE'S 2/23/24 EMAIL RE STATE FARM INTENT TO SETTLE | 0.10 |
| 02/23/24 | TELCON W/ CLAIM REPRESENTATIVE J STAHNKE RE STATE FARM INTENT TO SETTLE | 0.10 |
| 02/23/24 | DRAFT EMAIL TO CLIENT R ALFOUADI RE STATE FARM'S INTENT TO SETTLE CASE | 0.10 |
| 02/26/24 | REVIEWED CLIENT R ALFOUADI'S 2/26/24 EMAIL RE STIPULATION FOR DISMISSA. | 0.10 |
| 02/26/24 | TELCONW W/ CLAIM REPRESENTATIVE J STAHNKE'S RE OBJECTION TO SIGNING OF STIPULATION FOR DISMISSAL | 0.10 |
| 02/26/24 | DRAFT EMAIL TO CLIENT R ALFOUADI RE CONFIRMING WILL NOT ███████████████████ | 0.10 |
| 02/26/24 | REVIEWED CLIENT R ALFOUADI'S 2/26/24 EMAIL RE ██████████ ███████████ | 0.10 |
| 02/26/24 | REVIEWED CLIENT R ALFOUADI'S 2/26/24 EMAIL RE STATUS OF STATE FARM'S ████████████████████ | 0.10 |
| 02/28/24 | REVIEWED CLIENT R ALFOUADI'S 2/28/24 EMAIL RE HIS RECEIPT OF STATE FARM COVERAGE COUNSEL EMAIL ████████████ ████████████ | 0.10 |
| 02/29/24 | REVIEWED CLIENT R ALFOUADI'S 2/29/24 EMAIL RE MOTION TO DISMISS ON JURISDICTION | 0.10 |
| 02/29/24 | TELCON W/ CLIENT R ALFOUADI AND B WILSON RE MOTION TO DISMISS ON JURISDICTION AND ISSUES RELATED TO STATE FARM SETTLING PLAINTIFF'S CLAIM | 0.60 |
| 02/29/24 | TELCON W/ STATE FARM COUNSEL B PETRUS RE STATUS OF STATE FARM'S SETTLEMENT OF PLAINTIFF'S CLAIM | 0.10 |

```
                                    SUBTOTAL for JAMES V MYHRE     5.20
```

Services provided by BRENT WILSON

| | | |
|------|----------------------|-------|
| 02/02/24 | BEGIN DRAFT OF MSJ IN PREPARATION FOR DISPOSITIVE MOTIONS DEADLINE ON 3/22/24; DISCOVERY CUTOFF IS ALSO 3/22/24 AND | 2.90 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
03/04/24                                               Matter: 23.25
Page 3                                                 Invoice: 48197
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | DEPOSITIONS WILL RUN UP AGAINST 3/22/24 DEADLINE THEREFORE MSJ MUST BE STARTED PRIOR TO COMPLETION OF DISCOVERY TO ENSURE TIMELY FILING; INTRODUCTION AND BACKGROUND OF THE CASE; UNDISPUTED FACTS | |
| 02/06/24 | DRAFT DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES AND EXHIBITS FOR 2/9/24 DEADLINE, PER PRE-TRIAL COURT ORDER | 0.70 |
| 02/06/24 | EMAILS TO/FROM INSURED, R. ALFAOUDI, RE: ███████ ███████████ ███████ ████████████████████████ ███████ ████████████████████████████████████ ███████ ██████████████████████████ | 0.20 |
| 02/06/24 | EMAILS TO/FROM INSURED, R. ALFAOUDI, RE: INSURED'S OPINION REGARDING LITIGATION STRATEGY ████████████ ███████████████████ ███████████████████████████████████████████ ████████████████████████████ | 0.30 |
| 02/08/24 | CONTINUE DRAFT OF MSJ IN PREPARATION FOR DISPOSITIVE MOTIONS DEADLINE ON 3/22/24; DISCOVERY CUTOFF IS ALSO 3/22/24 AND DEPOSITIONS WILL RUN UP AGAINST 3/22/24 DEADLINE THEREFORE MSJ MUST BE STARTED PRIOR TO COMPLETION OF DISCOVERY TO ENSURE TIMELY FILING; CONTINUE UNDISPUTED FACTS; STANDARD OF REVIEW | 2.40 |
| 02/09/24 | EMAILS TO/FROM PLAINTIFF'S COUNSEL RE: RESPONSE TO ALFAOUDI'S 7 TERMS OF SETTLEMENT; TERMS REJECTED BY PLAINTIFF BUT PLAINTIFF REMAINS OPEN TO $50K PLUS MUTUAL NON-DISPARAGEMENT AND CONFIDENTIALITY | 0.20 |
| 02/09/24 | EMAILS TO/FROM INSURED RE: STATUS OF SETTLEMENT NEGOTIATIONS; ██████████████████████ | 0.10 |
| 02/12/24 | EMAILS TO/FROM INSURED RE: HIS QUESTIONS ██████████ ███████████████████████████████████ ████████ | 0.20 |
| 02/12/24 | EMAILS TO/FROM INSURED, R. ALFAOUDI, RE: QUESTIONS ABOUT MOTION TO DISMISS ████████████████████████ ████████████████████████████████████████ ████████████████████████████████████ ███████████████████████████ | 0.40 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
03/04/24                                               Matter: 23.25
Page 4                                                 Invoice: 48197
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 02/14/24 | CONTINUE DRAFT OF MSJ IN PREPARATION FOR DISPOSITIVE MOTIONS DEADLINE ON 3/22/24; DISCOVERY CUTOFF IS ALSO 3/22/24 AND DEPOSITIONS WILL RUN UP AGAINST 3/22/24 DEADLINE THEREFORE MSJ MUST BE STARTED PRIOR TO COMPLETION OF DISCOVERY TO ENSURE TIMELY FILING; SECTION I ARGUMENT: ALLEGED ORAL CONTRACT IS VOID BY PLAINTIFF'S INTENTIONAL REPRESENTATION; DISCUSSION OF CASE LAW RE: ADMIRALTY DISFAVORS UNSCRUPULOUS AND DISHONEST SALVORS; 5TH CIRCUIT BLACK GOLD MARINE V. JACKSON MARINE TEST RE: WHETHER A SALVAGE CONTRACT WAS PRODUCED BY FRAUD; DISCUSSION OF 5 ELEMENTS; APPLICATION OF ELEMENTS TO FACTS OF CASE | 2.90 |
| 02/15/24 | CONTINUE DRAFT OF MSJ IN PREPARATION FOR DISPOSITIVE MOTIONS DEADLINE ON 3/22/24; DISCOVERY CUTOFF IS ALSO 3/22/24 AND DEPOSITIONS WILL RUN UP AGAINST 3/22/24 DEADLINE THEREFORE MSJ MUST BE STARTED PRIOR TO COMPLETION OF DISCOVERY TO ENSURE TIMELY FILING:  DRAFT CONCLUSION FOR SECTION I; DRAFT SECTION II ARGUMENT RE: PLAINTIFF CANNOT MAINTAIN BOTH CONTRACT AND PURE SALVAGE CLAIMS; DISCUSSION OF CASE LAW IN SUPPORT; DISCUSSION AND ANALYSIS OF LEGAL ELEMENTS ESTABLISHING WHETHER A SALVAGE CONTRACT WAS FORMED; APPLICATION TO FACTS OF CASE, NO WRITTEN CONTRACT; COMPLAINT STATES CONTRACT WAS BASED ON AN "ASSUMPTION"; NO BASIS FOR ALLEGED IMPLIED CONTRACT | 3.10 |
| 02/16/24 | CONTINUE DRAFT OF MSJ IN PREPARATION FOR DISPOSITIVE MOTIONS DEADLINE ON 3/22/24; DISCOVERY CUTOFF IS ALSO 3/22/24 AND DEPOSITIONS WILL RUN UP AGAINST 3/22/24 DEADLINE THEREFORE MSJ MUST BE STARTED PRIOR TO COMPLETION OF DISCOVERY TO ENSURE TIMELY FILING:  CONTINUE DRAFT OF SECTION II ARGUMENT RE: PLAINTIFF'S PURE SALVAGE CLAIMS FAIL AS A MATTER OF LAW; DISCUSSION OF CASE LAW ESTABLISHING LEGAL ELEMENTS OF PURE SALVAGE; APPLICATION OF ELEMENTS TO FACTS OF CASE; NO BASIS FOR MARITIME PERIL; THE VESSEL WAS A TOTAL LOSS (I.E. WAS NOT SAVED); FAILURE TO ESTABLISH PURE SALVAGE CLAIM | 1.80 |
| 02/19/24 | EMAILS TO/FROM INSURED, R. ALFAOUDI, RE: ONGOING ONLINE | 0.30 |

```
STATE FARM MUTUAL AUTO INS CO                    Client: STATF
03/04/24                                         Matter: 23.25
Page 5                                           Invoice: 48197
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | COMMENTS POSTED BY PLAINTIFF; ██████████████████ ███████████████████████████████████ ███████████████ | |
| 02/19/24 | EMAILS TO/FROM INSURED RE: QUESTIONS ABOUT MSJ; ██████ ████████████████████████████ ████████████████████████ | 0.20 |
| 02/20/24 | ANALYZE LEGAL ARGUMENTS AND AUTHORITY PRESENTED BY INSURED RE: MOTION TO DISMISS BASED ON LACK OF ADMIRALTY JURISDICTION; ████████████████████ | 0.90 |
| 02/20/24 | CONTINUE DRAFT OF MSJ IN PREPARATION FOR DISPOSITIVE MOTIONS DEADLINE ON 3/22/24; DISCOVERY CUTOFF IS ALSO 3/22/24 AND DEPOSITIONS WILL RUN UP AGAINST 3/22/24 DEADLINE THEREFORE MSJ MUST BE STARTED PRIOR TO COMPLETION OF DISCOVERY TO ENSURE TIMELY FILING: DRAFT SECTION III ARGUMENT RE: QUANTUM MERUIT CLAIM IS BARRED BY UNCLEAN HANDS; DISCUSSION OF CASE LAW ESTABLISHING LEGAL ELEMENTS OF AFFIRMATIVE DEFENSE TO EQUITABLE REMEDY; APPLICATION OF CASE LAW TO FACTS OF CASE; NO BASIS FOR QUANTUM MERUIT GIVEN PLAINTIFF'S INTENTIONAL MISREPRESENTATION THAT HE WAS THE SALVOR OR RECORD AND HAD A CONTRACT WITH THE STATE | 2.10 |
| 02/21/24 | EMAILS TO/FROM INSURED, R. ALFAOUDI, RE: INSURED'S STRONG OBJECTION ████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████ ████████████ | 0.30 |
| 02/21/24 | DRAFT DEFENDANT'S FIRST REQUEST FOR ANSWERS TO ADMISSIONS | 1.50 |
| 02/22/24 | EMAILS TO/FROM INSURED, R. ALFAOUDI, RE: INSURED'S CONTINUED OBJECTION TO ████████████████ ████████████████████████████████████ ███████████████████████████████████ ██████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ███████████████████████████████ ██████████████████████ | 0.40 |

```
STATE FARM MUTUAL AUTO INS CO                       Client: STATF
03/04/24                                            Matter: 23.25
Page 6                                              Invoice: 48197
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 02/22/24 | CONTINUE DRAFT OF MSJ IN PREPARATION FOR DISPOSITIVE MOTIONS DEADLINE ON 3/22/24; DISCOVERY CUTOFF IS ALSO 3/22/24 AND DEPOSITIONS WILL RUN UP AGAINST 3/22/24 DEADLINE THEREFORE MSJ MUST BE STARTED PRIOR TO COMPLETION OF DISCOVERY TO ENSURE TIMELY FILING:  DRAFT SECTION IV ARGUMENT RE: NO BASIS FOR IN REM MARITIME LIEN, CLAIM FAILS AS A MATTER OF LAW; DISCUSSION OF CASE LAW ESTABLISHING LEGAL ELEMENTS OF IN REM LIEN ON VESSEL; APPLICATION OF CASE LAW TO FACTS OF CASE; NO BASIS FOR IN REM LIEN BECAUSE THE VESSEL WAS A TOTAL LOSS; NO PROPERTY TO ATTACH THE LIEN TO | 1.70 |
| 02/22/24 | BEGIN DRAFT OF DEPOSITION OUTLINE FOR PLAINTIFF DEMAREST BASED ON LEGAL ELEMENTS/ARGUMENTS IN MSJ; OUTLINE OF FACTS TO ESTABLISH AND ILLICIT; PROFESSIONAL BACKGROUND; HISTORY AND LEGAL STATUS OF GREEN MOUNTAIN MYCOSYSTEMS IN HAWAII ON DATE OF INCIDENT; HISTORY AND LEGAL STATUS OF GIRAFFE MAUI MARINE SALVAGE ON DATE OF INCIDENT; DCCA RECORDS RE: PLAINTIFF'S BUSINESSES DURING RELEVANT PERIOD | 2.70 |
| 02/23/24 | CONTINUE DRAFT OF DEPOSITION OUTLINE FOR PLAINTIFF DEMAREST BASED ON LEGAL ELEMENTS/ARGUMENTS IN MSJ; OUTLINE OF FACTS TO ESTABLISH AND ILLICIT RE: FRAUDULENT MISREPRESENTATION OF STATE CONTRACT AND BEING "SALVOR OF RECORD"; CONFIRMATION OF NO EXISTING EMPLOYMENT CONTRACTS BETWEEN GIRAFFE MAUI AND ANY VOLUNTEERS; SUSPECT PURCHASES MADE DURING CLEAN-UP | 1.60 |
| 02/26/24 | EMAILS TO/FROM INSURED RE: SF ADVISED ██████████ ████████████████████ INSURED OBJECTS; ████████ ████████████████████ ████████████ | 0.30 |
| 02/27/24 | EMAILS TO/FROM INSURED RE: ADDITIONAL ONLINE POSTINGS BY PLAINTIFF; ADVISED THEY ARE ALSO PRE-EXISTING THE CEASE-AND-DESIST LETTER; ████████████ | 0.10 |
| 02/27/24 | DRAFT MEMORANDUM OF LAW TO INSURED RE: NO ████████ LEGAL BASIS FOR MOTION TO DISMISS FOR LACK OF ADMIRALTY JURISDICTION; ████████████████████ ████████████████ | 1.70 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
03/04/24                                               Matter: 23.25
Page 7                                                Invoice: 48197
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 02/28/24 | ███ ANALYZE FACTUAL AND LEGAL BASIS FOR MOTION TO DISMISS BASED ON LACK OF ADMIRALTY JURISDICTION, AS SET FORTH IN ███████ ███ | 0.60 |
| 02/28/24 | ANALYZE LEGAL ARGUMENTS IN LETTER DATED 2/28/24 FROM STATE FARM COVERAGE COUNSEL, T. PETRUS, SENT TO INSURED, RE: STATE FARM'S DECISION TO PROCEED WITH SETTLEMENT, DESPITE INSURED'S REFUSAL/OBJECTION, PURSUANT TO THE TERMS AND CONDITIONS OF THE UNDERLYING STATE FARM POLICY; INSURED VERY INSISTENT THAT STATE FARM HAS A DUTY TO DEFEND (AND NOT SETTLE) UP TO $500K; | 0.80 |
| 02/29/24 | PHONE CONFERENCE WITH INSURED RE: INSURED'S DESIRE THAT WE FILE HIS MOTION TO DISMISS BASED ON JURISDICTION REFUSAL TO SETTLE; DESIRE THAT WE WITHDRAW IF IT WILL FACILITATE INSURED'S ABILITY TO REPRESENT HIMSELF | 0.60 |

```
                                    SUBTOTAL for BRENT WILSON      31.00
                                                              ---------

                                            TOTAL Hours         36.20
                                                              =========
```

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| JAMES V MYHRE, Partner | 5.20 | 175.00 | 910.00 |
| BRENT WILSON, Partner | 31.00 | 175.00 | 5,425.00 |

```
                                    TOTAL Current Fees      $6,335.00

                                    State Tax at 4.71%         298.38
                                                          -------------
                                    TOTAL Fees and Tax      $6,633.38


                                    Current Invoice Due     $6,633.38
```

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
03/04/24                                             Matter: 23.25
Page 8                                              Invoice: 48197



                                    Previous Due          $394.74
                                                    -------------
                         TOTAL Balance Due        $7,028.12
                                                    =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 04/04/24
Invoice : 48249
```

STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE

--------------------------------------------------------------------

                                              Date: 04/04/24
        Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 48249

        Claims Manager: Jay Stahnke
        Insured Party : Raied J. Alfouadi
        Claimant      : D. Demarest & Green Moutain
        Claim Number  : 5136K881H
        Court Number  : CV 22-00064 JAO-KJM

        For Professional Services Rendered through 03/31/24

   Date                  Professional Services                    Hours
--------  -----------------------------------------------------  --------

        Services provided by JAMES V MYHRE

03/01/24 TELCON W/ CLAIM REPRESENTATIVE J STAHNKE RE R ALFOUADI      0.30
         OBJECTION TO SETTLEMENT
03/01/24 DRAFT EMAIL TO CLIENT R ALFOUADI RE STATUS OF STATE FARM'S  0.80
         EFFORT TO SETTLE CASE, EFFECT OF SETTLEMENT ON HIS CLAIMS,
         HIS REQUEST TO FILE A MOTION TO DISMISS AND RELATED MATTERS
03/01/24 TELCON W/ C NORRIS OF OFFICE OF DISCIPLINARY COUNSEL AND B  0.50
         WILSON RE ISSUES RESULTING FROM CLIENT'S REQUEST TO FILE
         MOTION WITHOUT MERIT AND HIS OBJECTION TO STATE FARM'S
         SETTLEMENT OF CASE
03/01/24 REVIEWED CLIENT  R ALFOUADI'S 3/1/24 EMAIL RE ███████       0.10
         ██████
03/01/24 DRAFT EMAIL TO CLIENT R ALFOUADI RE RESPONDING TO HIS       0.10
         3/1/24 EMAIL ████████████████████
03/06/24 TELCON W/ CLAIM REPRESENTATIVE J STAHNKE RE POTENTIAL       0.30
         MOTION TO WIDRAWAL AS COUNSEL, STATUS OF STATE FARM'S
         NEGOTIATION W/ PLAINTIFF'S OVER CLIENT R ALFOUADI'S
```

```
STATE FARM MUTUAL AUTO INS CO                    Client: STATF
04/04/24                                         Matter: 23.25
Page 2                                           Invoice: 48249
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | OBJECTION AND RELATED ISSUES | |
| 03/06/24 | TELCON W / CLIENT R ALFOUADI AND B WILSON RE P█████████ ████████████████████████████████████████ ███████████████████████████████ | 1.00 |
| 03/06/24 | DRAFT EMAIL TO CLIENT R ALFOUADI RE DEPOSITION PREPARATION DOCUMENTS | 0.10 |
| 03/07/24 | REVIEWED CLIENT R ALFOUADI'S 3/6/24 EMAIL RE DISCOVERY CUT OFF | 0.10 |
| 03/07/24 | REVIEWED CLIENT R ALFOUADI'S 3/6/24 EMAIL RE POSITION ON ██████████████████████████ | 0.10 |
| 03/07/24 | TELCON W/ PLAINTIFF'S COUNSEL J WASHKOWITZ RE DISCOVERY ISSUES | 0.20 |
| 03/07/24 | TELCON W/ PLAINTIFF'S COUNSEL J WASKOWITZ RE DISCOVERY ISSUES | 0.30 |
| 03/07/24 | DRAFT EMAIL TO D PRATT RE HIS DEPOSITION | 0.10 |
| 03/07/24 | REVIEWED NOTICE OF DEPOSITION OF  PLAINTIFF | 0.10 |
| 03/07/24 | TELCON W/ CLIENT R ALFOUADI RE DISCOVERY AND FUTURE HANDLING | 0.30 |
| 03/07/24 | DRAFT EMAIL TO PLAINTIFF'S COUNSEL J WASHKOWITZ RE DISCOVERY ISSUES | 0.30 |
| 03/07/24 | REVIEWED CLIENT R ALFOUADI'S 3/7/24 TEXT MESSAGE RE DEPOSITION | 0.10 |
| 03/07/24 | DRAFT TEXT MESSAGE TO CLIENT R ALFOUADI RE DEPOSITION | 0.10 |
| 03/07/24 | REVIEWED CLIENT R ALFOUADI'S 3/7/24 TEXT MESSAGE RE DEPOSITION PREPARATION | 0.10 |
| 03/07/24 | DRAFT TEXT MESSAGE CLIENT R ALFOUADI RE DEPOSITION PREPARATION | 0.10 |
| 03/07/24 | DRAFT EMAIL TO WITNESS J PRATT RE DEPOSITION | 0.10 |
| 03/07/24 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ RE EXPERT DEPOSITION | 0.10 |
| 03/11/24 | TELCON W/ CLAIM REPRESENTATIVE J STAHNKE RE ADVISING STATE FARM AGREE TO POLICYHOLDERS RELEASE, AND RELATED | 0.20 |
| 03/11/24 | TELCON W/ CLIENT R ALFOUADIN RE ADVISING █████████ ███████████████████ | ████ |
| 03/11/24 | DRAFT EMAIL TO CLIENT R ALFOUADI RE CONFIRMING PRIOR TELEPHONE CONVERSATION, ████████████████ | 1.00 |

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
04/04/24                                               Matter: 23.25
Page 3                                                 Invoice: 48249


| Date | Professional Services | Hours |
|------|----------------------|-------|
| 03/11/24 | REVIEWED STATE FARM COVERAGE COUNSEL B PETRUS 3/11/24 EMAIL RE HIS LETTER AND POLICY HOLDER RELEASE | 0.10 |
| 03/11/24 | REVIEWED STATE FARM COVERAGE COUNSEL B PETRUS 3/11/24 LETTER RE POLICY HOLDERS RELEASE | 0.10 |
| 03/11/24 | REVIEWED CLIENT R ALFOUADI'S 3/11/24 EMAIL TO B PETRUS RE ACKNOWLEDGING RECEIPT OF POLICYHOLDERS RELEASE | 0.10 |
| 03/11/24 | REVIEWED CLIENT R ALFOUADI'S 3/11/24 EMAIL RE REQUEST TO ▆▆▆▆▆▆▆ | 0.10 |
| 03/11/24 | DRAFT EMAIL TO CLIENT R ALFOUADI RE ACKNOWLEDGING HIS REQUEST TO ▆▆▆▆▆▆▆ | 0.10 |
| 03/11/24 | DRAFT NOTICE OF WITHDRAWAL OF PLAINTIFF'S DEPOSITION | 0.20 |
| 03/11/24 | DRAFT NOTICE OF WITHDRAWAL OF SEBASTIAN COPPES DEPOSITION | 0.20 |
| 03/11/24 | DRAFT EMAIL TO CLIENT R ALFOUADI RE CONFIRMING ▆▆▆▆ | 0.10 |
| 03/11/24 | REVIEWED CLIENT R ALOUADI'S 3/11/24 EMAIL RE HIS REQUEST TO ▆▆▆▆ | 0.10 |
| 03/11/24 | DRAFT EMAIL TO CLIENT R ALFOUADI RE HIS ▆▆▆▆ | 0.10 |
| 03/11/24 | REVIEWED CLIENT R ALFOUADI'S 3/11/24 EMAIL RE POLICYHOLDER RELEASE | 0.10 |
| 03/12/24 | REVIEWED CLIENT R ALFOUADI'S 3/12/24 EMAIL TO STATE FARM CLAIM REPRESENTATIVE J STAHNKE RE OBJECTION TO POLICYHOLDERS RELEASE | 0.10 |
| 03/12/24 | TELCON W/ CLIENT R ALFOUADI ▆▆▆▆▆▆▆▆ | 0.30 |
| 03/12/24 | TELCON W/ STATE FARM CLAIM REPRESENTATIVE J STHANKE RE ISSUES RELATED TO DISCOVERY AND DEPOSITIONS | 0.20 |
| 03/12/24 | REVIEWED WITNESS J PRATT'S 3/11/24 EMAIL RE HIS DEPOSITION | 0.10 |
| 03/12/24 | REVIEWED NOTICE OF WITNESS J PRATT'S DEPOSITION | 0.10 |
| 03/12/24 | DRAFT EMAIL TO WITNESS J PRATT RE LOGISTICS RELATED TO HIS DEPOSITION | 0.10 |
| 03/12/24 | REVIEWED 3RD AMENDED NOTICE OF PLAINTIFF'S DEPOSITION | 0.10 |
| 03/12/24 | REVIEWED 3RD AMENDED NOTICE OF S COPPES' DEPOSITION | 0.10 |
| 03/12/24 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ RE DISCOVERY | 0.10 |
| 03/12/24 | DRAFT EMAIL TO PLAINTIFF'S COUNSEL J WASKOWITZ RE PLAINTIFF'S DEPOSITION AND DISCOVERY | 0.10 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
04/04/24                                               Matter: 23.25
Page 4                                                 Invoice: 48249
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 03/12/24 | DRAFT EMAIL TO CLIENT  R ALFOUADI RE WITNESS ▮▮▮▮▮ DEPOSITION | 0.10 |
| 03/13/24 | REVIEWED FILE TO DETERMINE DOCUMENTS TO PROVIDE CLIENT R ALFOUADI FOR HIS DEPOSITION PREPARATION | 0.30 |
| 03/13/24 | DRAFT EMAIL TO R ALFOUADI RE STATE FARM ▮▮▮▮▮ ▮▮▮▮ | 0.20 |
| 03/13/24 | REVIEWED CLIENT R ALFOUADI'S 3/13/24 EMAIL RE ▮▮▮▮▮ ▮▮▮▮ | 0.10 |
| 03/13/24 | DRAFT EMAIL TO CLIENT R ALFOUADI RE DEPOSITION PREPARATION | 0.10 |
| 03/13/24 | COMMENCED PREPARATION FOR DEPOSITION OF WITNESS J PRATT BY REVIEWING RELEVANT PLEADINGS, DOCUMENTS CONTAINED IN PLAINTIFF'S INITIAL DISCLOSURES, PLAINTIFF'S INTERROGATORY AND DOCUMENT PRODUCTION RESPONSES, VARIOUS PHOTOGRAPHS AND VIDEOS OF VESSEL WRECKAGE AND DEBIRS, DETERMINATION OF EXHIBITS AND PREPARATION OF TOPICAL OUTLINE | 5.50 |
| 03/14/24 | CONTINUED PREPARATION OF DEPOSITION OF WITNESS J PRATT BY DETERMINING ADDITIONAL DEPOSITION EXHIBITS AND TOPICS OF INQUIRY | 2.50 |
| 03/14/24 | TRAVEL FROM HONOLULU TO MAUI FOR  WITNESS J PRATT'S DEPOSITION (2.4 HOURS BILLED HALF TIME) | 1.20 |
| 03/14/24 | CONDUCT DEPOSITION OF WITNESS J PRATT | 4.50 |
| 03/14/24 | TRAVEL FROM MAUI TO HONOLULU  (2.4 HOURS BILLED HALF TIME) | 1.20 |
| 03/15/24 | DRAFT EMAIL TO CLIENT R ALFOUADI RE J PRATT PHOTOS | 0.10 |
| 03/15/24 | REVIEWED CLIENT R AFLUADI'S 3/15/24 EMAIL RE COMMENTS ON ▮ ▮▮▮ PHOTOS ▮▮▮▮▮▮▮ | 0.10 |
| 03/15/24 | REVIEWED DIGITAL PHOTOS PROVIDED BY WITNESS J PRATT TO DETERMINE DATES AND TIMES OF PHOTOS AND SAVED TO SERVER | 0.30 |
| 03/15/24 | DRAFT EMAIL TO CLIENT R ALFOUIADI RE ▮▮▮▮▮▮ OF ▮ ▮▮▮ PHOTOS | 0.10 |
| 03/15/24 | REVIEWED CLIENT R ALFOUADI'S 3/15/24 EMAIL R▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮ | 0.10 |
| 03/15/24 | REVIEWED CLIENT  R ALFOUADIU RE STATUS OF ▮▮▮▮▮ ▮▮▮▮ | 0.10 |
| 03/15/24 | REVIEWED CLIENT R ALFOUADI'S 3/15/24 EMAIL RE ADDITIONAL COMMENTARY ON ▮▮▮▮▮▮▮ ▮▮▮▮▮ | 0.10 |

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
04/04/24                                               Matter: 23.25
Page 5                                                 Invoice: 48249


| Date | Professional Services | Hours |
| --- | --- | --- |
| 03/15/24 | REVIEWED CLIENT R ALFOUADI'S 3/15/24 EMAIL RE DATE BY WHICH ███████████████████████████ | 0.10 |
| 03/15/24 | COMMENDED PREPARATION FOR PLAINTIFF'S DEPOSITION BY REVIEWING PLAINTIFF'S COMPLAINT AND CLIENT COMMENTS ON COMPLAINT, PLAINTIFF'S NARRATIVE DESCRIBING SALVAGE WORK PERFORMED AND CLIENTS COMMENTS WORK PERFORMED BY PLAINTIFF'S, PLAINTIFF'S NUMEROUS VIDEOS AND PHOTOS AND CLIENTS COMMENTARY ON VIDEOS AND PHOTOS AND CROSS MATCHED WITH PLAINTIFF' SALVAGE TIME LINE DESCRIPTION, DETERMINATION OF EXHIBITS AND PREPARATION OF TOPICAL OUTLINE | 5.50 |
| 03/17/24 | CONTINUED PREPARATION FOR DEPOSITION OF PLAINTIFF BY REVIEWING PLAINTIFF'S LIST OF ITEMIZED EXPENSES, CROSS REFERENCING OF RECEIPTS, DETERMINATION OF EXHIBITS, REVIEWING DEPARTMENT OF LAND AND NATURAL RESOURCES RECORDS AND EMAILS, DEPOSITION OF DEPARTMENT OF LAND AND NATURAL RESOURCES REPRESENTATIVE UNDERWOOD, CONTINUED PREPARATION OF TOPICAL OUTLINE | 4.20 |
| 03/18/24 | COMPLETED PREPARATION FOR PLAINTIFF'S DEPOSITION BY COMPLETING TOPICS OF INQUIRY AND DETERMINING ADDITIONAL EXHIBITS | 2.00 |
| 03/18/24 | CONDUCTED DEPOSITION OF PLAINTIFF D DEMAREST VIA ZOOM VIDEO CONFERENCE | 6.80 |
| 03/18/24 | COMMENCED PREPARATION  FOR PLAINTIFF'S EXPERT S COPPES DEPOSITION  BY REVIEWING HIS REPORTS, PLAINTIFF'S PLEADINGS AND DISCOVERY RESPONSES, LLOYD'S OPEN FORM AGREEMENTS AND SCOPIC RATE SHEETS, REVIEW OF PUBLICATIONS RELATED TO COAST GUARD BASIC ORDER AGREEMENTS AND RATE SHEETS, TOPICS OF INQUIRY AND DETERMINATION OF EXHIBITS | 2.30 |
| 03/19/24 | COMPLETED PREPARATION OF THE DEPOSITION  OF PLAINTIFF'S EXPERT SEBASTIAN COPPES | 2.50 |
| 03/19/24 | CONDUCT DEPOSITION OF PLAINTIFF'S SALVAGE EXPERT S COPPES VIA VIDEO CONFERENCE | 4.00 |
| 03/19/24 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ 3/19/24 EMAIL RE COREY HERNANDEZ DEPOSITION | 0.10 |
| 03/19/24 | REVIEWED PLAINTIFF'S NOTICE OF DEPOSITION OF T HERNANDEZ | 0.10 |
| 03/20/24 | TELCON W/ CLIENT R ALFOUADI RE ██████████████████ | 1.00 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
04/04/24                                             Matter: 23.25
Page 6                                               Invoice: 48249
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | ████████████████████████████████████████████ | |
| 03/20/24 | REVIEWED CLIENT R AFLOUADI'S 320/24 EMAIL RE HIS INTERACTIONS WITH AND EMAIL TO ███████████████ | 0.20 |
| 03/20/24 | PREPARED FOR DEPOSITION OF OFFICER FERNANDEZ BY REVIEWING PLAINTIFF'S COMPLAINT AND ANSWER TO INTERROGATORIES, PHOTOGRAPHS, DETERMINING EXHIBITS AND PREPARING TOPICS OF INQUIRY | 1.30 |
| 03/20/24 | ATTEND DEPOSITION OF OFFICER C FERNANDEZ VIA ZOOM VIDEO CONFERENCE | 2.00 |
| 03/20/24 | DRAFT EMAIL TO CLIENT R ALFOUADI RE OFFICER FERNANDEZ INCIDENT REPORT | 0.10 |
| 03/20/24 | TELCON W/ CLIENT R ALFOUADI RE ████████████████████████ | 0.30 |
| 03/20/24 | REVIEWED COURT REPORTER L NICELY'S 3/20/24 EMAIL RE TERMS IN PLAINTIFF'S DEPOSITION | 0.10 |
| 03/20/24 | DRAFT EMAIL TO COURT REPORTER L NICELY RE TERMS IN PLAINTIFF'S DEPOSITION | 0.10 |
| 03/20/24 | REVIEWED COURT REPORTER L NICELY'S 3/20/24 EMAIL RE PLAINTIFF'S FINAL DEPOSITION TRANSCRIPT | 0.10 |
| 03/20/24 | DRAFT EMAIL TO CLIENT R ALFOUADI RE PLAINTIFF'S DEPOSITION | 0.10 |
| 03/20/24 | TELCON W/ EXPERT W LESCHAEVE RE PLAINTIFF'S EXPERT S COPPES DEPOSITION AND SUPPLEMENTAL REPORT AND OTHER MATTERS | 0.40 |
| 03/20/24 | REVIEWED FILE TO DETERMINE ADDITIONAL FILE MATERIALS FOR REVIEW BY EXPERT W LESCHAEVE | 0.30 |
| 03/20/24 | DRAFT EMAIL TO EXPERT W LESCHEAVE RE ADDITIONAL DOCUMENTS FOR REVIEW, ISSUES TO ADDRESS IN SUPPLEMENTAL REPORT | 0.30 |
| 03/21/24 | ANALYZED ARGUMENTS FOR AND AGAINST MOTION FOR JUDGMENTS ON THE PLEADINGS VERSUS MOTION FOR SUMMARY JUDGMENT AND FORMULATED STRATEGY ON HOW TO PROCEED | 0.90 |
| 03/21/24 | TELCON W/ CLAIM REPRESENTATIVE J STAHNKE RE STRATEGY ON MOTION FOR JUDGMENT ON THE PLEADING AND DEPOSITION TESTIMONY OF PLAINTIFF, J PRATT, OFFICER FERNANDEZ AND PLAINTIFF'S EXPERT S COPPES | 0.80 |
| 03/21/24 | DRAFT DEFENDANT'S FIRST AMENDED EXPERT DISCLOSURE | 0.30 |
| 03/22/24 | PREPARED FOR MEETING WITH CLIENT R ALFOUADI'S AND HIS DEPOSITION AND HIS NOTES ████████████████████ | 2.00 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
04/04/24                                               Matter: 23.25
Page 7                                                 Invoice: 48249
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | ▮▮▮▮▮▮▮ ANSWERS TO INTERROGATORIES, VIDEOS AND PHOTOGRAPHS AND TIME LINES AND EXHIBITS FROM PLAINTIFF AND WITNESS DEPOSITIONS | |
| 03/22/24 | TRAVEL FROM HONOLULU TO MAUI FOR MEETING WITH CLIENT R ALFOUDI AND HIS DEPOSITION 92.4 HOURS BILLED AT HALF TIME) | 1.20 |
| 03/22/24 | MEETING W/ CLIENT R ALFOUADI RE CONTINUED DEPOSITION PREPARATION | 2.00 |
| 03/22/24 | ATTEND CLIENT R ALFOUADI'S DEPOSITION | 5.80 |
| 03/22/24 | TRAVEL FROM MAUI TO HONOLULU (3.0 HOURS BILLED HALF TIME) | 1.50 |

