# EXHIBIT "D"

| Name | Experience (years) | Firm | Year | Hourly Rate | Case Citation or Associated Case |
|---|---|---|---|---|---|
| Chris Goodin | 11 | Cades Schutte | 2017 | $280.00 | Arc in Haw. v. DB Ins. Co., Ltd., No. 20-00112-ACK-WRP, 2021 U.S. Dist. LEXIS 192814, at *16 (D. Haw. Sep. 17, 2021) |
| Emily Marr | 5 | Marr Jones Wang | 2018 | $200.00 | Meneses v. United Airlines, Inc., No. 16-00672 DKW-KJM, 2018 U.S. Dist. LEXIS 234626, at *6 (D. Haw. Apr. 10, 2018) |
| Chris Goodin | 12 | Cades Schutte | 2018 | $310.00 | Arc in Haw. v. DB Ins. Co., Ltd., No. 20-00112-ACK-WRP, 2021 U.S. Dist. LEXIS 192814, at *16 (D. Haw. Sep. 17, 2021) |
| Sarah O. Wang | 19 | Marr Jones Wang | 2018 | $300.00 | Meneses v. United Airlines, Inc., No. 16-00672 DKW-KJM, 2018 U.S. Dist. LEXIS 234626, at *6 (D. Haw. Apr. 10, 2018) |

| Name | Experience (years) | Firm | Year | Hourly Rate | Case Citation or Associated Case |
|---|---|---|---|---|---|
| Justin M. Luney | 2 | Cades Schutte | 2019 | $210.00 | Arc in Haw. v. DB Ins. Co., Ltd., No. 20-00112-ACK-WRP, 2021 U.S. Dist. LEXIS 192814, at *16 (D. Haw. Sep. 17, 2021) |
| Stephanie M. Teece | 3 | Case Lombardi & Pettit | 2019 | $180.00 | Ko Olina Intangibles, Ltd. Liab. Co. v. Nimiety Grp., Ltd. Liab. Co., No. 19-00441 JMS-RT, 2021 U.S. Dist. LEXIS 135459, at *15 (D. Haw. June 30, 2021) |
| Christopher St. Sure | 6 | Goodsill | 2019 | $260.00 | Bruser v. Bank of Haw., No. 14-00387 LEK-WRP, 2020 U.S. Dist. LEXIS 14368, at *27 (D. Haw. Jan. 29, 2020) |
| David G. Brittin | 12 | Case Lombardi & Pettit | 2019 | $270.00 | Ko Olina Intangibles, Ltd. Liab. Co. v. Nimiety Grp., Ltd. Liab. Co., No. 19-00441 JMS-RT, 2021 U.S. Dist. LEXIS 135459, at *15 (D. Haw. June 30, 2021) |
| Chris Goodin | 13 | Cades Schutte | 2019 | $320.00 | Arc in Haw. v. DB Ins. Co., Ltd., No. 20-00112-ACK-WRP, 2021 U.S. Dist. LEXIS 192814, at *16 (D. Haw. Sep. 17, 2021) |
| Johnathan Bolton | 19 | Goodsill | 2019 | $350.00 | Bruser v. Bank of Haw., No. 14-00387 LEK-WRP, 2020 U.S. Dist. LEXIS 14368, at *27 (D. Haw. Jan. 29, 2020) |

# EXHIBIT D

| Name | Years | Firm | Year | Rate | Case |
|---|---|---|---|---|---|
| Stephanie M. Teece | 4 | Case Lombardi & Pettit | 2020 | $190.00 | Ko Olina Intangibles, Ltd. Liab. Co. v. Nimiety Grp., Ltd. Liab. Co., No. 19-00441 JMS-RT, 2021 U.S. Dist. LEXIS 135459, at *15 (D. Haw. June 30, 2021) |
| Alan K. Akao | 5 | Revere & Associates | 2020 | $200.00 | Zyda v. Four Seasons Hotels & Resorts, No. 16-00591- LEK-RT, 2020 U.S. Dist. LEXIS 255632, at *8 (D. Haw. Apr. 1, 2020) |
| Joanna Zeigler | 5 | Damon Key Leong Kupchak Hastert | 2020 | $250.00 | In re Trust Agreement Dated June 6, 1974; 1-TR-14-1-000019 (1st Cir. Haw.) |
| Joanna Zeigler | 5 | Damon Key Leong Kupchak Hastert | 2020 | $275.00 | In re Trust Agreement Dated June 6, 1974; 1-TR-14-1-000019 (1st Cir. Haw.) |
| Maureen S. Wilkom | 6 | Revere & Associates | 2020 | $230.00 | Zyda v. Four Seasons Hotels & Resorts, No. 16-00591- LEK-RT, 2020 U.S. Dist. LEXIS 255632, at *8 (D. Haw. Apr. 1, 2020) |

| Name | Years | Firm | Year | Rate | Case |
|---|---|---|---|---|---|
| David G. Brittin | 13 | Case Lombardi & Pettit | 2020 | $280.00 | Ko Olina Intangibles, Ltd. Liab. Co. v. Nimiety Grp., Ltd. Liab. Co., No. 19-00441 JMS-RT, 2021 U.S. Dist. LEXIS 135459, at *15 (D. Haw. June 30, 2021) |
| Chris Goodin | 14 | Cades Schutte | 2020 | $340.00 | Arc in Haw. v. DB Ins. Co., Ltd., No. 20-00112-ACK-WRP, 2021 U.S. Dist. LEXIS 192814, at *16 (D. Haw. Sep. 17, 2021) |
| Kyle Smith | 15 | Revere & Associates | 2020 | $450.00 | Zyda v. Four Seasons Hotels & Resorts, No. 16-00591- LEK-RT, 2020 U.S. Dist. LEXIS 255632, at *8 (D. Haw. Apr. 1, 2020) |
| Terrance M. Revere | 28 | Revere & Associates | 2020 | $500.00 | Zyda v. Four Seasons Hotels & Resorts, No. 16-00591- LEK-RT, 2020 U.S. Dist. LEXIS 255632, at *8 (D. Haw. Apr. 1, 2020) |
| Douglas C. Smith | 30 | Damon Key Leong Kupchak Hastert | 2020 | $400.00 | In re Trust Agreement Dated June 6, 1974; 1-TR-14-1-000019 (1st Cir. Haw.) |

