# EXHIBIT "E"

**Brent Wilson**

---

| | |
|---|---|
| **From:** | Glenn Katon <gkaton@katon.law> |
| **Sent:** | Monday, April 6, 2026 3:12 PM |
| **To:** | Brent Wilson |
| **Cc:** | Jim Myhre; Ryan M. Toyomura |
| **Subject:** | Re: Alfouadi v. GMM |

Dear Brent and Jim, thanks for meeting with us today to discuss how we might resolve this matter without litigating further. Our settlement proposal is that:



Also, to confirm my proposal regarding your fee application, if you reduce the amount of the claim upon which your fees are based by $6,849.51 (truck depreciation claim that we abandoned) we will not object to your application.

Talk to you soon.

Glenn Katon
KATON.LAW
385 Grand Ave., Ste 200
Oakland, CA 94610
(510) 463-3350

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any computer.*

# EXHIBIT E

1