ASHFORD & WRISTON
A Limited Liability Law Partnership LLP
KEVIN W. HERRING        6722-0
kherring@awlaw.com
RYAN M. TOYOMURA      11300-0
rtoyomura@awlaw.com
First Hawaiian Center
999 Bishop Street, Suite 1400
Honolulu, Hawaii  96813
Telephone:  (808) 539-0400

KATON.LAW
GLENN KATON
gkaton@katon.law
385 Grand Avenue, Suite 200
Oakland, California  94610
Telephone:  (510) 463-3350
Facsimile:  (510) 463-3349

ATTORNEYS FOR PLAINTIFF
   GREEN MOUNTAIN MYCOSYSTEMS, LLC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>RAIED J. ALFOUADI, et al.,<br><br>Defendants. | Case No.:  1:22-CV-00064 JAO KJM<br><br>**NOTICE OF APPEAL;**<br>**EXHIBIT "A";**<br>**CERTIFICATE OF SERVICE** |

5092445.1

## NOTICE OF APPEAL

Plaintiff GREEN MOUNTAIN MYCOSYSTEMS LLC hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment entered on March 11, 2026 [ECF No. 284].[1]   Attached hereto as Exhibit "A" are the Court's Form 1 – *Notice of Appeal from a Judgment or Order of a United States Court* and Form 6 – *Representation Statement*.

DATED:  Honolulu, Hawaii; May 11, 2026.

/s/ Ryan M. Toyomura
KEVIN W. HERRING
RYAN M. TOYOMURA
Ashford & Wriston, LLLP

GLENN KATON
Katon.Law

Attorneys for Plaintiffs
GREEN MOUNTAIN MYCOSYSTEMS, LLC

---

[1] The District Court granted an extension of time to file the Notice of Appeal to May 11, 2026. [ECF No. 290]