EXHIBIT "A"

## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** HAWAII

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 1:22-cv-00064-JAO_KJM

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 02/14/2022

Date of judgment or order you are appealing: 03/11/2026

Docket entry number of judgment or order you are appealing: 284

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

GREEN MOUNTAIN MYCOSYSTEMS LLC

Is this a cross-appeal?  ○ Yes    ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes    ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Ryan M. Toyomura     **Date** 05/11/2026

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                      *Rev. 06/09/2022*

## EXHIBIT "A"

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

| |
|---|
| GREEN MOUNTAIN MYCOSYSTEMS, LLC |

Name(s) of counsel (if any):

| |
|---|
| KEVIN W. HERRING / RYAN M. TOYOMURA, Ashford & Wriston LLLP<br>GLENN KATON, Katon Law |

Address: | see attached

Telephone number(s): | see attached

Email(s): | see attached

Is counsel registered for Electronic Filing in the 9th Circuit?    ⊙ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

| |
|---|
| RAIED J. ALFOUADI |

Name(s) of counsel (if any):

| |
|---|
| JAMES V. MYHRE / BRENT K. WILSON, Myhre & Storm |

Address: | 1003 Bishop Street, Suite 1290

Telephone number(s): | (808) 524-2466

Email(s): | jmyhre@mtmhawaiilaw.com; bwilson@mtmhawaiilaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                                    *New 12/01/2018*

Attachment to Form 6.  Representation Sheet


**Appellants Counsel:**

KEVIN W. HERRING          6722-0
kherring@awlaw.com

RYAN M. TOYOMURA          11300-0
rtoyomura@awlaw.com

      ASHFORD & WRISTON
      A Limited Liability Law Partnership LLP
      First Hawaiian Center
      999 Bishop Street, Suite 1400
      Honolulu, Hawaii  96813
      Telephone:  (808) 539-0400

GLENN KATON
gkaton@katon.law

      KATON.LAW
      385 Grand Avenue, Suite 200
      Oakland, California  94610
      Telephone:  (510) 463-3350
      Facsimile:  (510) 463-3349