ASHFORD & WRISTON
A Limited Liability Law Partnership LLP
KEVIN W. HERRING          6722-0
kherring@awlaw.com
RYAN M. TOYOMURA          11300-0
rtoyomura@awlaw.com
First Hawaiian Center
999 Bishop Street, Suite 1400
Honolulu, Hawaii  96813
Telephone:  (808) 539-0400

KATON.LAW
GLENN KATON
gkaton@katon.law
385 Grand Avenue, Suite 200
Oakland, California  94610
Telephone:  (510) 463-3350
Facsimile:  (510) 463-3349

ATTORNEYS FOR PLAINTIFF
   GREEN MOUNTAIN MYCOSYSTEMS, LLC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>RAIED J. ALFOUADI, et al.,<br><br>Defendants. | Case No.:  1:22-CV-00064 JAO KJM<br><br>**NOTICE REGARDING TRANSCRIPTS; CERTIFICATE OF SERVICE** |

5101067.1

## NOTICE REGARDING TRANSCRIPTS

Pursuant to Rule 10-3.1 of the Ninth Circuit Rules ("Local Rule"), Appellant

GREEN MOUNTAIN MYCOSYSTEMS, LLC, gives notice that it intends to

designate as part of the record on appeal the complete trial transcripts in their

entirety.

The complete trial transcripts were previously filed with the District Court

and made part of the docket on February 5, 2026. [See ECF Nos. 279, 280, 281,

and 282.]

DATED:  Honolulu, Hawaii; May 13, 2026.

/s/ Ryan M. Toyomura
KEVIN W. HERRING
RYAN M. TOYOMURA
Ashford & Wriston, LLLP

GLENN KATON
Katon.Law

Attorneys for Plaintiffs
GREEN MOUNTAIN MYCOSYSTEMS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAVID DEMAREST AND GREEN MOUNTAIN MYCOSYSTEMS LLC | ) ) ) | CIVIL 1:22-cv-00064-JAO-KJM |
| Plaintiffs, | ) ) | CERTIFICATE OF SERVICE |
| vs. | ) ) ) | |
| RAIED J. ALFOUADI, ET. AL., | ) ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the NOTICE REGARDING

TRANSCRIPTS regarding Appellant GREEN MOUNTAIN MYCOSYSTEMS

LLC'S intent to designate all trial transcripts, in their entirety, was made upon the

parties below, pursuant to Rule 10-3.1 of the Ninth Circuit Rules, by the United

States District Court for the District of Hawaii's Case Management/Electronic Case

Files ("CM/ECF") system or by USPS mail:

JAMES V. MYHRE, ESQ.        jmyhre@mtmhawaiilaw.com
BRENT K. WILSON, ESQ.      bwilson@mtmhawaiilaw.com
Myhre & Storm
1003 Bishop Street, Suite 1290
Honolulu, Hawaii 96813
     Attorneys for Defendant
     RAIED J. ALFOUADI

DATED: Honolulu, Hawaii; May 13, 2026.

/s/ Ryan M. Toyomura
KEVIN W. HERRING
RYAN M. TOYOMURA
Ashford & Wriston, LLLP

GLENN KATON
Katon.Law

Attorneys for Plaintiffs
GREEN MOUNTAIN MYCOSYSTEMS,
LLC

2