IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RAIED J. ALFOUAD, ET AL.,<br><br>　　　　　Defendants. | CIV. NO. 22-00064 JAO-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT RAIED J. ALFOUADI'S MOTION FOR ATTORNEYS' FEES (ECF NO. 298) |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT RAIED J. ALFOUADI'S MOTION FOR ATTORNEYS' FEES (ECF NO. 298)**

Findings and Recommendation having been filed on May 15, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations to Grant Defendant Raied J. Alfouadi's Motion for Attorney Fees, ECF No. 298, are adopted as the opinion and order of the Court.  Thus, Defendant is awarded $31,602.69 in attorneys' fees.

///

///

///

///

IT IS SO ORDERED.

DATED:  Honolulu, Hawai'i, June 1, 2026.



Jill A. Otake
United States District Judge


Civil No. 22-00064 JAO-KJM; *Green Mountain Mycosystems LLC v. Alfouadi*, Order Adopting Magistrate Judge's Findings and Recommendations to Grant Defendant Raied J. Alfouadi's Motion for Attorneys' Fees (ECF No. 298)

2