ASHFORD & WRISTON
A Limited Liability Law Partnership LLP
KEVIN W. HERRING          6722-0
kherring@awlaw.com
RYAN M. TOYOMURA      11300-0
rtoyomura@awlaw.com
First Hawaiian Center
999 Bishop Street, Suite 1400
Honolulu, Hawaii  96813
Telephone:  (808) 539-0400

KATON.LAW
GLENN KATON          *Admitted Pro Hac Vice*
gkaton@katon.law
385 Grand Avenue, Suite 200
Oakland, California  94610
Telephone:  (510) 463-3350
Facsimile:  (510) 463-3349

ATTORNEYS FOR PLAINTIFF
   GREEN MOUNTAIN MYCOSYSTEMS, LLC

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>RAIED J. ALFOUADI, et al.,<br><br>Defendants. | Case No.:  1:22-CV-00064 JAO KJM<br><br>PLAINTIFF'S MOTIONS FOR RELIEF FROM ORDER PURSUANT TO RULE 60(b) AND FOR INDICATIVE RULING PURSUANT TO RULE 62.1; MEMORANDUM IN SUPPORT OF MOTIONS; DECLARATION OF RYAN M. TOYOMURA; EXHIBITS "A" – "L"; CERTIFICATE OF SERVICE<br><br>Judge:  Hon. Jill A. Otake<br>Trial Date:  October 20, 2025 |

5134919.9

## MOTIONS FOR RELIEF FROM ORDER PURSUANT TO RULE 60(b) AND FOR INDICATIVE RULING PURSUANT TO RULE 62.1

Plaintiff, GREEN MOUNTAIN MYCOSYSTEMS LLC, by and through its counsel, respectfully moves this Court for an order indicating that it would grant Plaintiff's Motion for Relief from Judgment under Federal Rules of Civil Procedure ("FRCP") Rule 60(b)(1) based on mistake, inadvertence, surprise, or excusable neglect of Magistrate Judge Kenneth J. Mansfield's authority to grant Plaintiff's Motion for Extension of Time to File Notice of Appeal (ECF 290) and enter an Indicative Ruling under FRCP Rule 62.1 that the district court would grant Plaintiff's extension or otherwise reinstate the time to file a notice of appeal, if the United States Court of Appeals for the Ninth Circuit remands the case because of Magistrate Judge Mansfield's lack of authority.

This Motion is made following the conference of counsel pursuant to LR7.8 which took place on July 21, 2026.

This motion is made pursuant to FRCP Rules 7, 60(b), and 62.1 and LR7.1 and 60.1, based upon the attached memorandum in support of the Motion, the supporting declaration and exhibits, and such further arguments as may be presented by counsel at a hearing on the Motion, and the records and files herein.

Dated:  Honolulu, Hawaii; July 28, 2026

/s/  Ryan M. Toyomura
KEVIN W. HERRING
RYAN M. TOYOMURA

2

Ashford & Wriston, LLLP

GLENN KATON
Katon.Law

Attorneys for Plaintiff
GREEN MOUNTAIN MYCOSYSTEMS, LLC