IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> RAIED J. ALFOUADI, et al., <br><br> Defendants. | Case No.:  1:22-CV-00064 JAO KJM <br><br> DECLARATION OF RYAN M. TOYOMURA |

## <u>DECLARATION OF RYAN M. TOYOMURA</u>

The undersigned declares as follows:

1.      I am an attorney with the law firm Ashford & Wriston, LLP, duly licensed to practice law in the United States District Court, District of Hawaii, and am one of the attorneys for Plaintiff GREEN MOUNTAIN MYCOSYSTEMS, LLC ("GMM") in the above-entitled action.

2.      I make this Declaration based on personal knowledge, and I am competent to testify to the matters set forth herein.

3.      On March 11, 2026, after a bench trial, this Court entered final judgment in favor of Defendant RAIED J. ALFOUADI ("Alfouadi"). ECF 284.

4.     On April 2, 2026, counsel for Alfouadi contacted counsel for GMM regarding settlement to resolve the case, including any potential appeal. ECF 288-2 ¶ 3.

5.     Based on settlement discussions, GMM moved for an extension of time to file its Notice of Appeal on April 8, 2026, which Alfouadi opposed. ECF 288 (motion); ECF 289 (opposition).

6.     On April 9, 2026, the same day Alfouadi filed its opposition, the Court, by Magistrate Judge Kenneth J. Mansfield, issued a minute order granting the extension until May 11, 2026. ECF 290.

7.     On April 20, 2026, Magistrate Judge Mansfield held a settlement conference with the parties that was unsuccessful. ECF 292.

8.     GMM filed its Notice of Appeal on May 11, 2026 (ECF 294), which was docketed by the United States Court of Appeals for the Ninth Circuit ("Ninth Circuit Court") on May 15, 2026. Case 26-3128. ECF 297.

9.     On June 10, 2026, the Ninth Circuit Court issued an Order questioning its jurisdiction regarding the appeal because Magistrate Judge Mansfield may have lacked authority to grant GMM's Motion for Extension of Time to File Notice of Appeal. Case No. 26-3128, ECF 7.1.

10.     On July 21, 2026, counsel for GMM and Alfouadi held a telephone conference to discuss the Motion, as required by LR7.8.

2

11.     Attached hereto as **Exhibit "A"** is a true and correct copy of the Order issued by the Ninth Circuit Court that it may lack jurisdiction over the appeal. ECF 7.1.

12.     On July 1, 2026, GMM filed its response to the Ninth Circuit Order. Attached hereto as **Exhibit "B"** is a true and accurate copy of *Green Mountain Mycosystems, LLC's Statement Pursuant to the Court's June 10, 2026 Order*, filed with the Ninth Circuit Court on July 1, 2026. ECF 9.1.

13.     Attached hereto as **Exhibit "C"** is a true and accurate copy of *Raied J. Alfouadi's Response to Green Mountain Mycosystems LLC's Statement Pursuant to the Court's June 10, 2026 Order*, filed with the Ninth Circuit Court on July 9, 2026. ECF 10.1.

14.     Attached hereto as **Exhibits "D"** through **"L"** are copies of the unpublished cases cited to in the Memorandum in Support of Motion that were obtained from Westlaw.

I declare under penalty of law that the foregoing is true to the best of my knowledge.

Dated:  Honolulu, Hawaii; July 28, 2026

*/s/ Ryan M. Toyomura*
RYAN M. TOYOMURA

3