# EXHIBIT "A"

UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

JUN 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GREEN MOUNTAIN MYCOSYSTEMS LLC, | No. 26-3128 |
| Plaintiff - Appellant, | D.C. No. 1:22-cv-00064-JAO-KJM District of Hawaii, Honolulu |
| DAVID DEMAREST, | |
| Plaintiff, | ORDER |
| v. | |
| RAIED J. ALFOUADI; et al., | |
| Defendants - Appellees. | |

The district court entered judgment on March 11, 2026. On April 9, 2026, the magistrate judge granted plaintiff's motion for an extension of time to file a notice of appeal and extended the deadline for filing a notice of appeal until May 11, 2026. Plaintiff filed a notice of appeal on May 11, 2026.

Because the magistrate judge may have lacked authority to extend the deadline to appeal, this court may lack jurisdiction over this appeal. *See* 28 U.S.C. § 636(c); *Columbia Record Prods. v. Hot Wax Records, Inc.*, 966 F.2d 515, 516-17 (9th Cir. 1992) (holding that absent consent, a federal magistrate judge lacks authority to render a post-judgment decision that has a dispositive effect on the parties).

EXHIBIT "A"

Case 1:22-cv-00064-JAO-KJM     Document 301-3     Filed 07/28/26     Page 3 of 3
PageID.5463

Within 21 days, appellant must either file a motion to voluntarily dismiss this appeal or file a statement explaining why it should not be dismissed. If appellant does not do so, the court will dismiss the appeal. *See* 9th Cir. R. 42-1.

If appellant files a statement, appellees may file a response within 10 days. Briefing is stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT