IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> RAIED J. ALFOUADI, et al., <br><br> Defendants. | Case No.:  1:22-CV-00064 JAO KJM <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing document was made upon the parties below by the United States District Court for the District of Hawaii's Case Management/Electronic Case Files ("CM/ECF") system or by USPS mail:

JAMES V. MYHRE, ESQ.      jmyhre@mtmhawaiilaw.com
BRENT K. WILSON, ESQ.     bwilson@mtmhawaiilaw.com
Myhre & Storm
1003 Bishop Street, Suite 1290
Honolulu, Hawaii 96813
     Attorney for Defendant
     RAIED J. ALFOUADI

*(Continued on next page)*

*(Continued from previous page)*

Dated:  Honolulu, Hawaii; July 28, 2026

/s/ Ryan M. Toyomura
KEVIN W. HERRING
RYAN M. TOYOMURA
EVAN S. SUEMORI
Ashford & Wriston, LLLP

GLENN KATON
Katon.Law

Attorneys for Plaintiff
GREEN MOUNTAIN MYCOSYSTEMS, LLC