Of Counsel:
MYHRE & STORM

JAMES V. MYHRE            #5092-0
jmyhre@mtmhawaiilaw.com
BRENT K. WILSON           #10518-0
bwilson@mtmhawaiilaw.com
1003 Bishop Street, Suite 1290
Honolulu, Hawaii  96813
Telephone (808) 524-2466

Attorneys for Defendant
RAIED J. ALFOUADI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GREEN MOUNTAIN MYCOSYSTEMS LLC, <br><br> Plaintiff, <br><br> vs. <br><br> RAIED J. ALFOUADI, <br><br> Defendant. | ) Case No. 22-CV-00064-JAO-KJM <br> ) (In Admiralty) <br> ) <br> ) DEFENDANT RAIED J. <br> ) ALFOUADI'S STATEMENT OF NO <br> ) POSITION TO PLAINTIFF'S <br> ) MOTIONS FOR RELIEF FROM <br> ) ORDER PURSUANT TO RULE 60(b) <br> ) AND FOR INDICATIVE RULING <br> ) PURSUANT TO RULE 62.1 [ECF <br> ) 301]; CERTIFICATE OF SERVICE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Trial:    October 20, 2025 <br> ) Judge:   Honorable Jill A. Otake <br> ) <br> ) |

**DEFENDANT RAIED J. ALFOUADI'S STATEMENT OF
NO POSITION TO PLAINTIFF'S MOTIONS FOR RELIEF
FROM ORDER PURSUANT TO RULE 60(b) AND FOR
INDICATIVE RULING PURSUANT TO RULE 62.1 [ECF 301]**

COMES NOW Defendant Raied J. Alfouadi, by and through his attorneys, Myhre & Storm, and hereby submits his Statement of No Position to Plaintiff Green Mountain Mycosystems LLC.'s Motions For Relief From Order Pursuant to Rule 60(b) And For Indicative Ruling Pursuant to Rule 62.1 filed on July 28, 2026 [ECF 301]. Alfouadi makes no waiver, express or implied, of any claim or defense in the pending Ninth Circuit appeal of this matter.

DATED: Honolulu, Hawaii, August 11, 2026.

/s/ Brent K. Wilson
JAMES V. MYHRE
BRENT K. WILSON
Attorneys for Defendant
RAIED J. ALFOUADI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RAIED J. ALFOUADI, ET AL.,<br><br>Defendants. | ) Case No. 22-CV-00064-JAO-KJM<br>) (In Admiralty)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served upon the following parties via CM/ECF on August 11, 2026.

KEVIN W. HERRING, ESQ.
kherring@awlaw.com
RYAN M. TOYOMURA, ESQ.
rtoyomura@awlaw.com
First Hawaiian Center
999 Bishop Street, Suite 1400
Honolulu, Hawaii 96813

GLENN KATON, ESQ. (*Pro Hac Vice*)
385 Grand Ave. Suite 200
Oakland, CA 94610

Attorneys for Plaintiff
GREEN MOUNTAIN MYCOSYSTEMS

DATED:  Honolulu, Hawaii, August 11, 2026.

/s/ Brent K. Wilson
JAMES V. MYHRE
BRENT K. WILSON
Attorneys for Defendant
RAIED J. ALFOUADI

2