AO 450 (Rev. 1/25) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

GREEN MOUNTAIN MYCOSYSTEMS LLC,

Plaintiff,

V.

RAIED J. ALFOUADI,

Defendant.

JUDGMENT IN A CIVIL CASE

Case: 1:22-CV-00064-JAO-KJM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Sep 03, 2026, 9:50 am**
LUCY H. CARRILLO, CLERK OF COURT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "FINDINGS OF FACT AND CONCLUSIONS OF LAW", ECF No. 283, filed on March 11, 2026. The Court finds against Plaintiff and in favor of Defendant on all claims.

September 3, 2026
Date

LUCY H. CARRILLO
Clerk

/s/ LUCY H. CARRILLO by CB
(By) Deputy Clerk