ASHFORD & WRISTON
A Limited Liability Law Partnership LLP
KEVIN W. HERRING 6722-0
kherring@awlaw.com
RYAN M. TOYOMURA 11300-0
rtoyomura@awlaw.com
First Hawaiian Center
999 Bishop Street, Suite 1400
Honolulu, Hawaii 96813
Telephone: (808) 539-0400

KATON.LAW
GLENN KATON
gkaton@katon.law
385 Grand Avenue, Suite 200
Oakland, California 94610
Telephone: (510) 463-3350
Facsimile: (510) 463-3349

ATTORNEYS FOR PLAINTIFF
GREEN MOUNTAIN MYCOSYSTEMS, LLC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>RAIED J. ALFOUADI, et al.,<br><br>Defendants. | Case No.: 1:22-CV-00064 JAO KJM<br><br>**NOTICE OF APPEAL; EXHIBITS "A" – "E"; CERTIFICATE OF SERVICE** |

## NOTICE OF APPEAL

Plaintiff GREEN MOUNTAIN MYCOSYSTEMS LLC hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment entered on September 3, 2026 [ECF No. 306]. This matter is docketed in this Court as Case No. 26-3128. Appellant files this Notice of Appeal pursuant to the District Court's Order Granting Motion for Indicative Ruling. Attached and incorporated hereto are the following:

1. **Exhibit "A"** – Court's Form 1 – *Notice of Appeal from a Judgment or Order of a United States Court* and Form 6 – *Representation Statement*
2. **Exhibit "B"** – *Order* for limited remand by the United States Court of Appeals for the Ninth Circuit entered on August 25, 2026. [Cir. Ct. Dkt. 12.1]
3. **Exhibit "C"** – *Order Granting Plaintiff's Motion for Relief Under FRCP 60(b)(1) (ECF No. 301) and Extending Time to Appeal* [ECF 305]
4. **Exhibit "D"** – *Judgment in a Civil Case*. [ECF 306][1] and

---

[1] Plaintiff previously filed a Notice of Appeal, pursuant to an extension of time to file an appeal granted by the chief magistrate judge of the District Court,

5. **Exhibit "E"** – Findings of Fact and Conclusions of Law [ECF 283.]

DATED: Honolulu, Hawaii; September 8, 2026.

*/s/ Ryan M. Toyomura*
KEVIN W. HERRING
RYAN M. TOYOMURA
Ashford & Wriston, LLLP

GLENN KATON
Katon.Law

Attorneys for Plaintiffs
GREEN MOUNTAIN MYCOSYSTEMS, LLC

---

regarding the above-referenced case on May 11, 2026. [ECF 294.] As a result, the United States Court of Appeals for the Ninth Circuit ("Ninth Circuit") opened Case Number 26-3128 on May 15, 2026. [Cir. Ct. Dkt. 1.] The Ninth Circuit subsequently questioned whether it had jurisdiction over the appeal ("Ninth Circuit Order"). [Cir. Ct. Dkt. 7.1.]

In an effort to address the Ninth Circuit Order, Plaintiff filed a Rule 60(b) motion and request for an indicative ruling with the District Court. [ECF 301.] The District Court made an indicative ruling that it would grant Plaintiff's Rule 60(b) motion to provide the requested relief or otherwise grant Plaintiff's motion for an extension of time to file an appeal. [ECF 303.]

Having received the District Court's indicative ruling, the Ninth Circuit issued its Order remanding the case to the District Court "for the limited purpose of enabling the district court to consider plaintiff's motion for an indicative ruling." [Cir. Ct. Dkt. 12.1.]

On Septeber 3, 2026, the District Court entered its Order ("District Court's Rule 60(b) Order") granting Plaintiff's Rule 60(b) motion in which it "reopen[ed] Plaintiff's time to appeal for fourteen days from the enter of this order." (alteration in brackets) [ECF 305.] Therefore, notwithstanding the existence of Case Number 26-3128, Plaintiff files the instant Notice of Appeal in accordance with the District Court's Rule 60(b) Order.