# EXHIBIT "A"

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 1:22-CV-00064 JAO KJM

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 02/14/2022

Date of judgment or order you are appealing: 09/03/2026

Docket entry number of judgment or order you are appealing: 306

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes ○ No ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

GREEN MOUNTAIN MYCOSYSTEMS LLC

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ◉ Yes ○ No

If yes, what is the prior appeal case number? 26-3128

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Ryan M. Toyomura **Date** September 8, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

GREEN MOUNTAIN MYCOSYSTEMS LLC

Name(s) of counsel (if any):

KEVIN W. HERRING and RYAN M. TOYOMURA, Ashford & Wriston, LLLP
GLENN KATON, Katon.Law

Address: see attached

Telephone number(s): see attached

Email(s): see attached

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

RAIED J. ALFOUADI

Name(s) of counsel (if any):

JAMES V. MYHRE / BRENT K. WILSON, Myhre & Storm

Address: 1003 Bishop Street, Suite 1290, Honolulu, HI 96813

Telephone number(s): (808) 524-2466

Email(s): jmyhre@mtmhawaiilaw.com; bwilson@mtmhawaiilaw.com

*To list additional parties and/or counsel, use next page.*

## Attachment to Form 6. Representation Sheet

**Appellants Counsel:**

ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

**KEVIN W. HERRING** 6722-0
kherring@awlaw.com

**RYAN M. TOYOMURA** 11300-0
rtoyomura@awlaw.com

First Hawaiian Center
999 Bishop Street, Suite 1400
Honolulu, Hawaii 96813
Telephone: (808) 539-0400

KATON.LAW

**GLENN KATON**
gkaton@katon.law
385 Grand Avenue, Suite 200
Oakland, California 94610
Telephone: (510) 463-3350
Facsimile: (510) 463-3349