# EXHIBIT "B"

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 25 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>Plaintiff - Appellant,<br><br>DAVID DEMAREST,<br><br>Plaintiff,<br><br>v.<br><br>RAIED J. ALFOUADI; et al.,<br><br>Defendants - Appellees. | No. 26-3128<br><br>D.C. No.<br>1:22-cv-00064-JAO-KJM<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: S.R. THOMAS, BERZON, and FORREST, Circuit Judges.

The court has received the notice at Docket Entry No. 11, attaching the district court's August 18, 2026 order indicating that it would grant plaintiff's motion seeking an extension of the deadline to file a notice of appeal.

This case is remanded to the district court for the limited purpose of enabling the district court to consider plaintiff's motion for an indicative ruling. *See* Fed. R. App. P. 12.1(b).

Briefing remains stayed.

**EXHIBIT "B"**