IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAVID DEMAREST AND GREEN MOUNTAIN MYCOSYSTEMS LLC<br><br>Plaintiffs,<br><br>vs.<br><br>RAIED J. ALFOUADI, ET. AL.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL 1:22-cv-00064-JAO-KJM<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing document was made upon the parties below by the United States District Court for the District of Hawaii's Case Management/Electronic Case Files ("CM/ECF") system or by USPS mail:

JAMES V. MYHRE, ESQ. jmyhre@mtmhawaiilaw.com
BRENT K. WILSON, ESQ. bwilson@mtmhawaiilaw.com
Myhre & Storm
1003 Bishop Street, Suite 1290
Honolulu, Hawaii 96813
Attorneys for Defendant
RAIED J. ALFOUADI

DATED: Honolulu, Hawaii; September 8, 2026.

*/s/ Ryan M. Toyomura*
KEVIN W. HERRING
RYAN M. TOYOMURA
Ashford & Wriston, LLLP

*(continued on next page)*

*(continued from previous page)*

GLENN KATON
Katon.Law

Attorneys for Plaintiffs
GREEN MOUNTAIN MYCOSYSTEMS, LLC