ASHFORD & WRISTON
A Limited Liability Law Partnership LLP
KEVIN W. HERRING 6722-0
kherring@awlaw.com
RYAN M. TOYOMURA 11300-0
rtoyomura@awlaw.com
First Hawaiian Center
999 Bishop Street, Suite 1400
Honolulu, Hawaii 96813
Telephone: (808) 539-0400

KATON.LAW
GLENN KATON
gkaton@katon.law
385 Grand Avenue, Suite 200
Oakland, California 94610
Telephone: (510) 463-3350
Facsimile: (510) 463-3349

ATTORNEYS FOR PLAINTIFF
GREEN MOUNTAIN MYCOSYSTEMS, LLC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAVID DEMAREST and GREEN MOUNTAIN MYCOSYSTEMS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>RAIED J. ALFOUADI, et al.,<br><br>Defendants. | Case No.: 1:22-CV-00064 JAO KJM<br><br>**NOTICE REGARDING TRANSCRIPTS; CERTIFICATE OF SERVICE** |

# NOTICE REGARDING TRANSCRIPTS

Pursuant to Rule 10-3.1 of the Ninth Circuit Rules ("Local Rule"), Plaintiff GREEN MOUNTAIN MYCOSYSTEMS, LLC, gives notice that it intends to designate as part of the record on appeal the complete trial transcripts in their entirety.

The complete trial transcripts were previously filed with the District Court and made part of the docket on February 5, 2026. [See ECF Nos. 279, 280, 281, and 282.]

DATED: Honolulu, Hawaii; September 21, 2026.

*/s/ Ryan M. Toyomura*
KEVIN W. HERRING
RYAN M. TOYOMURA
Ashford & Wriston, LLLP

GLENN KATON
Katon.Law

Attorneys for Plaintiffs
GREEN MOUNTAIN MYCOSYSTEMS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAVID DEMAREST AND GREEN MOUNTAIN MYCOSYSTEMS LLC<br><br>Plaintiffs,<br><br>vs.<br><br>RAIED J. ALFOUADI, ET. AL.,<br><br>Defendants. | ) | CIVIL 1:22-cv-00064-JAO-KJM<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the NOTICE REGARDING TRANSCRIPTS regarding Appellant GREEN MOUNTAIN MYCOSYSTEMS LLC'S intent to designate all trial transcripts, in their entirety, was made upon the parties below, pursuant to Rule 10-3.1 of the Ninth Circuit Rules, by the United States District Court for the District of Hawaii's Case Management/Electronic Case Files ("CM/ECF") system or by USPS mail:

| | |
|---|---|
| JAMES V. MYHRE, ESQ.<br>BRENT K. WILSON, ESQ.<br>Myhre & Storm<br>1003 Bishop Street, Suite 1290<br>Honolulu, Hawaii 96813<br>Attorneys for Defendant<br>RAIED J. ALFOUADI | jmyhre@mtmhawaiilaw.com<br>bwilson@mtmhawaiilaw.com |

DATED: Honolulu, Hawaii; September 21, 2026.

*/s/ Ryan M. Toyomura*
KEVIN W. HERRING
RYAN M. TOYOMURA
Ashford & Wriston, LLLP

*(continued on next page)*

*(continued from previous page)*

GLENN KATON
Katon.Law

Attorneys for Plaintiffs
GREEN MOUNTAIN MYCOSYSTEMS, LLC