```
                                SUBTOTAL for JAMES V MYHRE     74.40
```

Services provided by BRENT WILSON

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 03/01/24 | PHONE CONFERENCE WITH MS. SHARLENE NORRIS OF OFFICE OF DISCIPLINARY COUNSEL RE: APPLICATION OF RULES OF PROFESSIONAL CONDUCT TO INSTANT MATTER; WHETHER WITHDRAWAL IS WARRANTED AND/OR REQUIRED UNDER THE CIRCUMSTANCES | 0.50 |
| 03/01/24 | CONFERENCE WITH CLIENT RE: STATUS OF SF SETTLEMENT WITH PLAINTIFF; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.50 |
| 03/01/24 | EMAILS TO/FROM CLIENT RE: QUESTIONS ABOUT ▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30 |
| 03/01/24 | BASED ON RECOMMENDATION OF ODC, BEGIN DRAFT OF MOTION TO WITHDRAW AS COUNSEL | 1.20 |
| 03/01/24 | PER RECOMMENDATION OF OFFICE OF DISCIPLINARY COUNSEL, ANALYZE HAWAII RULES OF PROFESSIONAL CONDUCT RULES 1.2 (.2), 1.3 (.1), 1.4 (.1), 1.7 (.1), 1.16 (.8), 3.1 (.4), AND 3.2 (.1) AND HAWAII CASE LAW CONSTRUING SAID RULES (1.4) RE: LEGAL BASES FOR WITHDRAWAL FOR MOTION TO WITHDRAW | 3.20 |
| 03/04/24 | DRAFT DEPO DIGEST BASED ON TRANSCRIPT OF EDWARD UNDERWOOD DEPOSITION FOR USE AT TRIAL , CROSS-EXAMINATION (40 PGS) | 1.20 |

STATE FARM MUTUAL AUTO INS CO                                    Client: STATF
04/04/24                                                        Matter: 23.25
Page 8                                                          Invoice: 48249

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | (1.2). | |
| 03/04/24 | BEGIN ANALYSIS OF, IDENTIFY, AND PREPARE FINAL EXHIBITS BASED ON DOCUMENTARY AND PHOTOGRAPHIC EVIDENCE GATHERED THUS FAR IN THE RECORD, RELATING TO COUNTS I -V OF THE COMPLAINT | 0.70 |
| 03/05/24 | DRAFT MOTION TO WITHDRAW AS COUNSEL (1.2); DRAFT NOTICE OF HEARING (.3); DRAFT CERTIFICATE OF SERVICE (.1) | 1.60 |
| 03/06/24 | PHONE CONFERENCE WITH INSURED R. ALFAOUDI RE: STATUS; ██████ ████████████████████████████ ██████████████████ | 1.00 |
| 03/06/24 | DRAFT REPORT/RESPONSE TO CLIENT RE: ADDITIONAL QUESTIONS ███████████████████ CLIENT'S MOTION TO DISMISS ███████ ███████████████████████ ████████████████████████████ ████ | 0.60 |
| 03/06/24 | EMAIL FROM CLIENT RE: ADDITIONAL QUESTIONS ABOUT WHETHER WE WILL FILE ███████████████████ ████████████████████████████████ ████████████████████████████ ████████ | 0.10 |
| 03/06/24 | EMAIL FROM CLIENT RE: NO AUTHORITY TO ███████████ ██████████████████████████ | 0.10 |
| 03/06/24 | BEGIN DRAFT OF OUTLINE RE: KEY FACTUAL ISSUES RELATING TO COUNTS I - V, BASED ON ADDITIONAL RECORDS, NOTES, AND CLIENT'S COMMENTS ON PLAINTIFF'S PLEADINGS, INTERROGATORY RESPONSES, EMAILS, PICTURES, COST SHEETS AND VIDEOS IN PREPARATION FOR ORAL DEPOSITION OF JEFF PRATT | 3.50 |
| 03/07/24 | PHONE CONFERENCE WITH OPPOSING COUNSEL TO VERIFY DEPOSITION SCHEDULE OF CLIENT, AND J. PRATT | 0.40 |
| 03/07/24 | EMAILS TO/FROM OPPOSING COUNSEL, J. WASHKOWITZ, RE: CONFIRM DEPO SCHEDULE FOR PLAINTIFF'S EXPERT COPPES | 0.20 |
| 03/07/24 | CONTINUE ANALYSIS OF, IDENTIFY, AND PREPARE FINAL EXHIBITS BASED ON DOCUMENTARY AND PHOTOGRAPHIC EVIDENCE GATHERED THUS FAR IN THE RECORD, RELATING TO COUNTS I -V OF THE COMPLAINT | 1.20 |
| 03/08/24 | EMAILS TO/FROM CLIENT, R. ALFAOUDI RE: HIS REQUEST THAT WE DEPOSE ████████████████████████████ | 0.30 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
04/04/24                                             Matter: 23.25
Page 9                                              Invoice: 48249
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 03/08/24 | CONTINUE DRAFT OF OUTLINE RE: KEY FACTUAL ISSUES RELATING TO COUNTS I - V, BASED ON ADDITIONAL RECORDS, NOTES, AND CLIENT'S COMMENTS ON PLAINTIFF'S PLEADINGS, INTERROGATORY RESPONSES, EMAILS, PICTURES, COST SHEETS AND VIDEOS IN PREPARATION FOR ORAL DEPOSITION OF JEFF PRATT AND DRAFTING OF DISPOSITIVE MOTIONS | 2.60 |
| 03/11/24 | PHONE CONFERENCE WITH CLIENT RE: CASE STATUS; ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30 |
| 03/11/24 | EMAILS TO/FROM CLIENT, R. ALFAOUDI, RE: PER CLIENT'S INSTRUCTIONS AND BASED ON HIS INTENTION TO ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 0.30 |
| 03/11/24 | EMAIL TO CLIENT RE: CONFIRMATION OF ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.20 |
| 03/11/24 | ANALYZE PROPOSED SF POLICYHOLDER'S RELEASE BY SF COVERAGE COUNSEL B. PETRUS | 0.50 |
| 03/11/24 | ADVISE CLIENT THAT WE ARE NOT COVERAGE COUNSEL; ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ | 0.40 |
| 03/11/24 | BEGIN DRAFT OF OUTLINE RE: KEY FACTUAL ISSUES RELATING TO COUNTS I - V, BASED ON PLAINTIFF'S DISCLOSURES, DOCUMENT PRODUCTION (2.8), INTERROGATORY RESPONSES (1.2), AND ADDITIONAL RECORDS, NOTES, AND CLIENT'S COMMENTS ON PLAINTIFF'S PLEADINGS, INTERROGATORY RESPONSES, EMAILS, PICTURES, COST SHEETS AND VIDEOS (2.3) IN PREPARATION FOR ORAL DEPOSITION OF DAVID DEMAREST | 6.30 |
| 03/12/24 | EMAILS TO/FROM CLIENT RE: OBJECTIONS TO RECITALS IN PROPOSED SF COVERAGE RELEASE; CONCERN RE: THIRD-PARTY'S INCLUSION (F. FONG) AS NAMED INSURED ON POLICY | 0.20 |
| 03/12/24 | EMAILS TO/FROM OPPOSING COUNSEL RE: AGREEMENT TO DEPOSE STATE OF HAWAII DEPARTMENT OF LAND AND NATURAL RESOURCES OFFICER CORY FERNANDEZ | 0.20 |
| 03/12/24 | CONTINUE ANALYSIS OF, IDENTIFY, AND PREPARE FINAL EXHIBITS | 1.60 |

STATE FARM MUTUAL AUTO INS CO                              Client: STATF
04/04/24                                                   Matter: 23.25
Page 10                                                    Invoice: 48249

| Date | Professional Services | Hours |
| --- | --- | --- |
| | BASED ON DOCUMENTARY AND PHOTOGRAPHIC EVIDENCE GATHERED THUS FAR IN THE RECORD, RELATING TO COUNTS I -V OF THE COMPLAINT | |
| 03/13/24 | EMAILS TO/FROM CLIENT, R. ALFAOUDI RE: STATUS OF ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30 |
| 03/13/24 | FINALIZE DRAFT OF OUTLINE RE: KEY FACTUAL ISSUES RELATING TO COUNTS I - V, BASED ON ADDITIONAL RECORDS, NOTES, AND CLIENT'S COMMENTS ON PLAINTIFF'S PLEADINGS, INTERROGATORY RESPONSES, EMAILS, PICTURES, COST SHEETS AND VIDEOS IN PREPARATION FOR ORAL DEPOSITION OF JEFF PRATT AND DRAFTING OF DISPOSITIVE MOTIONS | 1.10 |
| 03/13/24 | CONTINUE DRAFT OF OUTLINE RE: KEY FACTUAL ISSUES RELATING TO COUNTS I - V, BASED ON STATEMENTS MADE IN EDWARD UNDERWOOD DEPOSITION (.9); PLAINTIFF'S STATEMENTS IN EMAILS TO/FROM DEPARTMENT OF LAND AND NATURAL RESOURCES (.7); PLAINTIFF'S STATEMENTS MADE IN ONLINE POSTINGS ON CRAIGSLIST, LATITUTE 38 (.5); PLAINTIFF'S STATEMENTS MADE TO EXPERT COPPS (1.1); PLAINTIFF'S STATEMENTS MADE TO CORY FERNANDEZ (.8). | 4.00 |
| 03/14/24 | CONTINUE ANALYSIS OF, IDENTIFY, AND PREPARE FINAL EXHIBITS BASED ON DOCUMENTARY AND PHOTOGRAPHIC EVIDENCE GATHERED THUS FAR IN THE RECORD, RELATING TO COUNTS I -V OF THE COMPLAINT | 1.30 |
| 03/15/24 | EMAILS TO/FROM CLIENT, R. ALFAOUADI RE: QUESTIONS ABOUT DLNR ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30 |
| 03/18/24 | ANALYZE CLIENT'S NOTES TO PLAINTIFF'S RESPONSES TO INTERROGATORIES ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ | 0.90 |
| 03/18/24 | ATTENDED ORAL DEPOSITION OF PLAINTIFF DAVID DEMAREST | 7.50 |
| 03/19/24 | EMAILS TO/FROM OPPOSING COUNSEL, J. WASHKOWITZ, RE: | 0.30 |

STATE FARM MUTUAL AUTO INS CO                                  Client: STATF
04/04/24                                                       Matter: 23.25
Page 11                                                       Invoice: 48249


| Date | Professional Services | Hours |
|------|----------------------|-------|
| | MANDATORY LOCAL RULE 7.8 CONFERENCE OF THE PARTIES PRIOR TO FILING DISPOSITIVE MOTIONS; OVERVIEW OF ISSUES TO BE DISCUSSED; NOTICE TO COUNSEL OF INTENT TO FILE MSJ/MOTION TO DISMISS BY/BEFORE DISPOSITIVE MOTIONS DEADLINE | |
| 03/19/24 | EMAILS TO/FROM OPPOSING COUNSEL, J. WASHKOWITZ RE: PLAINTIFF'S REQUEST THAT THE PARTIES STIPULATE TO EXTEND DISPOSITIVE MOTIONS AND DISCOVERY MOTIONS DEADLINES TO ALLOW EXTRA TIME; ADVISED NO AUTHORITY TO DO SO PER CLIENT; WILL OBJECT TO MOTION FOR SAME | 0.20 |
| 03/19/24 | ANALYZE NOTICE OF DEPOSITION AND SDT OF CORY FERNANDEZ OF DEPT. OF LAND AND NATURAL RESOURCES FOR LEGAL SUFFICIENCY | 0.20 |
| 03/19/24 | ANALYZE PLAINTIFF'S EXPERT REBUTTAL REPORT (.5) AND U.S. COAST GUARD BOA RATES (.3) PRODUCED BY PLAINTIFF, IN PREPARATION FOR DEPOSITION OF PLAINTIFF'S EXPERT | 0.80 |
| 03/19/24 | DRAFT DEPO DIGEST BASED ON TRANSCRIPT OF ORAL DEPOSITION OF JEFF PRATT FOR USE AT TRIAL, DIRECT EXAMINATION (76 PGS) (1.8). | 1.80 |
| 03/19/24 | DRAFT OUTLINE RE: KEY FACTUAL ISSUES RELATING TO COUNTS I - V, BASED ON PLAINTIFF'S DISCLOSURES (.6), EMAILS BETWEEN PLAINTIFF AND DEPARTMENT OF LAND AND NATURAL RESOURCES (.7); INTERROGATORY RESPONSES (.4), ADDITIONAL RECORDS, NOTES, AND CLIENT'S COMMENTS ON PLAINTIFF'S PLEADINGS (.9), IN PREPARATION FOR ORAL DEPOSITION OF CORY FERNANDEZ | 2.60 |
| 03/19/24 | ANALYZE FACTUAL ALLEGATIONS MADE BY PLAINTIFF DURING DEPOSITION AGAINST THE ESSENTIAL ELEMENTS OF COUNTS I -V OF THE COMPLAINT (1.3); ANALYZE VIABILITY AND LIKLIHOOD OF PREVAILING ON SUMMARY JUDGMENT GIVEN THE NUMBER OF DISPUTED ISSUES OF MATERIAL FACTS (.4); ANALYZE VIABILITY OF DISPOSITIVE MOTION UNDER RULE 12(C) JUDGMENT ON THE PLEADINGS, IN THE ALTERNATIVE GIVEN THE APPARENT INSUFFICIENCY OF THE COMPLAINT UNDER FEDERAL PLEADING STANDARD (.8). | 2.50 |
| 03/20/24 | DRAFT DEPO DIGEST BASED ON DEPOSITION TRANSCRIPT OF DAVID DEMAREST (242 PGS) FOR USE AT TRIAL, CROSS EXAMINATION. | 6.10 |
| 03/20/24 | AFTER EVALUATION, BEGIN DRAFT OF RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS BASED ON LEGAL INSUFFICIENCY OF THE COMPLAINT COUNTS I, II, IV, AND V; THE DEADLINE TO | 2.20 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
04/04/24                                             Matter: 23.25
Page 12                                             Invoice: 48249
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | AMEND THE PLEADINGS LAPSED IN SEPT. '22, UNLIKELY THE COURT WILL GRANT LEAVE TO AMEND AND THUS AMEND ITS TRIAL SCHEDULING ORDER A 4TH TIME; STRONG STATUTORY AND PROCEDURAL ARGUMENT TO DISMISS COUNT V FOR LACK OF SUBJECT MATTER JURISDICTION; LEGAL STANDARD FOR RULE 12(C) MOTION FAVORABLE AND ADVANTAGEOUS AT THIS PROCEDURAL POINT. | |
| 03/21/24 | ANALYZE REPORT OF OFFICER CORY FERNANDEZ RE: LIABILITY; POTENTIAL FOR FINES LEVIED BY STATE FOR LOSS; REPRESENTATIONS MADE BY PLAINTIFF; INSPECTIONS AT LOSS SITE; DISCUSSIONS WITH INSURED AND PLAINTIFF | 0.90 |
| 03/21/24 | CONTINUE DRAFT OF RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS RE: COUNT I, FAILURE TO ALLEGE VALID OFFER (1.2); FAILURE TO ALLEGE VALID ACCEPTANCE AND MUTUAL ASSENT TO ESSENTIAL TERMS (1.3); FAILS TO ALLEGE CONSIDERATION (.9); FAILS TO ALLEGE SPECIFIC PROVISION BREACHED BY ALFOUADI (.8); COUNT II FAILS TO ALLEGE AN AGREEMENT IN FACT CREATING AN OBLIGATION (1.5); COUNT IV FAILS TO ALLEGE ESSENTIAL ELEMENTS OF PURE SALVAGE (1.1); COUNT V FAILS AS A MATTER OF LAW (1.6). | 8.40 |
| 03/22/24 | ATTENDED COURT-MANDATED LOCAL RULE 7.8 MEET-AND-CONFER OF PARTIES REGARDING DISPOSITIVE MOTIONS | 0.20 |
| 03/22/24 | DRAFT SUMMARY REPORT OF LR 7.8 CONFERENCE TO BE APPENDED TO MOTION FOR JUDGMENT ON THE PLEADINGS IN CONFORMANCE WITH RULES. | 0.40 |
| 03/22/24 | DRAFT LR 7.4E CERTIFICATE OF COMPLIANCE FOR MOTION FOR JUDGMENT ON THE PLEADINGS (.6); DRAFT DECLARATION OF BRENT K. WILSON (.4) | 1.00 |
| 03/22/24 | EMAIL TO CLIENT RE: FILED MOTION FOR JUDGMENT ON THE PLEADINGS; ███████████████████████████████████ ███████████ | 0.10 |
| 03/22/24 | CONTINUE DRAFT OF RULE 12(C) MOTION RE: INTRODUCTION (.7); FACTUAL AND PROCEDURAL BACKGROUND (1.0); LEGAL STANDARD (.6); DECLARATION OF BRENT K. WILSON (.4); CERTIFICATE OF COMPLIANCE (.3); CERTIFICATE OF SERVICE (.1) | 3.10 |
| 03/24/24 | EMAIL FROM CLIENT, R. ALFAOUADI, RE: MOTION FOR JUDGMENT ON PLEADINGS; ██████████████████ | 0.10 |
| 03/25/24 | BEGIN DRAFT OF LR 16.5 SETTLEMENT CONFERENCE STATEMENT IN | 2.40 |

```
STATE FARM MUTUAL AUTO INS CO                      Client: STATF
04/04/24                                           Matter: 23.25
Page 13                                            Invoice: 48249


        Date                 Professional Services                    Hours
     --------  ------------------------------------------------------ --------
               PREPARATION FOR MANDATORY 4/16/24 SETTLEMENT CONFERENCE
     03/26/24  ANALYZE LEGAL AND FACTUAL BASIS FOR DAUBERT MOTION RE:    2.60
               PLAINTIFF'S EXPERT WITNESS SEBASTIAN COPPES BASED ON
               STATEMENTS MADE DURING ORAL DEPOSITION
     03/27/24  EMAILS TO/FROM CLIENT, R. ALFAOUDI RE: STATUS OF         0.20
               DISPOSITIVE MOTIONS; HEARING DATES; SETTLEMENT CONFERENCE
               AND MANDATORY APPEARANCE
     03/29/24  DRAFT DEPO DIGEST OF CLIENT R. ALFAOUDI BASED ON TRANSCRIPT  4.10
               (259 PGS) FOR USE AT TRIAL, DIRECT EXAMINATION
                                                                    ---------
                                   SUBTOTAL for BRENT WILSON          84.80
                                                                    ---------

                                              TOTAL Hours           159.20
                                                                  =========

               Attorney                    Hours       Rate        Amount
     ------------------------------------  ---------- ---------  -------------
     JAMES V MYHRE, Partner                  74.40     175.00     13,020.00
     BRENT WILSON, Partner                   84.80     175.00     14,840.00
                                                               -------------
                                  TOTAL Current Fees             $27,860.00

                                  State Tax at 4.71%               1,312.21
                                                               -------------
                                  TOTAL Fees and Tax             $29,172.21


                                  Current Invoice Due           $29,172.21

                                          Previous Due            $1,952.30
                                                               -------------
                                  TOTAL Balance Due             $31,124.51
                                                               =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 04/09/24
Invoice : 48299


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

---

```
                                          Date: 04/09/24
Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 48299

Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM

For Costs Advanced through 04/30/24

                          TOTAL Costs per Attached    $1,378.97


                          Current Invoice Due    $1,378.97

                                Previous Due    $31,124.51
                                                -------------
                          TOTAL Balance Due    $32,503.48
                                                =============
```

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
04/09/24                                             Matter: 23.25
Page 2                                               Invoice: 48299
```

|     Date      |           Costs Advanced            |   Amount  |
|---------------|-------------------------------------|-----------|
| 07/26/23 | TRAVEL - AVIS - 01/601283,08/21/23 - CAR RENTAL INCURRED BY ATTORNEY JAMES MYHRE WHILE ATTENDING MEETING WITH CLIENT R. AFOUADI AT INCIDENT SITE ALONG WITH SITE INSPECTION ON ISLAND OF MAUI ON JULY 26, 2023 | 113.42 |
| 04/02/24 | DEPO TRANSCRIPT - 01/601444,09/20/24 - DEPOSITION OF SEBASTIAAN COPPES TAKEN ON 3/18/2024 | 1,265.55 |

```
                                      -------------
                    TOTAL Current Costs   $1,378.97
```

```
Client  : STATF
Matter  : 23.25
Date    : 04/09/24
Invoice : 48300
```

```
STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

---------------------------------------------------------------------------

                                                    Date: 04/09/24
Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 48300

Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant       : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM

For Costs Advanced through 04/30/24

                              TOTAL Costs per Attached    $2,581.05


                                  Current Invoice Due    $2,581.05

                                        Previous Due    $32,503.48
                                                        -------------
                              TOTAL Balance Due         $35,084.53
                                                        =============

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
04/09/24                                               Matter: 23.25
Page 2                                                 Invoice: 48300



      Date                    Costs Advanced                   Amount

03/21/24 DEPO TRANSCRIPT - 01/601409,06/21/24 - DEPOSITION OF      2,581.05
         DAVID DEMAREST TAKEN ON 3/18/24 VIA ZOOM HI
         DEPOSITION WAS APPROVED BY ADJUSTER JAY STAHNKEY
         ROSENBERG COURT REPORTERS INVOICE NO. 5500
                                                               -------------
                                   TOTAL Current Costs          $2,581.05
```

```
Client  : STATF
Matter  : 23.25
Date    : 04/09/24
Invoice : 48301



STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE




--------------------------------------------------------------------------

                                              Date: 04/09/24
Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 48301

Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM

For Costs Advanced through 04/30/24

                        TOTAL Costs per Attached    $1,225.44



                             Current Invoice Due    $1,225.44

                                   Previous Due    $35,084.53
                                                  -------------
                             TOTAL Balance Due      $36,309.97
                                                  =============
```

```
STATE FARM MUTUAL AUTO INS CO                    Client: STATF
04/09/24                                         Matter: 23.25
Page 2                                          Invoice: 48301



       Date                 Costs Advanced                    Amount

03/20/24 DEPO TRANSCRIPT - 01/601392,04/24/24 - DEPOSITION OF    794.03
         JEFFREY PRATT TAKEN ON 3/14/24 VIA ZOOM HI  ROSENBERG
         COURT REPORTERS INVOICE NO. 5452
04/04/24 DEPO TRANSCRIPT - 01/601444,09/20/24 - DEPOSITION OF    431.41
         CORY FERNANDEZ TAKEN ON 3/20/24 VIA ZOOM HI  ROSENBERG
         COURT REPORTERS INVOICE NO. 5793
                                                 -------------
                              TOTAL Current Costs    $1,225.44
```

```
Client   : STATF
Matter   : 23.25
Date     : 04/10/24
Invoice  : 48302


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

-----------------------------------------------------------------------------

```
                                          Date: 04/10/24
Re: David Demarest & Green Mountain vs. Raied Alfouadi   Invoice: 48302

Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM

For Costs Advanced through 04/30/24

                         TOTAL Costs per Attached      $479.20


                              Current Invoice Due      $479.20

                                    Previous Due   $36,309.97
                                                   -------------
                             TOTAL Balance Due     $36,789.17
                                                   =============
```

```
STATE FARM MUTUAL AUTO INS CO                      Client: STATF
04/10/24                                           Matter: 23.25
Page 2                                             Invoice: 48302
```

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| 04/10/24 | TRVL EXPENSE - JIM MYHRE - FHB MC CC - AIR TRAVEL (HAWAIIAN AIR) BY ATTORNEY JAMES MYHRE ON MARCH 22 2024 FROM HONOLULU TO KAHULUI MAUI AND RETURN FLIGHT TO ATTEND MEETING WITH CLIENT R. ALFOUDI ALONG WITH HIS DEPOSITION | 203.61 |
| 04/10/24 | TRVL EXPENSE - JIM MYHRE - FHB MC CC - AIR TRAVEL (HAWAIIAN AIR) BY ATTORNEY JAMES MYHRE ON MARCH 14 2024 FROM HONOLULU TO KAHULUI MAUI AND RETURN (ROUND TRIP) TO ATTEND WITNESS J. PRATT'S DEPOSITION | 208.59 |
| 04/10/24 | TRVL EXPENSE - JIM MYHRE - FHB MC CC - AIR TRAVEL BY ATTORNEY JAMES MYHRE RE: CHANGE FEE FOR WHEN TRAVELING FROM HONOLULU TO KAHULUI MAUI TO ATTEND WITNESS J. PRATT'S DEPOSITION ON MARCH 14 2024 | 19.00 |
| 04/10/24 | TRVL EXPENSE - JIM MYHRE - FHB MC CC - AIRPORT PARKING FOR ATTORNEY JAMES MYHRE WHILE ATTENDING WITNESS J. PRATT'S DEPOSITION AND CLIENT R. ALFOUDI DEPOSITION $24 PER TRIP - UNABLE TO LOCATED RECEIPTS | 48.00 |

```
                                        -------------
                    TOTAL Current Costs      $479.20
```

```
Client  : STATF
Matter  : 23.25
Date    : 04/29/24
Invoice : 48304


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

---------------------------------------------------------------------------

```
                                         Date: 04/29/24
Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 48304

Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM

For Costs Advanced through 04/29/24

                        TOTAL Costs per Attached    $1,151.02


                              Current Invoice Due    $1,151.02

                                   Previous Due      $3,972.23
                                                   -------------
                          TOTAL Balance Due          $5,123.25
                                                   =============
```

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
04/29/24                                               Matter: 23.25
Page 2                                                 Invoice: 48304
```

| Date | Costs Advanced | Amount |
|---|---|---|
| 03/14/24 | TRVL EXPENSE - JIM MYHRE - 01/601388,04/22/24 - CAR RENTAL CHARGE FOR ATTORNEY JAMES MYHRE WHILE ATTENDING DEPOSITION OF WITNESS J PRATT ON KAHULUI MAUI | 112.71 |
| 03/22/24 | TRVL EXPENSE - JIM MYHRE - 01/601388,04/22/24 - CAR RENTAL FOR ATTORNEY JAMES MYHRE ON KAHULUI MAUI WHILE ATTENDING MEETING AND DEPOSITION OF CLIENT R. ALFOUDI ON 3/22/2024 | 112.71 |
| 04/22/24 | DEPO TRANSCRIPT - 01/601444,09/20/24 - DEPOSITION OF RAIED ALFOUADI TAKEN ON 3/22/2024 VIA ZOOM HI PRIOR APPROVAL BY ADJUSTER JAY STAHNKEY   ROSENBERG COURT REPORTERS INVOICE NO. 6136 | 925.60 |

```
                                    -------------
                 TOTAL Current Costs    $1,151.02
```

```
Client   : STATF
Matter   : 23.25
Date     : 05/06/24
Invoice  : 48349


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

--------------------------------------------------------------------------

                                                    Date: 05/06/24
     Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 48349

     Claims Manager: Jay Stahnke
     Insured Party : Raied J. Alfouadi
     Claimant      : D. Demarest & Green Moutain
     Claim Number  : 5136K881H
     Court Number  : CV 22-00064 JAO-KJM

     For Professional Services Rendered through 04/30/24

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 04/15/24 | REVIEWED COURT REPORT S FLINT'S 4/15/24 EMAIL RE R ALFOUADI DEPOSITION TRANSCRIPT | 0.10 |
| 04/15/24 | REVIEWED A ROSENBERG''S 4/15/24 EMAIL RE R ALFOUADI DEPOSITION EXHIBITS LINK | 0.10 |
| 04/15/24 | REVIEWED CLIENT R ALFOUADI 4/15/24 EMAIL RE SETTLEMENT CONFERNCE | 0.10 |
| 04/15/24 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ 4/145/24 EMAIL RE R ALFOUADI'S DEPOSITION TRANSCRIPT | 0.10 |
| 04/23/24 | MEETING W/ CLIENT R ALFOUDI AT OUR OFFICE RE PREPARATION FOR SETTLEMENT CONFERENCE | 0.10 |
| 04/23/24 | ATTEND SETTLEMENT CONFERENCE (TRAVEL TIME EXCLUDED) | 1.50 |
| | SUBTOTAL for JAMES V MYHRE | 2.00 |

     Services provided by BRENT WILSON

```
STATE FARM MUTUAL AUTO INS CO                    Client: STATF
05/06/24                                         Matter: 23.25
Page 2                                           Invoice: 48349
```

| Date | Professional Services | Hours |
| --- | --- | --- |
| 04/02/24 | CONFERENCE WITH PLAINTIFF'S COUNSEL RE: MANDATORY MEET AND CONFER; STATUS OF SETTLEMENT DISCUSSIONS | 0.30 |
| 04/04/24 | CONFERENCE WITH CLIENT RE: PREPARATION FOR SETTLEMENT CONFERENCE; ███████████████ | 0.50 |
| 04/04/24 | CONFERENCE WITH INSURED RE: DEPOSITION TRANSCRIPT ███ | 0.30 |
| 04/05/24 | ANALYZE LEGAL ISSUES RE: PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S FRCP RULE 12C MOTION; LEGAL AND FACTUAL BASIS FOR COUNTER-ARGUMENTS; SUPPORTING AUTHORITIES; DISTINGUISHED AUTHORITIES FROM FACTUAL CIRCUMSTANCES PRESENTED IN THIS CASE | 3.40 |
| 04/08/24 | BEGIN DRAFT OF REPLY MEMORANDUM IN SUPPORT OF RULE 12C MOTION AND IN RESPONSE TO PLAINTIFFS' MEMO IN OPP; DRAFT INTRODUCTION (.1); DRAFT ARGUMENT SECTION A, LEAVE TO AMEND SHOULD BE DENIED AS TO ALL COUNTS (3.7); COUNT V FAILS AS A MATTER OF LAW (.4) | 5.20 |
| 04/09/24 | COURT MANDATED MEET-N-CONFER MEETING WITH OPPOSING COUNSEL RE: UPCOMING SETTLEMENT CONFERENCE; POSITIONS OF THE RESPECTIVE PARTIES; LIKLIHOOD OF RESOLVING | 0.60 |
| 04/09/24 | CONFERENCE WITH COVERAGE COUNSEL RE: UPCOMING SETTLEMENT CONFERENCE | 0.30 |
| 04/09/24 | CONTINUE DRAFT OF REPLY MEMORANDUM IN SUPPORT OF RULE 12C MOTION AND IN RESPONSE TO PLAINTIFFS' MEMO IN OPP; ARGUMENT SECTION, COUNT I  SHOULD BE DISMISSED WITH PREJUDICE (CONTINUED) (2.5); COUNT II SHOULD BE DISMISSED WITH PREJUDICE (1.1); COUNT IV SHOULD BE DISMISSED WITH PREJUDICE (2.7); CONCLUSION (.1); CERTIFICATE OF COMPLIANCE (.3); CERTIFICATE OF SERVICE (.2). | 6.80 |
| 04/12/24 | BEGIN DRAFT OF CONFIDENTIAL SETTLEMENT CONFERENCE LETTER TO | 1.30 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
05/06/24                                               Matter: 23.25
Page 3                                                 Invoice: 48349
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | MAGISTRATE JUDGE | |
| 04/15/24 | FINAL DRAFT OF CONFIDENTIAL SETTLEMENT CONFERENCE LETTER TO MAGISTRATE JUDGE; DRAFT EXHIBITS | 1.70 |
| 04/15/24 | CONFERENCE WITH ADJUSTER, J. STAHNKE, RE: STATUS OF SETTLEMENT CONFERENCE; INSURED'S POSITION IS SAME, OBJECTS TO ANY/ALL OFFERS TO SETTLE WITH PLAINTIFF; CONFIRM AVAILABILITY OF ADJUSTER AND NO AUTHORITY TO SETTLE AT THIS TIME. | 0.30 |
| 04/16/24 | REVISE REPLY MEMORANDUM IN SUPPORT OF RULE 12C MOTION IN CONFORMANCE WITH LR 7.4 (2.2). | 2.20 |
| 04/19/24 | CONFERENCE WITH INSURED RE: REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO FRCP RULE 12C MOTION; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 |
| 04/19/24 | CONFERENCE WITH PLAINTIFF'S COUNSEL BASED ON PLAINTIFF'S REQUEST FOR SAME AND PREFERENCE FOR SETTLEMENT; ADVISED NO AUTHORITY TO SETTLE AT THIS TIME; DO NOT ANTICIPATE STATUS CHANGE BY/BEFORE SETTLEMENT CONFERENCE; BASIS FOR POSITION | 0.20 |
| 04/19/24 | EMAILS TO/FROM U.S. DC COURT AND PLAINTIFF'S COUNSEL RE: PLAINTIFF'S REQUEST TO CONTINUE SETTLEMENT CONFERENCE; DEFENDANT'S OBJECTION TO SAME; BASIS FOR OBJECTION; REBUT PLAINTIFFS' CLAIM OF NO PREJUDICE; REQUEST THAT COURT KEEP SCHEDULE AS ORIGINALLY PLANNED AND SET FORTH IN SCHEDULING ORDER | 0.30 |
| 04/23/24 | APPEARED FOR AND ATTENDED COURT-MANDATED SETTLEMENT CONFERENCE WITH INSURED (TRAVEL TIME EXCLUDED) | 1.50 |
| 04/26/24 | DRAFT REPORT TO ADJUSTER RE: STATUS; RECEIPT OF ADDITIONAL SUPPORTING DOCUMENTS FROM PLAINTIFF (SOME MERELY REPRODUCTIONS OF PREVIOUSLY RECEIVED RECORDS) BUT NO FORENSIC ACCOUNTING REPORT SUPPORTING DEMAND; ADVISED NOT WORTH SENDING TO OUR EXPERT UNLESS/UNTIL WE RECEIVE PLAINTIFFS' REPORT | 0.20 |

```
                              SUBTOTAL for BRENT WILSON    25.40
```

```
STATE FARM MUTUAL AUTO INS CO                    Client: STATF
05/06/24                                         Matter: 23.25
Page 4                                           Invoice: 48349


          Date                Professional Services                    Hours
        --------  -------------------------------------------------  --------

                                                  TOTAL Hours           27.40
                                                                     =========

                    Attorney            Hours       Rate       Amount
        ----------------------------  ----------  ---------  -------------
        JAMES V MYHRE, Partner             2.00     175.00         350.00
        BRENT WILSON, Partner             25.40     175.00       4,445.00
                                                               -------------
                                        TOTAL Current Fees       $4,795.00

                                        State Tax at 4.71%          225.84
                                                               -------------
                                        TOTAL Fees and Tax       $5,020.84


                                        Current Invoice Due       $5,020.84

                                               Previous Due       $5,123.25
                                                               -------------
                                        TOTAL Balance Due        $10,144.09
                                                               =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 05/08/24
Invoice : 48369


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

--------------------------------------------------------------------------

                                                        Date: 05/08/24
Re: David Demarest & Green Mountain vs. Raied Alfouadi   Invoice: 48369

Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM

For Costs Advanced through 04/30/24

                          TOTAL Costs per Attached        $35.20


                          Current Invoice Due             $35.20

                                 Previous Due         $10,144.09
                                                      -------------
                          TOTAL Balance Due           $10,179.29
                                                      =============

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
05/08/24                                             Matter: 23.25
Page 2                                              Invoice: 48369
```

|          Date          |             Costs Advanced              |       Amount      |
|------------------------|-----------------------------------------|-------------------|
| 04/01/24 | AIRSHIPMENT - FEDERAL EXPRESS - 2521 - FEDEX PRIORTIY OVERNIGHT ENVELOPE TO RAIE ALTOUADI, LAHAINA MAUI | 35.20 |
|          |                                  TOTAL Current Costs | $35.20 |

```
Client  : STATF
Matter  : 23.25
Date    : 05/14/24
Invoice : 48373


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

--------------------------------------------------------------------------

                                             Date: 05/14/24
Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 48373

Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM

For Costs Advanced through 05/14/24

                              TOTAL Costs per Attached        $448.55


                              Current Invoice Due             $448.55

                                  Previous Due              $9,507.47
                                                          -------------
                              TOTAL Balance Due            $9,956.02
                                                          =============

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
05/14/24                                             Matter: 23.25
Page 2                                              Invoice: 48373
```

|   Date   |              Costs Advanced               |  Amount  |
|----------|-------------------------------------------|----------|
| 04/16/24 | TRAVEL EXPENSE - - FHB MC - AIRFARE FOR CLIENT/INSURED R. ALFOUDI FROM MAUI TO OAHU RE: MEETING WITH CLIENT TO PREPARE FOR/AND ATTEND FUTURE MATERIALS | 184.20 |
| 04/23/24 | TRAVEL EXPENSE - - FHB MC - HOTEL/LODGING FOR CLIENT/INSURED R. ALFOUDI WHO TRAVELLED FROMMAUI TO HONOLULU FOR THE COURT MANDATED SETTLEMENT CONFERENCE ON 4/23/24 | 264.35 |

```
                                       -------------
                       TOTAL Current Costs    $448.55
```

```
Client  : STATF
Matter  : 23.25
Date    : 05/30/24
Invoice : 48377


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

--------------------------------------------------------------------------------

```
                                            Date: 05/30/24
Re: David Demarest & Green Mountain vs. Raied Alfouadi     Invoice: 48377

Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM

For Costs Advanced through 05/30/24

                              TOTAL Costs per Attached       $133.59


                                    Less ADVANCE            $0.01cr
                                                        -------------
                              Net Current Costs Due          $133.58


                              Current Invoice Due            $133.58

                                    Previous Due         $4,455.98
                                                        -------------
                              TOTAL Balance Due          $4,589.56
                                                        =============
```

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
05/30/24                                               Matter: 23.25
Page 2                                                 Invoice: 48377


     Date                    Costs Advanced                    Amount

05/23/24 TRAVEL - HAWAIIAN AIRLINES - MC CC - AIRFARE TRAVEL     133.59
         FOR INSURED, RAIED ALFOUADI TO ATTEND COURT MANDATED
         SETTLEMENT CONFERENCE WITH ATTORNEY
                                                        -------------
                                TOTAL Current Costs         $133.59
```

```
Client  : STATF
Matter  : 23.25
Date    : 06/06/24
Invoice : 48437
```

STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE

----------------------------------------------------------------------------

Date: 06/06/24

Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 48437