| | | | | | |
|---|---|---|---|---|---|
| Jacob Kamstra | 1 | Torkildson Katz Hetherington Harris Knorek | 2021 | $260.00 | Haw. Iron Workers Health & Welfare Tr. Fund v. D&C Welding Structural & Ornamental, Inc., No. 20-00410 JMS-RT, 2021 U.S. Dist. LEXIS 131645, at *19 (D. Haw. May 26, 2021) |
| Jarrett A. Dempsy | 4 | Cades Schutte | 2021 | $235.00 | Arc in Haw. v. DB Ins. Co., Ltd., No. 20-00112-ACK-WRP, 2021 U.S. Dist. LEXIS 192814, at *16 (D. Haw. Sep. 17, 2021) |
| Sasha A. Hamada | 7 | Bronster Fujichaku Robbins | 2021 | $200.00 | Mueller v. Dep't of Pub. Safety, No. 17-00571 HG-WRP, 2022 U.S. Dist. LEXIS 247073, at *16 (D. Haw. Feb. 22, 2022) |
| David G. Brittin | 14 | Case Lombardi | 2021 | $290.00 | Ko Olina Intangibles, Ltd. Liab. Co. v. Nimiety Grp., Ltd. Liab. Co., No. 19-00441 JMS-RT, 2021 U.S. Dist. LEXIS 135459, at *15 (D. Haw. June 30, 2021) |
| Chris Goodin | 15 | Cades Schutte | 2021 | $350.00 | Arc in Haw. v. DB Ins. Co., Ltd., No. 20-00112-ACK-WRP, 2021 U.S. Dist. LEXIS 192814, at *16 (D. Haw. Sep. 17, 2021) |

| | | | | | |
|---|---|---|---|---|---|
| Anthony J. Quan | 18 | Bronster Fujichaku Robbins | 2021 | $300.00 | Mueller v. Dep't of Pub. Safety, No. 17-00571 HG-WRP, 2022 U.S. Dist. LEXIS 247073, at *16 (D. Haw. Feb. 22, 2022) |
| Tim Irons | 24 | Dentons | 2021 | $375.00 | Ko Olina Intangibles, Ltd. Liab. Co. v. Nimiety Grp., Ltd. Liab. Co., No. 19-00441 JMS-RT, 2021 U.S. Dist. LEXIS 135459, at *15 (D. Haw. June 30, 2021) |
| Lanson K. Kupua | 29 | Bronster Fujichaku Robbins | 2021 | $350.00 | Mueller v. Dep't of Pub. Safety, No. 17-00571 HG-WRP, 2022 U.S. Dist. LEXIS 247073, at *16 (D. Haw. Feb. 22, 2022) |
| Thoedore Young | <30 | Cades Schutte | 2021 | $495.00 | Mfy Funding LLC v. Ohia Opportunities, LLC, No. 21-00261 DKW-KJM, 2023 U.S. Dist. LEXIS 225162, at *21 (D. Haw. Oct. 25, 2023) |
| Margery Bronster | 38 | Bronster Fujichaku Robbins | 2021 | $600.00 | Mueller v. Dep't of Pub. Safety, No. 17-00571 HG-WRP, 2022 U.S. Dist. LEXIS 247073, at *16 (D. Haw. Feb. 22, 2022) |

| Thoedore Young | <30 | Cades Schutte | 2023 | $570.00 | Mfy Funding LLC v. Ohia Opportunities, LLC, No. 21-00261 DKW-KJM, 2023 U.S. Dist. LEXIS 225162, at *21 (D. Haw. Oct. 25, 2023) |
|---|---|---|---|---|---|
| Michi Momose | <9 | Cades Schutte | 2023 | $360.00 | Mfy Funding LLC v. Ohia Opportunities, LLC, No. 21-00261 DKW-KJM, 2023 U.S. Dist. LEXIS 225162, at *21 (D. Haw. Oct. 25, 2023) |
| Gregory Kugle | 28 | Damon Key Leong Kupchak Hastert | 2023 | $475.00 | Skydiving Sch., Inc. v. Gojump Am., LLC, No. 23-00292 DKW-WRP, 2024 U.S. Dist. LEXIS 216132, at *13 (D. Haw. Sep. 30, 2024) |
| Jonathan N. Marchuk | 1 | Damon Key Leong Kupchak Hastert | 2023 | $225.00 | Skydiving Sch., Inc. v. Gojump Am., LLC, No. 23-00292 DKW-WRP, 2024 U.S. Dist. LEXIS 216132, at *13 (D. Haw. Sep. 30, 2024) |
| Steven Wall | 7 | Goodsill | 2024 | $280.00 | Tsang v. Porter McGuire Kiakona, LLP, No. 23-00333 MWJS-KJM, 2025 U.S. Dist. LEXIS 25748, at *7 (D. Haw. Jan. 3, 2025) |