```
Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM
```

For Professional Services Rendered through 05/31/24

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 05/17/24 | REVIEWED JUDGE OTAKE'S ORDER ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS | 0.10 |
| 05/17/24 | TELCON W/ STATE FARM COUNSEL B PETRUS RE ORDER TO RETURN TO SETTLEMENT CONFERENCE AND JUDGES RULING ON MOTION FOR JUDGMENT ON THE PLEADINGS | 0.20 |
| 05/17/24 | TELCON W/ CLIENT R ALFOUADI RE HEARING ON MOTION FOR JUDGMENT ON THE PLEADING, COURT'S ORDER TO RETURN TO SETTLEMENT CONFERENCE | 0.30 |
| 05/17/24 | REVIEWED CLIENT R ALFOUADI'S 5/17/24 EMAIL RE POSITION ON SETTLEMENT | 0.10 |
| 05/17/24 | TELCON W/ CLIENT R ALFOUADI RE STATUS OF DEPOSITION CORRECTIONS ██████████████████████████████ | 0.20 |
| 05/17/24 | REVIEWED DEFENDANT ALFOUAD DEPOSITION TRANSCRIPT TO AND NOTICE OF HIS DEPOSITION TO DETERMINE IF THERE IS BASIS FOR COURT REPORT TO PRODUCE COPY OF VIDEO OF HIS DEPOSITION | 0.20 |

STATE FARM MUTUAL AUTO INS CO                                    Client: STATF
06/06/24                                                        Matter: 23.25
Page 2                                                          Invoice: 48437


| Date | Professional Services | Hours |
|------|----------------------|-------|
| 05/17/24 | TELCON W/  COURT REPORTER A ROSENBERG RE PLAINTIFF'S REQUEST TO PRODUCE THE VIDEO OF DEFENDANT ALFOUADI'S DEPOSITIION | 0.10 |
| 05/17/24 | REVIEWED COURT REPORTER A ROSENBERG'S 5/17/24 EMAIL RE VIDEO OF DEFENDANT ALFOUADI'S DEPOSITION | 0.10 |
| 05/17/24 | DRAFT EMAIL TO COURT REPORT A ROSENBERG RE OBJECTION TO PRODUCTION OF VIDEO OF DEFENDANT ALFOUADI DEPOSITION | 0.10 |
| 05/20/24 | REVIEWED CLIENT R AFLUADI'S 5/19/24 EMAIL TO CLAIM REPRESENTATIVE ███████████████████████████ ████████████ | 0.10 |
| 05/20/24 | REVIEWED CLIENT R ALFOUADI'S ITEMIZATION OF HIS TIME AND EXPENSE RELATED TO THE SALVAGE OF HIS BOAT | 0.10 |
| 05/20/24 | REVIEWED MAGISTRATE JUDGE MANSFIELD'S COURT ROOM MANAGER'S 5/20/24 EMAIL RE SETTLEMENT CONFERENCE | 0.10 |
| 05/20/24 | REVIEWED CLIENT REPRESENTATIVE R ALFOUADI'S 5/20/24 EMAIL RE SETTLEMENT CONFERENCE | 0.10 |
| 05/20/24 | REVIEWED CLIENT R ALFOUADI'S 5/20/24 EMAIL RE ████████ ███████████████████████████████████████ | 0.10 |
| 05/20/24 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ'S 5/30/24 EMAIL RE PLAINTIFF'S ATTEMPT TO SERVE DOCUMENT ON PLAINTIFF | 0.10 |
| 05/20/24 | REVIEWED PLAINTIFF'S 5/18/24 LETTER OFFER TO SETTLE CASE | 0.10 |
| 05/20/24 | REVIEWED CLIENT R ALFOUADI'S RE D THOMAS DISPOSAL OF DOCUMENTS PLAINTIFF ATTEMPTED TO SERVE ON R ALFOUADI | 0.10 |
| 05/21/24 | REVIEWED MAGISTRATE MANSFIELD'S CLERK ALYSSA'S 5/21/24 EMAIL RE SETTLEMENT CONFERENCE | 0.10 |
| 05/21/24 | TELCON W/ CLAIM REPRESENTATIVE J STAHNKE RE PLAINTIFF'S SETTLEMENT OFFER, COURT ORDERED SETTLEMENT CONFERENCE AND PRETRIAL DEADLINES | 0.40 |
| 05/21/24 | TELCON W/ CLIENT R ALFOUADI RE ███████████████████ ████████████████ | 0.20 |
| 05/21/24 | REVIEWED CLIENT R ALFOUADI'S 5/21/24 EMAIL RE RESPONSE TO ████████████████ | 0.10 |
| 05/21/24 | REVIEWED MAGISTRATE MANSFIELD'S CLERK ALYSSA'S 5/21/24 EMAIL RE ORDER MANDATING SETTLEMENT CONFERENCE VIA ZOOM | 0.10 |
| 05/21/24 | REVIEWED COURT'S ORDER ON SETTLEMENT CONFERENCE PROHIBITING SUBMISSION OF SUPPLEMENTAL SETTLEMENT CONFERENCE STATEMENTS | 0.10 |
| 05/22/24 | REVIEWED CLIENT R ALFOUADI'S 5/22/24 EMAIL RE RESPONSE TO | 0.10 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
06/06/24                                               Matter: 23.25
Page 3                                                Invoice: 48437
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 05/22/24 | REVIEWED CLIENT R ALFOUADI'S MEMO REGARDING PLAINTIFF'S CLAIM ███ | 0.10 |
| 05/23/24 | REVIEWED CLIENT R ALFOUADI'S 5/23/24 EMAIL RE CONFIRMING NOT RESPONDING PLAINTIFF'S ███ | 0.10 |
| 05/23/24 | REVIEWED CLIENT R ALFOUADI'S 5/22/24 EMAIL RE SETTLEMENT CONFERENCE | 0.10 |
| 05/28/24 | PREPARED FOR SETTLEMENT CONFERNCE BY REVIEWING HISTORY OF SETTLEMENT NEGOTIATION, DEFENDANT ALFOUADI'S SETTLEMENT CONFERENCE LETTER | 0.30 |
| 05/28/24 | ATTEND SETTLEMENT CONFERNCE VIA VIDEO CONFERENCE BEFORE JUDGE MANSFIELD | 1.00 |

```
                                    SUBTOTAL for JAMES V MYHRE      4.90
```

Services provided by BRENT WILSON

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 05/17/24 | ARGUED RULE 12(C) MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS BEFORE U.S. DISTRICT COURT JUDGE OTAKE | 1.30 |
| 05/17/24 | CONFERENCE WITH ADMINISTRATIVE JUDGE RE: SCHEDULE FURTHER SETTLEMENT CONFERENCE PER J. OTAKE'S ORDER | 0.40 |
| 05/17/24 | PHONE CONFERENCE WITH INSURED, R. ALFOUADI RE: J. OTAKE ORDER FOR FURTHER SETTLEMENT CONFERENCE; RESULTS OF RUILE 12(C) MOTION; CLAIM V WAS DISMISSED WITH PREJUDICE; JUDGE TAKING OTHER CLAIMS UNDER ADVISEMENT UNTIL AFTER FURTHER SETTLEMENT CONFERENCE; DISCUSSION OF ███ ███ | 0.50 |
| 05/17/24 | PHONE CALL TO SF COVERAGE COUNSEL RE: MANDATORY FURTHER SETTLEMENT CONFERENCE PER J. OTAKE | 0.10 |
| 05/17/24 | DRAFT REPORT TO ADJUSTER RE: OUTCOME OF RULE 12(C) MOTION AND J. OTAKE ORDER OF FURTHER SETTLEMENT CONFERENCE | 0.30 |
| 05/20/24 | EMAILS TO/FROM INSURED, R. ALFOUADI, RE: ATTEMPTS BY PLAINTIFF TO DELIVER SETTLEMENT DOCUMENTS TO INSURED ███ ███ | 0.30 |
| 05/20/24 | EMAIL TO OPPOSING COUNSEL ADVISING OF PLAINTIFF'S ATTEMPTED CONTACT VIA INSURED'S LANDLORD; ADVISED CEASE AND DESIST | 0.10 |

```
STATE FARM MUTUAL AUTO INS CO                    Client: STATF
06/06/24                                         Matter: 23.25
Page 4                                           Invoice: 48437
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | AND THAT ALL COMMUNICATIONS GO THROUGH COUNSEL | |
| 05/21/24 | EMAILS TO/FROM INSURED RE: RESPONSE TO PLAINTIFF'S DEMAND ████████████████ | 0.30 |
| 05/22/24 | EMAILS TO/FROM INSURED, R. ALFOUADI, RE: ██████ ██████████████ ██████████████ ███████████ | 0.30 |
| 05/26/24 | EMAILS TO/FROM INSURED R. ALFOUADI RE: CONCERNS ABOUT UPCOMING SETTLEMENT CONFERENCE; ████████ ██████████ ██████████ ██████████ █████████ | 0.30 |
| 05/28/24 | ATTENDED COURT-MANDATED SETTLEMENT CONFERENCE | 1.00 |

```
                              SUBTOTAL for BRENT WILSON      4.90
                                                          ---------

                                         TOTAL Hours        9.80
                                                          =========
```

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| JAMES V MYHRE, Partner | 4.90 | 175.00 | 857.50 |
| BRENT WILSON, Partner | 4.90 | 175.00 | 857.50 |

```
                              TOTAL Current Fees     $1,715.00

                              State Tax at 4.71%          80.78
                                                   -------------
                              TOTAL Fees and Tax     $1,795.78


                              Current Invoice Due     $1,795.78
```

```
STATE FARM MUTUAL AUTO INS CO                    Client: STATF
06/06/24                                         Matter: 23.25
Page 5                                          Invoice: 48437



                                    Previous Due      $4,141.01
                                                    -------------
                            TOTAL Balance Due        $5,936.79
                                                    =============
```

```
Client   : STATF
Matter   : 23.25
Date     : 07/03/24
Invoice  : 48515


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

---

```
                                              Date: 07/03/24
     Re: David Demarest & Green Mountain vs. Raied Alfouadi   Invoice: 48515

     Claims Manager: Jay Stahnke
     Insured Party : Raied J. Alfouadi
     Claimant      : D. Demarest & Green Moutain
     Claim Number  : 5136K881H
     Court Number  : CV 22-00064 JAO-KJM

     For Professional Services Rendered through 06/30/24
```

| Date | Professional Services | Hours |
|------|----------------------|-------|

Services provided by JAMES V MYHRE

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 06/04/24 | REVIEWED DEFENDANT'S COUNSEL J SAY'S 6/4/24 EMAIL RE STATUS OF RESPONSE TO DTRIC COUNTER OFFER | 0.10 |
| 06/06/24 | ANALYZED ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT AFLOUADI'S MOTION FOR JUDGMENT ON THE PLEADINGS | 0.30 |
| 06/06/24 | REVIEWED SCHEDULING ORDER TO DETERMINE EFFECT OF COURT'S ALLOWANCE OF PLAINTIFF TO AMEND COMPLAINT'S EFFECT ON COURT'S PRETRIAL DEADLINES | 0.30 |
| 06/06/24 | ANALYZED EFFECT OF PLAINTIFF'S FAILURE TO RESPOND TO ADMISSION REQUESTS AND FORMULATED STRATEGY ADDRESS LIKELY AMENDMENTS TO PLAINTIFF'S COMPLAINT | 0.40 |
| 06/20/24 | TELCON W/ CLIENT F LUTZ RE DISCOVERY ISSUE | 0.10 |
| 06/20/24 | REVIEWED PLAINTIFF'S AMENDED COMPLAINT | 0.20 |
| 06/26/24 | REVIEWED COURT'S ORDER ON FINAL PRETRIAL CONFERENCE | 0.10 |
| 06/26/24 | DRAFT EMAIL TO EXPERT W LASCHAEVE RE TRIAL TESTIMONY | 0.20 |
|  | SUBTOTAL for JAMES V MYHRE | 1.70 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
07/03/24                                             Matter: 23.25
Page 2                                               Invoice: 48515
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by BRENT WILSON | |
| 06/06/24 | ANALYZE LEGAL BASIS AND AUTHORITIES FOR COURT'S ORDER GRANTING AND DENYING IN PART DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS (36 PG ORDER) | 0.70 |
| 06/06/24 | CONFERENCE WITH CLIENT RE: COURT'S ORDER ███████████ ██████████████████████ ████████████████████ ████████████ | 0.50 |
| 06/06/24 | DRAFT REPORT TO ADJUSTER, J. STAHNKE, RE: COURT'S ORDER GRANTING AND DENYING IN PART MOTION FOR JUDGMENT ON THE PLEADINGS; IMPLICATIONS AND IMPACT ON TRIAL STRATEGY MOVING FORWARD | 0.40 |
| 06/12/24 | BEGIN DRAFT OF USDC LOCAL RULE 16.4 FINAL PRETRIAL STATEMENT:  A) PARTIES (.2); B) JURISDICTION AND VENUE (.4); C) SUBSTANCE OF ACTION (1.4); D) UNDISPUTED FACTS (.3); E) DISPUTED FACTS (1.1) | 3.40 |
| 06/14/24 | CONTINUE DRAFT OF FINAL PRETRIAL STATEMENT PER USDC LOCAL RULE 16.4 REQUIREMENTS: F) RELIEF SOUGHT (.9); G) POINTS OF LAW (1.6) | 2.50 |
| 06/20/24 | CONTINUE DRAFT OF FINAL PRETRIAL STATEMENT PER USDC LOCAL RULE 16.4 REQUIREMENTS: G) POINTS OF LAW (.7); H) PREVIOUS MOTIONS (1.4); I) WITNESSES TO BE CALLED (.6) | 2.70 |
| 06/21/24 | ANALYZE INSURED R. ALFOUADI'S WRITTEN ███████████ ███████████████████████████████ | 0.60 |
| 06/25/24 | ANALYZE AMENDED FACTUAL ALLEGATIONS MADE IN FIRST AMENDED COMPLAINT (18 PAGES), BY PARAGRAPH, FOR FACTUAL/LEGAL BASES TO DENY ALLEGATIONS THEREIN IN ACCORDANCE WITH HEIGHTENED FEDERAL PLEADING STANDARDS | 1.40 |
| 06/25/24 | BEGIN DRAFT OF ANSWER TO  FIRST AMENDED COMPLAINT (18 PAGES), BY PARAGRAPH,  IN ACCORDANCE WITH HEIGHTENED FEDERAL PLEADING STANDARDS | 1.30 |
| 06/26/24 | REVIEW COURT ORDER CHANGING DATE OF FINAL PRETRIAL CONFERENCE | 0.10 |
| 06/26/24 | PHONE CALL WITH COURTROOM MANAGER RE: COURT ORDER; CONFLICT | 0.10 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
07/03/24                                               Matter: 23.25
Page 3                                                 Invoice: 48515
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | ON AUG. 6 2024; ADVISED DRAFT A LETTER TO COURT AND FILE ON RECORD | |
| 06/26/24 | DRAFT LETTER TO OPPOSING COUNSEL, J. WASHKOWITZ, RE: CONFLICT WITH COURT'S ORDER CHANGING DATE OF FINAL PRETRIAL CONFERENCE; BASIS FOR CONFLICT; REQUEST ALTERNATE DATES | 0.20 |
| 06/27/24 | MEET AND CONFER WITH  COUNSEL, J. WASHKOWITZ, RE: CONFLICT WITH COURT'S ORDER CHANGING DATE OF FINAL PRETRIAL CONFERENCE; BASIS FOR CONFLICT; REQUEST ALTERNATE DATES | 0.20 |
| 06/27/24 | DRAFT LETTER TO COURT EXPLAINING CONFLICT, RESULTS OF MEET AND CONFER, AND REQUEST THAT FINAL PRETRIAL CONFERENCE BE CHANGED TO 8/7/24. | 0.20 |
| 06/28/24 | COMPLETE DRAFT OF ANSWER TO  FIRST AMENDED COMPLAINT (18 PAGES), BY PARAGRAPH,  IN ACCORDANCE WITH HEIGHTENED FEDERAL PLEADING STANDARDS | 0.90 |

```
                                    SUBTOTAL for BRENT WILSON    15.20
                                                             ---------

                                              TOTAL Hours    16.90
                                                             =========
```

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| JAMES V MYHRE, Partner | 1.70 | 175.00 | 297.50 |
| BRENT WILSON, Partner | 15.20 | 175.00 | 2,660.00 |

```
                              TOTAL Current Fees    $2,957.50

                              State Tax at 4.71%       139.30
                                                   -------------
                              TOTAL Fees and Tax    $3,096.80


                              Current Invoice Due   $3,096.80
```

```
STATE FARM MUTUAL AUTO INS CO                              Client: STATF
07/03/24                                                   Matter: 23.25
Page 4                                                     Invoice: 48515
```

```
                                         Previous Due        $4,007.42
                                                          -------------
                              TOTAL  Balance Due            $7,104.22
                                                          =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 08/03/24
Invoice : 48574
```

```
STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

--------------------------------------------------------------------------------

Date: 08/03/24
Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 48574

```
Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM
```

For Professional Services Rendered through 07/31/24

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 07/02/24 | REVIEWED AND REVISED DEFENDANT ALFOUADI'S PRETRIAL STATEMENT | 1.00 |
| 07/02/24 | REVIEWED PLAINTIFF'S PRETRIAL CONFERENCE STATEMENT | 0.20 |
| 07/08/24 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ'S 7/8/24 EMAIL RE EXPERT TRIAL TESTIMONY | 0.10 |
| 07/08/24 | TELCON W/ PLAINTIFF'S COUNSEL J WASHKOWITZ RE EXPERT TRIAL TESTIMONY, ESTIMATES FOR LENGTHS OF PLAINTIFF'S AND DEFENDANT'S CASES AND OTHER ISSUES TO ADDRESS AT PRETRIAL CONFERENCE | 0.30 |
| 07/08/24 | REVIEWED COURT'S THIRD AMENDED SCHEDULING ORDER TO DETERMINE DEADLINES FOR TRIAL RELATED MATTERS | 0.20 |
| 07/08/24 | REVIEWED FILE MATERIALS TO DETERMINE STRATEGY FOR WHICH TRIAL RELATED MOTIONS IN LIMINE TO DRAFT IN PREPARATION FOR TRIAL | 1.00 |
| 07/09/24 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ 7/9/24 EMAIL RE PRE-TRIAL CONFERENCE | 0.10 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
08/03/24                                               Matter: 23.25
Page 2                                                 Invoice: 48574
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 07/09/24 | REVIEWED JUDGE MANSFIELD'S MANAGER B AURIO'S 7/9/24 EMAIL RE PRETRIAL CONFERENCE | 0.10 |
| 07/09/24 | PREPARED FOR PRETRIAL CONFERENCE BY REVIEWING THE COURT'S RULE 16, SCHEDULING ORDER, PLAINTIFF'S PRETRIAL STATEMENT, DEFENDANT'S PRETRIAL STATEMENT AND OTHER FILE MATERIALS TO ADDRESS ISSUES ANTICIPATED DURING PRETRIAL CONFERENCE | 1.00 |
| 07/09/24 | ATTEND PRE-TRIAL CONFERENCE VIA PHONE W/ MAGISTRATE JUDGE MANSFIELD, PLAINTIFF'S COUNSEL J WASHKOWITZ AND B WILSON | 1.00 |
| 07/10/24 | DRAFT EMAIL TO CLAIM REPRESENTATIVE J STAHNKE RE INFORMATION OBTAINED DURING PRETRIAL CONFERNCE AND COMMENCEMENT OF TRIAL PREPARATION | 0.20 |
| 07/10/24 | TRIAL PREP-COMMENCED REVIEW OF TILE TO DETERMINE TRIAL EXHIBITS | 4.50 |
| 07/11/24 | REVIEWED COURT'S ORDER REGARDING EXHIBITS, EXHIBIT LISTS AND WITNESS LISTS | 0.10 |
| 07/11/24 | TELCON W/ CLIENT R ALFOUADI AND B WILSON RE TRIAL ISSUES AND STRATEGY | 0.50 |
| 07/11/24 | REVIEWED CLIENT R ALFOUADI'S 7/11/24 EMAIL RE ████ ████ ████████ ██████ | 0.10 |
| 07/11/24 | DRAFT EMAIL TO CLIENT R ALFOUADI RE ████ ████ ████████ ██████ | 0.10 |
| 07/12/24 | REVIEWED JUDGE OTAKE'S 7/11/24 EMAIL RE COURT INSTRUCTIONS ON EXHIBITS | 0.10 |
| 07/12/24 | TELCON W/ PLAINTIFF'S COUNSEL J WASHKOWITZ RE TRAIL EXHIBITS | 0.20 |
| 07/12/24 | DRAFT EMAIL TO PLAINTIFFS' COUNSEL J WASHKOWITZ RE TRIAL EXHIBITS | 0.10 |
| 07/12/24 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOKWITZ 7/12/24 EMAIL RE TRIAL EXHIBIT ISSUE | 0.10 |
| 07/12/24 | CONTINUED REVIEW OF FILE MATERIALS DISCOVERY TO DETERMINE TRIAL EXHIBITS | 3.50 |
| 07/12/24 | COMMENCED DRAFTING OF TRIAL EXHIBIT LIST | 1.00 |
| 07/16/24 | TRIAL PREP-COMMENCED REVIEW OF PLAINTIFF'S DEPOSITION AND INDEXING FOR CROSS-EXAM | 4.50 |
| 07/17/24 | TRIAL PREP- CONTINUED REVIEW OF PLAINTIFF'S DEPOSITION, INDEXING AND CROSS REFERENCING WITH EXHIBITS IN PREPARATION FOR CROSS EXAM | 4.40 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
08/03/24                                             Matter: 23.25
Page 3                                               Invoice: 48574
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 07/17/24 | TRIAL PREP-CONTINUED REVIEW OF FILE MATERIAL TO DETERMINE ADDITIONAL EXHIBITS FOR TRIAL | 2.00 |
| 07/17/24 | TRIAL PREP-CONTINUE DRAFTING OF EXHIBITS LIST | 2.30 |
| 07/18/24 | REVIEWED CLIENT R ALFOUADI'S 7/18/24 EMAIL RE ███████ ███████ | 0.10 |
| 07/19/24 | REVIEWED 50 VIDEOS PROVIDED BY PLAINTIFF TO DETERMINE WHICH WILL BE USED AS EXHIBITS AT TRAIL | 3.00 |
| 07/19/24 | REVISED DEFENDANT'S EXHIBIT LIST INCLUDE PLAINTIFF'S VIDEOS TO BE USED AT TRIAL AND EXHIBITS PROVIDED BY CLIENT | 0.70 |
| 07/22/24 | REVIEWED AND APPROVED DEFENDANT'S MOTION IN LIMINE RE DEFENDANT'S PRIOR BAD ACTS | 0.20 |
| 07/22/24 | REVIEWED AND APPROVED DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PLAINTIFF'S DEPRECIATION OF TRUCK AND OTHER TOOLS/EQUIPMENT USED IN SALVAGE OPERATION | 0.30 |
| 07/22/24 | REVIEW AND REVISED MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S EXPERT'S RELIANCE ON US COAST GUARD RATE SHEET | 0.80 |
| 07/22/24 | REVIEWED AND REVISED DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE INCONSISTENT WITH PLAINTIFF'S ADMISSION RESPONSES | 0.50 |
| 07/22/24 | REVIEWED AND REVISED DEFENDANT'S MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S EXPERT COPPES' OPINIONS ON ENVIRONMENTAL DAMAGE | 0.70 |
| 07/22/24 | REVIEWED/REVISED DEFENDANT'S MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S OPINION ON DEPRECIATION ON TRUCK | 0.30 |
| 07/22/24 | TRIAL PREPS REVIEWED FILE TO DETERMINE ADDITIONAL EXHIBITS | 0.50 |
| 07/22/24 | REVISE/FINALIZE DEFENDANT'S EXHIBITS | 0.30 |
| 07/22/24 | DRAFT EMAIL TO PLAINTIFF'S COUNSEL J WASHKOWITZ RE PLAINTIFF'S AND DEFENDANT'S EXHIBITS | 0.10 |
| 07/22/24 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ'S 7/22/24 EMAIL RE PLAINTIFF AND DEFENANT EXHIBITS | 0.10 |
| 07/22/24 | DRAFT EMAIL TO WITNESS J PRATT RE TRIAL TESTIMONY AND SUBPOENA | 0.10 |
| 07/22/24 | DRAFT EMAIL TO EXPERT W LASCHAEVE RE TRIAL STRATEGY AND TESTIMONY | 0.10 |
| 07/22/24 | TELCON W/ EXPERT W LASHAVE RE TRIAL ISSUES | 0.30 |
| 07/22/24 | TRIAL PREP-REVIEW OF PLAINTIFF'S SALVAGE EXPERT S COPPES DEPOSITION AND INDEXING RELAVANT TESTIMONY WITH EXHIBIT | 2.30 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
08/03/24                                             Matter: 23.25
Page 4                                              Invoice: 48574
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | REFERENCES TO PREPARE FOR CROSS EXAM | |
| 07/23/24 | REVIEWED PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER | 0.30 |
| 07/23/24 | REVIEWED PLAINTIFF'S EX PARTE MOTION TO ADVANCE HEARING ON PLAINTIFF'S MOTION TO AMEND RULE 16 SCHEDULING ORDER | 0.10 |
| 07/23/24 | DRAFT EMAIL TO CLAIM REPRESENTATIVE J STAHNKE RE PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER TO FILE MOTION TO WITHDRAW ADMISSIONS, RELATED ISSUES, DEFENDANT'S MOTIONS IN LIMINE, TRAVEL BY CLIENT AND EXPERT AND CLIENT PER DIEM | 0.30 |
| 07/23/24 | TRIAL PREP-PREPARING CROSS EXAMINATION OF PLAINTIFF'S SALVAGE EXPERT S COPPES BY CONTINUING REVIEW DEPOSITION AND INDEXING WITH EXHIBIT REFERENCES | 2.70 |
| 07/23/24 | TRIAL PREP-COMMENCED REVIEW AND INDEXING OF OFFICER HERNANDEZ DEPOSITION IN PREPARATION FOR CROSS EXAMINATION | 1.50 |
| 07/24/24 | TRIAL PREP-COMPLETED REVIEW AND INDEXING OF OFFICER HERNANDEZ DEPOSITION IN PREPARATION FOR CROSS EXAMINATION | 2.70 |
| 07/24/24 | REVIEWED CLAIM REPRESENTATIVE J STANKHE' 7/24/24 EMAIL RE AUTHORIZED EXPENSES FOR INSURED FOR TRIAL | 0.10 |
| 07/24/24 | REVIEWED CLIENT R ALFOUADI'S 7/24/24 EMAIL RE TRIAL ISSUES | 0.10 |
| 07/24/24 | TELCON W/ DEFENDANT LANGAMAN COUNSEL M LUKE AND S TAKAHASHI RE MOTIONS IN LIMINE TO FILE AND TRIAL STRATEGY | 0.80 |
| 07/24/24 | REVIEWED MAGISTRATE JUDGES MANAGER S JONES 7/24/24 EMAIL RE BRIEF | 0.10 |
| 07/25/24 | TELCON W/ CLIENT R ALFOUADI RE TRIAL PREPARATION AND STRATEGY, PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER, MOTIONS IN LIMINE, PRETRIAL CONFERENCE AND UPCOMING | 0.80 |
| 07/25/24 | DRAFT PRE-TRIAL REPORT TO CLAIM REPRESENTATIVE J STAHNKE | 3.50 |
| 07/25/24 | TELCON W/ WITNESS J PRATT RE TRIAL AND REQUEST FOR TESTIMONY,EFFORTS TO COORDINATE TESTIMONY VIA ZOOM, SUBPOENA FOR ATTENDANCE IN PERSON AND DEPOSITION TESTIMONY | 0.50 |
| 07/26/24 | DRAFT DEFENDANT'S DESIGNATION OF THE DEPOSITION TESTIMONY OF JEFF PRATT | 3.00 |
| 07/29/24 | REVISED/FINALIZED DEFENDANT'S DESIGNATION OF DEPOSITION OR EDWARD UNDERWOOD | 0.30 |
| 07/29/24 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ RE COURT'S ORDER REGARDING EXHIBITS | 0.10 |
| 07/29/24 | DRAFT EMAIL TO PLAINTIFF'S COUNSEL J WASHOKWITZ RE COURTS ORDER ON EXHIBITS | 0.10 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
08/03/24                                               Matter: 23.25
Page 5                                                 Invoice: 48574
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 07/29/24 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ'S 7/29/24 EMAIL RE PLAINTIFF'S POSITION ON DEFENDANT'S EXHIBTS | 0.10 |
| 07/29/24 | DRATTED DEFENDANT'S OBJECTIONS TO PLAINTIFF'S TRAIL EXHIBITS 1 TO 112 | 3.80 |

```
                                SUBTOTAL for JAMES V MYHRE    60.00
```

Services provided by BRENT WILSON

| | | |
|------|----------------------|-------|
| 07/01/24 | ANALYZE ENTIRE RECORD FOR ALL POTENTIAL EXHIBITS TO BE USED IN TRIAL, TO BE DISCLOSED IN FINAL PRETRIAL STATEMENT | 1.50 |
| 07/02/24 | DRAFT SECTION J OF FINAL PRETRIAL STATEMENT, "EXHIBITS, SCHEDULES, AND SUMMARIES" PURSUANT TO REQUIREMENTS IN LOCAL RULE 16.4, REQUIRING A DESCRIPTION OF ALL EXHIBITS, SCHEDULES, AND SUMMARIES TO BE OFFERED AS EXHIBITS AT TRIAL (1.8); DRAFT SECTION K RE: DISCUSSION OF FURTHER DISCOVERY AND MOTIONS PRACTICE (.3); DRAFT SECTION L RE: STIPULATIONS (.1); DRAFT SECTION M RE: AMENDMENTS AND DISMISSALS (.3); DRAFT SECTION N RE: DISCUSSION OF SETTLEMENT EFFORTS TO DATE (.7); DRAFT SECTION O RE: "AGREED STATEMENT" (.1); DRAFT SECTION P RE: BIFURCATION AND SEPARATE TRIAL OF ISSUES (.1); DRAFT SECTION Q RE: REFERENCE TO MASTER OR MAGISTRATE (.2); DRAFT SECTION R RE: APPOINTMENT AND LIMITATIONS OF EXPERTS (.2); DRAFT SECTION S RE: TRIAL (.1); DRAFT SECTION T RE: ESTIMATE OF TRIAL TIME (.1); DRAFT SECTION U RE: CLAIMS OF PRIVILEGE OR WORK PRODUCT (.1); DRAFT SECTION V RE: MISC. (.2). | 5.30 |
| 07/02/24 | ANALYZE RECORD RE:  LEGAL MERIT AND FACTS IN SUPPORT FOR MOTION IN LIMINE RE: EXCLUSION OF ALL EVIDENCE AND TESTIMONY CONTRARY TO MATTERS DEEMED ADMITTED IN DEFENDANT'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES | 2.10 |
| 07/03/24 | CONTINUE ANALYSIS OF LEGAL MERIT AND FACTS IN SUPPORT FOR MOTION IN LIMINE TO EXCLUDE ARGUMENT OR TESTIMONY CONTRARY TO THE FACTUAL MATTERS DEEMED ADMITTED BASED ON LOCAL RULES REGARDING SUFFICIENCY OF ELECTRONIC SERVICE OF ADMISSIONS (.5); WHAT CONSTITUTES CONSENT TO ELECTRONIC SERVICE UNDER | 1.50 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
08/03/24                                             Matter: 23.25
Page 6                                               Invoice: 48574
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | FRCP RULE 5 (.4) WHETHER FRCP RULE 6 REQUIRES ADDITIONAL DAYS TO RESPOND (.6) | |
| 07/03/24 | DRAFT MIL NO. 1 RE: EXCLUDE PLAINTIFF FROM INTRODUCING EVIDENCE OR TESTIMONY CONTRARY TO THE MATTERS PREVIOUSLY DEEMED ADMITTED IN DEFENDANT'S FIRST REQUEST FOR ANSWERS TO ADMISSIONS. | 3.10 |
| 07/05/24 | REVISE ANSWER (ADDITIONAL AFFIRMATIVE DEFENSES BASED ON PLAINTIFFS DEPO TESTIMONY; DEEMED ADMISSIONS) TO FIRST AMENDED COMPLAINT (.4); DRAFT CERTIFICATE OF SERVICE (.2) | 0.60 |
| 07/05/24 | DRAFT DECLARATION OF COUNSEL FOR MIL NO. 1 (.4); DRAFT EXHIBITS A-E (.8) | 1.20 |
| 07/09/24 | ATTENDED MANDATORY PRETRIAL CONFERENCE | 0.40 |
| 07/09/24 | ANALYZE LEGAL MERIT OF MIL NO. 2 RE: EXCLUDE PLAINTIFFS' EXPERT FROM INTRODUCING TESTIMONY OR EVIDENCE REGARDING ENVIRONMENTAL SALVAGE DAMAGES, PER FRCP RULES 702/703/403, BASED ON LACK OF SUPPORTING FACTS OR DEPENDABLE METHODOLOGY IN PLAINTIFF'S EXPERT REPORT (1.3); DEPOSITION TESTIMONIES OF DEPARTMENT OF LAND AND NATURAL RESOURCES REPRESENTATIVES (1.6); DEPOSITION TESTIMONY OF PLAINTIFF DEMAREST (1.0) EXPERT TESTIMONY OF WILLIAM LASCHAEVE (.6) | 4.50 |
| 07/10/24 | EMAILS TO/FROM INSURED RE: STATUS OF PRETRIAL CONFERENCE, ███████████ | 0.20 |
| 07/10/24 | DRAFT  MIL NO. 2 RE: EXCLUDE PLAINTIFFS' EXPERT FROM INTRODUCING TESTIMONY OR EVIDENCE REGARDING ENVIRONMENTAL SALVAGE DAMAGES, PER FRCP RULES 702/703/403 (1.4); DRAFT DECLARATION OF COUNSEL (.3); DRAFT CERTIFICATE OF SERVICE (.1); DRAFT EXHIBITS A-C (.4). | 2.20 |
| 07/11/24 | EMAILS TO/FROM INSURED, R. ALFOUADI, RE: ██████████████████████████████████████ | 0.20 |
| 07/11/24 | ANALYZE LEGAL ARGUMENTS AND SUPPORTING FACTS PRESENTED BY INSURED IN HIS WRITTEN REBUTTAL (26 PGS) TO PLAINTIFFS FIRST AMENDED COMPLAINT FOR USE DURING CROSS EXAM OF PLAINTIFF | 1.40 |
| 07/11/24 | ANALYZE LEGAL MERIT OF MIL NO. 3 RE: EXCLUSION OF DEFENDANT'S PRIOR CRIMINAL CITATIONS, WRONGS, OR BAD ACTS, PURSUANT TO FRCP RULE 403 AND 404, BASED ON DEFENDANT'S DEPOSITION TESTIMONY (.7); STATE RECORDS (.4) | 1.10 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
08/03/24                                               Matter: 23.25
Page 7                                                 Invoice: 48574
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 07/11/24 | DRAFT  MIL NO. 3 RE: EXCLUSION OF DEFENDANT'S PRIOR CRIMINAL CITATIONS, WRONGS, OR BAD ACTS, PURSUANT TO FRCP RULE 403 AND 404 (.8); DRAFT DECLARATION OF COUNSEL (.3); DRAFT CERTIFICATE OF SERVICE (.1); DRAFT EXHIBITS A-C (.3). | 1.50 |
| 07/12/24 | EMAILS TO/FROM INSURED RE: FURTHER DISCUSSION ABOUT INSURED'S RESPONSE/COMMENTS TO ████████████████ ████████████████; | 0.30 |
| 07/12/24 | ANALYZE LEGAL MERIT OF MIL NO. 4, RE: TO EXCLUDE PLAINTIFF DEMAREST'S TESTIMONY AND EVIDENCE AS TO THE DEPRECIATION OF VEHICLES, TOOLS, AND/OR MATERIALS USED DURING SALVAGE OPERATIONS, BASED ON:  PLAINTIFF'S FINANCIAL DOCUMENTS IN SUPPORT OF DAMAGES (.6); PLAINTIFF'S DEPOSITION TESTIMONY REGARDING METHODOLOGY BY WHICH DEPRECIATION WAS CALCULATED (.7); PLAINTIFF'S LACK OF PROFESSIONAL CERTIFICATION QUALIFYING HIM AS AN EXPERT (.2);  THE LACK OF SUPPORTING FACTS AND UNDEPENDABLE METHODOLOGY USED IN PLAINTIFF'S EXPERT REPORTS REGARDING DEPRECIATION (.6); DEPOSITION OF PLAINTIFF'S EXPERT RE: DEPRECIATION CALCULATIONS (.9); APPLICABLE FEDERAL CASES REQUIRING EXPERT OPINION FOR DEPRECIATION DAMAGES (.8) | 3.80 |
| 07/17/24 | ANALYZE ADDITIONAL ARGUMENTS/COMMENTS REGARDING SEVERAL OF PLAINTIFF'S PHOTOGRAPHS AND VIDEOS SUBMITTED BY INSURED R. ALFOUADI | 1.10 |
| 07/17/24 | ANALYZE LEGAL MERIT OF MIL NO. 5, RE: TO PRECLUDE PLAINTIFF'S EXPERT WITNESS, SEBASTIAN COPPES, FROM PRESENTING TESTIMONY OR EVIDENCE OF DEPRECIATION EXPENSE, PURSUANT TO RULES 701/702/403 BASED ON: COPPES' NO FACTS, UNRELIABLE METHODOLOGY USED IN EXPERT REPORT TO DETERMINE DEPRECIATION VALUE OF SUBJECT TRUCK USED IN SALVAGE WORTK (1.1); DEPOSITION OF PLAINTIFF (.6); DEPOSITION OF COPPES (.5); EXPERT REPORT OF WILLIAM LASCHAEVE (.3); FEDERAL CASES PRECLUDING EXPERT TESTIMONY BASED ON NO FACTS, NO INDEPENDENT ANALYSIS, AND MERELY "PARROTING" CONCLUSIONS OF ANOTHER (.8). | 3.30 |
| 07/17/24 | DRAFT MIL NO. 5, RE: TO PRECLUDE PLAINTIFF'S EXPERT WITNESS, SEBASTIAN COPPES, FROM PRESENTING TESTIMONY OR | 2.20 |

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
08/03/24                                               Matter: 23.25
Page 8                                                 Invoice: 48574


| Date | Professional Services | Hours |
|------|----------------------|-------|
| | EVIDENCE OF DEPRECIATION EXPENSE, PURSUANT TO RULES 701/702/403 (1.6); DRAFT DECLARATION OF COUNSEL (.3); DRAFT EXHIBITS A-B (.2); DRAFT CERTIFICATE OF SERVICE (.1) | |
| 07/18/24 | ANALYZE LEGAL MERIT OF MIL NO. 6 RE: TO EXCLUDE PLAINTIFF'S EXPERT'S TESTIMONY REGARDING U.S. COAST GUARD BASIC ORDER RATES, BASED ON:  UNRELIABLE FACTS AND METHODOLOGY USED IN EXPERT REPORT (.3); NO FACTUAL SUPPORT IN THE RECORD OF RELIANCE ON BOA RATES BY THE PARTIES (1.1); PLAINTIFF'S DEPOSITION (.6); DEFENDANT'S DEPOSITION (.7); COPPES' DEPOSITION (.7); DEFENDANT'S EXPERT REPORT (.4) DEPOSITION OF WILLIAM LASCHAEVE (.6) | 4.40 |
| 07/18/24 | DRAFT MIL NO. 6 RE: TO EXCLUDE PLAINTIFF'S EXPERT'S TESTIMONY REGARDING U.S. COAST GUARD BASIC ORDER RATES (1.5); DRAFT DECLARATION OF COUNSEL (.3); DRAFT EXHIBITS A-F (.4); DRAFT CERTIFICATE OF SERVICE (.1). | 2.30 |
| 07/19/24 | ANALYZE LEGAL ISSUES RE: LIABILITY, DAMAGES, AFFIRMATIVE DEFENSES, CONTRACT FORMATION BASED ON PLAINTIFF'S OVERDUE (BY 5 MONTHS) RESPONSES TO DEFENDANT'S RULE 36 REQUEST FOR ADMISSIONS | 0.80 |
| 07/22/24 | REVISE MILS NOS. 1 & 2 | 0.50 |
| 07/23/24 | ANALYZE LEGAL ISSUES, ARGUMENTS, AND AUTHORITIES PRESENTED IN PLAINTIFFS' MOTION TO AMEND THE SCHEDULING ORDER, AND GRANT PLAINTIFFS LEAVE TO FILE MOTION TO WITHDRAW ADMISSIONS; EXHIBITS ATTACHED THERETO (1.1); ANALYZE EX PARTE MOTION TO SHORTEN TIME AND BASIS FOR MOTION (.2) | 1.30 |
| 07/23/24 | ANALYZE PLAINTIFFS' ARGUMENTS IN MOTION TO AMEND RE: THE CORRECT LEGAL STANDARD FOR RULE 16(B) MOTION TO AMEND (.7); WHETHER GOOD CAUSE UNDER RULE 16(B) MAY INCLUDE CONSIDERATION OF ELEMENTS UNDER RULE 36(B) (1.1); BASIS FOR A FINDING OF GOOD CAUSE/DILIGENCE UNDER RULE 16(B) (.6);WHETHER PLAINTIFFS' PROFFERED LEGAL STANDARD WOULD BE AN ABUSE OF DISCRETION IF APPLIED BY THE COURT (.7); WHETHER DEFENDANT HAD A DUTY TO ADVISE PLAINTIFF OF THE OVERDUE ADMISSIONS RESPONSES (.6), BASED ON 9TH CIRCUIT AND EXTRA JURISDICTIONAL DECISIONS | 3.70 |
| 07/24/24 | CONTINUE ANALYSIS OF PLAINTIFFS' ARGUMENTS IN MOTION TO AMEND RE: WHETHER PLAINTIFF WOULD PREVAIL ON A RULE 36(B) | 4.20 |

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
08/03/24                                               Matter: 23.25
Page 9                                                 Invoice: 48574

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | MOTION TO WITHDRAW ADMISSIONS (.8); PROPER LEGAL STANDARD IN 9TH CIRCUIT (.6); FACTUAL BASIS FOR ESTABLISHING PREJUDICE UNDER SECOND RULE 36(B) PRONG (1.3) ; WHETHER PLAINTIFFS FAILURE TO SHOW GOOD CAUSE FOR THEIR DELAY WEIGHS AGAINST GRANTING MOTION AND TO WHAT EXTENT (1.5), BASED ON 9TH CIRCUIT AND EXTRA JURISDICTIONAL CASES | |
| 07/24/24 | DRAFT FINAL COMPREHENSIVE WITNESS LIST. | 0.90 |
| 07/25/24 | BEGIN DRAFT OF OPPOSITION TO PLAINTIFFS' MOTION TO AMEND: INTRODUCTION (.5); PROCEDURAL BACKGROUND (1.1); LEGAL STANDARD (.5); ARGUMENT; MOTION FAILS; NO GOOD CAUSE OR SHOWING OF DILIGENCE (1.6); APPLICATION OF PLAINTIFFS' LEGAL STANDARD IS AN ABUSE OF DISCRETION (1.3); DEFENDANT HAD NO DUTY TO ADVISE PLAINTIFF OF UNTIMELY ADMISSIONS (1.0) | 6.00 |
| 07/26/24 | EMAILS TO/FROM INSURED RE: STATUS OF AVAILABILITY OF KEY WITNESSES ███████████████████████████████████ | 0.20 |
| 07/26/24 | DRAFT DEPO DESIGNATION FOR DLNR WITNESS EDWARD UNDERWOOD | 1.70 |
| 07/26/24 | CONTINUE DRAFT OF OPPOSITION TO PLAINTIFFS' MOTION TO AMEND:  PLAINTIFFS' MOTION TO WITHDRAW UNDER RULE 36(B) WOULD FAIL (.8); DEFENDANT ESTABLISHES REQUISITE PREJUDICE UNDER SECOND PRONG OF 36(B) (1.7); FAILURE TO SHOW GOOD CAUSE WEIGHS AGAINST GRANTING MOTION TO WITHDRAW (1.4); CONCLUSION (.2) | 4.10 |
| 07/29/24 | CONTINUE DRAFT OF OPPOSITION TO PLAINTIFFS' MOTION TO AMEND; DECLARATION OF COUNSEL (.6); EXHIBITS A - E (.9); CERTIFICATE OF SERVICE (.2) | 1.70 |
| 07/29/24 | BEGIN DRAFT OF TRIAL BRIEF:  INTRODUCTION (.5); FACTUAL BACKGROUND (1.7); DEFENDANT'S POSITION REGARDING LIABILITY, RE: COUNT I (ORAL CONTRACT) (2.7); COUNT II (IMPLIED CONTRACT) (1.8) | 6.70 |
| 07/30/24 | CONTINUE DRAFT OF TRIAL BRIEF: DEFENDANT'S POSITION REGARDING LIABILITY, RE: COUNT III (QUANTUM MERUIT) (1.2); COUNT IV (PURE SALVAGE) (1.5); FORESEEABLE EVIDENTIARY ISSUES (1.7); DEFENDANT'S POSITION REGARDING DAMAGES (2.1) | 6.50 |

                                        SUBTOTAL for BRENT WILSON    82.50

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
08/03/24                                             Matter: 23.25
Page 10                                             Invoice: 48574
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | | |

```
                                        TOTAL Hours    142.50
                                                       =========
```

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| JAMES V MYHRE, Partner | 60.00 | 175.00 | 10,500.00 |
| BRENT WILSON, Partner | 82.50 | 175.00 | 14,437.50 |

```
                        TOTAL Current Fees      $24,937.50

                        State Tax at 4.71%        1,174.56
                                                 ------------
                        TOTAL Fees and Tax      $26,112.06

                            Less ADVANCE           479.20cr
                                                 ------------
                Net Current Fees and Tax        $25,632.86


                        Current Invoice Due     $25,632.86

                             Previous Due        $3,649.33
                                                 ------------
                        TOTAL Balance Due       $29,282.19
                                                 =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 09/05/24
Invoice : 48623


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

--------------------------------------------------------------------------

                                                      Date: 09/05/24
       Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 48623

       Claims Manager: Jay Stahnke
       Insured Party : Raied J. Alfouadi
       Claimant      : D. Demarest & Green Moutain
       Claim Number  : 5136K881H
       Court Number  : CV 22-00064 JAO-KJM

       For Professional Services Rendered through 08/31/24

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 08/01/24 | REVIEWED FILE IN PREPARATION FOR FILE CONFERENCE | 0.50 |
| 08/01/24 | TELCON W/ CLAIM MANAGER S MCALISTER, J STAHNKE AND B WILSON RE PRETRIAL FILE CONFERENCE | 0.70 |
| 08/05/24 | REVIEWED JUDGE MANSFIELD'S ORDER DENYING PLAINTIFF'S MOTION TO AMEND THE COURT'S SCHEDULING ORDER TO PERMIT FILING OF MOTION TO WITHDRAWAL ADMISSIONS | 0.30 |
| 08/05/24 | REVIEWED JUDGE OTAKE'S ORDER CONVERTING PRETRIAL CONFERENCE TO STATUS CONFERENCE AND CONFIRMING ONLY MOTION THAT WILL BE HEARD IS DEFENDANT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE CONTRARY TO PLAINTIFF'S ADMISSIONS | 0.10 |
| 08/05/24 | DRAFT EMAIL TO CLAIM REPRESENTATIVE J STANKE RE JUDGE MANSFIELD AND JUDGE OTAKE'S ORDERS AND RAMIFICATIONS ON CASE | 0.30 |
| 08/06/24 | TELCON W/ J STANKE RE COURTS ORDERS DENYING PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER, HEARING ON MOTION IN LIMINE AND CONVERTING PRETRIAL CONFERENCE TO STATUS | 0.50 |

```
STATE FARM MUTUAL AUTO INS CO                    Client: STATF
09/05/24                                         Matter: 23.25
Page 2                                          Invoice: 48623
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | CONFERENCE | |
| 08/07/24 | PREPARED FOR STATUS CONFERNCE AND HEARING ON DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE CONTRARY TO MATTERS DEEMED ADMITTED BY REVIEWING PRETRIAL STATEMENT SUBMITTED BY THE PARTIES, DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE CONTRARY TO MATTERS DEEMED ADMITTED, PLAINTIFF'S OPPOSITION AND DEFENDANT'S REPLY, THE COURT'S ORDER DENYING PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER TO PERMIT FILING MOTION TO WITHDRAW ADMISSIONS, JUDGE OTAKE'S ORDER REGARDING STATUS CONFERENCE | 1.30 |
| 08/07/24 | ATTEND STATUS CONFERNCE AND HEARING ON DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE CONTRARY TO PLAINTIFF'S ADMISSIONS (TRAVEL TIIME EXCLUDED) | 1.50 |
| 08/07/24 | TELCON W/ CLAIM REPRESENTATIVE J STAHNKE RE COURT'S GRANTING OF DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE CONTRARY TO PLAIN | 0.60 |
| 08/07/24 | TELCON W/ CLIENT R ALFOUADI RE SETTLEMENT CONFERENCE | 0.40 |
| 08/09/24 | REVIEWED VARIOUS PROVISIONS IN FEDERAL RULES OF CIVIL PROCEDURE TO FORMULATE STRATEGY TO HAVE CASE RESOLVED IN DEFENDANT'S FAVOR GIVEN THE COURT'S ORDER DENYING PLAINTIFF'S MOTION TO AMEND SCHEDULING TO PERMIT FILING OF MOTION TO WITHDRAW ADMISSIONS AND ORDER GRANTING DEFENDANT'S MOTION TO PRECLUDE PLAINTIFF FROM PRESENTING EVIDENCE CONTRARY TO PLAINTIFF'S ADMISSIONS | 1.00 |
| 08/09/24 | REVIEWED/REVISED DEFENDANT'S BRIEF ON EFFECT OF PLAINTIFF'S ADMISSIONS AND COURT'S ORDER PRECLUDING EVIDENCE CONTRARY TO ADMISSIONS ON PLAINTIFF'S CLAIMS | 1.00 |
| 08/12/24 | REVIEWED COURT'S NOTICE OF DEFENDANT ALFOUADI'S BRIEF ON EFFECT OF COURTS GRANTING DEFENDANT ALFOUADI'S MOITON TO EXCLUDE EVIDENCE CONTRARY TO PLAINTIFF'S ADMISSIONS ON PLAINTIFF'S CLAIMS | 0.10 |
| 08/12/24 | REVIEWED COURT'S NOTICE OF FILING OF PLAINTIFF'S BRIEF ON REMAINING ISSUES | 0.10 |
| 08/12/24 | REVIEWED MAGISTRATE MANSFIELD ASSISTANT S JONE'S 8/12/24 EMAIL RE SETTLEMENT CONFERENCE | 0.10 |
| 08/14/24 | TELCON W/ CLAIM REPRESENTATIVE J STANKE RE PLAINTIFF AND DEFENDANT'S BRIEF ON POSITION ON WHAT REMAINS OF | 0.30 |

```
STATE FARM MUTUAL AUTO INS CO                    Client: STATF
09/05/24                                         Matter: 23.25
Page 3                                           Invoice: 48623
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | PLAINTIFF'S CLAIMS GIVEN RECENT COURT ORDER, PLAINTIFF'S MOTION TO RECONSIDER COURT'S ORDER AND TO GRANT INTERLOCUTORY APPEAL | |
| 08/14/24 | DRAFT EMAIL TO CLAIM REPRESENTATIVE J STAHNKE RE SETTLEMENT CONFERENCE | 0.10 |
| 08/15/24 | REVIEWED CLAIM REPRESENTATIVE J STAHNKE'S 8/15/24 EMAIL RE SETTLEMENT CONFERENCE | 0.10 |
| 08/15/24 | TELCON W/ CLIENT R ALFOUADI RE SETTLEMENT CONFERENCE | 0.30 |
| 08/15/24 | ATTEND SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE MANSFIELD VIA VIDEO CONFERENCE | 0.70 |
| 08/19/24 | REVIEWED/REVISED DEFENANT ALFOUADI'S MEMO IN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANT'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF MATTER'S ADMITTED BY PLAINTIFF AND FOR INTERLOCUTORY APPEAL | 0.50 |
| 08/19/24 | REVIEWED MAGISTRATE MANSFIELD'S ORDER REGARDING SETTLEMENT CONFERENCE | 0.10 |
| 08/27/24 | REVIEWED COURT'S ORDER ON FURTHER BENCH TRIAL IN PREPARATION FOR MEETING W/ PLAINTIFF'S COUNSEL TO DISCUSS BENCH TRIAL PROCEDURES | 0.10 |
| 08/27/24 | REVIEWED DEFENDANT'S MOTIONS IN LIMINE NOS 2-6 TO DETERMINE WHETHER CAN BE WITHDRAWN GIVEN COURT'S INSTRUCTIONS ON BENCH TRIAL AND OTHER FILE MATERIALS IN PREPARATION FOR MEETING WITH PLAINTIFF'S COUNSEL | 0.70 |
| 08/27/24 | TELCON W/ PLAINTIFF'S COUNSEL J WASHKOWITZ AND B WILSON RE ISSUES RELATED TO JUDGE OTAKE' ORDER REGARDING BENCH TRIAL | 0.50 |
| 08/27/24 | REVIEWED ADDITIONAL COURT ORDERS AND BRIEFS ON PLAINTIFF'S MOTION TO RECONSIDER AND INTERRLOCUTORY APPEAL BASED TO ADDRESS ISSUES BASED ON THE MEET AND CONFER PLAINTIFF'S COUNSEL | 0.50 |
| 08/27/24 | TELCON W/ PLAINTIFF' COUNSEL J WASHKOWITZ RE COURT'S ORDER STATING HER AGREEMENT W/ THE PARTIES POSITION THAT THE GRANTING OF DEFENDANT'S MOTION IN LIMINE IS FATAL TO PLAINTIFF'S CLAIM AND ITS EFFECT ON BENCH TRIAL PROCEDURE | 0.20 |
| 08/30/24 | REVIEWED COURT'S ORDER SETTING STATUS CONFERNCE TO ADDRESS BENCH TRIAL | 0.10 |
| 08/30/24 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ'S 8/30/24 EMAIL RE REQUESTING CLARIFICATION ON STATUS CONFERENCE | 0.10 |

```
STATE FARM MUTUAL AUTO INS CO                    Client: STATF
09/05/24                                         Matter: 23.25
Page 4                                           Invoice: 48623
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/30/24 | REVIEWED COURT'S 8/30/24 EMAIL RE RESPONDING TO PLAINTIFF'S COUNSEL REQUEST FOR CLARIFICATION | 0.30 |
| 08/30/24 | REVIEWED COURT'S 8/30/24 EMAIL RE VIDEO LINK FOR STATUS CONFERENCE AND COURT INSTRUCTIONS FOR VIDEO CONFERENCE HEARINGS | 0.10 |

```
                              SUBTOTAL for JAMES V MYHRE    13.20
```

Services provided by BRENT WILSON

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/01/24 | PRETRIAL MEETING WITH ADJUSTER AND SUPERVISOR | 0.60 |
| 08/01/24 | CONTINUE DRAFT OF TRIAL BRIEF:  DRAFT EXHIBITS; DRAFT CERTIFICATE OF SERVICE | 3.70 |
| 08/02/24 | DRAFT BRIEF RE: UNCLEAN HANDS, EQUITABLE AFFIRMATIVE DEFENSES TO CONTRACT AND PURE SALVAGE CLAIMS | 1.40 |
| 08/02/24 | BEGIN DRAFT OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW | 4.70 |
| 08/05/24 | CONTINUE DRAFT OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW | 4.10 |
| 08/05/24 | ANALYZE LEGAL BASIS FOR COURT'S ORDER DENYING PLAINTIFF'S MOTION TO AMEND SCHEDULING AND LEAVE TO WITHDRAW ADMISSIONS | 0.50 |
| 08/05/24 | ANALYZE JUDGE OTAKE'S ORDER AMENDING FINAL PRETRIAL CONFERENCE FOLLOWING MAGISTRATE'S DENIAL OF PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER | 0.30 |
| 08/05/24 | EMAILS TO/FROM COURT MANAGER RE: REVISED SCOPE OF FINAL PRETRIAL CONFERENCE; LIMITED TO MIL NO. 1 AND DISCUSSION OF TRIAL DATE; RESCHEDULE TRIAL | 0.30 |
| 08/05/24 | EMAILS TO/FROM INSURED RE: COURT ORDER DENYING PLAINTIFFS MOTION TO AMEND SCHEDULING ORDER; REVISED COURT CALENDAR, TRIAL WILL LIKELY BE TAKEN OFF CALENDAR; STATUS OF LITIGATION GIVEN ORDER | 0.50 |
| 08/05/24 | DRAFT REPORT TO ADJUSTER RE: ORDER TO DENY MOTION TO AMEND SCHEDULING ORDER | 0.40 |
| 08/05/24 | ANALYZE LEGAL BASIS AND ARGUMENT FOR PLAINTIFF'S OBJECTION TO MAGISTRATE'S ORDER DENYING MOTION TO AMEND | 0.70 |

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
09/05/24                                               Matter: 23.25
Page 5                                                Invoice: 48623


| Date | Professional Services | Hours |
| --- | --- | --- |
| 08/06/24 | DRAFT REBUTTAL ARGUMENTS AND LAW TO PLAINTIFF'S OBJECTION TO MAGISTRATE'S ORDER DENYING MOTION TO AMEND IN PREPARATION FOR 8/7 HEARING | 1.20 |
| 08/06/24 | ANALYZE FACTUAL BASIS, LEGAL ARGUMENTS, AND PLAINTIFF'S OPPOSITION TO MIL NO. 1 IN PREPARATION FOR 8/7 HEARING | 2.60 |
| 08/06/24 | DRAFT ORAL ARGUMENT OUTLINE RE: MIL NO. 1; PLAINTIFF'S REBUTTAL TO MAGISTRATE'S ORDER DENYING MOTION TO AMEND | 0.80 |
| 08/06/24 | REVIEW STATE FARM DOCUMENTS RECEIVED FROM RAIED RE: COVERAGE | 0.30 |
| 08/06/24 | MEETING WITH RAIED RE:COVERAGE DOCUMENTS REC'D FROM STATE FARM | 0.30 |
| 08/07/24 | ATTENDED ORAL ARGUMENTS FOR MIL NO. 1; ARGUED MOTION; ARGUED OPPOSITION TO PLAINTIFF'S OBJECTION TO ORDER DENYING MOTION TO AMEND SCHEDULING ORDER; ATTENDED STATUS CONFERENCE | 1.50 |
| 08/07/24 | CONFERENCE WITH CLIENT RE: MIL NO. 1; OUTCOME OF ORAL ARGUMENTS; IMPACT ON LITIGATION | 0.40 |
| 08/07/24 | PHONE CONFERENCE WITH INSURED RE: COURT ORDERED FURTHER SETTLEMENT CONFERENCE | 0.40 |
| 08/07/24 | EMAILS TO/FROM ADJUSTER J. STAHNKE, RE: COURT-ORDERED FURTHER SETTLEMENT CONFERENCE | 0.20 |
| 08/07/24 | PHONE CONFERENCE WITH COUNSEL FOR SF COVERAGE, B. PETRUS, RE: COURT MANDATED FURTHER SETTLEMENT CONFERENCE | 0.20 |
| 08/07/24 | REVIEW AND ANALYZE LEGAL BASIS FOR COURT'S OVERRULING OF PLAINTIFF'S OBJECTION TO MAGISTRATE'S ORDER DENYING PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER | 0.30 |
| 08/07/24 | BEGIN REVIEW OF LEGAL ELEMENTS UNDERLYING PLAINTIFF'S COUNTS I-IV FOR COURT-ORDERED BRIEF ADDRESSING THE ISSUE OF WHICH, IF ANY, COUNTS REMAIN AFTER THE COURT'S ORDER GRANTING DEFENDANT'S MIL NO;1; RECOMMENDED PROCEDURAL NEXT STEPS WITH CITATION TO FEDERAL RULES OF CIV. PRO. AND RELEVANT 9TH CIRCUIT CASE LAW. | 1.70 |
| 08/08/24 | BEGIN DRAFT OF COURT-ORDERED BRIEF RE: WHICH, IF ANY, OF PLAINTIFF'S CLAIMS I-IV REMAIN FOLLOWING THE COURT'S GRANTING OF MIL NO. 1 | 3.70 |
| 08/09/24 | CONTINUE DRAFT OF COURT-ORDERED BRIEF RE: WHICH, IF ANY, OF PLAINTIFF'S CLAIMS I-IV REMAIN FOLLOWING THE COURT'S | 4.10 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
09/05/24                                             Matter: 23.25
Page 6                                               Invoice: 48623
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | GRANTING OF MIL NO. 1; DRAFT INTRODUCTION; DRAFT LEGAL STANDARD; DRAFT PROCEDURAL METHODS AVAILABLE TO THE COURT TO DISMISS CASE AS SOON AS POSSIBLE; DRAFT CONCLUSION; EXHIBITS | |
| 08/12/24 | REVISE COURT-ORDERED BRIEF RE: IMPACT OF COURT'S GRANTING MIL NO. 1 ON COUNTS I-IV; PROCEDURAL NEXT STEPS; DRAFT TABLE OF CONTENTS AND AUTHORITIES PER LOCAL RULE REQUIREMENTS | 1.50 |
| 08/12/24 | EMAILS TO/FROM COURT MANAGER RE:ACCOMODATIONS FOR REMOTE ACCESSIBILITY FOR RAIED; INTERNET CONNECTION IN LAHAINA VERY LIMITED; REQUEST APPROVAL FOR PHONE APPEARANCE AT UPCOMING SETTLEMENT CONFERENCE | 0.30 |
| 08/13/24 | ANALYZE LEGAL BASIS AND ARGUMENTS MADE BY PLAINTIFFS IN THEIR MOTIONS FOR RECONSIDERATION OF 1) THE COURT'S ORDER DENYING PLAINTIFFS' MOTION TO AMEND; 2) THE COURT'S ORDER GRANTING MIL NO. 1; AND PLAINTIFFS' MOTIONS FOR INTERLOCUTORY APPEALS RE: BOTH ISSUES ABOVE PLUS THE COURT'S OVERRULING OF PLAINTIFF'S OBJECTION TO COURT'S ORDER DENYING MOTION TO AMEND | 2.20 |
| 08/14/24 | RE: DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR RECONSIDERATION AND INTERLOCUTORY APPEAL:  ANALYZE PROPER LEGAL STANDARD FOR LOCAL RULE 60.1 MOTION FOR RECONSIDERATION BASED ON 9TH CIR. LAW (1.0)ANALYZE PROPER LEGAL STANDARD FOR MOTION FOR INTERLOCUTORY APPEAL BASED ON 9TH CIR. LAW, RULE 54(B), AND 28 U.S.C. 1292(B) (1.2); ALL PREAUTHORIZED BY ADJUSTER | 2.20 |
| 08/14/24 | DRAFT LEGAL STANDARDS FOR DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR RECONSIDERATION AND INTERLOCUTORY APPEAL | 1.10 |
| 08/14/24 | DRAFT FACTUAL AND PROCEDURAL BACKGROUND  FOR DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR RECONSIDERATION AND INTERLOCUTORY APPEAL | 1.60 |
| 08/14/24 | BEGIN DRAFT OF ARGUMENT SECTION FOR DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR RECONSIDERATION AND INTERLOCUTORY APPEAL:  MOTION FOR RECON. SHOULD BE DENIED (PLAINTIFF'S FAIL TO SATISFY THEIR BURDEN RE: COURT'S ORDER DENYING MOTION TO AMEND AND ANALOGOUS 9TH CIR. LAW) | 2.90 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
09/05/24                                               Matter: 23.25
Page 7                                                Invoice: 48623
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/15/24 | ATTENDED FURTHER SETTLEMENT CONFERENCE | 0.70 |
| 08/15/24 | CONTINUE DRAFT OF ARGUMENT SECTION FOR DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR RECONSIDERATION AND INTERLOCUTORY APPEAL:  MOTION FOR RECON. SHOULD BE DENIED (PLAINTIFF'S FAIL TO SATISFY THEIR BURDEN RE: COURT'S ORDER GRANTING MIL NO. 1 AND ANALOGOUS 9TH CIR. LAW) | 3.30 |
| 08/15/24 | CONTINUE DRAFT OF ARGUMENT SECTION FOR DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR RECONSIDERATION AND INTERLOCUTORY APPEAL:  PLAINTIFFS CANNOT ABSOLVE THEMSELVES OF THEIR OWN PROCEDURAL MISDEEDS JUST BECAUSE THE TRIAL DATE WAS TAKEN OFF CALENDAR | 1.60 |
| 08/16/24 | CONTINUE DRAFT OF ARGUMENT SECTION FOR DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR RECONSIDERATION AND INTERLOCUTORY APPEAL:  COURT SHOULD DECLINE TO CERTIFY INTERLOCUTORY APPEALS (COURT'S ORDER DENYING MOTION TO AMEND AND ANALOGOUS 9TH CIR. LAW) | 1.60 |
| 08/16/24 | CONTINUE DRAFT OF ARGUMENT SECTION FOR DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR RECONSIDERATION AND INTERLOCUTORY APPEAL:  COURT SHOULD DECLINE TO CERTIFY INTERLOCUTORY APPEALS (COURT'S ORDER OVERRULING PLAINTIFF'S OBJECTION; COURT'S ORDER GRANTING MIL NO. 1 ) | 2.80 |
| 08/16/24 | DRAFT CONCLUSION; DRAFT TABLE OF CONTENTS PER LOCAL RULE; DRAFT TABLE OF AUTHORITIES PER LOCAL RULE; | 3.20 |
| 08/19/24 | REVISE OPPOSITION TO PLAINTIFFS MOTIONS FOR RECONSIDERATION AND INTERLOCUTORY APPEAL; DRAFT CERTIFICATE OF SERVICE | 1.70 |
| 08/20/24 | EMAILS TO/FROM PLAINTIFFS' COUNSEL RE: PLAINTIFFS' REQUEST TO REDACT DRIVERS LICENSE NUMBER FROM PREVIOUS FILING | 0.30 |
| 08/22/24 | ANALYZE LEGAL BASIS AND ARGUMENTS IN PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTIONS FOR RECONSIDERATION AND INTERLOCUTORY APPEAL | 0.70 |
| 08/23/24 | ANALYZE COURT'S ORDER DENYING PLAINTIFFS' MOTIONS FOR RECONSIDERATION AND INTERLOCUTORY APPEAL | 0.50 |
| 08/23/24 | EMAILS TO/FROM RAIED RE: STATUS OF LITIGATION AND IMPACT OF COURT'S RECENT DECISIONS ON PLAINTIFFS' MOTIONS | 0.30 |
| 08/27/24 | EMAILS AND PHONE CONFERENCES WITH PLAINTIFFS' COUNSEL RE: MEET AND CONFER ABOUT COURT'S PROPOSED PROCEDURAL STEPS TO CLOSE MATTER | 0.40 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
09/05/24                                             Matter: 23.25
Page 8                                               Invoice: 48623
```

```
     Date                Professional Services                    Hours
   --------   ------------------------------------------------   --------
08/28/24   DRAFT JOINT STATEMENT OF THE PARTIES RE: COURT'S PROPOSED     1.00
           PROCEDURAL STEPS TO CLOSE CASE
08/28/24   MEETING WITH RETAINED EXPERT DUANE SEABOLT TO REVIEW          1.00
           PRELIMINARY OPINIONS, BASIS FOR SAME, AND IDENTIFY FURTHER
           INFORMATION NEEDED FROM PLAINTIFFS
08/28/24   CONFERENCE WITH PLAINTIFFS' COUNSEL RE: JOINT STATEMENT;      0.40
           REVISIONS
08/28/24   REVISE JOINT STATEMENT BASED ON MEETING WITH PLAINTIFFS'      0.20
           COUNSEL
08/30/24   EMAILS TO/FROM RAIED RE: HIS DESIRE TO PURSUE PLAINTIFFS      0.30
           ██████████████████████
08/30/24   ANALYZE LEGAL BASIS FOR MOTION FOR ATTORNEYS' FEES UNDER      1.20
           STATE CONTRACT ASSUMPSIT STATUTE,  FOR PREVAILING PARTIES
           IN FEDERAL ADMIRALTY SUIT (SALVAGE CONTRACT CLAIM)
                                                                      ---------
                              SUBTOTAL for BRENT WILSON    67.90
                                                                      ---------

                                       TOTAL Hours     81.10
                                                       =========

        Attorney                  Hours       Rate        Amount
   ----------------------------   ----------   ---------   -------------
   JAMES V MYHRE, Partner            13.20      175.00       2,310.00
   BRENT WILSON, Partner             67.90      175.00      11,882.50
                                                           -------------
                              TOTAL Current Fees      $14,192.50

                              State Tax at 4.71%          668.47
                                                        -------------
                              TOTAL Fees and Tax     $14,860.97


                              Current Invoice Due    $14,860.97
```

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
09/05/24                                             Matter: 23.25
Page 9                                               Invoice: 48623




                                    Previous Due      $7,209.32
                                                   --------------
                          TOTAL Balance Due         $22,070.29
                                                   ==============
```

```
Client  : STATF
Matter  : 23.25
Date    : 10/04/24
Invoice : 48719


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

------------------------------------------------------------------------

Date: 10/04/24
Re: David Demarest & Green Mountain vs. Raied Alfouadi     Invoice: 48719

```
Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM
```

For Professional Services Rendered through 09/30/24

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 09/04/24 | PREPARED FOR STATUS CONFERENCE BY REVIEWING RELEVANT RECENTLY FILED COURT ORDERS | 0.50 |
| 09/04/24 | ATTEND TRIAL STATUS CONFERENCE VIA ZOOM VIDEO CONFERENCE BEFORE JUDGE OTAKE | 0.40 |
| 09/04/24 | REVIEWED COURT ORDER ON DEADLINE TO INFORM COURT OF PARTIES POSITION ON STIPULATED FACTS TRIAL | 0.10 |
| 09/26/24 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ 9/25/24 EMAIL RE HIS WITHDRAWAL AS COUNSEL | 0.10 |
| 09/26/24 | REVIEWED FILE AND COURT RULES REGARDING OPTIONS IN RESPONDING TO J WASHKOWITZ WITHDRAWAL AS COUNSEL | 0.30 |
| 09/26/24 | REVIEWED J WASHKOWITZ MOTION TO WITHDRAWAL AS PLAINTIFF'S COUNSEL | 0.20 |
| 09/26/24 | REVIEWED COURT'S ORDER REGARDING J WASHKOWITZ MOTION TO WITHDRAW AS COUNSEL | 0.10 |
| 09/26/24 | REVIEWED PL | 0.30 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
10/04/24                                             Matter: 23.25
Page 2                                               Invoice: 48719
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | SUBTOTAL for JAMES V MYHRE | 2.00 |

Services provided by BRENT WILSON

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 09/04/24 | EMAILS TO/FROM OPP. COUNSEL AND COURT RE: STATUS MANDATORY CONFERENCE | 0.20 |
| 09/11/24 | REVISE AND REDACT INFORMATION DEEMED CONFIDENTIAL BY THE COURT IN ECF NOS. 126 AND 128 | 0.50 |
| 09/12/24 | EMAILS TO/FROM PLAINTIFF'S COUNSEL RE: REQUESTED REDACTIONS FROM PREVIOUS FILINGS PER THE COURT'S ORDER; BASIS TO REJECT ADDITIONAL ITEMS REQUESTED REDACTED BY PLAINTIFF; DISCUSSION OF APPLICABLE RULES AND EXPRESS LANGUAGE IN THE ORDER | 0.40 |
| 09/12/24 | ADDITIONAL EMAILS TO/FROM PLAINTIFFS' ATTORNEY RE: REDACTION REQUEST; OUR OBJECTION TO SAME PER THE COURT'S ORDER; FURTHER LEGAL BASIS FOR REJECTION | 0.30 |
| 09/18/24 | ANALYZE DEEMED ADMISSIONS, PLEADINGS, DEPOSITION OF R. ALFOUADI, COURT'S ORDERS REGARDING MIL'S AND DENYING PLAINTIFF'S MOTIONS, FOR JOINT STIPULATED FACTS FOR TRIAL PER COURT'S ORDER TO MEET AND CONFER RE: SAME | 3.60 |
| 09/19/24 | BEGIN DRAFT OF PROPOSED JOINT STATEMENT OF STIPULATED FACTS PER COURT'S ORDER | 2.20 |
| 09/20/24 | COMPLETE DRAFT OF PROPOSED JOINT STATEMENT OF STIPULATED FACTS PER COURT'S ORDER | 1.70 |
| 09/23/24 | EMAILS TO/FROM OPPOSING COUNSEL, J. WASHKOWITZ, RE: PROPOSED JOINT STIPULATED FACTS; LEGAL BASIS FOR DEFENDANT'S STIPULATED FACTS; DEEMED ADMISSIONS CANNOT BE EXCLUDED FROM JOINT STIPULATION | 0.30 |
| 09/23/24 | BEGIN DRAFT OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW BASED ON PROPOSED JOINT STIPULATED FACTS, PER COURT ORDER RE: SAME | 2.40 |
| 09/24/24 | CONTINUE DRAFT OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW, PER COURT ORDER RE: SAME | 2.00 |
| 09/25/24 | EMAILS TO/FROM J. WASHKOWITZ RE: STATUS OF JOINT STIPULATION OF FACTS; PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW | 0.20 |

```
STATE FARM MUTUAL AUTO INS CO                      Client: STATF
10/04/24                                           Matter: 23.25
Page 3                                             Invoice: 48719
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 09/26/24 | PHONE CONFERENCE WITH ADJUSTER J. STAHNKE RE: PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW; IMPACT ON CURRENT STATE OF SUIT; COURT'S ORDERS RE: SAME | 0.40 |
| 09/26/24 | DRAFT LETTER TO COURT RE: PROGRESS OF THE PARTIES PER ORDER TO MEET AND CONFER ABOUT JOINT STIPULATED FACTS, FINDING OF FACTS AND CONCLUSIONS OF LAW | 0.50 |
| 09/27/24 | REVIEW COURT ORDER INSTRUCTING PLAINTIFF DEMAREST TO CEASE FROM MAKING DIRECT CONTACT WITH THE COURT UNLESS AND UNTIL THE MOTION TO WITHDRAW IS GRANTED AND PLAINTIFF REFUSED TO RETAIN OTHER COUNSEL | 0.10 |

```
                                  SUBTOTAL for BRENT WILSON     14.80

                                         TOTAL Hours           16.80
                                                              =========
```

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| JAMES V MYHRE, Partner | 2.00 | 175.00 | 350.00 |
| BRENT WILSON, Partner | 14.80 | 175.00 | 2,590.00 |

```
                                   TOTAL Current Fees     $2,940.00

                                   State Tax at 4.71%        138.47

                                   TOTAL Fees and Tax     $3,078.47


                                   Current Invoice Due    $3,078.47

                                         Previous Due     $5,131.35

                                   TOTAL Balance Due      $8,209.82
                                                          =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 12/04/24
Invoice : 48860


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

----------------------------------------------------------------------

                                                    Date: 12/04/24
    Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 48860

    Claims Manager: Jay Stahnke
    Insured Party : Raied J. Alfouadi
    Claimant      : D. Demarest & Green Moutain
    Claim Number  : 5136K881H
    Court Number  : CV 22-00064 JAO-KJM

    For Professional Services Rendered through 11/30/24

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 10/03/24 | ██████████████████████████████████████ | 0.30 |
| 10/03/24 | DRAFT EMAIL TO CLAIM REPRESENTATIVE C FRIEND RE SETTLEMENT ISSUES | 0.20 |
| 10/28/24 | REVIEWED PLAINTIFF'S COUNSEL D DEMAREST'S 10/28/24 EMAIL RE REQUESTED WITHDRAWAL OF DOCUMENT FROM COURT RECORD AND POSITION ON STIPULATED FACTS TRIAL | 0.10 |
| 10/28/24 | REVIEWED FILE DO DETERMINE STRATEGY FOR RESPONDING TO PLAINTIFF'S REQUEST TO WITHDRAWAL DOCUMENTS FROM COURT DOCKET | 0.20 |
| 11/12/24 | FORMULATED STRATEGY TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS BASED ON REVIEW OF LEGAL ANALYIS OF ISSUES AND OTHER FILE MATERIALS | 1.00 |
| 11/14/24 | ATTEND STATUS CONFERENCE BEFORE JUDGE OTAKE VIA VIDEO CONFERENCE | 0.50 |

```
STATE FARM MUTUAL AUTO INS CO                           Client: STATF
12/04/24                                                Matter: 23.25
Page 2                                                  Invoice: 48860
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 11/14/24 | TELCON W/ CLAIM REPRESENTATIVE J STAHNKE RE JUDGE OTAKES ORDERS DURING THE STATUS CONFERNCE | 0.40 |
| 11/14/24 | TELCON W/ CLIENT R ALFOUADI RE JUDGE OTAKE'S STATUS CONFERENCE ORDERS | 0.30 |
| 11/14/24 | REVIEWED JUDGE OTAKE'S ORDER DISMISSING PLAINTIFF DEMAREST COMPLAINT | 0.10 |
| 11/14/24 | REVIEWED COURT'S NOTICE OF ENTRY OF JUDGMENT ON ORDER DISMISSING PLAINTIFF DEMAREST COMPLAINT | 0.10 |
| 11/14/24 | REVIEWED FILE MATERIALS TO FORMULATE STRATEGY FOR FUTURE HANDLING | 0.70 |
| 11/19/24 | ANALYZED CASE LAW ON EFFECT OF PLAINTIFF DEMAREST'S VOLUNTARY DISMISSAL WITH PREJUDICE ON PLAINTIFF'S GREEN MOUNTAIN'S REMAINING CLAIMS AND FORMULATED STRATEGY FOR PRESENTATION OF MOTION TO AMEND RULE 16 SCHEDULING ORDER O AMEND THE SUBSTANTIVE MOTIONS DEADLINE | 0.50 |
| 11/22/24 | REVIEWED AND REVISED DEFENDANT ALFOUADI'S MOTION TO AMEND RULE 16 SCHEDULING ORDER | 0.70 |

```
                               SUBTOTAL for JAMES V MYHRE       5.10
```

Services provided by BRENT WILSON

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 10/16/24 | EMAILS TO/FROM INSURED RE: STATUS OF STIPULATED FACTS TRIAL | 0.20 |
| 10/22/24 | EMAILS TO/FROM DEMAREST AND WASHKOWITZ RE: COURT'S RENEWED ORDER THAT PARTIES MEET-N-CONFER ABOUT STIPULATED FACTS TRIAL, PROPOSED STIPULATED FACTS, FINDINGS OF FACT, AND CONCLUSIONS OF LAW | 0.30 |
| 10/30/24 | DRAFT REPORT TO J. STAHNKE RE: STATUS OF CASE | 0.20 |
| 11/01/24 | EMAILS TO/FROM CLIENT RE: STATUS OF CASE; PLAINTIFF'S REQUEST TO STIPULATE TO DISMISS WITH PREJUDICE | 0.20 |
| 11/01/24 | EMAILS TO/FROM PRO SE PLAINTIFF AND COUNSEL FOR GREEN MOUNTAIN RE: NO AUTHORITY TO STIPULATE TO MR. DEMAREST'S DISMISSAL; STATUS OF DEMAREST'S REQUEST FOR REDACTION OF ADDITIONAL INFORMATION IN PREVIOUSLY FILED DOCUMENTS | 0.30 |
| 11/01/24 | DRAFT JOINT STATEMENT RE: STIPULATED FACTS TRIAL | 0.70 |
| 11/01/24 | EMAILS TO/FROM PRO SE PLAINTIFF AND COUNSEL FOR GREEN | 0.40 |

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
12/04/24                                               Matter: 23.25
Page 3                                                 Invoice: 48860


| Date | Professional Services | Hours |
|------|----------------------|-------|
|  | MOUNTAIN RE: OBJECTIONS TO/PROPOSED REVISIONS FOR JOINT STATEMENT RE: STIPULATED FACTS TRIAL | |
| 11/04/24 | EMAILS TO/FROM PRO SE PLAINTIFF DEMAREST RE: OBJECTIONS TO PROPOSED JOINT STATEMENT | 0.40 |
| 11/05/24 | EMAILS TO/FROM PRO SE PLAINTIFF AND COUNSEL FOR GREEN MOUNTAIN RE: FURTHER OBJECTIONS TO JOINT STATEMENT; DEMAREST UNABLE TO E-SIGN DOCUMENT AS PRO-SE; AGREEMENT THAT STATEMENT WILL BE FILED WITHOUT DEMAREST'S SIGNATURE; COURT TO BE ADVISED VIA JOINT EMAIL TO CHAMBERS | 0.50 |
| 11/05/24 | DRAFT EMAIL TO JUDGE RE: STATUS OF JOINT STATEMENT; DEMAREST UNABLE TO SIGN STATEMENT, REASONS WHY | 0.30 |
| 11/05/24 | DRAFT FURTHER REVISIONS TO JOINT STATEMENT | 0.40 |
| 11/07/24 | PHONE CONFERENCE WITH ADJUSTER, J. STAHNKE, RE: STATUS OF FILE; PARTIES UNABLE TO AGREE AS TO STIPULATED FACTS TRIAL; COURT-ORDERED STATUS CONFERENCE; PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE AND VOLUNTARY DISMISSAL WITH PREJUDICE; AUTHORIZATION TO CONDUCT ADDITIONAL RESEARCH RE: LEGAL EFFECT OF DEMAREST DISMISSAL AS NEEDED | 0.30 |
| 11/11/24 | ANALYZE LEGAL BASIS FOR PLAINTIFF DEMAREST'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41(A)(2) (1.3); ANALYZE LEGAL EFFECT OF DISMISSAL WITH PREJUDICE (JUD. ON THE MERITS) ON GREEN MOUNTAIN'S REMAINING CLAIMS (1.1) (PRE-AUTHORIZED BY ADJUSTER) | 2.40 |
| 11/11/24 | ANALYZE LEGAL BASIS FOR PLAINTIFF DEMAREST'S MOTION FOR ORDER TO SHOW CAUSE | 1.00 |
| 11/12/24 | EMAILS TO/FROM THE COURT RE: STATUS CONFERENCE; PLAINTIFF'S MOTION TO HOLD CONFERENCE BY ZOOM INSTEAD OF IN-PERSON | 0.30 |
| 11/13/24 | VIDEO CONFERENCE WITH ADJUSTER RE: STATUS CONFERENCE; SF'S POSITION RE: PLAINTIFF'S MOTION FOR VOLUNTARY WITHDRAWAL; RECOMMENDATIONS | 0.60 |
| 11/13/24 | PHONE CONFERENCE WITH CLIENT, R. ALFOUADI, RE: STATUS CONFERENCE; PLAINTIFF'S MOTION FOR VOLUNTARY WITHDRAWAL; RECOMMENDATIONS; AUTHORITY TO PROCEED AS RECOMMENDED | 0.50 |
| 11/14/24 | ATTENDED STATUS CONFERENCE RE: PARTIES UNABLE TO AGREE TO STIPULATED FACTS TRIAL; PLAINTIFF DEMAREST'S MOTION FOR VOLUNTARY DISMISSAL UNDER RULE 41(A)(2); MOTION TO SHOW CAUSE; DISCUSSION OF NEXT STEPS; DEFENDANT'S ORAL MOTION TO | 0.70 |

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
12/04/24                                               Matter: 23.25
Page 4                                                 Invoice: 48860

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | AMEND RULE 16 SCHEDULE | |
| 11/14/24 | PER COURT'S ORDER, REVISE AND FILE ECF NO. 140 & 141 REDACTING FURTHER INFORMATION | 0.40 |
| 11/18/24 | DRAFT INTRODUCTION (.4), FACTUAL BACKGROUND (1.5), PROCEDURAL BACKGROUND (.9) FOR MOTION TO AMEND RULE 16 SCHEDULING CONFERENCE TO RE-OPEN DISPOSITIVE MOTIONS DEADLINE | 2.80 |
| 11/19/24 | DRAFT LEGAL STANDARD FOR RULE 16 MOTION TO AMEND AND RE-OPEN DISPOSITIVE MOTIONS DEADLINE AFTER ALL SCHEDULING ORDER DEADLINES HAVE LAPSED (1.1); DRAFT ANALYSIS APPLYING STANDARD TO FACTS SUPPORTING DEFENDANT'S DILIGENCE IN BRINGING THE MOTION (1.5);  DRAFT ANALYSIS OF SUPPORTING CASELAW (1.3) | 3.90 |
| 11/19/24 | ANALYZE THE LEGAL EFFECT OF RULE 41(A)(2) DISMISSAL WITH PREJUDICE (JUDGMENT ON THE MERITS), OF PLAINTIFF IN HIS INDIVIDUAL CAPACITY, ON HIS CLAIMS IN HIS OFFICIAL CAPACITY AS THE SOLE MEMBER OF DEFENDANT LLC BASED ON FACTUALLY ANALOGOUS CASELAW RE: ASSIGNMENT OF CLAIMS (1.8); ART. III STANDING (2.1); APPLICABLE STATE LAW (1.1) (PRE-APPROVED BY ADJUSTER) | 5.00 |
| 11/20/24 | DRAFT ANALYSIS OF THE LEGAL EFFECT OF RULE 41(A)(2) DISMISSAL WITH PREJUDICE (JUDGMENT ON THE MERITS), OF PLAINTIFF IN HIS INDIVIDUAL CAPACITY, ON HIS CLAIMS IN HIS OFFICIAL CAPACITY AS THE SOLE MEMBER OF DEFENDANT LLC BASED ON FACTUALLY ANALOGOUS CASELAW RE: ASSIGNMENT OF CLAIMS (1.5); ART. III STANDING (.8); APPLICABLE STATE LAW (.5) IN RULE 16 MOTION TO AMEND | 2.80 |
| 11/20/24 | ANALYZE FACTUAL AND LEGAL BASIS FOR RULE 12(B)(1) MOTION TO DISMISS FOR MOOTNESS GIVEN PLAINTIFF DEMAREST'S VOLUNTARY DISMISSAL WITH PREJUDICE (1.6); RIGHTS OF ASSIGNEE CANNOT BE GREATER THAN RIGHTS OF ASSIGNOR (1.8) BASED ON FACTUALLY SIMILAR 9TH CIRCUIT LAW (PRE-APPROVED BY ADJUSTER). | 3.40 |
| 11/20/24 | DRAFT ARGUMENT RE: FACTUAL AND LEGAL BASIS FOR RULE 12(B)(1) MOTION TO DISMISS FOR MOOTNESS GIVEN PLAINTIFF DEMAREST'S VOLUNTARY DISMISSAL WITH PREJUDICE (1.3); RIGHTS OF ASSIGNEE CANNOT BE GREATER THAN RIGHTS OF ASSIGNOR (1.1) IN RULE 16 MOTION TO AMEND | 2.40 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
12/04/24                                               Matter: 23.25
Page 5                                                 Invoice: 48860
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 11/21/24 | ANALYZE FACTUAL AND LEGAL BASIS FOR RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO ALLEGE ASSIGNMENT IN FIRST AMENDED COMPLAINT  (1.6) BASED ON FACTUALLY SIMILAR FEDERAL LAW (PRE-APPROVED BY ADJUSTER). | 1.60 |
| 11/21/24 | DRAFT LEGAL ARGUMENT SUPPORTING BASIS FOR RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO ALLEGE ASSIGNMENT IN FIRST AMENDED COMPLAINT  (1.5) | 1.50 |
| 11/21/24 | ANALYZE FACTUAL AND LEGAL BASIS FOR RULE 56(A) MOTION FOR SUMMARY JUDGMENT BASED ON ADMISSIONS AGAINST PLAINTIFF IN INDIVIDUAL CAPACITY, PREVIOUSLY DEEMED ADMITTED UNDER RULE 36(B), AGAINST LLC'S CLAIMS WITH PLAINTIFF AS SOLE MEMBER OF LLC (2.6); IMPUTABILITY OF ADMISSIONS TO LLC IN RULE 41(A)(2) CONTEXT (1.8) (PRE-APPROVED BY ADJUSTER) | 4.40 |
| 11/21/24 | DRAFT LEGAL ARGUMENT SUPPORTING RULE 56(A) MOTION FOR SUMMARY JUDGMENT BASED ON ADMISSIONS AGAINST PLAINTIFF IN INDIVIDUAL CAPACITY, PREVIOUSLY DEEMED ADMITTED UNDER RULE 36(B), AGAINST LLC'S CLAIMS WITH PLAINTIFF AS SOLE MEMBER OF LLC (1.2); IMPUTABILITY OF ADMISSIONS TO LLC IN RULE 41(A)(2) CONTEXT (.7) | 1.90 |
| 11/22/24 | ANALYZE FACTUAL AND LEGAL BASIS FOR RULE 56(A) MOTION FOR SUMMARY JUDGMENT BASED ON RES JUDICATA/COLLATERAL ESTOPPEL GROUNDS (2.6); "PRIVITY" AS APPLIED TO CLAIMS BROUGHT IN INDIVIDUAL CAPACITY, DISMISSED WITH PREJUDICE, THEN PURSUED IN OFFICIAL CAPACITY WHEN INDIVIDUAL AND LLC WERE PLAINTIFFS (1.9) (PRE-APPROVED BY ADJUSTER) | 4.50 |
| 11/22/24 | DRAFT LEGAL ARGUMENT SUPPORTING RULE 56(A) MOTION FOR SUMMARY JUDGMENT BASED ON RES JUDICATA/COLLATERAL ESTOPPEL GROUNDS (1.1); "PRIVITY" AS APPLIED TO CLAIMS BROUGHT IN INDIVIDUAL CAPACITY, DISMISSED WITH PREJUDICE, THEN PURSUED IN OFFICIAL CAPACITY WHEN INDIVIDUAL AND LLC WERE PLAINTIFFS (.9) FOR RULE 16 MOTION TO AMEND | 2.00 |
| 11/22/24 | DRAFT CONCLUSION (.5); DRAFT DECLARATION OF COUNSEL (.4); DRAFT CERTIFICATE OF SERVICE (.2); REVISE MOTION (.8) | 1.90 |

```
                                      SUBTOTAL for BRENT WILSON      48.20
                                                                   ---------
```

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
12/04/24                                               Matter: 23.25
Page 6                                                 Invoice: 48860


Date                      Professional Services                    Hours
--------  -------------------------------------------------------- --------

                                              TOTAL Hours             53.30
                                                                   =========

                 Attorney                 Hours       Rate       Amount
       ---------------------------------  ---------  ---------  ------------
       JAMES V MYHRE, Partner                 5.10     175.00        892.50
       BRENT WILSON, Partner                 48.20     175.00      8,435.00
                                                                 ------------
                                         TOTAL Current Fees       $9,327.50

                                         State Tax at 4.71%          439.33
                                                                 ------------
                                         TOTAL Fees and Tax       $9,766.83


                                         Current Invoice Due      $9,766.83

                                                Previous Due      $4,199.79
                                                                 ------------
                                         TOTAL Balance Due       $13,966.62
                                                                 ==============
```

```
Client  : STATF
Matter  : 23.25
Date    : 01/06/25
Invoice : 48942


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

--------------------------------------------------------------------------

                                             Date: 01/06/25
    Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 48942

    Claims Manager: Jay Stahnke
    Insured Party : Raied J. Alfouadi
    Claimant      : D. Demarest & Green Moutain
    Claim Number  : 5136K881H
    Court Number  : CV 22-00064 JAO-KJM

    For Professional Services Rendered through 12/31/24

    Date                   Professional Services                     Hours
    --------  ----------------------------------------------------- --------

          Services provided by JAMES V MYHRE

12/10/24  REVIEWED USDC NOTICE OF ENTRY OF ORDER ON DEFENDANT'S         0.10
          MOTION TO EXTEND SUBSTANTIVE MOTIONS DEADLINE
12/10/24  REVIEWED ORDER GRANTING DEFENDANT'S MOTION TO AMEND THE       0.20
          RULE 16 SCHEDULING ORDER TO EXTEND THE SUBSTANTIVE MOTIONS
          DEADLINE
12/10/24  DRAFT EMAIL TO CLAIM REPRESENTATIVE J STAHNKE ANALZYING       0.30
          ORDER GRANTING DEFENDANT'S MOTION TO AMEND RULE 16
          SCHEDULING ORDER TO EXTEND THE SUBSTANTIVE MOTIONS DEADLINE
          AND PROPOSED MOTION TO DISMISS AND/OR SUMMARY JUDGMENT
                                                                  ---------
                               SUBTOTAL for JAMES V MYHRE             0.60
                                                                  ---------


          Services provided by BRENT WILSON

12/10/24  REVIEW COURT'S ORDER GRANTING RULE 16 MOTION TO RE-OPEN       0.20

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
01/06/25                                               Matter: 23.25
Page 2                                                 Invoice: 48942

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | DISPOSITIVE MOTIONS DEADLINE | |
| 12/10/24 | EMAILS TO/FROM CLIENT, R. ALFOUADI, RE: COURT'S ORDER GRANTING RULE 16 MOTION TO AMEND SCHEDULE; BASES FOR MOTION; NEXT STEPS | 0.20 |
| 12/17/24 | EMAILS TO/FROM OPPOSING COUNSEL RE: WHETHER DEFENDANT IS AGREEABLE TO LR 7.8 MEET-N-CONFER RE: DISPOSITIVE MOTIONS | 0.20 |

                                    SUBTOTAL for BRENT WILSON      0.60

                                            TOTAL Hours           1.20
                                                              =========

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| JAMES V MYHRE, Partner | 0.60 | 175.00 | 105.00 |
| BRENT WILSON, Partner | 0.60 | 175.00 | 105.00 |

                                    TOTAL Current Fees      $210.00

                                    State Tax at 4.71%         9.89

                                    TOTAL Fees and Tax      $219.89


                                    Current Invoice Due     $219.89

                                    Previous Due          $6,581.95

                                    TOTAL Balance Due     $6,801.84
                                                      =============

```
Client  : STATF
Matter  : 23.25
Date    : 02/05/25
Invoice : 49013


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE




------------------------------------------------------------------------

                                           Date: 02/05/25
     Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 49013

     Claims Manager: Jay Stahnke
     Insured Party : Raied J. Alfouadi
     Claimant       : D. Demarest & Green Moutain
     Claim Number   : 5136K881H
     Court Number   : CV 22-00064 JAO-KJM

     For Professional Services Rendered through 01/31/25

  Date                     Professional Services                    Hours
--------  ----------------------------------------------------  --------

          Services provided by JAMES V MYHRE

01/13/25 REVIEWED COURT'S ORDER SETTING HEARING ON DEFENDANT'S        0.10
         MOTION TO DISMISS AND RELATED BRIEFING SCHEDULE
01/13/25 DRAFT EMAIL TO CLIENT R ALFOUADI RE MOTION TO DISMISS,       0.10
         HEARING AND BRIEFING SCHEDULE
01/13/25 DRAFT EMAIL TO CLAIM REPRESENTATIVE J STANKE RE MOTION TO    0.10
         DISMISS, HEARING AND BRIEFING SCHEDULE
                                                                 ---------
                              SUBTOTAL for JAMES V MYHRE         0.30
                                                                 ---------


          Services provided by BRENT WILSON

01/02/25 BASED ON COURT'S REOPENING OF DISPOSITIVE MOTIONS DEADLINE,  2.50
         BEGIN DRAFT OF RULE 12(B)(1) BASED ON GMM'S LACK OF ART.
         III STANDING:  INTRODUCTION (.6); BACKGROUND FACTS AND
         PROCEDURAL HISTORY (1.2); LEGAL STANDARD (.7)
```

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
02/05/25                                             Matter: 23.25
Page 2                                               Invoice: 49013
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 01/02/25 | EMAILS TO/FROM ADJUSTER RE: EXPERT WITNESS INVOICE; STATUS | 0.20 |
| 01/03/25 | LOCAL RULE 7.8 MANDATORY MEET AND CONFER MEETING WITH OPPOSING COUNSEL RE: COURT'S GRANTING OF RULE 16 MOTION TO RE-OPEN DISPOSITIVE MOTIONS DEADLINE; BASIS FOR MOTIONS; RESPECTIVE POSITIONS AS TO MOTIONS; POTENTIAL FOR RESOLUTION WITHOUT NEED FOR MOTIONS | 0.80 |
| 01/03/25 | BASED ON COURT'S REOPENING OF DISPOSITIVE MOTIONS DEADLINE, CONTINUE DRAFT OF RULE 12(B)(1) MOTION TO DISMISS BASED ON GMM'S LACK OF ART. III STANDING: REVISE LEGAL STANDARD BASED ON UNIQUE PROCEDURAL POSTURE OF CASE (.4); BEGIN DRAFT OF ARGUMENT, FACTUAL BASIS FOR NO STANDING (1.6); SUPREME COURT AND 9TH CIR. ANALOGOUS/CONTROLLING CASES (2.5); ANALYSIS OF AUTHORITIES TO FACTS (1.0) | 5.50 |
| 01/06/25 | BASED ON COURT'S REOPENING OF DISPOSITIVE MOTIONS DEADLINE, CONTINUE DRAFT OF RULE 12(B)(1) MOTION TO DISMISS BASED ON GMM'S LACK OF ART. III STANDING: CONTINUE DRAFTING ANALYSIS OF AUTHORITIES TO FACTS (1.4); DRAFT CONCLUSION (.4) | 1.80 |
| 01/06/25 | BEGIN DRAFT OF 2ND  RULE 12(B)(1) MOTION TO DISMISS FOR MOOTNESS: LEGAL STANDARD FOR DISMISSAL FOR MOOTNESS (1.2); LEGAL STANDARD FOR ASSIGNOR AND ASSIGNEE RIGHTS WITHIN CONTEXT OF 12(B)(1) MOTION IN 9TH CIR./HAW. LAW (3.3); ANALYSIS OF AUTHORITIES AS APPLIED TO FACTS (2.1) | 6.60 |
| 01/07/25 | CONTINUE DRAFT OF 2ND  RULE 12(B)(1) MOTION TO DISMISS FOR MOOTNESS:  DRAFT LEGAL STANDARD FOR RULE 41(A)(2) VOLUNTARY DISMISSAL WITH PREJUDICE AND EFFECT ON UNDERLYING MERITS (1.0); ANALYZE RELEVANT 9TH CIR. CASES (1.3; DRAFT ANALYSIS OF LEGAL IMPACT OF RULE 41(A)(2) VOLUNTARY DISMISSAL AS APPLIED TO ASSIGNOR/ASSIGNEE RIGHTS (1.5); IMPACT OF AUTHORITIES UPON UNDERLYING MERITS (COUNTS I-IV) (2.1); CONCLUSION (.3) | 6.20 |
| 01/08/25 | BEGIN DRAFT OF 1ST RULE 56 MSJ RE: ARTICLE III STANDING: INTRODUCTION (.4); RULE 56 LEGAL STANDARD AS APPLIED TO STANDING IN 9TH CIR. (1.1); UNDISPUTED FACTS (1.5); ANALYSIS OF RELEVANT/CONTROLLING 9TH CIR. CASES RE: STANDING (2.1); LEGAL EFFECT OF FAILURE TO ALLEGE ART III STANDING IN COMPLAINT (.6); APPLICATION OF AUTHORITIES TO UNDISPUTED FACTS/ COUNTS I-IV (3.9) | 9.60 |

```
STATE FARM MUTUAL AUTO INS CO                    Client: STATF
02/05/25                                         Matter: 23.25
Page 3                                           Invoice: 49013
```

| Date | Professional Services | Hours |
|---|---|---|
| 01/09/25 | CONTINUE DRAFT OF 1ST RULE 56 MSJ RE: ARTICLE III STANDING: CONCLUSION (.3) | 0.30 |
| 01/09/25 | BEGIN DRAFT OF 2ND RULE 56 MSJ RE: FAILURE OF COUNTS I-IV ON THE MERITS: STANDARD RULE 56 (.3); 9TH CIR. STANDARD RE: JUDICIAL ADMISSIONS AND LEGAL EFFECT ON EVIDENCE (.9); ANALYSIS OF PLAINTIFFS' JUDICAL ADMISSIONS MADE THROUGHOUT LITIGATION THAT ADMISSIONS ARE DISPOSITIVE OF ALL CLAIMS/NO DISPUTE/COUNTS I-IV (2.4); LAW RE: APPLICABILITY OF ADMISSIONS TO GMM VIA MIL NO. 1 (1.4); ANALYSIS OF HOW ADMISSIONS PRECLUDE COUNTS I-IV (3.7) | 8.70 |
| 01/10/25 | CONTINUE DRAFT OF 2ND RULE 56 MSJ RE: FAILURE OF COUNTS I-IV ON THE MERITS: CONCLUSION (.3); DRAFT LR 7.4 RULE 56 STATEMENT OF FACTS WITH CROSS REFERENCE TO EVIDENTIARY SUPPORT (3.9); DRAFT LR CERTIFICATIONS (.7); DRAFT EXHIBITS A-H (1.4); DRAFT CERTIFICATE OF SERVICE (.2); REVIEW AND REVISE ALL 4 MOTIONS (2.1) | 8.60 |
| 01/31/25 | REVIEW LEGAL ARGUMENTS AND AUTHORITIES IN GMM'S OPPOSITION TO ALFOUADI'S MOTION FOR DISMISSAL OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT (1.5); EXHIBITS 115 PGS (1.2), DECLARATION (.1), STATEMENT OF FACTS AND EVIDENTIARY BASIS FOR SAME (.8); MOTION FOR LEAVE TO FILE ADDITIONAL PAGES IN EXCESS OF LOCAL RULE MAXIMUM (.2) | 3.80 |

```
                                    SUBTOTAL for BRENT WILSON   54.60
                                                               ---------

                                                  TOTAL Hours   54.90
                                                               =========
```

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JAMES V MYHRE, Partner | 0.30 | 175.00 | 52.50 |
| BRENT WILSON, Partner | 54.60 | 175.00 | 9,555.00 |

```
                                    TOTAL Current Fees   $9,607.50

                                    State Tax at 4.71%       452.51
```

STATE FARM MUTUAL AUTO INS CO                              Client: STATF
02/05/25                                                   Matter: 23.25
Page 4                                                    Invoice: 49013


```
                                                       -------------
                                    TOTAL Fees and Tax    $10,060.01


                                    Current Invoice Due    $10,060.01

                                          Previous Due     $6,581.95
                                                       -------------
                                    TOTAL Balance Due     $16,641.96
                                                       =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 03/06/25
Invoice : 49100


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

---

```
                                          Date: 03/06/25
   Re: David Demarest & Green Mountain vs. Raied Alfouadi   Invoice: 49100

   Claims Manager: Jay Stahnke
   Insured Party : Raied J. Alfouadi
   Claimant      : D. Demarest & Green Moutain
   Claim Number  : 5136K881H
   Court Number  : CV 22-00064 JAO-KJM

   For Professional Services Rendered through 02/28/25
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by BRENT WILSON | |
| 02/03/25 | ANALYZE EVIDENTIARY DEFICIENCIES, PER RULE 56(E) AND 9TH CIRCUIT LAW, OF GMM'S EXHIBITS 1-10 IN SUPPORT OF ITS CONCISE STATEMENT OF FACTS (115 PGS.) (2.6); DECLARATION OF COUNSEL (.9); CONCISE STATEMENT OF FACTS PER LOCAL RULES (1.3) | 4.80 |
| 02/04/25 | EMAILS TO/FROM OPPOSING COUNSEL RE: GMM'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES IN CONCISE STATEMENT; OBJECTION; DEMAND DATE CERTAIN PAGES WOULD BE FILED | 0.30 |
| 02/04/25 | ANALYZE GMM'S PREVIOUS MOTIONS, PLEADINGS, TRIAL BRIEFS, OPPOSITIONS RE: EVIDENTIARY BASIS TO JUDICIALLY ESTOP GMM FROM ARGUING THE THE DEEMED ADMISSIONS DO NOT APPLY TO IT BASED ON HISTORY OF ADMISSIONS ON THE RECORD TO THE CONTRARY | 2.90 |
| 02/05/25 | ANALYZE DEMAREST DEPOSITION TRANSCRIPT FOR IMPEACHMENT EVIDENCE OF STATEMENTS SUBMITTED IN SUPPORT OF OPPOSITION (1.5); ANALYZE FERNANDEZ EVIDENCE FOR IMPEACHMENT EVIDENCE | 2.60 |

STATE FARM MUTUAL AUTO INS CO                        Client: STATF
03/06/25                                             Matter: 23.25
Page 2                                               Invoice: 49100

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | OF STATEMENTS SUBMITTED IN SUPPORT OF OPPOSITION (1.1) | |
| 02/05/25 | ANALYZE ADDITIONAL FACTS SUBMITTED IN GMM'S CONCISE STATEMENT IN SUPPORT OF OPPOSITION (1.5); IDENTIFY IMPEACHMENT EVIDENCE NEEDED (.9) | 2.40 |
| 02/06/25 | BEGIN DRAFT OF FURTHER CONCISE STATEMENT OF FACTS AND SUPPORTING EVIDENCE IN REPLY TO GMM'S CONCISE STATEMENT OF FACTS SUPPORTING OPPOSITION | 3.70 |
| 02/07/25 | DRAFT MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF COUNSEL AND EXHIBIT H IN SUPPORT OF MOTION TO DISMISS AND MSJ (.7); DRAFT DECLARATION OF COUNSEL IN SUPPORT OF MOTION (.4); DRAFT SUPPLEMENTAL EX. H (.2); DRAFT CERTIFICATE OF SERVICE (.1) | 1.40 |
| 02/07/25 | CONTINUE DRAFT OF FURTHER CONCISE STATEMENT OF FACTS AND SUPPORTING EVIDENCE IN REPLY TO GMM'S CONCISE STATEMENT OF FACTS SUPPORTING OPPOSITION | 1.90 |
| 02/07/25 | DRAFT EX. I IN SUPPORT OF REPLY CONCISE STATEMENT (.6); DRAFT DECLARATION OF COUNSEL IN SUPPORT OF REPLY CONCISE STATEMENT (.4) | 1.00 |
| 02/07/25 | BEGIN DRAFT OF REPLY TO OPPOSITION: INTRO (.3); ARGUMENT 1: PLAINTIFF CONCEDES THAT IT SHOULD BE JUDICIALLY ESTOPPED (1.7) | 2.00 |
| 02/10/25 | CONTINUE DRAFTING ARGUMENT 1 OF REPLY: PLAINTIFF CONCEDES THAT IT SHOULD BE JUDICIALLY ESTOPPED (1.1); 9TH CIR. CASES APPLYING JUDICIAL ESTOPPEL (1.5); 9TH CIRCUIT JUDICIAL ESTOPPEL ANALYSIS (.8), EQUITABLE AND ADMINISTRATIVE PURPOSES (.9); APPLICATION OF AUTHORITIES TO INSTANT FACTS (2.1) | 6.40 |
| 02/11/25 | BEGIN DRAFTING ARGUMENT 2 OF REPLY: ANALYSIS OF THE INADMISSIBILITY OF EXHIBITS 1-10 IN GMM'S CONCISE STATEMENT AND THE SPECIFIC PARAGRAPHS THAT SHOULD BE STRUCK FROM GMM'S CONCISE STATEMENT (3.6); DEFENDANT IS ENTITLED TO JUDGMENT ON THE MERITS RE: COUNTS I - IV (4.5) | 8.10 |
| 02/12/25 | BEGIN DRAFTING ARGUMENT 3 & 4 OF REPLY: SUMMARY JUDGMENT AS TO GMM'S ARTICLE III STANDING (1.4); DISMISSAL WITH PREJUDICE UNDER 12(B)(1) FOR MOOTNESS (1.7); 12(B)(1) FOR ARTICLE III STANDING (3.4) | 6.50 |
| 02/13/25 | DRAFT CONCLUSION (.3); DRAFT TABLE OF CONTENTS (.3); DRAFT | 7.00 |

```
STATE FARM MUTUAL AUTO INS CO                      Client: STATF
03/06/25                                           Matter: 23.25
Page 3                                             Invoice: 49100



   Date                  Professional Services                      Hours
 --------   ------------------------------------------------------ --------
            TABLE OF AUTHORITIES (PER LOCAL RULE) (1.6); REVISE REPLY
            AND FURTHER CONCISE STATEMENT TO CONFORM WITH LOCAL RULE
            FORMATTING, PAGE, AND WORD COUNT REQUIREMENTS (4.8)
 02/17/25   DRAFT SUPPLEMENTAL EXHIBIT H AND DECLARATION OF COUNSEL IN    1.10
            SUPPORT OF MOTION TO DISMISS AND MSJ
                                                                    ---------
                                     SUBTOTAL for BRENT WILSON       52.10
                                                                    ---------

                    Attorney                Hours       Rate        Amount
 ------------------------------------    ----------  ---------   -------------
   BRENT WILSON, Partner                      52.10     175.00       9,117.50
                                                                -------------
                                          TOTAL Current Fees       $9,117.50

                                          State Tax at 4.71%          429.43
                                                                -------------
                                          TOTAL Fees and Tax       $9,546.93


                                          Current Invoice Due      $9,546.93

                                                 Previous Due        $570.05
                                                                -------------
                                          TOTAL Balance Due       $10,116.98
                                                                =============
```

```
Client   : STATF
Matter   : 23.25
Date     : 05/12/25
Invoice  : 49306


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

------------------------------------------------------------------

                                                  Date: 05/12/25
     Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 49306

     Claims Manager: Jay Stahnke
     Insured Party : Raied J. Alfouadi
     Claimant      : D. Demarest & Green Moutain
     Claim Number  : 5136K881H
     Court Number  : CV 22-00064 JAO-KJM

     For Professional Services Rendered through 04/30/25

     Date                  Professional Services                  Hours
     --------  --------------------------------------------------  --------

          Services provided by BRENT WILSON

04/01/25 DRAFT STATUS REPORT TO INSURED                              0.30
04/01/25 PHONE CONFERENCE WITH INSURED RE: STATUS REPORT; BASIS FOR  0.60
         COURT'S DENIAL OF MOTIONS; NEXT STEPS IN LITIGATION;
         POSITION ON SETTLEMENT
04/04/25 DRAFT STATUS REPORT TO ADJUSTER RE: COURT'S DENIAL OF       0.30
         MOTION TO DISMISS/MSJ AND TRIAL DATE
04/07/25 MEET AND CONFER WITH OPPOSING COUNSEL RE: JOINT STATEMENT   0.40
         OF TRIAL AVAILABILITY; TRIAL
04/07/25 DRAFT LETTER TO FACT WITNESS PRATT RE: TRIAL DATE; NOTICE   0.40
         OF GIVING TESTIMONY AT TRIAL; CONFIRMATION OF AVAILABILITY;
         SUBPOENA ATTENDANCE
04/07/25 EMAILS TO/FROM EXPERT WITNESS LESCHEIVE RE: ABILITY TO      0.20
         APPEAR AT TRIAL REMOTELY
04/11/25 DRAFT JOINT STATEMENT OF PARTIES RE: AVAILABILITY FOR       0.30
         TRIAL; REMOTE WITNESS TESTIMONY PER COURT ORDER
04/12/25 PHONE CONFERENCE WITH OPP. COUNSEL RE: AGREEMENT TO ALLOW   0.40

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
05/12/25                                             Matter: 23.25
Page 2                                               Invoice: 49306
```

```
   Date              Professional Services                          Hours
-------- ----------------------------------------------------------- --------
           EXPERTS TESTIFY VIA ZOOM, PURSUANT TO COURT'S APPROVAL
04/14/25 CONFERENCE WITH FACT WITNESS J. PRATT RE: TRIAL TESTIMONY;      0.40
           CONFIRMATION OF WILLINGNESS/AVAILABILITY
04/16/25 EMAILS TO/FROM FACT WITNESS J. PRATT RE: CONFIRMING TRIAL       0.30
           DATE; AVAILABILITY FOR TRIAL; MAY NEED TO SUBPOENA
           APPEARANCE
04/16/25 EMAILS TO/FROM EXPERT WITNESS WILLIAM LESCHAEVE RE:            0.10
           CONFIRMING TRIAL DATE; AVAILABILITY FOR TRIAL
04/22/25 EMAIL TO ADJUSTER RE: STATUS; COURT SCHEDULING ORDER;          0.10
           MANDATORY SETTLEMENT CONFERENCE
04/22/25 EMAIL TO INSURED RE: STATUS; COURT SCHEDULING ORDER;           0.10
           MANDATORY SETTLEMENT CONFERENCE
04/28/25 EMAIL TO B. PETRUS RE: COURT ORDERED SETTLEMENT CONFERENCE     0.10
                                                                     ---------
                                      SUBTOTAL for BRENT WILSON          4.00
                                                                     ---------


            Attorney                    Hours       Rate       Amount
-------------------------------------  ----------  ---------  -------------
   BRENT WILSON, Partner                  4.00      175.00          700.00
                                                               -------------
                                      TOTAL Current Fees          $700.00

                                      State Tax at 4.71%            32.97
                                                               -------------
                                      TOTAL Fees and Tax          $732.97


                                      Current Invoice Due         $732.97

                                               Previous Due       $918.21
                                                               -------------
                                      TOTAL Balance Due         $1,651.18
                                                               =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 06/05/25
Invoice : 49407


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

--------------------------------------------------------------------------

                                              Date: 06/05/25
    Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 49407

    Claims Manager: Jay Stahnke
    Insured Party : Raied J. Alfouadi
    Claimant       : D. Demarest & Green Moutain
    Claim Number   : 5136K881H
    Court Number   : CV 22-00064 JAO-KJM

    For Professional Services Rendered through 05/31/25

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 05/03/25 | REVIEWED CLIENT R ALFOUADI'S 5/3/25 EMAIL RE SETTLEMENT | 0.10 |
| 05/07/25 | REVIEWED CLIENT R ALFOUADI'S 5/7/25 EMAIL RE SETTLEMENT CONFERENCE | 0.10 |
| 05/07/25 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ'S 5/7/25 EMAIL RE SETTLEMENT CONFERENCE | 0.10 |
| 05/09/25 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ 5/9/25 EMAIL RE SETTLEMENT CONFERENCE | 0.10 |
| 05/09/25 | REVIEWED JUDGE MANSFIELD 5/9/25 EMAIL RE SETTLEMENT CONFERENCE | 0.10 |
| 05/09/25 | REVIEWED PLAINTIFF'S COUNSEL J WASHKOWITZ 5/9/25 EMAIL TO JUDGE MANSFIELD RE SETTLEMENT CONFERNCE | 0.10 |
| 05/10/25 | REVIEWED PLAINTIFF COUNSEL J WASHKOWITZ 5/10/25 EMAIL RE SETTLEMENT CONFERENCE | 0.10 |
| 05/10/25 | REVIEWED JUDGE K MANSFIELD'S 5/10/25 EMAIL RE SETTLEMENT CONFERENCE | 0.10 |
| 05/12/25 | REVIEWED JUDGE MANSFILED 5/12/25 EMAIL RE SETTLEMENT | 0.10 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
06/05/25                                               Matter: 23.25
Page 2                                                 Invoice: 49407
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | CONFERENCE LOGISTIS | |
| 05/16/25 | PREPARE FOR AND ATTEND SETTLEMENT CONFERENCE VIA ZOOM | 0.50 |
| 05/16/25 | REVIEWED JUDGER MANSFIELD'S ORDER REGARDING SETTLEMENT CONFERNCE | 0.10 |
| | SUBTOTAL for JAMES V MYHRE | 1.50 |

Services provided by BRENT WILSON

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 05/02/25 | EMAILS TO/FROM INSURED RE: UPCOMING COURT-MANDATED SETTLEMENT CONFERENCE; ███████████████████████ ████████████████████████████████████ ███████ | 0.30 |
| 05/05/25 | DRAFT COURT-MANDATED WRITTEN LETTER TO GMM RE: OFFER OF SETTLEMENT IN PREPARATION FOR SETTLEMENT CONFERENCE | 0.30 |
| 05/07/25 | MEETING WITH SF COVERAGE COUNSEL, B. PETRUS, RE: INSURED'S POSITION ON SETTLEMENT. | 0.30 |
| 05/07/25 | PHONE CONFERENCE WITH INSURED, R. ALFOUADI, RE: FURTHER DISCUSSION AS TO HIS POSITION ON SETTLEMENT; ███████████ ████████████████████████████ | 0.40 |
| 05/07/25 | EMAILS TO/FROM PLAINTIFF'S COUNSEL, J. WASHKOWITZ, RE: SETTLEMENT CONFERENCE ISSUES | 0.20 |
| 05/08/25 | PHONE CONFERENCE WITH STATE FARM COVERAGE COUNSEL, B. PETRUS, RE: INSURED'S STRONG OPPOSITION TO S.F. MAKING AN OFFER OF SETTLEMENT ON HIS BEHALF | 0.20 |
| 05/08/25 | DRAFT SETTLEMENT CONFERENCE STATEMENT | 0.80 |
| 05/09/25 | EMAILS TO/FROM COURT RE: STATUS OF SETTLEMENT CONFERENCE | 0.20 |
| 05/09/25 | EMAILS TO/FROM COURT RE: CHANGES TO SETTLEMENT CONFERENCE | 0.20 |
| 05/09/25 | DRAFT COURT-MANDATED LETTER TO PLAINTIFF RE: SETTLEMENT POSITION; STATUS OF OFFER | 0.30 |
| 05/12/25 | EMAILS TO/FROM COURT RE:  CONFIRMED SCOPE AND FORMAT OF SETTLEMENT CONFERENCE | 0.30 |
| 05/12/25 | REVIEW STATE FARM OFFER OF SETTLEMENT ON BEHALF OF INSURED R. ALFOUADI | 0.10 |
| 05/12/25 | CONFERENCE WITH INSURED OF STATE FARM OFFER OF SETTLEMENT ON BEHALF OF INSURED R. ALFOUADI | 0.20 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
06/05/25                                               Matter: 23.25
Page 3                                                 Invoice: 49407



     Date                Professional Services                      Hours
   --------   -----------------------------------------------------   --------
   05/16/25 ATTENDED COURT-ORDERED SETTLEMENT CONFERENCE               0.30
                                                                     ---------
                                  SUBTOTAL for BRENT WILSON            4.10
                                                                     ---------

                                               TOTAL Hours            5.60
                                                                     =========

                 Attorney                 Hours      Rate        Amount
   -----------------------------------   ----------  ---------   -------------
   JAMES V MYHRE, Partner                   1.50     175.00        262.50
   BRENT WILSON, Partner                    4.10     175.00        717.50
                                                                -------------
                                    TOTAL Current Fees            $980.00

                                    State Tax at 4.71%             46.16
                                                                -------------
                                    TOTAL Fees and Tax          $1,026.16


                                    Current Invoice Due         $1,026.16

                                          Previous Due          $1,651.18
                                                                -------------
                                    TOTAL Balance Due           $2,677.34
                                                                =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 07/04/25
Invoice : 49539


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

---

                                              Date: 07/04/25
    Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 49539

    Claims Manager: Jay Stahnke
    Insured Party : Raied J. Alfouadi
    Claimant      : D. Demarest & Green Moutain
    Claim Number  : 5136K881H
    Court Number  : CV 22-00064 JAO-KJM

    For Professional Services Rendered through 06/30/25

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by BRENT WILSON | |
| 06/18/25 | REVISE FINAL PRETRIAL STATEMENT SUBSEQUENT TO DEMAREST'S DISMISSAL; LEGAL IMPACT ON ISSUES; DISCUSSION OF THE MERITS; APPLICATION OF MIL NO. 1 TO GMM | 3.50 |
| 06/19/25 | DRAFT STATUS REPORT TO ADJUSTER | 0.30 |
| 06/19/25 | DRAFT STATUS REPORT TO CLIENT/INSURED | 0.30 |
| | SUBTOTAL for BRENT WILSON | 4.10 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| BRENT WILSON, Partner | 4.10 | 175.00 | 717.50 |
| | | TOTAL Current Fees | $717.50 |
| | | State Tax at 4.71% | 33.79 |

```
STATE FARM MUTUAL AUTO INS CO                         Client: STATF
07/04/25                                              Matter: 23.25
Page 2                                                Invoice: 49539


                                                 -------------
                              TOTAL Fees and Tax       $751.29


                              Current Invoice Due      $751.29

                                   Previous Due        $918.21
                                                 -------------
                              TOTAL Balance Due      $1,669.50
                                                 =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 08/07/25
Invoice : 49618


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

---

                                              Date: 08/07/25
    Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 49618

    Claims Manager: Jay Stahnke
    Insured Party : Raied J. Alfouadi
    Claimant      : D. Demarest & Green Moutain
    Claim Number  : 5136K881H
    Court Number  : CV 22-00064 JAO-KJM

    For Professional Services Rendered through 07/31/25

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 07/23/25 | REVIEWED COURT'S PRETRIAL ORDER, PARTIES PRETRIAL STATEMENT AND OTHER FILE MATERIAL TO DETERMINE STRATEGY FOR PREPARATION OF UPCOMING TRIAL | 1.00 |
| | Services provided by BRENT WILSON | |
| 07/14/25 | CONTINUE REVISION OF FINAL PRETRIAL STATEMENT: REVISED PROCEDURAL HISTORY AND MOTIONS PRACTICE (.7); REVISED SETTLEMENT EFFORTS (.3); | 1.00 |
| 07/14/25 | IDENTIFY TRIAL EXHIBITS (NOS. 201 - 325) ANALYZE FOR LEGAL RELEVANCE FOLLOWING EXTENSIVE MOTIONS PRACTICE AND DISMISSAL OF PLAINTIFF IN HIS INDIVIDUAL CAPACITY SINCE PRIOR TRIAL DATE; IDENTIFY ADDITIONAL EXHIBITS FOLLOWING EXTENSIVE MOTIONS PRACTICE AND DISMISSAL OF PLAINTIFF IN HIS INDIVIDUAL CAPACITY SINCE PRIOR TRIAL DATE | 2.80 |
| 07/15/25 | CONTINUE REVIEW OF TRIAL EXHIBITS (NOS. 201 - 325) ANALYZE | 2.00 |

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
08/07/25                                               Matter: 23.25
Page 2                                                 Invoice: 49618


| Date | Professional Services | Hours |
|------|----------------------|-------|
| | FOR LEGAL RELEVANCE FOLLOWING EXTENSIVE MOTIONS PRACTICE AND DISMISSAL OF PLAINTIFF IN HIS INDIVIDUAL CAPACITY SINCE PRIOR TRIAL DATE; IDENTIFY ADDITIONAL EXHIBITS FOLLOWING EXTENSIVE MOTIONS PRACTICE AND DISMISSAL OF PLAINTIFF IN HIS INDIVIDUAL CAPACITY SINCE PRIOR TRIAL DATE | |
| 07/16/25 | ANALYZE LEGAL ARGUMENTS AND FACTUAL BASIS FOR DEFENDANT'S MOTION IN LIMINE NO. 2 PRECLUDING PLAINTIFF'S EXPERT'S TESTIMONY AND EVIDENCE OF ENVIRONMENTAL SALVAGE DAMAGES | 1.40 |
| 07/16/25 | REVISE DEFENDANT'S  MOTION IN LIMINE NO. 2 PRECLUDING PLAINTIFF'S EXPERT'S TESTIMONY AND EVIDENCE OF ENVIRONMENTAL SALVAGE DAMAGES | 1.60 |
| 07/16/25 | ANALYZE LEGAL ARGUMENTS AND FACTUAL BASIS FOR DEFENDANT'S MOTION IN LIMINE NO. 3 PRECLUDING  TESTIMONY AND EVIDENCE OF DEFENDANT'S PRIOR BAD ACTS, CRIMINAL OFFENSES, IMPROPER CHARACTER EVIDENCE | 1.10 |
| 07/16/25 | REVISE DEFENDANT'S  MOTION IN LIMINE NO. 3 PRECLUDING TESTIMONY AND EVIDENCE OF DEFENDANT'S PRIOR BAD ACTS, CRIMINAL OFFENSES, IMPROPER CHARACTER EVIDENCE | 0.80 |
| 07/16/25 | ANALYZE LEGAL ARGUMENTS AND FACTUAL BASIS FOR DEFENDANT'S MOTION IN LIMINE NO. 4 PRECLUDING PLAINTIFF'S  LAY TESTIMONY OF DEPRECIATION OF VEHICLES, TOOLS, AND OTHER ITEMS USED IN SALVAGE | 1.30 |
| 07/17/25 | REVISE DEFENDANT'S  MOTION IN LIMINE NO. 4 PRECLUDING PLAINTIFF'S  LAY TESTIMONY OF DEPRECIATION OF VEHICLES, TOOLS, AND OTHER ITEMS USED IN SALVAGE | 1.10 |
| 07/17/25 | ANALYZE LEGAL ARGUMENTS AND FACTUAL BASIS FOR DEFENDANT'S MOTION IN LIMINE NO. 5 PRECLUDING PLAINTIFF'S EXPERT FROM PRESENTING EVIDENCE OR TESTIMONY REGARDING DEPRECIATION DAMAGES | 1.50 |
| 07/17/25 | REVISE DEFENDANT'S  MOTION IN LIMINE NO. 5 PRECLUDING PLAINTIFF'S EXPERT FROM PRESENTING EVIDENCE OR TESTIMONY REGARDING DEPRECIATION DAMAGES | 1.20 |
| 07/17/25 | ANALYZE LEGAL ARGUMENTS AND FACTUAL BASIS FOR DEFENDANT'S MOTION IN LIMINE NO. 6  PRECLUDING PLAINTIFF'S EXPERT FROM PRESENTING EVIDENCE OR TESTIMONY REGARDING U.S. COAST GUARD BASIC ORDER AGREEMENT RATES | 1.20 |
| 07/18/25 | REVISE DEFENDANT'S  MOTION IN LIMINE NO. 6  PRECLUDING | 0.80 |

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
08/07/25                                              Matter: 23.25
Page 3                                               Invoice: 49618

| Date | Professional Services | Hours |
|------|-----------------------|-------|
| | PLAINTIFF'S EXPERT FROM PRESENTING EVIDENCE OR TESTIMONY REGARDING U.S. COAST GUARD BASIC ORDER AGREEMENT RATES | |
| 07/18/25 | ANALYZE LEGAL ARGUMENTS AND FACTUAL BASIS FOR DEFENDANT'S MOTION IN LIMINE NO. 7  PRECLUDING PLAINTIFF'S WITNESSES NOT NAMED IN FINAL WITNESS LIST | 1.70 |
| 07/18/25 | DRAFT DEFENDANT'S  MOTION IN LIMINE NO. 7  PRECLUDING PLAINTIFF'S WITNESSES NOT NAMED IN FINAL WITNESS LIST ; DRAFT EXHIBITS | 2.80 |
| 07/18/25 | ANALYZE LEGAL ARGUMENTS AND FACTUAL BASIS FOR ANTICIPATED OPPOSITION TO DEFENDANT'S MIL NO. 1 PRECLUDING PLAINTIFF FROM PRESENTING EVIDENCE CONTRARY TO THE DEEMED ADMISSIONS PERTAINING TO DEMAREST IN HIS INDIVIDUAL CAPACITY | 2.10 |
| 07/21/25 | ANALYZE LEGAL ARGUMENTS AND FACTUAL BASIS FOR DEFENDANT'S MOTION IN LIMINE NO. 8  PRECLUDING EVIDENCE OF ASSIGNMENT FROM DEMAREST TO GMM | 1.70 |
| 07/21/25 | DRAFT DEFENDANT'S  MOTION IN LIMINE NO. 8  PRECLUDING EVIDENCE OF ASSIGNMENT FROM DEMAREST TO GMM; EXHIBITS | 3.10 |
| 07/23/25 | PHONE CONFERENCE WITH EXPERT WITNESS WILLIAM LESCHAEVE RE: TRIAL TESTIMONY, REMOTE APPEARANCE, FED COURT STANDARDS AND RULES GOVERNING REMOTE APPEARANCES | 0.40 |
| 07/23/25 | PHONE CONFERENCE WITH LAY WITNESS JEFF PRATT RE: TRIAL TESTIMONY, REMOTE APPEARANCE, FED COURT STANDARDS AND RULES GOVERNING REMOTE APPEARANCES | 0.50 |
| 07/25/25 | EMAILS TO/FROM J. PRATT RE: AVAILABILITY CHANGE FOR TRIAL; REQUEST TO APPEAR VIA REMOTE VIDEO, WILL NO LONGER BE IN HAWAII | 0.20 |
| 07/25/25 | DRAFT MIL NO. 9 RE: PRECLUDE EVIDENCE AND TESTIMONY OF ANY ALLEGED NEGLIGENCE WITH RESPECT TO ALFOUADI | 2.60 |
| 07/28/25 | BEGIN DRAFT OF REVISED FINAL TRIAL BRIEF: FACTUAL BACKGROUND (1.9); PROCEDURAL HISTORY (1.2); LEGAL ARGUMENTS (ORAL AND IMPLIED CONTRACTS) (2.3) | 5.40 |

                                    SUBTOTAL for BRENT WILSON     38.30

                                              TOTAL Hours         39.30

```
STATE FARM MUTUAL AUTO INS CO                    Client: STATF
08/07/25                                         Matter: 23.25
Page 4                                          Invoice: 49618
```

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JAMES V MYHRE, Partner | 1.00 | 175.00 | 175.00 |
| BRENT WILSON, Partner | 38.30 | 175.00 | 6,702.50 |
| TOTAL Current Fees | | | $6,877.50 |
| State Tax at 4.71% | | | 323.93 |
| TOTAL Fees and Tax | | | $7,201.43 |
| Current Invoice Due | | | $7,201.43 |
| Previous Due | | | $918.21 |
| TOTAL Balance Due | | | $8,119.64 |

```
Client  : STATF
Matter  : 23.25
Date    : 08/28/25
Invoice : 49663


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

---

```
                                        Date: 08/28/25
Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 49663

Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM

For Costs Advanced through 08/31/25

                        TOTAL Costs per Attached      $700.87


                            Current Invoice Due       $700.87

                                   Previous Due       $954.86
                                                   -------------
                            TOTAL Balance Due       $1,655.73
                                                   =============
```

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
08/28/25                                               Matter: 23.25
Page 2                                                 Invoice: 49663
```

|   Date   | Costs Advanced | Amount |
|----------|----------------|--------|
| 08/27/25 | TRAVEL EXPENSE - - JM FHB CC - TRAVEL ARRANGEMENTS FOR RAIED ALFOUADI FOR TRIAL STARTING ON SEPTEMBER 15, 2025.  AIRFARE FROM KAHULUI, MAUI TO HONOLULU WITH RETURN TRIP ($143.60); HOTEL ACCOMODATIONS AT THE ASTON AT THE EXECUTIVE ENTRE HOTEL WHILE ATTENDING TRIAL ($567.27)   APPROVED BY ADJUSTER, JAY STAHNKE. PAID WITH ATTORNEY JAMES MYHRE FHB CREDIT CARD  NOTE: TRIAL LEAD ATTORNEY, JAMES MYHRE REQUESTED APPROVAL TO ADJUSTER | 700.87 |

```
                                              -------------
                              TOTAL Current Costs    $700.87
```

```
Client  : STATF
Matter  : 23.25
Date    : 09/15/25
Invoice : 49771


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

--------------------------------------------------------------------

                                        Date: 09/15/25
     Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 49771

     Claims Manager: Jay Stahnke
     Insured Party : Raied J. Alfouadi
     Claimant      : D. Demarest & Green Moutain
     Claim Number  : 5136K881H
     Court Number  : CV 22-00064 JAO-KJM

     For Professional Services Rendered through 08/31/25

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 08/04/25 | PREPARED FOR PRETRIAL CONFERENCE BY REVIEWING PLAINTIFF AND DEFENDANT'S PRETRIAL STATEMENT AND OTHER FILE MATERIAL | 0.50 |
| 08/04/25 | ATTEND PRETRIAL CONFERENCE VIA TELEPHONE BEFORE JUDGE MANSFIELD | 0.50 |
| 08/04/25 | REVIEWED APPLICABLE STATE FARM BOAT POLICY TO ADDRESS PLAINTIFF'S PROPOSED STIPULATION TO FACTS | 0.50 |
| 08/11/25 | TRIAL PREP-REVIEWED DEPOSITION OF PLAINTIFF DAVID DEMARENST AND RELATED EXHIBITS IN PREPARING FOR CROSS EXAM AND DETERMINATION OF MOTIONS IN LIMIE (309 PAGES) | 4.00 |
| 08/14/25 | REVIEWED PLAINTIFF'S PRETRIAL STATEMENT AND OTHER FILE MATERIAL TO FORMULATE STRATEGY TO LIMIT PLAINTIFF'S DAMAGES CLAIM | 0.50 |
| 08/18/25 | REVIEWED FILE TO DETERMINE ADDITIONAL TRIAL EXHIBITS | 0.50 |
| 08/18/25 | DRAFT DEFENDANT'S SECOND AMENDED EXHIBIT LIST | 0.30 |
| 08/18/25 | REVISED/FINALIZED DEFENDANT'S MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S TESTIMONY ON RAPID DEPRECIATION OF TRUCK | 0.20 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
09/15/25                                             Matter: 23.25
Page 2                                               Invoice: 49771
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/18/25 | REVIEWED AND REVISED DEFENDANT'S MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S EXPERT S COPPES FROM TESTIFYING ON RAPID DEPRECIATION OF TRUCK | 0.20 |
| 08/18/25 | REVIEWED AND REVISED DEFENDANT'S MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S EXPERT S COPPES TESTIMONY ON ENVIRONMENTAL SALVAGE DAMAGES | 0.20 |
| 08/18/25 | REVIEWED AND REVISED DEFENDANT'S MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S EXPERT S COPPES FROM TESTIFYING ON  US COAST BOARD BASIC ORDER AGREEMENT RATES | 0.20 |
| 08/18/25 | REVIEWED AND REVISED DEFENDANT'S MOTION IN LIMINE TO PRECLUDE PLAINTIFF FROM PRESENTING EVIDENCE OF ASSIGNMENT | 0.30 |
| 08/18/25 | DRAFT EMAIL TO CLAIM REPRESENTATIVE C CAMPOS' 8/18/25 EMAIL RE STATUS OF POLICE PHOTOS AND BODY CAM VIDEO | 0.10 |
| 08/18/25 | REVIEWED PLAINTIFFS' COUNSEL R TOYOMURA'S 8/18/25 EMAIL RE PLAINTIFF'S EXHIBITS | 0.10 |
| 08/18/25 | REVIEWED FILE TO ADDRESS PLAINTIFF'S EXHIBITS | 0.20 |
| 08/18/25 | DRAT EMAIL TO PLAINTIFFS' COUNSEL R TOYOMURA RE PLAINTIFF'S EXHIBITS | 0.10 |
| 08/19/25 | TELCON W/ CLIENT R ALFOUADI AND B WILSON RE CASE STATUS, TRIAL, RELATED DEADLINES AND PREPARATION | 0.30 |
| 08/19/25 | REVIEWED FILE TO DETERMINE DOCUMENTS FOR CLIENT R ALFOUADI'S REVIEW RE TRIAL PREPARATION | 0.30 |
| 08/19/25 | REVIEWED CLIENT R ALFOUADI'S 8/19/25 EMAIL RE TRIAL PREPARATION DOCUMENTS | 0.10 |
| 08/21/25 | DRAFT EMAIL TO PLAINTIFF'S COUNSEL G KATON RE EXHIBIT CONFERENCE | 0.10 |
| 08/22/25 | REVIEWED PLAINTIFF'S COUNSEL G KATON'S 8/22/25 EMAIL RE EXHIBIT CONFERENCE | 0.10 |
| 08/25/25 | REVIEWED DEPOSITION OF CLIENT R ALFOUADI'S DEPOSITION AND EXHIBITS IN PREPARATION FOR TRIAL (267 PAGES) | 3.20 |
| 08/25/25 | COMMENCED PREPARATION OF DIRECT EXAM OF CLIENT R ALOUADI BY DRAFTING OF TOPICS OF INQUIRY W/ DEPOSITION AND TRIAL EXHIBIT REFERENCES | 3.50 |
| 08/25/25 | REVIEWED PLAINTIFF'S MEMO IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ASSIGNEMENT | 0.20 |
| 08/25/25 | REVIEWED PLAINTIFF'S MEMO IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S EXPERT SEBASTIAN | 0.10 |

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
09/15/25                                               Matter: 23.25
Page 3                                                 Invoice: 49771

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | COPPES TESTIMONMY ON RAPID DEPRECIATION OF TRUCK | |
| 08/25/25 | REVIEWED PLAINTIFFS' MEMO IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S TESTIMONY ON RAPID DEPRECIATION OF TRUCK | 0.10 |
| 08/25/25 | REVIEWED CLIENT R ALFOUADI'S 8/25/25 EMAIL RE TRIAL EXHIBITS | 0.10 |
| 08/26/25 | CONTINUED DRAFTING DIRECT EXAM OF DEFENDANT R ALFOUADIN INCLUDING EXHIBIT REFERENCES | 2.00 |
| 08/26/25 | TELCON W/ CLIENT R ALFOUADI AND B WILSON RE TRIAL PREP, TRIAL PROCEDURES AND PREPARING OF R ALFOUADI DIRECT EXAM | 2.50 |
| 08/28/25 | DRAFT LETTER TO WITNESS J PRATT RE SUBPOENA FOR TRIAL TESTIOMONY | 0.10 |
| 08/28/25 | REVIEWED PLAINTIFF''S DESIGNATED DEPOSITION TESTIMONY OF WITNESS JEFF PRATT, DRAFTED OBJECTIONS AND COUNTERDESIGNATIONS | 1.30 |
| 08/28/25 | REVIEWED | 1.00 |
| 08/28/25 | REVISE/FINALIZE DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS | 0.30 |
| 08/28/25 | CONTINUED DRAFTING OF DIRECT EXAM OF DEFENDANT R ALFOUADI WITH EXHIBIT REFERENCES | 2.00 |
| 08/29/25 | TELCON W/ CLIENT R ALFOUADI RE ███████████████ ████████████████ | 1.40 |
| 08/29/25 | REVIEWED PLAINTIFF 'DESIGNATION OF THE DEPOSITION OF CORY FERNANDEZ | 0.50 |
| 08/29/25 | DRAFTED DEFENDANT'S OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF DEPOSITION OF CORY FERNANDEZ AND DEFENDANT'S COUNTER DESIGNATIONS | 1.00 |
| 08/29/25 | REVIEWED PLAINTIFF'S DESIGNATIONS OF THE TRANSCRIPT OF DEFENDANT R ALFOUADI | 0.60 |
| 08/29/25 | REVIEWED PLAINTIFF'S COUNSEL G KATON'A 8/29/25 EMAIL RE DEFENDANT'S EXHIBITS | 0.10 |
| 08/29/25 | REVIEWED PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS | 0.40 |
| 08/31/25 | COMMENCED PREPARATION OF CROSS EXAMINATION OF PLAINTIFF DEMAREST BY PREPARING TOPICAL OUTLINE WITH DEPOSITION PAGE AND LINE REFERENCES AND TRIAL EXHIBIT REFERENCES | 6.00 |

                                              ---------
                          SUBTOTAL for JAMES V MYHRE   35.70

```
STATE FARM MUTUAL AUTO INS CO                      Client: STATF
09/15/25                                           Matter: 23.25
Page 4                                             Invoice: 49771
```

| Date | Professional Services | Hours |
|------|----------------------|-------|

Services provided by BRENT WILSON

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/04/25 | FINAL PRETRIAL CONFERENCE WITH MAGISTRATE MANSFIELD | 0.40 |
| 08/04/25 | REVIEW AND REVISE MIL NOS 2 (.3); 4 (.2); 5(.3); 6 (.4); 7(.5); 8 (.4) | 2.10 |
| 08/05/25 | DRAFT EXHIBITS/REDACT FOR MOTIONS IN LIMINE NOS. 1 - 8 | 1.10 |
| 08/05/25 | BEGIN DRAFT OF COMPREHENSIVE FINAL TRIAL BRIEF | 3.40 |
| 08/15/25 | ANALYZE DEEMED ADMISSIONS IN DEMAREST INDIVIDUAL CAPACITY AND APPLICATION TO GMM IN OFFICIAL CAPACITY FOR BASIS TO EXCLUDE GMM FROM INTRODUCING EVIDENCE CONTRARY TO THE DEEMED ADMISSIONS AGAINST DEMAREST; ANALYZE FEDERAL AUTHORITY REGARDING SAME (PRE-AUTHORIZED BY ADJUSTER) | 3.20 |
| 08/15/25 | DRAFT ANALYSIS SECTION IN FINAL COMPREHENSIVE TRIAL BRIEF RE: DEEMED ADMISSIONS IN DEMAREST INDIVIDUAL CAPACITY AND APPLICATION TO GMM IN OFFICIAL CAPACITY FOR BASIS TO EXCLUDE GMM FROM INTRODUCING EVIDENCE CONTRARY TO THE DEEMED ADMISSIONS AGAINST DEMAREST; FEDERAL AUTHORITY REGARDING SAME | 1.90 |
| 08/18/25 | BEGIN ANALYSIS OF GMM'S FINAL EXHIBITS RE: BASIS TO OBJECT UNDER FEDERAL RULES OF EVIDENCE, INADMISSIBILITY | 3.70 |
| 08/18/25 | CONFERENCE WITH OPPOSING COUNSEL RE: PRODUCTION OF FINAL EXHIBITS; FORMAT | 0.30 |
| 08/18/25 | REVIEW DEFENDANT'S EXHIBITS (1.6); ANSWERS TO INTERROGATORIES (.8); DOCUMENTS PRODUCED BY INSURED (2.2) FOR USE IN TRIAL PREPARATION WITH INSURED | 4.60 |
| 08/19/25 | CONTINUE DRAFT OF COMPREHENSIVE FINAL TRIAL BRIEF | 3.40 |
| 08/19/25 | EMAILS TO/FROM R. ALFOUADI RE: QUESTIONS ABOUT GMM'S EXHIBITS; ALFOUADI'S ██████████████████ ██████ | 0.30 |
| 08/19/25 | REVIEW ████████████ FROM CLIENT TO STATE FARM RE: ██████ ████████████████████████████ ██████ | 0.20 |
| 08/19/25 | CONFERENCE WITH INSURED RE: ████████████████ ████████████████████████ ████████████████████ | 0.40 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
09/15/25                                               Matter: 23.25
Page 5                                                Invoice: 49771
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/19/25 | DRAFT ORAL ARGUMENT FOR MIL NO. 1 RE: PRECLUDE GMM FROM PRESENTING EVIDENCE CONTRARY TO THE MATTERS DEEMED ADMITTED AGAINST DEMAREST IN HIS INDIVIDUAL CAPACITY; LEGAL AUTHORITY SUPPORTING SAME; COURT'S PREVIOUS DECISIONS SUPPORTING SAME IS NOW LAW OF THE CASE; GMM HAS FAILED TO MOVE TO RECONSIDER | 1.70 |
| 08/20/25 | ANALYZE SCOPE OF LEGAL ISSUES ADDRESSED IN DIRECT EXAM OF RAIED ALFOUADI; FACT CHECK WITH SWORN DEPOSITION TESTIMONY | 3.30 |
| 08/21/25 | CONTINUE DRAFT OF COMPREHENSIVE FINAL TRIAL BRIEF | 4.10 |
| 08/21/25 | BEGIN DRAFT MOTION FOR INVOLUNTARY DISMISSAL UNDER RULE 41(B) (MOTION TO DISMISS) TO BE PRESENTED AT THE END OF PLAINTIFF'S EVIDENCE, AS TO ALL COUNTS | 2.30 |
| 08/22/25 | REVIEW ADDITIONAL DOCUMENTS PROVIDED BY CLIENT AND REQUESTED THAT THEY BE ADDED TO TRIAL EXHIBITS | 0.40 |
| 08/22/25 | EMAILS TO/FROM R. ALFOUADI RE: ███████████████ ████████████████████ | 0.20 |
| 08/22/25 | ANALYZE ADDITIONAL DOCUMENTATION FROM INSURED RE: INSURED'S ██████████████████████████ | 0.30 |
| 08/22/25 | DRAFT RESPONSE TO INSURED RE: ADDITIONAL DOCUMENTATION FROM INSURED RE: ██████████████ ███████████████████████████ ██████ | 0.20 |
| 08/22/25 | CONTINUE DRAFT MOTION FOR INVOLUNTARY DISMISSAL UNDER RULE 41(B) (MOTION TO DISMISS) TO BE PRESENTED AT THE END OF PLAINTIFF'S EVIDENCE, AS TO ALL COUNTS | 5.20 |
| 08/24/25 | EMAILS TO/FROM INSURED RE: AVAILABILITY OF E. UNDERWOOD; LAST KNOWN STATE OF RESIDENCY; CONTACT INFORMATION; ADDITIONAL DOCS | 0.30 |
| 08/25/25 | MEET AND CONFER WITH PLAINTIFF'S COUNSEL RE: ADMISSIBILITY OF EXHIBITS | 0.50 |
| 08/25/25 | EMAILS TO/FROM W. LESCHAEVE RE: TRIAL PREP TOPICS; SCOPE OF DIRECT EXAM | 0.20 |
| 08/25/25 | REVIEW ADDITIONAL DOCUMENTS RECEIVED FROM INSURED RE THE FOLLOWING ISSUES: ████████████ ██████████████████ ████████████████████ ████ | 3.10 |

STATE FARM MUTUAL AUTO INS CO                                    Client: STATF
09/15/25                                                        Matter: 23.25
Page 6                                                          Invoice: 49771

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/25/25 | CONFERENCE WITH INSURED RE HIS CONCERNS AS NOTED IN HIS ADDITIONAL DOCUMENTS: ███████████████████ ███████████████████████████████████ ██████████████████ | 1.70 |
| 08/25/25 | EMAILS TO/FROM JEFF PRATT RE: AVAILABILITY TO TESTIFY AT TRIAL; CURRENT ADDRESS; SUBPOENA RE: SAME | 0.20 |
| 08/26/25 | TRIAL PREP WITH INSURED (PRE-APPROVED BY ADJUSTER) | 3.00 |
| 08/26/25 | DRAFT ORAL ARGUMENT FOR MIL NO. 2 RE: GMM'S EXPERT TESTIMONY AS TO ENVIRONMENTAL DAMAGES | 1.80 |
| 08/26/25 | DRAFT ORAL ARGUMENT FOR MIL NO. 4 RE: DEMAREST LAY TESTIMONY ABOUT DEPRECIATION DAMAGES | 1.30 |
| 08/27/25 | MEETING WITH ADJUSTER RE: TRIAL PREP STATUS | 0.50 |
| 08/27/25 | TRIAL PREP WITH INSURED (PRE-APPROVED BY ADJUSTER) | 3.00 |
| 08/27/25 | REVIEW ADDITIONAL DOCUMENTS FROM INSURED RE: ███████████ | 0.70 |
| | ████████████████████████████████████ | 2.80 |
| | █████████████████████████████ | |
| 08/29/25 | TRIAL PREP WITH INSURED (PRE-APPROVED BY ADJUSTER) | 0.80 |
| 08/29/25 | DRAFT ORAL ARGUMENT FOR MIL NO. 7 RE: PRECLUDING GMM FROM PRESENTING EVIDENCE OF ALTERNATE BASES OF STANDING NOT PLED IN FIRST AMENDED COMPLAINT | 1.70 |
| 08/29/25 | REVIEW GMM'S OBJECTIONS TO ALFOUADI EXHIBITS; EVIDENTIARY BASIS FOR OBJECTIONS | 0.60 |
| 08/29/25 | REVIEW ADDITIONAL DOCUMENTS RECEIVED FROM INSURED RE: ████████████████████████████ ███████████████ | 1.10 |
| 08/29/25 | CONTINUE DRAFT OF INVOLUNTARY MOTION TO DISMISS ALL COUNTS (TO BE PRESENTED AT CLOSE OF GMM'S EVIDENCE) | 3.70 |
| 08/31/25 | PREPARE FOR ORAL ARGUMENTS RE: MOTIONS IN LIMINE | 4.50 |

SUBTOTAL for BRENT WILSON    74.20

TOTAL Hours    109.90

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
09/15/25                                               Matter: 23.25
Page 7                                                 Invoice: 49771


```
                    Attorney              Hours      Rate       Amount
          ------------------------------  ---------- --------- -------------
          JAMES V MYHRE, Partner             35.70    175.00      6,247.50
          BRENT WILSON, Partner              74.20    175.00     12,985.00
                                                               -------------
                                    TOTAL Current Fees     $19,232.50

                                    State Tax at 4.71%         905.85
                                                               -------------
                                    TOTAL Fees and Tax     $20,138.35


                                    Current Invoice Due    $20,138.35

                                            Previous Due     $1,655.73
                                                               -------------
                                    TOTAL Balance Due      $21,794.08
                                                               =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 04/01/25
Invoice : 49189


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

---

                                           Date: 04/01/25
Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 49189

Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM

For Professional Services Rendered through 03/31/25

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by BRENT WILSON | |
| 03/05/25 | BEGIN REVIEW OF ARGUMENTS AND AUTHORITIES ASSERTED IN DEFENDANT'S MOTIONS TO DISMISS AND REPLY MEMORANDUMS UNDER RULE 12(B)(2) FOR ARTICLE III STANDING AND MOOTNESS IN PREPARATION FOR FEDERAL DISTRICT COURT ORAL ARGUMENTS | 3.30 |
| 03/05/25 | BEGIN REVIEW OF ARGUMENTS AND AUTHORITIES ASSERTED IN PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS UNDER RULE 12(B)(2) FOR ARTICLE III STANDING AND MOOTNESS IN PREPARATION FOR FEDERAL DISTRICT COURT ORAL ARGUMENTS | 2.40 |
| 03/06/25 | BEGIN REVIEW OF ARGUMENTS AND AUTHORITIES ASSERTED IN DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT AND REPLY MEMORANDUMS BASED ON LACK OF  ARTICLE III STANDING AND MERITS IN PREPARATION FOR FEDERAL DISTRICT COURT ORAL ARGUMENTS | 2.60 |
| 03/06/25 | BEGIN REVIEW OF ARGUMENTS AND AUTHORITIES ASSERTED IN PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT BASED ON LACK OF ARTICLE III STANDING AND MOOTNESS | 1.80 |

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
04/01/25                                               Matter: 23.25
Page 2                                                 Invoice: 49189


| Date | Professional Services | Hours |
|------|----------------------|-------|
| | IN PREPARATION FOR FEDERAL DISTRICT COURT ORAL ARGUMENTS | |
| 03/06/25 | CONFERENCE WITH INSURED, R. ALFOUADI RE: STATUS OF CLAIMS PRE-ORAL ARGUMENTS; POSSIBLE OUTCOMES; CLARIFICATION ON DAMAGES AND SUPPORTING EVIDENCE RELATING TO PLAINTIFF'S ALLEGATIONS OF SAVED BOAT MATERIALS | 0.40 |
| 03/07/25 | APPEARED FOR AND ARGUED DEFENDANT'S MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT IN FED. D.C. | 1.10 |
| 03/07/25 | DRAFT STATUS REPORT RE: ORAL ARGUMENTS; DISPOSITION | 0.20 |
| 03/07/25 | EMAILS TO/FROM ADJUSTER RE: COURT MANDATED FURTHER SETTLEMENT DISCUSSIONS WITH MAGISTRATE | 0.20 |
| 03/07/25 | DRAFT REPORT TO INSURED RE: ORAL ARGUMENTS; FINAL DISPOSITION; ORDER FOR FURTHER SETTLEMENT DISCUSSIONS WITH MAGISTRATE | 0.20 |
| 03/10/25 | EMAILS TO/FROM ADJUSTER RE: MEETING WITH MAGISTRATE; INSURED'S POSITION ON SETTLEMENT | 0.20 |
| 03/10/25 | PHONE CONFERENCE WITH SF COVERAGE COUNSEL, B. PETRUS, RE: OUTCOME OF MOTIONS; INSURED'S POSITION ON SETTLEMENT; COURT-ORDERED CONFERENCE WITH MAGISTRATE JUDGE | 0.40 |
| 03/11/25 | EMAILS TO FROM HAW. DC MAGISTRATE RE: COURT-ORDERED CONFERENCE | 0.20 |
| 03/13/25 | CONFERENCE WITH MAGISTRATE JUDGE MANSFIELD RE: PARTIES' RESPECTIVE POSITIONS ON SETTLEMENT | 0.70 |

                                   SUBTOTAL for BRENT WILSON    13.70


| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| BRENT WILSON, Partner | 13.70 | 175.00 | 2,397.50 |

                                   TOTAL Current Fees    $2,397.50

                                   State Tax at 4.71%       112.92

                                   TOTAL Fees and Tax    $2,510.42
                                   TOTAL Costs per Attached    $0.00

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
04/01/25                                               Matter: 23.25
Page 3                                                 Invoice: 49189




                            Current Invoice Due      $2,510.42

                                 Previous Due        $1,266.37
                                                     -------------
                            TOTAL Balance Due        $3,776.79
                                                     =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 10/02/25
Invoice : 49852


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

---

Date: 10/02/25
Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 49852

```
Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM
```

For Professional Services Rendered through 09/30/25

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 09/03/25 | TELCON W/ EXPERT W LESCHAEVE RE COURT RULING ON EXPERT WITNESS, ISSUES TO ADDRESS AT TRIAL AND HIS OBSERVATIONS BASED ON HIS REVIEW OF DEPOSITIONS OF PLAINTIFF, DEFENDANT, JEFF PRATT AND OTHERS | 0.90 |
| 09/03/25 | REVIEWED COURT'S ORDER ON RULINGS ON DEFENDANT'S MOTION IN LIMINE AND OTHER PRETRIAL REQUIREMENT AND DEADLINES | 0.20 |
| 09/04/25 | TELCON W/ CLAIM SUPERVISOR S MCALLISTER, CLAIM REPRESENTATIVE J STAHNKE AND B WILSON RE TRIAL STRATEGY | 0.50 |
| 09/04/25 | REVIEWED PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS (1-135) AND DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS (1-110) TO DETERMINE WHICH EXHIBITS THE PARTIES CAN STIPULATE TO AS REQUIRED BY THE COURT'S ORDER | 3.50 |
| 09/04/25 | DRAFT EMAIL TO PLAINTIFF'S COUNSEL G KATON RE EXHIBITS DEFENDANT WILL STIPULATE INTO EVIDENCE | 0.30 |
| 09/04/25 | DRAFT EMAIL TO PLAINTIFF'S COUNSEL G KATON RE TRIAL WITNESSES | 0.20 |

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
10/02/25                                               Matter: 23.25
Page 2                                                 Invoice: 49852


| Date | Professional Services | Hours |
|------|----------------------|-------|
| 09/04/25 | REVIEWED JUDGE OTAKE'S ORDER REGARDING TRIAL EXHIBITS | 0.10 |
| 09/04/25 | REVIEWED CLAIM REPRESENTATIVE J STAHNKE'S 9/4/25 EMAIL RE AUTHORIZING 2 ATTORNEYS AT TRIAL, EXPENSE FOR DAILY TRANSCRIPT AND ALL RESEARCH TO RESPOND TO COURT ORDERS AND ISSUES THAT NEED ADDRESSING BEFORE AND DURING TRIAL | 0.10 |
| 09/04/25 | REVIEWED PLAINTIFF'S COUNSEL G KATON'S 9/4/245 EMAIL RE MEETING REGARDING TRIAL WITNESSES AND EXHIBITS | 0.10 |
| 09/04/25 | ATTEND MEETING VIA ZOOM W/ PLAINTIFF'S COUNSEL G KATON AND R TERUYAMA RE COURT ORDERED CONFERENCE TO DISCUSS TRIAL TRIAL WITNESSES AND AMISSIBILITY OF EXHIBITS | 1.00 |
| 09/04/25 | REVIEWED PLAINTIFF'S COUNSEL G KATON'S 9/4/25 EMAIL RE PROPOSED REPORT TO JUDGE OTAKE REGARDING TRIAL WITNESSES | 0.10 |
| 09/04/25 | REVIEWED AND REVISED PLAINTIFF'S PROPOSED REPORT TO JUDGE OTAKE REGARDING TRIAL WITNESSES | 0.20 |
| 09/04/25 | DRAFT PROPOSED STIPULATION REGARDING ADMISSIBILITY OF TRIAL EXHIBITS PER JUDGE OTAKE'S ORDER | 0.30 |
| 09/04/25 | REVIEWED JUDGE OTAKE'S CLERK'S 9/4/25 EMAIL RE TRIAL LOGISTICS | 0.10 |
| 09/05/25 | PREPARED FOR MEETING W/  EXPERT WILLIAM LESCHAEVE BY REVIEWING HIS TWO REPORTS AND THE TOW REPORTS OF PLAINTIFF'S EXPERT S COPPES AND RELATED EXHIBITS | 1.50 |
| 09/05/25 | TELCON W/ EXPERT W LESCHAEVE RE TRIAL STRATEGY AND ISSUES TO ADDRESSS ON DIRECT EXAM | 2.00 |
| 09/05/25 | REVIEWED PLAINTIFF TRIAL BRIEF REGARDING THE ADMISSABILITY OF COAST GUARD RATS AND SCOPIC RATES ON QUANTUM MERUIT CLAIM | 0.30 |
| 09/05/25 | REVIEWED AND REVISED DEFENDANT'S TRIAL MEMORANDUM REGARDING ADMISSIBILITY OF COAST GUARD RATES AND SCOPIC RATES | 0.30 |
| 09/05/25 | COMMENCED DRAFTING THE DIRECT EXAMINATION OF EXPERT W LESCHAEVE INCLUDING OUTLINE OF TOPICS OF INQUIRY AND EXHIBIT REFERENCES | 3.50 |
| 09/05/25 | REVIEWED JUDGE OTAKE'S 5/5/25 ORDER RE WITNESSES TESTIFYING REMOTELY | 0.10 |
| 09/06/25 | COMPLETED PREPARATION OF DIRECT EXAM OF EXPERT W LESCHAEVE BY PREPARING OUTLINE OF TOPICS OF INQUIRY | 4.50 |
| 09/07/25 | COMMENCED PREPARATION OF CROSS EXAMINATION OF PLAINTIFF'S SALVAGE EXPERT S COPES BY REVIEWING HIS DEPOSITION | 7.20 |

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
10/02/25                                               Matter: 23.25
Page 3                                                 Invoice: 49852

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | TRANSCRIPT, PREPARING OUTLINE OF TOPICS OF INQUIRY WITH EXHIBIT AND DEPOSITION PAGE AND LINE REFERENCES | |
| 09/08/25 | COMPLETED PREPARATION OF CROSS EXAMINATION OF PLAINTIFF'S SALVAGE EXPERT S COPES BY REVIEWING HIS DEPOSITION TRANSCRIPT, PREPARING OUTLINE OF TOPICS OF INQUIRY WITH EXHIBIT AND DEPOSITION PAGE AND LINE REFERENCES | 3.30 |
| 09/08/25 | CONTINUED PREPARING THE DIRECT EXAM OF DEFENDANT R ALFOUADI BY PREPARING OUTLINE OF TOPIC OF INQUIRY WITH EXHIBIT REFERENCES AND DEPOSITION TESTIMONYHIS TESTIMONY | 2.50 |
| 09/08/25 | REVIEWED PLAINTIFF'S NOTICE OF ISSUANCE OF TRIAL SUBPOENAS | 0.20 |
| 09/09/25 | REVIEWED PLAINTIFF'S OBJECTION TO DEFENDANT'S SALVAGE AND WRECK REMOVAL COST EXPERT TESTIFYING TO HIS OPINIONS AT TRIAL | 0.20 |
| 09/09/25 | DRAFTING OF DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTION TO DEFENDANT'S SALVAGE AND WRECK REMOVAL COST EXPERT FROM TESTIFYING | 2.50 |
| 09/09/25 | REVIEWED PLAINTIFF'S MOTION TO RECONSIDER THE COURT'S ORDER ON DEFENDANT'S MOTION IN LIMINE NO 7 TO PRECLUDE PLAINTIFF PRESENTING EVIDENCE THAT DAVIE DEMAREST ASSIGNED HIS CLAIM TO PLAINTIFF GMM | 0.40 |
| 09/09/25 | REVISED DIRECT EXAMINATION OF DEFENDANT'S EXPERT W LESCHAEVE WITH EXHIBIT REFERENCES | 0.40 |
| 09/09/25 | DRAFT EMAIL TO DEFENDANT'S EXPERT W LESCHAEVE RE DIRECT EXAMINATION OUTLINE AND CONFIRMATION FOR TECHNOLOGY CHECK FOR REMOTE TRIAL TESTIMONY | 0.10 |
| 09/10/25 | REVIEWED PLAINTIFF'S MOTION TO CONTINUE TRIAL | 0.30 |
| 09/10/25 | APPEARED AT JUDGE OTAKE'S COURT ROOM FOR MEETING W/ HER COURT ROOM MANAGER TO ADDRESS TRIAL PROCEDURES AND THE COURT'S TECHNOLOGY (TRAVEL TIME EXCLUDED) | 1.00 |
| 09/10/25 | ATTEND TRIAL STATUS CONFERENCE W/ JUDE OTAKE AND OTHER COUNSEL VIA VIDEO CONFERENCE RE PLAINTIFF'S COUNSEL'S REQUEST FOR TRIAL CONTINUANCE | 0.30 |
| 09/10/25 | DRAFT EMAIL TO EXPERT W LESCHAEVE RE EXHIBITS FOR USE DURING REMOTE VIDEO TRIAL TESTIMONY | 0.30 |
| 09/10/25 | TELCON W/ EXPERT W LESHAEVE RE TRIAL CONTINUANCE AND CONFIRMING NEW DATE FOR TESTIMONY | 0.10 |
| 09/10/25 | TELCON W/ CLIENT R ALFOUADI RE TRIAL CONTINUANCE AND | 0.20 |

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
10/02/25                                               Matter: 23.25
Page 4                                                 Invoice: 49852


| Date | Professional Services | Hours |
|------|----------------------|-------|
| | ALTERNATIVE ARRANGEMENT FOR HIS APPEARANCE NEW TRIAL | |
| 09/10/25 | REVIEWED CLIENT R ALFOUADI RE TRIAL EXHIBITS | 0.10 |
| 09/10/25 | ███████████████████████████████████████ | 2.00 |
| 09/14/25 | REVIEWED JUDGE OTAKE'S ORDER REGARDING DEPOSITION DESIGNATIONS OF DEFENDANT RAIED ALFOUADI AND OFFICER CORY FERNANDEZ | 0.10 |
| 09/14/25 | DRAFT NOTICE OF SUBMISSION OF DEFENDANT'S COUNTER DESIGNATION OF THE DEPOSITION OF OFFICER CORY FERNANDEZ WITH HIGHLIGHT OF TRANSCRIPT OF RELEVANT TESTIMONY | 1.00 |
| 09/29/25 | DRAFT EMAIL CLAIM REPRESENTATIVE C CAMPOS RE REQUEST FOR AUTHORITY FOR COSTS OF HPD BODY CAM VIDEO | 0.10 |

SUBTOTAL for JAMES V MYHRE    42.10


Services provided by BRENT WILSON

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 09/01/25 | REVISE DEPOSITION COUNTER-DESIGNATIONS PER REQUEST FROM COURT | 1.10 |
| 09/01/25 | ANALYZE/PREPARE MATERIALS FOR W. LESCHAEVE EXPERT WITNESS TRIAL PREPARATION | 0.90 |
| 09/02/25 | ATTENDED FINAL PRETRIAL CONFERENCE AND ARGUED MOTIONS IN LIMINE | 1.80 |
| 09/02/25 | STATUS CONFERENCE WITH ADJUSTER RE: OUTCOME OF MOTIONS IN LIMINE AND FINAL PRE-TRIAL CONFERENCE; AUTHORITY TO ORDER TRANSCRIPT OF HEARING | 0.40 |
| 09/02/25 | STATUS CONFERENCE WITH CLIENT R. ALFOUADI RE: OUTCOME OF MOTIONS IN LIMINE AND FINAL PRE-TRIAL CONFERENCE | 0.50 |
| 09/02/25 | DRAFT AMENDED OBJECTIONS AND COUNTER DESIGNATIONS TO PLAINTIFF'S DESIGNATIONS OF TRANSCRIPT | 1.60 |
| 09/02/25 | ANALYZE FACTUAL AND LEGAL BASIS FOR GMM'S COURT ORDERED SUPPLEMENTAL BRIEFING ON MIL NO. 6 RE: WHETHER GMM'S EXPERT WITNESS' TESTIMONY IS RELEVANT TO GMM'S EQUITABLE CLAIMS; LEGAL AUTHORITY FOR/AGAINST SAME | 2.60 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
10/02/25                                               Matter: 23.25
Page 5                                                Invoice: 49852
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 09/03/25 | PRE-TRIAL PREPARATION WITH EXPERT WITNESS WILLIAM LESCHAEVE | 0.90 |
| 09/03/25 | EMAILS TO/FROM EXPERT WITNESS E. LESCHAEVE RE: TRIAL PREP | 0.30 |
| 09/03/25 | EMAILS TO/FROM W. LESCHAEVE RE: DEPOSITION OF SEBASTIAN COPPES; TRIAL PREPARATION | 0.30 |
| 09/03/25 | ANALYZE MIL HEARINGS TRANSCRIPT RE: COURT'S ORDERS AS TO ALL MIL'S AND POSITION REGARDING THE PRECLUSIVE EFFECT OF ADMISSIONS ON GMM'S ABILITY TO ARGUE ASSIGNMENT AT TRIAL | 1.40 |
| 09/03/25 | ANALYZE LEGAL BASIS IN 9TH CIR. FOR GRANTING EQUITABLE RELIEF IN ADMIRALTY CASES IN GENERAL; SALVAGE CASES; APPLICATION OF SUPREME COURT BLACKWALL FACTORS  (APPROVED BY ADJUSTER); 9TH CIR. STANDARD FOR AWARDING QUANTUM MERUIT AND EXTENT TO WHICH EXPERT WITNESS TESTIMONY IS ALLOWED | 2.30 |
| 09/04/25 | PRE-TRIAL CONFERENCE WITH ADJUSTER AND S. MCALISTER | 0.60 |
| 09/04/25 | COURT-ORDERED MEET AND CONFER WITH OPPOSING COUNSEL RE: STIPULATIONS FOR ADMISSIBILITY OF EXHIBITS OR WITNESSES | 0.50 |
| 09/04/25 | DRAFT STATUS REPORT OF PARTIES RE: EXHIBITS AND WITNESSES | 0.50 |
| 09/04/25 | EMAILS TO FROM EXPERT WITNESS W. LASCHAEVE RE: TRIAL TESTIMONY SCHEDULE | 0.20 |
| 09/04/25 | EMAILS TO/FROM INSURED R. ALFOUADI RE: STATUS OF TRIAL PREP AND WHEREABOUTS OF INDEPENDENT WITNESS DRAKE THOMAS | 0.30 |
| 09/04/25 | BEGIN DRAFT OF COURT-ORDERED SUPPLEMENTAL BRIEFING RE: 9TH CIR. LEGAL STANDARD FOR EXTENT OF COPPES' EXPERT WITNESS TESTIMONY AS APPLIED TO ADMIRALTY AND QUANTUM MERUIT EQUITABLE CLAIMS, RELATING TO ISSUES PENDING UNDER MIL NO. 6 | 1.80 |
| 09/05/25 | FINAL DRAFT OF COURT-ORDERED SUPPLEMENTAL BRIEFING RE: 9TH CIR. LEGAL STANDARD FOR EXTENT OF COPPES' EXPERT WITNESS TESTIMONY AS APPLIED TO ADMIRALTY AND QUANTUM MERUIT EQUITABLE CLAIMS, RELATING TO ISSUES PENDING UNDER MIL NO. 6 | 4.50 |
| 09/05/25 | MEETING WITH W. LESCHAEVE RE: TECH REQUIREMENTS ON TRIAL DAY; REVIEW OF COURT-ORDERED RULES AND PROCEDURES | 0.40 |
| 09/05/25 | PHONE CONFERENCE WITH INDEPENDENT WITNESS EDWARD UNDERWOOD OF DEPT. OF LAND AND NATURAL RESOURCES RE: STATUS OF TRIAL; DOCUMENTS TO REVIEW BEFORE TRIAL | 0.50 |
| 09/06/25 | REVISE DIRECT EXAM OUTLINE OF EXPERT WILLIAM LESCHAEVE | 0.40 |

```
STATE FARM MUTUAL AUTO INS CO                           Client: STATF
10/02/25                                                Matter: 23.25
Page 6                                                 Invoice: 49852
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 09/08/25 | CONFERENCE WITH ATTY FOR GMM, G. KATON, RE: TRIAL TESTIMONY OF INDEPENDENT WITNESS ANDRE VARGAS; REMOTE TESTIMONY | 0.30 |
| 09/08/25 | ANALYZE  OUTLINE OF CROSS EXAMINATION OF SEBASTIAN COPPES RE: KEY LEGAL ISSUES TO ADDRESS AT TRIAL | 0.70 |
| 09/08/25 | REVIEW DOCUMENTS TO PRODUCE TO EDWARD UNDERWOOD FOR REVIEW BEFORE TRIAL TESTIMONY | 0.60 |
| 09/08/25 | ANALYZE LEGAL BASIS FOR PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXPERT | 0.60 |
| 09/09/25 | DRAFT AMENDED OBJECTIONS AND COUNTER DESIGNATIONS OF TRANSCRIPTS PER COURT'S REQUEST | 0.60 |
| 09/09/25 | DRAFT STATUS REPORT TO ADJUSTER RE: POSSIBLE CONTINUANCE OF TRIAL | 0.20 |
| 09/09/25 | CONFERENCE WITH MEDIA AND TRIAL TECHNOLOGY CONSULTANT RE: ELECTRONIC EXHIBIT PRESENTATION AT TRIAL; VIDEO CONFERENCING | 0.40 |
| 09/09/25 | PHONE CONFERENCE WITH COUNSEL FOR GMM RE: REQUEST TO CONTINUE TRIAL DUE TO LEAD COUNSEL CONTRACTING COVID | 0.30 |
| 09/10/25 | TRIAL PREPARATION MEETING WITH EXPERT WILLIAM LESCHAEVE | 0.70 |
| 09/12/25 | DRAFT REVISED COUNTER DESIGNATIONS OF RAIED J. ALFOUADI PER COURT'S REQUEST | 1.00 |
| 09/12/25 | EMAILS TO/FROM WITNESS J. PRATT RE: TRIAL CONTINUANCE; AVAILABILITY FOR 10/20/25 | 0.20 |

```
                                  SUBTOTAL for BRENT WILSON    29.40
                                                           ---------

                                         TOTAL Hours    71.50
                                                       =========
```

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| JAMES V MYHRE, Partner | 42.10 | 175.00 | 7,367.50 |
| BRENT WILSON, Partner | 29.40 | 175.00 | 5,145.00 |

```
                                 TOTAL Current Fees   $12,512.50

                                 State Tax at 4.71%       589.34
```

```
STATE FARM MUTUAL AUTO INS CO                      Client: STATF
10/02/25                                           Matter: 23.25
Page 7                                            Invoice: 49852


                                             -------------
                             TOTAL Fees and Tax    $13,101.84


                             Current Invoice Due    $13,101.84

                                   Previous Due     $21,093.21
                                             -------------
                             TOTAL Balance Due     $34,195.05
                                             =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 10/03/25
Invoice : 49924


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

---------------------------------------------------------------------

                                                    Date: 10/03/25
Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 49924

Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM

For Costs Advanced through 09/30/25

                        TOTAL Costs per Attached      $512.63


                        Current Invoice Due           $512.63

                              Previous Due          $34,195.05
                                                    -------------
                           TOTAL Balance Due        $34,707.68
                                                    =============

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
10/03/25                                               Matter: 23.25
Page 2                                                 Invoice: 49924


   Date                  Costs Advanced                      Amount

08/28/25 PROCESS SERVER - #2687 - SERVICE BY PROCESS SERVER,      60.00
         MARK STACK SERVICE ON AUGUST 28, 2025   PAID WITH OUR
         CHECK NO. 2687
08/29/25 PROCESS SERVER - #2688 - SERVICE ON 8/29/2025 BY         60.00
         PROCESS SERVER, MARK STACK SERVICE   PAID WITH OUR
         CHECK NO. 2688
09/02/25 DEPO TRANSCRIPT - #2690 - DEPOSITION TRANSCRIPT OF      178.67
         9/2/2025 HEARING PAID TO CYNTHIA FAZIO, OFFICIAL
         FEDERAL COURT REPORTER, U.S. DISTRICT COURT   PAID WITH
         OUR CHECK NO. 2690 DATED 9/2/2025
09/04/25 DEPO TRANSCRIPT - ADDITIONAL TME CHARGED AND             13.96
         RESEARCHED   CURENT    BILLED BU CYNTHIA FAZIO, COURT
         REPORTER   PAID WITH OUR CHECK NO. 2691
09/19/25 PROCESS SERVER - #2694 - SERVICE BY MICHAEL SMYTHE,     200.00
         PROCESS SERVER - SERVED JEFFREY PRATT ON 9/19/2025
         PAID WITH OUR CHECK NO. 2694
                                                          -------------
                               TOTAL Current Costs          $512.63

```
Client   : STATF
Matter   : 23.25
Date     : 10/09/25
Invoice  : 49927



STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

------------------------------------------------------------------------

```
                                          Date: 10/09/25
Re: David Demarest & Green Mountain vs. Raied Alfouadi   Invoice: 49927

Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM

For Costs Advanced through 10/09/25

                         TOTAL Costs per Attached    $8,000.00


                            Current Invoice Due      $8,000.00

                                   Previous Due    $15,210.68
                                                  --------------
                           TOTAL Balance Due        $23,210.68
                                                  ==============
```

```
STATE FARM MUTUAL AUTO INS CO                              Client: STATF
10/09/25                                                   Matter: 23.25
Page 2                                                     Invoice: 49927
```

| Date | Costs Advanced | Amount |
|---|---|---|
| 10/09/25 | DEPO TRANSCRIPT - #2715 - TRIAL DEPOSITION TRANSCRIPTS RE: DAILY TRANSCRIPTS/REALTIME.  TRIAL TO BEGIN ON OCTOBER 20, 2025.  FEDERAL COURT REPORTER REQUIRE A DEPOSIT OF $8,000.00 FOR THREE DAYS.  ADJUSTER JAY STAHNKE GRANTED APPROVAL TO OBTAIN DAILY TRANSCRIPTS (SEE APPROVAL INCLUDED).  PAID WITH OUR CHECK NO. 2715 | 8,000.00 |

```
                                                          -------------
                                    TOTAL Current Costs    $8,000.00
```

```
Client   : STATF
Matter   : 23.25
Date     : 10/22/25
Invoice  : 49931


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

------------------------------------------------------------------------

```
                                              Date: 10/22/25
Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 49931

Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM

For Costs Advanced through 10/31/25

                          TOTAL Costs per Attached      $437.13



                              Current Invoice Due       $437.13

                                   Previous Due      $23,210.68
                                                     -------------
                             TOTAL Balance Due       $23,647.81
                                                     =============
```

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
10/22/25                                               Matter: 23.25
Page 2                                                 Invoice: 49931


| Date | Costs Advanced | Amount |
|---|---|---|
| 06/01/25 | HAWAII VIDEO PRODUCTIONS - TRIAL CONSULTING BY CERTIFIED LEGAL VIDEO SERVICES RE: TRIAL PREPARATIONS CERTIFIED LEGAL VIDEO INVOICE NO. 21320 | 78.53 |
| 10/08/25 | PROCESS SERVER - #2714 - PROCESS SERVER, MARK STACK SERVICE ON OCTOBER 8 2025 | 60.00 |
| 10/15/25 | TRVL EXPENSE - JIM MYHRE - AIR TRAVEL FOR ATTORNEY JAMES MYHRE FROM HONOLULU TO KAHULUI MAUI ON SEPT. 14, 2025 AND RETURN ON SEPT. 17, 2025 TO ATTEND DEPOSITION AND MEETING  PAID WITH ATTORNEY MYHRE FIRST HAWAIIAN BANK CREDIT CARD | 133.60 |
| 10/21/25 | PROCESS SERVER - #2720 - SERVICE BY MICHAEL SMYTHE RE: PERSON SERVED JEFFERY PRATT  PAID WITH OUR CHECK NO. 2720 | 165.00 |

                                       TOTAL Current Costs        $437.13

```
Client   : STATF
Matter   : 23.25
Date     : 10/28/25
Invoice  : 49933


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

--------------------------------------------------------------------------

                                                          Date: 10/28/25
Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 49933

Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM

For Costs Advanced through 10/31/25

                          TOTAL Costs per Attached    $2,515.27


                            Current Invoice Due       $2,515.27

                                  Previous Due       $10,582.61
                                                     -------------
                            TOTAL Balance Due        $13,097.88
                                                     =============

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
10/28/25                                               Matter: 23.25
Page 2                                                 Invoice: 49933



    Date                    Costs Advanced                    Amount

10/28/25 PARKING - JIM MYHRE - #2725 - COURT PARKING FOR        122.00
         ATTORNEYS JAMES MYHRE & BRENT WILSON WITH CLIENT RAIED
         ALFOUADI WHILE ATTENDING TRIAL (ALONG WITH TRIAL
         MATERIALS, BINDERS AND EXHIBITS.  PAID WITH OUR CHECK
         NO. 2725
10/28/25 TRANSCRIPT -  - #2726 - BALANCE DUE TO CYNTHIA FAZIO,   2,393.27
         FEDERAL COURT REPORTER RE: DAILY TRIAL TRANSCRIPTS
         FROM 10/20/25 - 10/23/25 (REAL TIME).  PREVIOUSLY
         DEPOSITED $8,000.00  BALANCE DUE PAID WITH OUR CHECK
         NO. 2726  CLAIM SPECIALIST PROVIDED PRE-APPROVAL FOR
         THIS FEDERAL COURT REPORTER CHARGE
                                                           -------------
                                   TOTAL Current Costs      $2,515.27
```

```
Client   : STATF
Matter   : 23.25
Date     : 11/05/25
Invoice  : 50016


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

--------------------------------------------------------------------------

                                                Date: 11/05/25
        Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 50016

        Claims Manager: Jay Stahnke
        Insured Party : Raied J. Alfouadi
        Claimant      : D. Demarest & Green Moutain
        Claim Number  : 5136K881H
        Court Number  : CV 22-00064 JAO-KJM

        For Professional Services Rendered through 10/31/25

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 10/08/25 | REVIEWED TRIAL SUBPOENA OF E UNDERWOOD | 0.10 |
| 10/08/25 | REVIEWED RETURN OF SERVICE OF SUBPOENA OF E UNDERWOOD | 0.10 |
| 10/08/25 | TELCON W/ WITNESS E UNDERWOOD RE TRIAL SUBPOENA | 0.10 |
| 10/09/25 | DRAFT EMAIL TO EXPERT W LESCHAEVE TRIAL TESTIMONY AND PREP | 0.10 |
| 10/09/25 | REVIEWED EXPERT W LESCHAEVE 10/9/25 EMAIL RE TRIAL PREP | 0.10 |
| 10/09/25 | REVIEWED COURT'S ORDER REGARDING DEPOSITIONS | 0.30 |
| 10/09/25 | CONTINUED DRAFTING TOPICAL OUTLINE WITH EXHIBIT REFERENCES OF DIRECT EXAM OF DEFENANT R ALFOUAD | 2.60 |
| 10/09/25 | DRAFT EMAIL TO CLIENT REPRESENTATIVE R ALFOUADI RE TOPICAL OUT LINE FOR DIRECT EXAM OF R ALFOUADI | 0.10 |
| 10/09/25 | TELCON W/ CLIENT R ALFOUADI RE OUTLINE OF DIRECT EXAM OF R ALFOUADI | 0.10 |
| 10/10/25 | TELCON W/ CLIENT R ALFOUADI RE REVISIONS TO DIRECT EXAM | 0.10 |
| 10/10/25 | REVIEWED CLIENT R ALFOUADI'S 10/10/15 EMAIL RE REVISIONS TO DIRECT EXAM | 0.10 |
| 10/10/25 | REVIEWED CLIENT R ALFOUADI'S REVISIONS TO DIRECT EXAM | 0.30 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
11/05/25                                               Matter: 23.25
Page 2                                                 Invoice: 50016
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 10/10/25 | TELCON W/ CLIENT R ALFOUADI RE TRAIL STRATEGY, DIRECT EXAM AND TRIAL EXHIBITS | 2.50 |
| 10/10/25 | REVIEWED COURT'S RULING ON OBJECTIONS TO DEPOSITION DESIGNATIONS | 0.30 |
| 10/12/25 | TRIAL PREPARATION-CONTINUED  PREPARATION OF CROSS EXAM OF PLAINTIFF BY REVIEWING  DIGEST OF PLAINTIFF' DEPOSITION, SECTIONS OF PLAINTIFF'S DEPOSITION, DRAFTING OF TOPICAL OUTLINE OF PLAINTIFF'S CROSS EXAMINATION WITH EXHIBIT REFERENCES AND DEPOSITION CITES | 3.50 |
| 10/13/25 | REVIEWED CLIENT R ALFOUADI'S 10/13/25 EMAIL RE HIS PROPOSED REVISIONS TO DIRECT EXAM OF R ALFOUADI | 0.10 |
| 10/13/25 | REVIEWED CLIENT R ALFOUADI'S 10/13/25 EMAIL RE CLIENT REVISIONS TO DRAFT TOPICAL OUTLINE OF DIRECT EXAM OF R ALFOUADI WITH ANSWERS | 1.00 |
| 10/13/25 | TRIAL PREPARATION RE CONTINUED REVISIONS OF TOPICAL OUTLINE OF DIRECT EXAM OF DEFENDANT R ALFOUADI WITH EXHIBIT REFERENCES BASED ON HIS REVISIONS | 2.80 |
| 10/13/25 | DRAFT EMAIL TO PLAINTIFF'S COUNSEL G KATO RE MEET AND CONFER REGARDING DEPOSITION DESIGNATIONS | 0.10 |
| 10/13/25 | REVIEWED PLAINTIFF'S COUNSEL G KATON'S 10/13/25 EMAIL RE MEET AND CONFER REGARDING DEPOSITION DESIGNATIONS | 0.10 |
| 10/13/25 | DRAFT EMAIL TO CLIENT R ALFOUADI RE REVISED TOPICAL OUTLINE OF DIRECT EXAM OF R ALFOUADI WITH EXHIBIT REFERENCES | 0.10 |
| 10/13/25 | REVIEWED CLIENT R ALFOUADI'S 10/13/25 EMAIL RE REVISED OUTLINE OF DIRECT EXAM OF R ALFOUADI | 0.10 |
| 10/13/25 | REVIEWED PLAINTIFF'S COUNSEL  R TOYOMURA'S 10/13/25 EMAIL RE MEET AND CONFER ON DEPOSITION DESIGNATIONS | 0.10 |
| 10/13/25 | DRAFT EMAIL TO CLIENT R ALFOUADI RE RECOMMENDATIONS FOR SHORTENING DIRECT EXAM OF R ALFOUADI | 0.10 |
| 10/13/25 | DETERMINED AND SEQUENCED EXHIBITS FOR DIRECT EXAM OF DEFENDANT R ALFOUADI | 1.00 |
| 10/14/25 | REVIEWED PLAINTIFF'S COUNSEL G KATON'S 10/14/25 EMAIL RE COURT'S ORDER REGARDING DEPOSITION DESIGNATIONS | 0.10 |
| 10/14/25 | REVIEWED PLAINTIFF'S PROPOSED DESIGNATION OF DEPOSITIONS OF OFFICER COREY FERNANDEZ, EDWARD UNDERWOOD, AND RAIED ALFOUADI, CROSSED CHECKED TO DETERMINE CONFORMANCE W/ COURT'S RULINGS ON DEPOSITION OBJECTIONS | 1.80 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
11/05/25                                               Matter: 23.25
Page 3                                                 Invoice: 50016
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 10/14/25 | TELCON W/ PLAINTIFF'S COUNSEL G KATON RE MEET AND CONFER REGARDING DEPOSITION DESIGNATION AND TRIAL WITNESSES | 0.50 |
| 10/14/25 | REVIEWED COURT REPORTER C FAZIO 10/14/25 EMAIL REAL TIME TRIAL TRANSCRIPTS | 0.10 |
| 10/14/25 | REVIEWED COURT REPORTER C FAZIO'S 10/14/25 EMAIL RE REMOTE TESTING OF REAL TIME TRIAL TRANSCRIP | 0.10 |
| 10/14/25 | DRAFTED DEFENDANT'S PROPOSED DESIGNATIONS OF THE TRANSCRIPTS OF OFFICER COREY FERNANDEZ, RAIED ALFOUADI AND E UNDERWOOD TO CONFORM WITH THE COURT'S ORDER ON DESIGNATIONS | 1.20 |
| 10/14/25 | TRIAL PREPARATION-CONTINUED  PREPARATION OF CROSS EXAM OF PLAINTIFF BY REVIEWING  DIGEST OF PLAINTIFF' DEPOSITION, SECTIONS OF PLAINTIFF'S DEPOSITION, DRAFTING OF TOPICAL OUTLINE OF PLAINTIFF'S CROSS EXAMINATION WITH EXHIBIT REFERENCES AND DEPOSITION CITES | 2.30 |
| 10/14/25 | REVIEWED AND REVISED DEFENDANT'S MOTION TO RECONSIDER RULING ON OBJECTIONS TO OFFICER C FERNANDEZ DEPOSITION DESIGNATIONS | 0.30 |
| 10/14/25 | TELCON W/ WITNESS JEFF PRATT RE OPTION FOR IN PERSON OR REMOTE TRIAL TESTIMONY | 0.20 |
| 10/14/25 | DRAFT EMAIL TO WITNESS J PRATT RE TRIAL TESTIMONY AND DEPOSITION TRANSCRIPT | 0.10 |
| 10/14/25 | DRAFT EMAIL TO PLAINTIFF'S COUNSEL G CATON RE ISSUES RELATED TO WITNESS J PRATT'S TRIAL TESTIMONY | 0.20 |
| 10/14/25 | REVIEWED PLAINTIFF'S COUNSEL R TOYOMURA'S 14/25 EMAIL RE RE REVISED DEPOSITION DESIGNATIONS | 0.10 |
| 10/14/25 | REVIEWED PLAINTIFF'S PROPOSED REVISED DEPOSITION DESIGNATION PER COURT ORDER | 0.30 |
| 10/14/25 | DRAFT EMAIL TO PLAINTIFF'S COUNSEL R TOYMURA'S RE APPROVAL OF RESISED DEPOSTION DEISGNATIONS | 0.10 |
| 10/15/25 | COMPLETED DETERMINATION OF TRIAL EXHIBITS FOR CROSS EXAM OF PLAINTIFF  W/ PROPER SEQUENCING | 1.20 |
| 10/16/25 | DRAFT EMAIL TO WITNESS J PRATT RE CONFIRMING REMOTE TRIAL TESTIMONY, COURT'S INSTRUCTIONS FOR REMOTE WITNESS TESTIMONY AND DEPOSITION TRANSCRIPT AND EXHIBITS ON DIRECT EXAM | 0.30 |
| 10/16/25 | FINALIZED CROSS EXAM OF PLAINITFF | 0.80 |

STATE FARM MUTUAL AUTO INS CO                                    Client: STATF
11/05/25                                                         Matter: 23.25
Page 4                                                          Invoice: 50016

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 10/16/25 | DRAFT EMAIL TO WITNESS J PRATT RE TRIAL EXHIBITS | 0.10 |
| 10/16/25 | REVIEWED PLAINTIFF'S COUNSEL R MIYASHITA'S 10/16/25 EMAIL RE ISSUES RELATED TO IME | 0.10 |
| 10/16/25 | DRAFT EMAIL TO PLAINTIFF'S COUNSEL R MIYASHITA RE ISSUES RELATED TO DR. SCOGGIN'S IME OF PLAINTIF | 0.30 |
| 10/16/25 | REVIEWED PLAINTIFF'S COUNSEL G KATON 10/16/25 EMAIL RE CONFIRMING PLAINTIFF IS NOT CALLING J PRATT AS A WITNESS | 0.10 |
| 10/16/25 | REVIEWED WITNESS J PRATT'S 10/16/25 EMAIL RE TRIAL TESTIMONY AND DEPOSITION TRANSCRIPT | 0.10 |
| 10/16/25 | FINALIZED DIRECT EXAM OF EXPERT W LESCHAEVE WITH EXHIBIT REFERENCES GIVEN COURT'S RULING ON MOTION IN LIMINE AND DETERMINED SEQUENCING OF TRIAL EXHIBITS | 2.70 |
| 10/17/25 | REVIEWED CLIENT R ALFOUADI'S 10/16/25 EMAIL RE WITNESS A VARGAS ███████ | 0.10 |
| 10/17/25 | REVIEWED CLIENT R ALFOUADI'S 10/16/25 EMAIL RE TRAVEL TO OAHU FORM MAUI FOR TRIAL | 0.10 |
| 10/17/25 | DRAFT EMAIL TO WITNESS E UNDERWOOD RE CONFIRMING HIS RELEASE FROM SUBPOENA | 0.10 |
| 10/17/25 | FINALIZED CROSS EXAM OF PLAINTIFF'S SALVAGE EXPERT S COPPES, CONFIRMED DEPOSITION SITES AND EXHIBIT REFERENCES AND SEQUENCED TRIAL EXHIBIT FOR CROSS EXAM | 2.70 |
| 10/17/25 | REVIEWED JUDEG OTAKE'S COURT ROOM MANAGER C CORTEZ'S 10/17/25 EMAIL RE TRIAL EXHIBIT LIST FILING | 0.10 |
| 10/18/25 | TRIAL PREPARATION BY REVIEWING PLAINTIFF'S EXHIBITS (NOS 1-113) AND DEFENDANT'S EXHIBITS (201-335), TABBING KEY EXHIBITS AND PREPARED OBJECTIONS TO ADMISSIBILITY | 6.80 |
| 10/19/25 | DRAFT TEXT MESSAGE TO CLIENT R ALFOUADI RE TRIAL LOGISTICS | 0.10 |
| 10/19/25 | REVIEWED CLIENT R ALFOUIADI'S 10/19/25 TEXT MESSAGE RE TRIAL LOGISTICS | 0.10 |
| 10/19/25 | MEETING W/ CLIENT R ALFOUADI RE TRIAL ███████████ ███████████████████████████████████████████████ ███████████████ | 8.50 |
| 10/19/25 | TRIAL PREP BY REVIEWING AND ANALYZING  ALL OF COURT'S ON MOTIONS IN LIMINE, MOTION FOR JUDGMENT ON PLEADING , MOTION TO DISMISS OR ALTERNATIVE MOTION FOR SUMMARY JUDGMENT | 1.50 |
| 10/20/25 | PREPARED FOR  AND ATTENDED TRIAL (OPENING STATEMENTS, WITNESSES ANDRE VARGAS,OFFICER COREY FERNANDEZ DIRECT EXAM | 10.50 |

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
11/05/25                                               Matter: 23.25
Page 5                                                 Invoice: 50016

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | OF PLAINTIFF) (TRAVEL TIME EXCLIUDED) | |
| 10/20/25 | PREPARED FOR DAY 2 OF TRIAL BY REVISION OF CROSS EXAM OF PLAINTIFF AND REVIEW OF CROSS EXAM OF PLAINTIFF'S SALVAGE EXPERT S COPPES | 2.50 |
| 10/20/25 | REVIEWED COURT'S MINUTE ORDER RE TRIAL WITNESS AND EXHIBITS ADMITTED DAY 1 | 0.10 |
| 10/20/25 | REVIEWED COURT REPORTER C FAZIO'S 10/20/25 EMAIL RE CERTIFIED TRIAL TRANSCRIPT DAY 1. | 0.10 |
| 10/20/25 | DRAFT EMAIL TO COURT REPORTER C FAZIO  RE CERTIFIED TRIAL TRANSCRIPT DAY 1. | 0.10 |
| 10/21/25 | PREPARED FOR AND ATTEND TRIAL (DIRECT  EXAM OF PLAINTIFF, CROSS EXAM OF PLAINTIFF, DIRECT EXAM OF PLAINTIFF, SALVAGE EXPERT S COPPES), DIRECT EXAM OF PLAINTIFF SALVAGE EXPERT S COPPES, DIRECT EXAN OF DEFENANT | 10.30 |
| 10/21/25 | PREPARED FOR DAY 3 OF TRIAL BY REVISING DIRECT EXAM OF DEFENDANT' SALVAGE EXPERT W LESCHAEVE REVIEW/REVISION OF DIRECT EXAM OF DEFENANT | 2.60 |
| 10/21/25 | DRAFT EMAIL TO DEFENDANT SALVAGE EXPERT W LESCHAVE RE TRIAL PREP | 0.10 |
| 10/21/25 | REVIEWED COURT'S MINUTE ORDER RE TRIAL WITNESS AND EXHIBITS ADMITTED DAY 2 | 0.10 |
| 10/21/25 | REVIEWED COURT REPORTER C FAZIO'S 10/20/25 EMAIL RE CERTIFIED TRIAL TRANSCRIPT DAY 2. | 0.10 |
| 10/21/25 | REVIEWED COURT REPORTER C FAZIO'S 10/21/25 EMAIL RE CERTIFIED TRIAL TRANSCRIPT DAY 2 | 0.10 |
| 10/21/25 | DRAFT EMAIL TO REVIEWED COURT REPORTER C FAZIO RE CERTIFIED TRIAL TRANSCRIPT DAY 2. | 0.10 |
| 10/22/25 | REVIEWED EMAIL FROM EXPERT W LESCHAVE RE TRIAL | 0.10 |
| 10/22/25 | TELCON W/ EXPERT W LESCHAVE RE TRIAL PREP | 0.50 |
| 10/22/25 | PREPARED FOR AND ATTENDED TRIAL (DIRECT EXAM DEFENDANT'S SALVAGE EXPERT W LESCHAVE, CROSS EXAM OF W LESCHAEVE, CONTINUED DIRECT EXAM OF DEFENDANT) | 9.50 |
| 10/22/25 | REVIEWED COURT'S MINUTE ORDER RE TRIAL WITNESS AND EXHIBITS ADMITTED DAY 3 | 0.10 |
| 10/22/25 | REVIEWED PLAINTIFF'S COUNSEL G KATON'S 10/22/25 EMAIL RE REBUTTAL WITNESS LIST | 0.10 |
| 10/22/25 | PREPARED FOR DAY 4 OF TRIAL BY REVIEWING TRIAL TESTIMONY OF | 3.50 |

```
STATE FARM MUTUAL AUTO INS CO                      Client: STATF
11/05/25                                           Matter: 23.25
Page 6                                             Invoice: 50016
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | PLAINTIFF AND PLAINTIFF'S SALVAGE EXPERT S COPPES TO PREPARE CROSS EXAM FOR ON REBUTTAL AND FORMULATE STRATEGY TO BLOCK REBUTTAL TESTIMONY OF M MCCARTHY AND PREPARE CROSS EXAM FOR M MCCARTHY REBUTTAL TESTIONY | |
| 10/23/25 | TRIAL PREP AND TRIAL (CROSS EXAM OF DEFENDANT,REBUTTAL TESTIMONY OF PLAINTIFF AND PLAINTIFF'S SALVAGE EXPERT S COPPES) | 9.50 |
| 10/24/25 | TELCON W/ CLAIM REPRESENTATIVE J STAHNKE RE TRIAL RECAP AND POST TRIAL DEADLINES | 0.80 |
| 10/24/25 | REVIEWED TRIAL NOTES, DESIGNATED DEPOSITION TESTIMONY, COURT RULINGS ON EVIDENTIARY DISPUTES AND LIST OF EXHIBITS TO DEVELOP STRATEGY AND THEMES FOR CLOSING ARGUMENT | 1.50 |
| 10/29/25 | REVIEWED, REVISED, ADDED TO DRAFT NUMBER 1 OF DEFENDANT'S CLOSING ARGUMENT | 1.40 |
| 10/30/25 | REVIEWED AND REVISED DRAFT #2 OF DEFENDANT'S CLOSING ARGUMENT | 1.00 |
| 10/30/25 | REVIEWED, REVISED AND ADDED TO DRAFT # 3 OF DEFENDANT'S CLOSING ARGUMENT | 1.30 |
| 10/31/25 | REVIEWED/ANALYZED PLAINTIFF'S CLOSING AGUMENT | 0.40 |

```
                                   SUBTOTAL for JAMES V MYHRE    105.50
```

Services provided by BRENT WILSON

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 10/06/25 | EMAILS TO/FROM COURT REPORTER RE: DAILY TRIAL TRANSCRIPTS | 0.20 |
| 10/06/25 | VERIFY ALL FACTS TO BE ADDUCED VIA CROSS-EXAMINATION OF SEBASTIAN COPPES  WITH DEFENDANT'S EXHIBITS, DEPOSITION TRANSCRIPT; DISCOVERY RESPONSES, PLAINTIFF'S DEPO TRANSCRIPT AND DISCOVERY RESPONSES; COPPES REPORTS; ANNOTATE INCONSISTENCIES, IMPEACHMENT EVIDENCE | 4.40 |
| 10/07/25 | VERIFY ALL FACTS TO BE ADDUCED VIA DIRECT EXAMINATION OF EXPERT WILLIAM LESCHAEVE  WITH DEFENDANT'S EXHIBITS, DEPOSITION TRANSCRIPT; DISCOVERY RESPONSES, PLEADINGS; PLAINTIFF'S EXPERT REPORTS, DEPO TRANSCRIPTS, EXHIBITS FOR CONSISTENCY; SUPPORT IN RECORD; AND IMPEACHMENT EVIDENCE | 5.70 |
| 10/08/25 | ANALYZE FACTUAL AND LEGAL BASIS OF COURT'S ORDER DENYING | 0.80 |

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
11/05/25                                               Matter: 23.25
Page 7                                                 Invoice: 50016

| Date | Professional Services | Hours |
|------|-----------------------|-------|
| | USE OF DEFENDANT'S DEPO COUNTER-DESIGNATIONS OF CORY FERNANDEZ AT TRIAL FOR FAILURE TO FILE MARKED/HIGHLIGHTED COPY OF SAME | |
| 10/09/25 | DRAFT MOTION FOR PARTIAL RECONSIDERATION OF COURT'S ORDER DENYING USE OF DEFENDANT'S DEPO COUNTER-DESIGNATIONS OF CORY FERNANDEZ AT TRIAL FOR FAILURE TO FILE MARKED/HIGHLIGHTED COPY OF SAME; COURT INADVERTENTLY OVERLOOKED PREVIOUS FILING BY DEFENDANT DOING SAME; | 3.60 |
| 10/10/25 | VERIFY ALL FACTS TO BE ADDUCED VIA CROSS-EXAMINATION OF DEMAREST  WITH DEFENDANT'S EXHIBITS, DEPOSITION TRANSCRIPT; DISCOVERY RESPONSES, PLAINTIFF'S DEPO TRANSCRIPT AND DISCOVERY RESPONSES; ANNOTATE INCONSISTENCIES, IMPEACHMENT EVIDENCE | 10.20 |
| 10/11/25 | BEGIN DRAFT STATUS REPORT TO ADJUSTER RE: AMERICAN HALLMARK'S POSITION RE: 10/2024 SETTLEMENT AGREEMENT; STATUS OF DISCOVERY, OUTSTANDING DISCOVERY; DEMAND TO SUPPLEMENT; MERITS OF MSJ BASED ON AH OVERLAP OF DAMAGES IN RODEO'S CLAIMS | 5.20 |
| 10/13/25 | VERIFY ALL FACTS TO BE ADDUCED VIA DIRECT EXAMINATION OF INSURED RAIED ALFOUADI WITH DEFENDANT'S EXHIBITS, DEPOSITION TRANSCRIPT; DISCOVERY RESPONSES, PLEADINGS FOR CONSISTENCY; ANNOTATE ANY/ALL INCONSISTENCIES | 7.40 |
| 10/14/25 | MEETING WITH RAIED ALFOUADI, ███████ | 1.60 |
| 10/14/25 | MEETING WITH OPPOSING COUNSEL RE: FINAL TRIAL PREPARATIONS | 0.80 |
| 10/14/25 | CROSS-CHECK ALL FACTS TO BE ADDUCED VIA DIRECT EXAMINATION OF INSURED RAIED ALFOUADI WITH GMM'S EXHIBITS, DEMAREST DEPOSITION TRANSCRIPT; DEMAREST DISCOVERY RESPONSES, ANNOTATE AREAS OF DISPUTE FOR FURTHER SUPPORT BY WITNESS PRATT | 7.30 |
| 10/15/25 | DRAFT DIRECT/CROSS EXAMINATION FOR WILLIAM UNDERWOOD | 7.40 |
| 10/15/25 | MEETING WITH COURTROOM MANAGER RE: REAL-TIME TRIAL TRANSCRIPT ACCESS | 0.30 |
| 10/15/25 | FINAL/REVISE MOTION FOR PARTIAL RECONSIDERATION OF COURT'S ORDER DENYING USE OF DEFENDANT'S DEPO COUNTER-DESIGNATIONS OF CORY FERNANDEZ AT TRIAL FOR FAILURE TO FILE | 0.60 |
| 10/15/25 | EMAIL TO OPPOSING COUNSEL RE: INTENTION TO FILE MOTION FOR PARTIAL RECONSIDERATION OF COURT'S ORDER PRECLUDING | 0.20 |

```
STATE FARM MUTUAL AUTO INS CO                        Client: STATF
11/05/25                                             Matter: 23.25
Page 8                                              Invoice: 50016
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | DEFENDANT'S COUNTERDESIGNATIONS RE: CORY FERNANDEZ; REQUEST THAT MOTION BE UNOPPOSED; COURT'S OBVIOUS INADVERTENT ERROR | |
| 10/15/25 | EMAILS TO/FROM JEFF PRATT RE: CONFIRMATION OF AVAILABILITY FOR TRIAL TESTIMONY; RECEIPT OF DEPO TRANSCRIPT AND EXHIBITS | 0.20 |
| 10/15/25 | EMAILS TO/FROM INSURED R. ALFOUADI RE: WHETHER ANY TEXT MESSAGE OR OTHER ELECTRONIC COMMUNICATIONS EXIST BETWEEN ALFOUADI AND ANDRE VARGAS | 0.20 |
| 10/16/25 | DRAFT OPENING STATEMENT FOR DAY 1 OF FEDERAL COURT BENCH TRIAL | 3.40 |
| 10/16/25 | DRAFT DIRECT EXAM FOR JEFF PRATT | 8.20 |
| 10/17/25 | DRAFT CROSS-EXAMINATION FOR ANDRE VARGAS | 6.80 |
| 10/18/25 | DRAFT FRCP RULE 52C MOTION FOR JUDGMENT ON PARTIAL FINDINGS (JUDGMENT AS A MATTER OF LAW FOR BENCH TRIALS) RE: ALL COUNTS | 12.20 |
| 10/19/25 | WITNESS TRIAL PREPARATION (R. ALFOUADI); TRIAL PREP | 6.20 |
| 10/19/25 | REVIEW GMM'S DISCLOSURE OF WITNESSES TO BE CALLED, AND ORDER, ON DAY 1 OF TRIAL. | 0.20 |
| 10/20/25 | DAY 1 FEDERAL COURT BENCH TRIAL | 11.80 |
| 10/20/25 | ANALYZE WRITTEN TRANSCRIPT FROM DAY 1 BENCH TRIAL RE: PLAINTIFF'S TRIAL EVIDENCE ADMITTED; IMPACT ON DAY 2 TRIAL STRATEGY | 2.50 |
| 10/20/25 | EMAILS TO/FROM MAGISTRATE RE: MAGISTRATE'S OFFER TO CONVENE SETTLEMENT CONFERENCE IF PARTIES ARE INCLINED | 0.20 |
| 10/20/25 | MEETING WITH WITNESS JEFF PRATT RE: REMOTE APPEARANCE ABILITY; COMPLIANCE WITH COURT RULES RE: REMOTE APPEARANCES | 0.20 |
| 10/20/25 | EMAILS TO/FROM OPPOSING COUNSEL RE: CONFIRMATION OF WITNESS EXAMINATION FOR DAY 2 OF FEDERAL COURT BENCH TRIAL | 0.20 |
| 10/21/25 | DAY 2 FEDERAL COURT BENCH TRIAL | 12.20 |
| 10/21/25 | ANALYZE WRITTEN TRANSCRIPT FROM DAY 2 BENCH TRIAL RE: PLAINTIFF'S TRIAL EVIDENCE ADMITTED; IMPACT ON DAY 3 TRIAL STRATEGY | 3.30 |
| 10/21/25 | DRAFT 3RD AMENDED EXHIBIT LIST BASED ON COURT'S SUA SPONTE ADDITION OF EXHIBITS | 0.40 |
| 10/21/25 | PHONE CONFERENCE WITH ADJUSTER J. STAHNKE RE: REVIEW OF DAY | 0.30 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
11/05/25                                               Matter: 23.25
Page 9                                                 Invoice: 50016


    Date                Professional Services                      Hours
-------- ------------------------------------------------------- --------
         1 TRIAL
10/22/25 DAY 3 FEDERAL COURT BENCH TRIAL                           11.00
10/22/25 ANALYZE WRITTEN TRANSCRIPT FROM DAY 3 BENCH TRIAL RE:      2.40
         DEFENDANT'S TRIAL EVIDENCE ADMITTED; IMPACT ON DAY 4 TRIAL
         STRATEGY
10/23/25 DAY 4 FEDERAL COURT BENCH TRIAL                            8.20
10/23/25 ANALYZE WRITTEN TRANSCRIPT FROM DAY 4 BENCH TRIAL RE:      3.30
         DEFENDANT'S TRIAL EVIDENCE; PLAINTIFF'S REBUTTAL WITNESS
         TESTIMONY ADMITTED;
10/24/25 DRAFT FACTUAL/PROCEDURAL SUMMARY OF DAYS 1-4 OF FEDERAL    8.70
         BENCH TRIAL RE: EVIDENCE ADMITTED/EXCLUDED, BASES FOR
         ADMISSION/EXCLUSION, ANALYSIS OF DEFENDANT'S SATISFACTION
         OF EVIDENTIARY BURDEN RE: ORAL/IMPLIED SALVAGE CONTRACT;
         QUANTUM MERUIT; PURE SALVAGE; LEGAL EFFECT OF DEFENDANT'S
         EVIDENCE
10/25/25 EMAILS TO/FROM INSURED R. ALFOUADI RE: TRIAL CONCERNS;     0.30
         QUANTUM MERUIT AND WHETHER GMM WARRANTS RELIEF; RAIE'S
         IDEAS OF HOW TO ARGUE QUANTUM MERUIT
10/27/25 BEGIN DRAFT OF COURT-ORDERED WRITTEN CLOSING ARGUMENT      6.20
10/28/25 CONTINUE DRAFT COURT-ORDERED WRITTEN CLOSING ARGUMENT      5.80
10/29/25 CONTINUE DRAFT OF COURT-ORDERED WRITTEN ARGUMENT           8.70
10/30/25 FINAL DRAFT OF COURT-ORDERED WRITTEN CLOSING ARGUMENT      4.80
10/31/25 EMAILS TO/FROM ADJUSTER RE: STATUS OF POST-TRIAL CLOSING   0.20
         ARGUMENTS
10/31/25 EMAILS TO/FROM INSURED R. ALFOUADI RE: STATUS OF POST-TRIAL  0.30
         WRITTEN CLOSING ARGUMENTS
10/31/25 ANALYZE/REVIEW PLAINTIFF'S WRITTEN CLOSING ARGUMENT; LEGAL   1.30
         IMPACT ON DEFENSE
                                                                 ---------
                            SUBTOTAL for BRENT WILSON    185.40
                                                                 ---------


                                        TOTAL Hours     290.90
                                                                 =========
```

```
STATE FARM MUTUAL AUTO INS CO                   Client: STATF
11/05/25                                        Matter: 23.25
Page 10                                        Invoice: 50016
```

|                          Attorney | Hours | Rate | Amount |
|-----------------------------------|-------|------|--------|
| JAMES V MYHRE, Partner | 105.50 | 175.00 | 18,462.50 |
| BRENT WILSON, Partner | 185.40 | 175.00 | 32,445.00 |

```
                              TOTAL Current Fees     $50,907.50

                              State Tax at 4.71%       2,397.74
                                                     -----------
                              TOTAL Fees and Tax     $53,305.24


                              Current Invoice Due    $53,305.24

                                    Previous Due      $5,097.88
                                                     -----------
                              TOTAL Balance Due      $58,403.12
                                                     ===========
```

```
Client  : STATF
Matter  : 23.25
Date    : 11/06/25
Invoice : 50040


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

-------------------------------------------------------------------------

```
                                              Date: 11/06/25
Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 50040

Claims Manager: Jay Stahnke
Insured Party : Raied J. Alfouadi
Claimant      : D. Demarest & Green Moutain
Claim Number  : 5136K881H
Court Number  : CV 22-00064 JAO-KJM

For Costs Advanced through 10/31/25

                        TOTAL Costs per Attached    $1,195.44


                            Current Invoice Due     $1,195.44

                                 Previous Due      $57,890.49
                                                 -------------
                             TOTAL Balance Due     $59,085.93
                                                 =============
```

STATE FARM MUTUAL AUTO INS CO                          Client: STATF
11/06/25                                               Matter: 23.25
Page 2                                                 Invoice: 50040

    Date                    Costs Advanced                          Amount

10/07/25 POSTAGE - DOCUMENTS TO PROCESS SERVER                        2.64
10/20/25 TRAVEL EXPENSE - - MEALS FOR ATTORNEY BRENT WILSON AND      123.01
         CLIENT, RAIED ALFOUADI WHILE ATTENDING TRIAL FROM
         10/20/2025 - 10/23/2025. ONLY LUNCH BREAKS GIVEN.
         LUNCH BREAK WAS USED TO DISCUSS TRIAL AND STRATEGY
         GOING FORWARD.  PAID WITH ATTORNEY BRENT WILSON'S
         FIRSH HAWAIIAN BANK CREDIT CARD
10/20/25 TRVL EXPENSE - JIM MYHRE - MEALS FOR ATTORNEY JAMES          39.84
         MYHRE WHILE ATTENDING TRIAL FROM 10/20/25 TO
         10/23/2025   PAID WITH ATTORNEY JAMES MYHRE FHB CREDIT
         CARD
10/23/25 TRAVEL EXPENSE - - CHANGE FEE FOR AIR TRAVEL BY RALED        36.00
         ALFOUADI TO RETURN TO KAHULUI MAUI ON OCTOBER 23, 2025
         AFTER TRIAL.  HAD TO RESCHEDULE FLIGHT  PAID WITH
         ATTORNEY STORM FHB CREDIT CARD
10/24/25 TRAVEL EXPENSE - - AIR FARE CHANGE FLIGHT CHARGE FOR         15.00
         CLIENT RAIED ALFOUADI RE: RETURN HOME AFTER TRIAL
         PAID WITH ATTORNEY STORM'S FHB CREDIT CARD
10/24/25 TRAVEL EXPENSE - - HOTELL ACCOMODATIONS FOR CLIENT,         978.95
         RAIED ALFOUADI WHILE ATTENDING TRIAL FROM 10/19/25
         THROUGH 10/24/25.  PRIOR APPROVAL WAS GIVEN BY
         ADJUSTER AND MANAGER


         0/25 THROUGH 10/23/2024.
                                                              -------------
                                    TOTAL Current Costs      $1,195.44

```
Client  : STATF
Matter  : 23.25
Date    : 12/08/25
Invoice : 50127


STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

---

                                                    Date: 12/08/25
     Re: David Demarest & Green Mountain vs. Raied Alfouadi     Invoice: 50127

     Claims Manager: Jay Stahnke
     Insured Party : Raied J. Alfouadi
     Claimant      : D. Demarest & Green Moutain
     Claim Number  : 5136K881H
     Court Number  : CV 22-00064 JAO-KJM

     For Professional Services Rendered through 11/30/25

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by BRENT WILSON | |
| 11/03/25 | PHONE CONFERENCE WITH INSURED ALFOUADI RE: ALFOUADI'S QUESTIONS ABOUT ███████████████ CLOSING ARGUMENTS ███████████████████████████████ | 0.40 |
| 11/04/25 | EMAILS (3) FROM R. ALFOUADI RE: CONCERNS ABOUT ███████ CLOSING ARGUMENTS; ███████████████████████████████ | 0.40 |
| 11/04/25 | DRAFT SUMMARY OF KEY FACTS RELIED UPON BY GMM IN WRITTEN CLOSING ARGUMENTS | 1.80 |
| 11/05/25 | DRAFT ANALYSIS OF LEGAL BASIS, CITED LEGAL AUTHORITIES, AND WHETHER GMM MAKES A PRIMA FACIE SHOWING OF ALL CONTRACT ELEMENTS; QUANTUM MERUIT ELEMENTS; PURE SALVAGE ELEMENTS, BASED ON ARGUMENTS CONTAINED IN WRITTEN 25 PG. CLOSING ARGUMENT | 4.90 |
| 11/19/25 | BEGIN REVIEW PROCEDURAL HISTORY OF ENTIRE LITIGATION WITH SPECIAL EMPHASIS ON DISPOSITIVE MOTIONS PRACTICE; COURT'S | 3.80 |

```
STATE FARM MUTUAL AUTO INS CO                          Client: STATF
12/08/25                                               Matter: 23.25
Page 2                                                 Invoice: 50127
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | ORDERS REGARDING SAME; PLAINTIFF'S RULE 36 HEARINGS RE: ADMISSIONS; FOR SUMMARY OF PROCEDURAL HISTORY IN COURT-ORDERED FINDINGS OF FACT AND CONCLUSIONS OF LAW | |
| 11/20/25 | CONTINUE REVIEW OF PROCEDURAL HISTORY OF CASE, RE: MOTION TO SET ASIDE MAGISTRATE'S DECISION DENYING SCHEDULE CHANGE; ORDER DENYING INTERLOCUTORY APPEAL; DEMAREST MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE; MIL HEARINGS; AND ANY OTHER PROCEDURAL MATTER AFFECTING THE CLAIMS AND/OR PARTIES LEFT FOR TRIAL | 2.40 |
| 11/20/25 | BEGIN DRAFT OF COURT-ORDERED FINDINGS OF FACT AND CONCLUSIONS OF LAW: INTRODUCTION; RELEVANT PROCEDURAL HISTORY;  INCLUDING CITATIONS TO ECF DOCKET NUMBER AND PAGE | 2.90 |
| 11/21/25 | CONTINUE DRAFT OF COURT-ORDERED FINDINGS OF FACT AND CONCLUSIONS OF LAW: THE PARTIES AND FACT WITNESSES, FACTUAL FINDINGS OF EACH | 4.20 |
| 11/21/25 | ANALYZE  BURDEN OF PROOF IN 9TH CIRCUIT FOR ADMIRALTY SALVAGE CONTRACT CLAIMS; WHETHER STATE LAW APPLIES; BURDEN OF PROOF FOR QUANTUM MERUIT; BURDEN OF PROOF FOR PURE SALVAGE; | 1.20 |
| 11/24/25 | CONTINUE DRAFT OF COURT-ORDERED FINDINGS OF FACT AND CONCLUSIONS OF LAW: THE RELATIONSHIP BETWEEN DEMAREST AND ALFOUADI BEFORE JAN. 2, 2022; DRAFT BURDEN OF PROOF IN 9TH CIRCUIT FOR ADMIRALTY SALVAGE CONTRACT CLAIMS; BURDEN OF PROOF FOR QUANTUM MERUIT; BURDEN OF PROOF FOR PURE SALVAGE; INCLUDING CITATIONS TO TRIAL TRANSCRIPT FOR EVERY FACT | 5.80 |
| 11/25/25 | CONTINUE DRAFT OF COURT-ORDERED FINDINGS OF FACT AND CONCLUSIONS OF LAW:  COUNTS I  AND II FINDINGS OF FACT; INCLUDING CITATIONS TO TRIAL TRANSCRIPT FOR EVERY FACT | 6.30 |
| 11/28/25 | CONTINUE DRAFT OF COURT-ORDERED FINDINGS OF FACT AND CONCLUSIONS OF LAW:  COUNTS I  AND II FINDINGS OF FACT; BEGIN COUNTS III AND IV FINDINGS OF FACT; INCLUDING CITATIONS TO TRIAL TRANSCRIPT FOR EVERY FACT | 8.40 |
| 11/29/25 | CONTINUE DRAFT OF COURT-ORDERED FINDINGS OF FACT AND CONCLUSIONS OF LAW:  COUNTS I AND II CONCLUSIONS OF LAW WITH LEGAL CITATIONS AND CITATIONS TO TRIAL TRANSCRIPT AS APPROPRIATE | 6.40 |

```
STATE FARM MUTUAL AUTO INS CO                      Client: STATF
12/08/25                                           Matter: 23.25
Page 3                                             Invoice: 50127


    Date                Professional Services                       Hours
 --------  --------------------------------------------------------  --------
11/30/25 CONTINUE DRAFT OF COURT-ORDERED FINDINGS OF FACT AND          8.60
         CONCLUSIONS OF LAW:  COUNTS III AND IV CONCLUSIONS OF LAW
         WITH LEGAL CITATIONS AND CITATIONS TO TRIAL TRANSCRIPT AS
         APPROPRIATE; CONCLUSION; ORDER; FINAL REVIEW AND REVISE
         ENTIRE DOCUMENT (41PGS)
                                                                   ---------
                              SUBTOTAL for BRENT WILSON      57.50
                                                                   ---------

              Attorney               Hours       Rate         Amount
 ----------------------------------  ----------  ---------  -------------
  BRENT WILSON, Partner               57.50       175.00     10,062.50
                                                          -------------
                               TOTAL Current Fees      $10,062.50

                               State Tax at 4.71%         473.94
                                                      -------------
                               TOTAL Fees and Tax     $10,536.44


                               Current Invoice Due    $10,536.44

                                       Previous Due     $5,226.03
                                                      -------------
                               TOTAL Balance Due      $15,762.47
                                                      =============
```

```
Client  : STATF
Matter  : 23.25
Date    : 01/02/26
Invoice : 50174



STATE FARM MUTUAL AUTO INS CO
VIA E-BILLING
LEGAL EXCHANGE
```

---

                                            Date: 01/02/26
    Re: David Demarest & Green Mountain vs. Raied Alfouadi    Invoice: 50174

    Claims Manager: Jay Stahnke
    Insured Party : Raied J. Alfouadi
    Claimant      : D. Demarest & Green Moutain
    Claim Number  : 5136K881H
    Court Number  : CV 22-00064 JAO-KJM

    For Professional Services Rendered through 12/31/25

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | Services provided by JAMES V MYHRE | |
| 12/01/25 | REVIEWED, REVISED AND SUPPLEMENTED DEFENDANT ALFOUADI'S PROPOSED FINDINGS OF FACT, AND CONCLUSIONS OF LAW FOR JURY TRAIL | 3.50 |
| 12/02/25 | REVIEWED PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSION OF LAW | 0.50 |
| 12/08/25 | REVIEWED PLAINTIFF'S COUNSEL G CATON'S 12/8/25 EMAIL RE REQUEST TO STIPULATE TO EXTEND DEADLINE FOR PLAINTIFF' FILING OF PLAINTIFF'S FINDINGS OF FACT AND CONCLUSIONS OF LAW | 0.10 |
| 12/08/25 | TELCON W/ CLIENT RE ALFOUADI RE PLAINTIFF'S COUNSEL'S REQUEST TO EXTEND DEADLINE TO FILE PLAINTIFF'S FINDINGS OF FACT AND CONCLUSIONS OF LAW | 0.20 |
| 12/08/25 | DRAFT EMAIL TO PLAINTIFF'S COUNSEL G KATON RE PLAINTIFF'S REQUEST TO EXTEND THE DEADLINE FOR PLAINTIFF' TO FILE FINDINGS OF FACT AND CONCLUSIONS OF LAW | 0.10 |

                                                       ---------

```
STATE FARM MUTUAL AUTO INS CO                    Client: STATF
01/02/26                                         Matter: 23.25
Page 2                                           Invoice: 50174
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| | SUBTOTAL for JAMES V MYHRE | 4.40 |

Services provided by BRENT WILSON

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 12/01/25 | REVIEW LEGAL STANDARD FOR MOTION TO STRIKE PLAINTIFF'S LATE FINDINGS OF FACT AND CONCLUSIONS OF LAW AND NUNCT PRO TUNCT MOTION;  WHETHER NUNCT PRO TUNCT MOTION IS APPROPRIATE PROCEDURAL VEHICLE | 1.30 |
| 12/01/25 | REVIEW/CONFER WITH J. MYHRE RE: COURT-ORDERED FINDINGS OF FACT AND CONCLUSIONS OF LAW | 1.20 |
| 12/02/25 | MEETING WITH INSURED, R. ALFOUADI RE: FINAL DRAFT OF FINDINGS OF FACT AND CONCLUSIONS OF LAW; ████████████ ████████████ | 1.00 |
| 12/03/25 | DRAFT STATUS REPORT TO ADJUSTER RE: FINDINGS OF FACT AND CONCLUSIONS OF LAW FOR BOTH PARTIES | 0.30 |
| 12/03/25 | DRAFT STATUS REPORT TO INSURED RE: GMM'S FINDINGS OF FACT AND CONCLUSIONS OF LAW | 0.40 |
| 12/08/25 | PHONE CONFERENCE WITH ADJUSTER RE: PLAINTIFF'S REQUEST TO STIPULATE TO NUNC PRO TUNC MOTION TO CURE LATE FILING OF FINDINGS OF FACT AND CONCLUSIONS OF LAW | 0.30 |
| 12/08/25 | REVIEW PLAINTIFF'S PROPOSED STIPULATION TO FILE NUNC PRO TUNC TO REMEDY PLAINTIFF'S LATE FILING | 0.30 |
| 12/08/25 | EMAILS TO/FROM OPPOSING COUNSEL RE: STIPULATION TO CONTINUE ANSWER DATE | 0.30 |
| | SUBTOTAL for BRENT WILSON | 5.10 |
| | TOTAL Hours | 9.50 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| JAMES V MYHRE, Partner | 4.40 | 175.00 | 770.00 |
| BRENT WILSON, Partner | 5.10 | 175.00 | 892.50 |

```
STATE FARM MUTUAL AUTO INS CO                   Client: STATF
01/02/26                                        Matter: 23.25
Page 3                                          Invoice: 50174


                                                  -------------
                          TOTAL Current Fees        $1,662.50

                          State Tax at 4.71%            78.30
                                                  -------------
                          TOTAL Fees and Tax        $1,740.80


                          Current Invoice Due       $1,740.80

                                 Previous Due        $5,226.03
                                                  -------------
                          TOTAL Balance Due         $6,966.83
                                                  =============
```